USDC SCAN INDEX SHEET

















SWD   11/16/04    9:56

3:04-CV-02292   NCR CORPORATION V. COLDWATER CREEK INC

*1*

*CMP.*

101355

ORIGINAL

1  MAYER, BROWN, ROWE & MAW LLP
   STEVEN O. KRAMER (SBN 079626)
2  GERMAIN D. LABAT (SBN 203907)
   350 South Grand Avenue, 25th Floor
3  Los Angeles, CA 90071-1503
   Telephone:    (213) 229-9500
4  Facsimile:    (213) 625-0248

5  Attorneys for Plaintiff NCR Corporation

FILED

NOV 1 5 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

11  NCR CORPORATION,                CASE NO. '04 CV 2292 H   (WMc)

12              Plaintiff,          **COMPLAINT**

13       vs.                        DEMAND FOR JURY TRIAL

14

15  COLDWATER CREEK, INC.

16              Defendant.

Plaintiff NCR Corporation ("Plaintiff" or "NCR"), as and for its Complaint against Defendant Coldwater Creek, Inc. ("Defendant" and "Coldwater Creek"), by its undersigned counsel, hereby alleges as follows:

## PARTIES

1.     Plaintiff NCR Corporation is a Maryland corporation with its principal place of business located at 1700 South Patterson Boulevard, Dayton, Ohio 45479-0001.

2.     On information and belief, Defendant Coldwater Creek, Inc. is a Delaware corporation with its principal place of business located at One Coldwater Creek Drive, Sandpoint, ID 83864.

## JURISDICTION

3.     The following claims for patent infringement arise under the Patent Laws of the United States, 35 U.S.C. §§ 281 *et seq.* This Court has jurisdiction over the subject matter of these claims pursuant to 28 U.S.C. § 1338(a).

## VENUE

4.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b), because the Defendant has committed acts of infringement in this judicial district.

## STATEMENT OF FACTS

5.     Plaintiff NCR is the owner by assignment of the following patents (referred to collectively below as the "NCR Patents"):

a.     U.S. Patent No. 6,519,600 (the "'600 Patent"), issued on February 11, 2003, entitled "Computerized Asset Management System," and attached hereto as Exhibit A;

b.     U.S. Patent No. 6,480,855 (the "'855 Patent"), issued on November 12, 2002, entitled "Managing a Resource on a Network where each Resource has an Associated Profile with an image," and attached hereto as Exhibit B;

c.     U.S. Patent No. 6,026,403 (the "'403 Patent"), issued on February 15, 2000, entitled "Computer System for Management of Resources," and attached hereto as Exhibit C;

d.      U.S. Patent No. 5,699,526 (the "'526 Patent"), issued on December 16,
1997, entitled "Ordering and Downloading Resources from Computerized Repositories," and
attached hereto as Exhibit D;

e.      U.S. Patent No. 6,253,203 (the "'203 Patent"), issued on June 26, 2001,
entitled "Privacy-enhanced database," and attached hereto as Exhibit E;

f.      U.S. Patent No. 6,151,601 (the "'601 Patent"), issued on November 21,
2000, entitled "Computer Architecture and Method for Collecting, Analyzing and/or
Transforming Internet and/or Electronic Commerce Data for Storage into a Data Storage Area,"
and attached hereto as Exhibit F;

g.      U.S. Patent No. 6,169,997 (the "'997 Patent"), issued on January 2, 2001,
entitled "Method and Apparatus for Forming Subject (Context) Map and Presenting Internet Data
According to the Subject Map," and attached hereto as Exhibit G;

h.      U.S. Patent No. 5,951,643 (the "'643 Patent"), issued on September 14,
1999, entitled "Mechanism for Dependably Organizing and Managing Information for Web
Synchronization and Tracking Among Multiple Browsers," and attached hereto as Exhibit H;

i.      U.S. Patent No. 5,954,798 (the "'798 Patent"), issued on September 21,
1999, entitled "Mechanism for Dependably Managing Web Synchronization and Tracking
Operations Among Multiple Browsers," and attached hereto as Exhibit I; and

j.      U.S. Patent No. 6,334,110 (the "'110 Patent"), issued on December 25,
2001, entitled "System and Method for Analyzing Customer Transactions and Interactions," and
attached hereto as Exhibit J.

6.      Coldwater Creek, directly and/or through subsidiary companies, owns and operates
the Internet website: www.coldwatercreek.com (the "Website").

7.      Coldwater Creek, by its design, manufacture or construction of the Website and/or
the supporting systems, and/or by its use and operation of the Website, and/or by performing
certain methods in connection with the operation of the Website, has infringed and continues to
infringe one or more claims of each of the NCR Patents.  The Website, including the system or

-2-

systems, including hardware, data, firmware, and software, that constitute the Website or make the operation of the Website possible, are referred to herein as the "Accused Systems."

### FIRST CLAIM FOR RELIEF
(Infringement of U.S. Patent No. 6,519,600)

8.     Plaintiff NCR incorporates by reference the factual allegations set forth in paragraphs 1 - 7 above as if set forth herein in full.

9.     Plaintiff NCR states that, to the best of its knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, it will likely be able to fully prove after a reasonable opportunity for further investigation or discovery that:

(a)     In violation of 35 U.S.C. § 271(a), (b), and/or (c), Defendant Coldwater Creek has infringed and is infringing the '600 Patent by making, using, selling, or offering to sell the inventions protected by one or more claims of the '600 Patent and/or has induced or contributed to infringement of the '600 Patent;

(b)     Defendant Coldwater Creek's infringement of NCR's '600 Patent as set forth herein has been and is deliberate and willful, making this an exceptional case within the meaning of 35 U.S.C. § 285; and

(c)     The infringement by Coldwater Creek of NCR's '600 Patent has caused and will continue to cause NCR monetary damage and irreparable harm for which it has no adequate remedy at law.

### SECOND CLAIM FOR RELIEF
(Infringement of U.S. Patent No. 6,480,855)

10.     Plaintiff NCR incorporates by reference the factual allegations set forth in paragraphs 1 - 9 above as if set forth herein in full.

11.     Plaintiff NCR states that, to the best of its knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, it will likely be able to fully prove after a reasonable opportunity for further investigation or discovery that:

(a)     In violation of 35 U.S.C. § 271(a), (b), and/or (c), Defendant Coldwater Creek has infringed and is infringing the '855 Patent by making, using, selling, or

offering to sell the inventions protected by one or more claims of the '855 Patent, and/or has induced or contributed to infringement of the '855 Patent;

(b)    Defendant Coldwater Creek's infringement of NCR's '855 Patent as set forth herein has been and is deliberate and willful, making this an exceptional case within the meaning of 35 U.S.C. § 285; and

(c)    The infringement by Coldwater Creek of NCR's '855 Patent has caused and will continue to cause NCR monetary damage and irreparable harm for which it has no adequate remedy at law.

## THIRD CLAIM FOR RELIEF
### (Infringement of U.S. Patent No. 6,026,403)

12.    Plaintiff NCR incorporates by reference the factual allegations set forth in paragraphs 1 - 11 above as if set forth herein in full.

13.    Plaintiff NCR states that, to the best of its knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, it will likely be able to fully prove after a reasonable opportunity for further investigation or discovery that:

(a)    In violation of 35 U.S.C. § 271(a), (b), and/or (c), Defendant Coldwater Creek has infringed and is infringing the '403 Patent by making, using, selling, or offering to sell the inventions protected by one or more claims of the '403 Patent and/or has induced or contributed to infringement of the '403 Patent;

(b)    Defendant Coldwater Creek's infringement of NCR's '403 Patent as set forth herein has been and is deliberate and willful, making this an exceptional case within the meaning of 35 U.S.C. § 285; and

(c)    The infringement by Coldwater Creek of NCR's '403 Patent has caused and will continue to cause NCR monetary damage and irreparable harm for which it has no adequate remedy at law.

**FOURTH CLAIM FOR RELIEF**
(Infringement of U.S. Patent No. 5,699,526)

14.   Plaintiff NCR incorporates by reference the factual allegations set forth in paragraphs 1 - 13 above as if set forth herein in full.

15.   Plaintiff NCR states that, to the best of its knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, it will likely be able to fully prove after a reasonable opportunity for further investigation or discovery that:

(a)   In violation of 35 U.S.C. § 271(a), (b), and/or (c), Defendant Coldwater Creek has infringed and is infringing the '526 Patent by making, using, selling, or offering to sell the inventions protected by one or more claims of the '526 Patent, and/or has induced or contributed to infringement of the '526 Patent;

(b)   Defendant Coldwater Creek's infringement of NCR's '526 Patent as set forth herein has been and is deliberate and willful, making this an exceptional case within the meaning of 35 U.S.C. § 285; and

(c)   The infringement by Coldwater Creek of NCR's '526 Patent has caused and will continue to cause NCR monetary damage and irreparable harm for which it has no adequate remedy at law.

**FIFTH CLAIM FOR RELIEF**
(Infringement of U.S. Patent No. 6,253,203)

16.   Plaintiff NCR incorporates by reference the factual allegations set forth in paragraphs 1 - 15 above as if set forth herein in full.

17.   Plaintiff NCR states that, to the best of its knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, it will likely be able to fully prove after a reasonable opportunity for further investigation or discovery that:

(a)   In violation of 35 U.S.C. § 271(a), (b), and/or (c), Defendant Coldwater Creek has infringed and is infringing the '203 Patent by making, using, selling, or offering to sell the inventions protected by one or more claims of the '203 Patent and/or has induced or contributed to infringement of the '203 Patent;

(b)     Defendant Coldwater Creek's infringement of NCR's '203 Patent as set forth herein has been and is deliberate and willful, making this an exceptional case within the meaning of 35 U.S.C. § 285; and

(c)     The infringement by Coldwater Creek of NCR's '203 Patent has caused and will continue to cause NCR monetary damage and irreparable harm for which it has no adequate remedy at law.

### SIXTH CLAIM FOR RELIEF
(Infringement of U.S. Patent No. 6,151,601)

18.     Plaintiff NCR incorporates by reference the factual allegations set forth in paragraphs 1 - 17 above as if set forth herein in full.

19.     Plaintiff NCR states that, to the best of its knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, it will likely be able to fully prove after a reasonable opportunity for further investigation or discovery that:

(a)     In violation of 35 U.S.C. § 271(a), (b), and/or (c), Defendant Coldwater Creek has infringed and is infringing the '601 Patent by making, using, selling, or offering to sell the inventions protected by one or more claims of the '601 Patent and/or has induced or contributed to infringement of the '601 Patent.

(b)     Defendant Coldwater Creek's infringement of NCR's '601 Patent as set forth herein has been and is deliberate and willful, making this an exceptional case within the meaning of 35 U.S.C. § 285 and

(c)     The infringement by Coldwater Creek of NCR's '601 Patent has caused and will continue to cause NCR monetary damage and irreparable harm for which it has no adequate remedy at law.

### SEVENTH CLAIM FOR RELIEF
(Infringement of U.S. Patent No. 6,169,997)

20.     Plaintiff NCR incorporates by reference the factual allegations set forth in paragraphs 1 - 19 above as if set forth herein in full.

21.     Plaintiff NCR states that, to the best of its knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, it will likely be able to fully prove after a reasonable opportunity for further investigation or discovery that:

(a)     In violation of 35 U.S.C. § 271(a), (b), and/or (c), Defendant Coldwater Creek has infringed and is infringing the '997 Patent by making, using, selling, or offering to sell the inventions protected by one or more claims of the '997 Patent and/or has induced or contributed to infringement of the '997 Patent;

(b)     Defendant Coldwater Creek's infringement of NCR's '997 Patent as set forth herein has been and is deliberate and willful, making this an exceptional case within the meaning of 35 U.S.C. § 285; and

(c)     The infringement by Coldwater Creek of NCR's '997 Patent has caused and will continue to cause NCR monetary damage and irreparable harm for which it has no adequate remedy at law.

## EIGHTH CLAIM FOR RELIEF
(Infringement of U.S. Patent No. 5,951,643)

22.     Plaintiff NCR incorporates by reference the factual allegations set forth in paragraphs 1 - 21 above as if set forth herein in full.

23.     Plaintiff NCR states that, to the best of its knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, it will likely be able to fully prove after a reasonable opportunity for further investigation or discovery that:

(a)     In violation of 35 U.S.C. § 271(a), (b), and/or (c), Defendant Coldwater Creek has infringed and is infringing the '643 Patent by making, using, selling, or offering to sell the inventions protected by one or more claims of the '643 Patent and/or has induced or contributed to infringement of the '643 Patent;

(b)     Defendant Coldwater Creek's infringement of NCR's '643 Patent as set forth herein has been and is deliberate and willful, making this an exceptional case within the meaning of 35 U.S.C. § 285; and

(c)     The infringement by Coldwater Creek of NCR's '643 Patent has caused and will continue to cause NCR monetary damage and irreparable harm for which it has no adequate remedy at law.

## NINTH CLAIM FOR RELIEF
(Infringement of U.S. Patent No. 5,954,798)

24.     Plaintiff NCR incorporates by reference the factual allegations set forth in paragraphs 1 - 23 above as if set forth herein in full.

25.     Plaintiff NCR states that, to the best of its knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, it will likely be able to fully prove after a reasonable opportunity for further investigation or discovery that:

(a)     In violation of 35 U.S.C. § 271(a), (b), and/or (c), Defendant Coldwater Creek has infringed and is infringing the '798 Patent by making, using, selling, or offering to sell the inventions protected by one or more claims of the '798 Patent and/or has induced or contributed to infringement of the '798 Patent;

(b)     Defendant Coldwater Creek's infringement of NCR's '798 Patent as set forth herein has been and is deliberate and willful, making this an exceptional case within the meaning of 35 U.S.C. § 285; and

(c)     The infringement by Coldwater Creek of NCR's '798 Patent has caused and will continue to cause NCR monetary damage and irreparable harm for which it has no adequate remedy at law.

## TENTH CLAIM FOR RELIEF
(Infringement of U.S. Patent No. 6,334,110)

26.     Plaintiff NCR incorporates by reference the factual allegations set forth in paragraphs 1 - 25 above as if set forth herein in full.

27.     Plaintiff NCR states that, to the best of its knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, it will likely be able to fully prove after a reasonable opportunity for further investigation or discovery that:

-8-

(a)    In violation of 35 U.S.C. § 271(a), (b), and/or (c), Defendant Coldwater Creek has infringed and is infringing the '110 Patent by making, using, selling, or offering to sell the inventions protected by one or more claims of the '110 Patent and/or has induced or contributed to infringement of the '110 Patent;

(b)    Defendant Coldwater Creek's infringement of NCR's '110 Patent as set forth herein has been and is deliberate and willful, making this an exceptional case within the meaning of 35 U.S.C. § 285; and

(c)    The infringement by Coldwater Creek of NCR's '110 Patent has caused and will continue to cause NCR monetary damage and irreparable harm for which it has no adequate remedy at law.

## **PRAYER FOR RELIEF**

**WHEREFORE,** NCR requests judgment:

(a)    That each of the NCR Patents, and claims thereof, are valid and enforceable;

(b)    That Coldwater Creek has infringed one or more of the claims of each of the NCR Patents and that its infringement has been willful;

(c)    That NCR has been irreparably harmed by the infringing activities of Coldwater Creek;

(d)    That Coldwater Creek, its officers, agents, servants, employees and those persons in active concert or participation with any of them, as well as all successor or assignees of the interests or assets related to the Accused Systems, be permanently enjoined from further infringement of the NCR Patents;

(e)    That an accounting be had for the damages caused to NCR by the infringing activities of Coldwater Creek;

(f)    That NCR be awarded damages adequate to compensate for Coldwater Creek's infringement, which shall include lost profits but in no event shall be less than a reasonable royalty for the use made of the inventions of the NCR Patents by Coldwater Creek, including pre- and post-judgment interest, and costs, including expenses;

(g)     That, once actual damages are assessed, damages so ascertained be trebled in view of the willful and deliberate nature of the infringement and be awarded to NCR, with interest;

(h)     That this be declared an exceptional case and that NCR be awarded its attorneys' fees; and

(i)     That NCR be awarded such further necessary or proper relief as this Court may deem just.

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, NCR hereby demands a trial by jury of all issues so triable.

Dated:      November 15, 2004            Respectfully submitted:

MAYER, BROWN, ROWE & MAW LLP

Steven O. Kramer
Attorneys for Plaintiff NCR Corporation

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, NCR hereby demands a trial by jury of all issues so triable.

Dated:      November 15, 2004            Respectfully submitted:

MAYER, BROWN, ROWE & MAW LLP

Steven O. Kramer
Attorneys for Plaintiff NCR Corporation

-10-



US006519600B1

(12) **United States Patent**

Siefert

(10) Patent No.: **US 6,519,600 B1**

(45) Date of Patent: **Feb. 11, 2003**

(54) **COMPUTERIZED ASSET MANAGEMENT SYSTEM**

(75) Inventor: **David M. Siefert**, Englewood, OH (US)

(73) Assignee: **NCR Corporation**, Dayton, OH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 8 days.

(21) Appl. No.: **09/643,605**

(22) Filed: **Aug. 22, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 08/217,063, filed on Mar. 24, 1994.

(51) Int. Cl.[7] .............................................. G06F 17/30

(52) U.S. Cl. ......................... 707/10; 705/27; 707/104.1

(58) Field of Search ...................... 705/26, 27; 707/10, 707/104.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,117,354 A | * | 5/1992 | Long et al. .................... | 705/27 |
| 5,319,542 A | * | 6/1994 | King, Jr. et al. .............. | 705/27 |
| 5,666,493 A | * | 9/1997 | Wojcik et al. ................ | 705/26 |
| 5,694,551 A | * | 12/1997 | Doyle et al. .................. | 705/26 |

OTHER PUBLICATIONS

"Harvest User's Manual" by Darren R. Hardy & Michael F. Schwartz, Version 1.0 Oct. 1994. Last revised on Nov. 3, 1994.
"Essence: A Resource Discovery System Based on Semantic File Indexing" by Darren R. Hardy & Michael F. Schwartz—University of Colorado, Boulder. 1993 Winter USENIX—Jan. 25—29, 1993—San Diego, CA pp. 361–374.
"Harvest Effective Use of Internet Information," The Harvest Information Discovery and Access System. No Date.
"The Harvest Information Discovery and Access System" by C. Mic Bowman, Peter B. Danzig, Darren R. Hardy, Ndi Manber & Michael F. Schwartz. 1994.

Technical Discussion of the Harvest System. No Date.
Harvest Demonstration Brokers. Feb. 1996.
Instructions for the Harvest distribution: Version 1.3. No Date.
Frequently Asked Questions (and Answers) about Harvest Version 1.4 patchlevel 2. 13 pages. Feb. 1996.
"Customized Information Extraction as A Basis for Resource Discovery," by Darren R. Hardy and Michael F. Schwartz, Department of Computer Science, University of Colorado, Boulder. Mar. 1994.
"Debugging Autonomously Managed Distributed Systems & The Harvest Cache and Directory Replicator," by Peter B. Danzig Computer Science Department, University of Southern California, Nov. 2, 1994.

(List continued on next page.)

*Primary Examiner*—Jack Choules
(74) *Attorney, Agent, or Firm*—Greg Welte

(57) **ABSTRACT**

The invention concerns a system for managing resources, which can take the form of (a) computer-compatible information, such as data files and programs, and (b) non-computer-compatible information, such as data contained on microfiche, and (c) physical objects. The resources are located at geographically diverse sites.

The invention contains a descriptive profile for each resource, and allows any user to search all profiles, and to search the profiles according to "fields" (a database term), such as by location of the resources, or by category of the resources. The user can order delivery of a selected resource, and the system causes delivery of the resource to be executed, irrespective of the form (eg, physical object) of the resource.

The invention allows a provider of a new resource to limit access to the resource, by identifying users who are authorized to obtain access to the resource. Non-authorized users cannot obtain access to the profiles of these resources.

**22 Claims, 101 Drawing Sheets**

Microfiche Appendix Included
(3 Microfiche, 207 Pages)



**US 6,519,600 B1**

Page 2

OTHER PUBLICATIONS

Harvest: A Scalable, Customizable Discovery and Access System, IRTF–RD: Mic Bowman (co–PI, Transarc), Pater Danizig (co–PI, USC), Darren Hardy (PRA, U Colorado), Udi Manber (co–PI, U Arizona), Mike Schwartz (PI, U Colorado). 1994.

"Internet Resource Discovery Services," by Katia Obraczka, Peter B. Danzig and Shih–Hao Li, University of Southern California, 8153 Computer, 26 (1993) September, No. 9, Los Alamitos, CA, US.

"The Internet Gopher: A Distributed Server Information System, " by Mark Cahill, University of Minnesota. No Date.

"The Internet Gopher Protocol a distributed document search and retrieval protocol" Network Working Group, Request for Comments: 1436. 15 pages. Mar. 1993.

Exploring the Power of the Internet Gopher, UIUCnet V6–1, Jan. 1993.

"The Whole Internet" User's Guide & Catalog, Second Edition, by Ed Krol 384.648, 161 Kr 1994.

Internet Passport, Northwestnet's Guide To Our World Online, Mar. 1993, Fourth Edition, pp. 259–344.

"archie—An Electronic Directory Service for the Internet," by Alan Emtage, McGill University, Montreal, Canada, Peter Deutsch, McGill University, Montreal, Canada, USENIX—Winter 1992.

"Distributed Indexing A Scalable Mechanism for Distributed Information Retrieval," by Peter B. Danzig, Jongsuk Ahn, John Noll, Katia Obraczka, Computer Science Department, University of Southern California,, Los Angeles, California. ACM SIGIR Conference 1991, pp. 220–229.

"Internet Resource Discovery at the University of Colorado," by Michael F. Schwartz, Department of Computer Science, University of Colorado, Boulder Colorado, Oct. 1992.

"Research Problems for Scalable Internet Resource Discovery," by C. Mic Bowman, Peter B. Danzig, Michael F. Schwartz, University of Colorado at Boulder, Technical Report CU–CS–643–93, Mar. 1993.

"Fields of Files," by Ruth Halpern, LAN Technology, Sep. 1991, vol. 7, No. 9, pp. 48–62.

"Test Drive—Inside the Document Den," by Ruth Halpern, Lan Magazine, Dec. 1992, vol. 7, No. 12, pp. 170–178.

Automating Document Managewment, Office Administration and Automation, vol. XLVI, No. 4, Apr. 1985, pp. 51–86.

"A Network Under Control," by Ed Perratore, Dec. 17, 1991, PC Magazine, pp. 287–330.

"Evolution of the Internet Gopher," by Mark P. McCahill & Farhad X. Anklesaria, J.UCS vol. 1, Issue 4. 1995.

Road Map to A/UX, Release 3.0. pp. 1–1 through 1–21. No Date.

Apple Inside Macintosh vol. III pp. III–9 and III–10. No Date.

Brady "Inside the Apple Macintosh," by Jim Held & Pater Norton, pp. 590–591 ©1989.

Macintosh Bible, second edition, edited by Arthur Naiman, pp. 34–44. No Date.

Claris for Macintosh, ClarisWorks User's Guide, pp. 1–18, 1–19 and 2–1 through 2–10. No Date.

Guide to Macintosh System 7.5, Don Crabb. ©1994.

Macintosh User's Guide for desktop Macintosh computers, Part I–IV. ©1993.

"The System 7 Book", by Craig Danuloff, Second Edition for 7.0 & 7.1. ©1994.

"Desktop Design Series," the Ventana Press. ©1993.

An Overview of A/UX Release 3.0, Chapters 1 & 2. No Date.

Mastering Windows 3.1, Robert Corvart. ©1992.

What Is Microsoft Workgroup Add–On for Windows?. No Date.

Microsoft Windows User's Guide Operating System Version 3.1. 1994.

Concepts, Novell NetWare 4, Network Computing Products. No Date.

* cited by examiner



**FIG. 1**

EXHIBIT A
Page 13

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 17 of 655



FIG. 1A

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 18 of 655

FIG. 1B



FIG. 1C

**U.S. Patent**     Feb. 11, 2003     Sheet 5 of 101     US 6,519,600 B1

# FIG. 1D





**FIG. 1E**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 22 of 655



**FIG. 2**

EXHIBIT A
Page 19

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 23 of 655



FIG. 3

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 24 of 655



**FIG. 4**

FIG. 5



**NCR Continuous Learning System**

File   Options   Help

## Continuous Learning System

**1** — Locate and View
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose and receive information resource

**2** — Provide or Distribute
- Add, edit or delete entries to the Resource Center.

**3** — Identify Interests
- Identify and save interests for notification,
- Review existing saved interests

**4** — Personal Information
- Review your personal profile.
- Change password.

Session Active.
Click on a button for instructions or double click to execute the button. You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

9 notification(s)   Vickie Cowan   CLS Advisor   16:35:17

FIG. 6



## FIG. 7

CLS - Locate and View

File   Help

### Locate and View

**All Resources**   1
- Display all authorized resources.

**General Search**   2
- Search resources by titles, descriptions, and/or dates.

**Category**   3
- Display all authorized resources by categories.

**Media**   4
- Display all authorized resources by media type.

**Repositories**   5
- Display all authorized resources by repositories.

**Systems**   6
- Display all systems that can be executed by CLS.

**Save Search as Interest.**   7
- Saves last search request.

**Back to Previous Screen**   8
- Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 28 of 655

# FIG. 8



**CLS - Locate and View**

File   Help

## Locate and View

**All Resources**   1
• Display all authorized resources.

**General Search**   2
• Search resources by titles, descriptions, and/or dates.

**Category**   3
• Display all authorized resources by categories.

**Media**   4
• Display all authorized resources by media type.

**Repositories**   5
• Display all authorized resources by repositories.

**Systems**   6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**   7
• Saves last search request.

**Back to Previous Screen**   8
• Close window and return to main

*Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.*

EXHIBIT A
Page 25

## FIG. 9





Fig. 10

EXHIBIT A
Page 27



**FIG. 11**

Catalog Search Results

File    Help

7 entries returned.     Resource Profile...

| | Media | Date/Time | Title |
|---|---|---|---|
| 1 | On-Line | 12/08/93 | 16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On-Line | 12/16/93 | 13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On-Line | 12/16/93 | 14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCR's Position on |
| 4 | On-Line | 12/16/93 | 14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On-Line | 12/16/93 | 14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On-Line | 01/03/94 | 15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On-Line | 01/19/94 | 09:57 | NCR UNIX Online Library |

Retrieve     Close

EXHIBIT A
Page 28

## FIG. 12



**Catalog Search Results**

File    Help

Resource Profile...

7 entries returned.

| | Media | Date/Time | | Title |
|---|---|---|---|---|
| 1 | On Line | 12/08/93 | 16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93 | 13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93 | 14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93 | 14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93 | 14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94 | 15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94 | 09:57 | NCR UNIX Online Library |

Retrieve    Close

Case 3:04-cv-02292-H-WMC Document 1 Filed 11/15/04 Page 33 of 655



# FIG. 13

**U.S. Patent**　　Feb. 11, 2003　　Sheet 19 of 101　　US 6,519,600 B1



FIG. 14

EXHIBIT A
Page 31

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 35 of 655



*FIG. 15*

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 36 of 655



F!G. 16

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 37 of 655



**FIG. 17**

EXHIBIT A
Page 34

## FIG. 18

CLS - Locate and View

File   Help

## Locate and View

### All Resources
1
• Display all authorized resources.

### General Search
2
• Search resources by titles, descriptions, and/or dates.

### Category
3
• Display all authorized resources by categories.

### Media
4
• Display all authorized resources by media type.

### Repositories
5
• Display all authorized resources by repositories.

### Systems
6
• Display all systems that can be executed by CLS.

### Save Search as Interest.
7
• Saves last search request.

### Back to Previous Screen
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

EXHIBIT A
Page 35

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 39 of 655

# FIG. 19



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 40 of 655

# FIG. 20



CLS - Locate and View

File   Help

Categories - CLS-TEAM NOTES

Resource Profile...

12 received.

Media | Title

**CLS - Overview Powerpoint Presentation**
CLS - Overview Powerpoint Presentation
CLS - Add New User Template
CLS - Developer notes and new release 1.01 procedures
CLS - Distinct offers 3-in-1 TCP/IP SDK.
CLS - Latest version of the CLS application (pkzip)
CLS - Parameter file for LINUS interface. (Please read description first.)
CLS - Roles and Responsibilities as determined on 12 Aug 93
CLS - Sample windows source code for windows Socket API
CLS - SQL NET for Windows Procedures
CLS - Untangling the Windows Sockets API - a standardized interface
CLS - User Guide
CLS - PKUNZIP for CLS application

Ok

Cancel

Help

This is a list of the entries in the Resource Center by categories. Select a category and click on the OK button or double click on one of the categories listed. Each provider assigns a category to a resource. Press F1 for more help.

EXHIBIT A
Page 37

**FIG. 21**



CLS - Locate and View

File    Help

Categories - CLS-TEAM NOTES

Resource Profile...

12 received.

Media | Title

CLS - **Latest version of the CLS application (pkzip)**
CLS - Overview Powerpoint Presentation
CLS - Add New User Template
CLS - Developer notes and new release 1.01 procedures
CLS - Distinct offers 3-in-1 TCP/IP SDK.
CLS - **Latest version of the CLS application (pkzip)**
CLS - Parameter file for LINUS interface. (Please read description first.)
CLS - Roles and Responsibilities as determined on 12 Aug 93
CLS - Sample windows source code for windows Socket API
CLS - SQL NET for Windows Procedures
CLS - Untangling the Windows Sockets API - a standardized interface
CLS - User Guide
CLS - PKUNZIP for CLS application

Ok

Cancel

Help

This is a list of the entries in the Resource Center by categories. Select a category and click on the OK button or double click on one of the categories listed. Each provider assigns a category to a resource. Press F1 for more help.

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 42 of 655



**FIG. 22**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 43 of 655

# FIG. 23



# FIG. 24



This is a list of the entries in the Resource Center by categories. Select a category and click on the OK button or double click on one of the categories listed. Each provider assigns a category to a resource. Press F1 for more help.

**FIG. 25**

CLS - Locate and View

File    Help

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 46 of 655

# FIG. 26

## CLS - Locate and View

**File   Help**

**Media**

Media

**35 MM SLIDE PRESENTATION W/SCRIPT**

BETA I
BETA II
CD Rom
Floppy
None
On Line
Other
OVERHEADS
Paper based
SLIDES OR OVERHEADS, POWERPOINT
U-MATIC
VHS
Video

:Resource Profile...:

17 received.

Ok
Cancel
Help

This is a list of the entries in the Resource Center by media types. Select a media type and click on the OK button or double click on one of the types listed. A list of the resources with the selected media type will be displayed. Press F1 help.

EXHIBIT A
Page 43

**FIG. 27**



CLS - Locate and View

File   Help

**Media**

Resource Profile...

17 received.

Media

Video
BETA I
BETA II
CD Rom
Floppy
None
On Line
Other
OVERHEADS
Paper based
SLIDES OR OVERHEADS, POWERPOINT
U-MATIC
VHS
Video

Ok
Cancel
Help

This is a list of the entries in the Resource Center by media types. Select a media type and click on the OK button or double click on one of the types listed. A list of the resources with the selected media type will be displayed. Press F1 help.

EXHIBIT A
Page 44

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 48 of 655

# FIG. 28



CLS - Locate and View

File   Help

**Media - Video**

[Resource Profile...]

3 received.

Media | Title

**3180 PRODUCT OVERVIEW (34 MIN)**
**3180 PRODUCT OVERVIEW (34 MIN)**
NCR 345X AND 35XX PERFORMANCE LEADERS
NCR System 3450/3550 Hardware Overviews

Ok

Cancel

Help

This is a list of the entries in the Resource Center by media types. Select a media type and click on the OK button or double click on one of the types listed. A list of the resources with the selected media type will be displayed. Press F1 help.

EXHIBIT A
Page 45

**FIG. 29**

CLS - Locate and View

File  Help

## Locate and View

**A to Z  1**
**All Resources**
• Display all authorized resources.

**2**
**General Search**
• Search resources by titles, descriptions, and/or dates.

**3**
**Category**
• Display all authorized resources by categories.

**4**
**Media**
• Display all authorized resources by media type.

**5**
**Repositories**
• Display all authorized resources by repositories.

**6**
**Systems**
• Display all systems that can be executed by CLS.

**7**
**Save Search as Interest.**
• Saves last search request.

**8**
**Back to Previous Screen**
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

# FIG. 30



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 51 of 655

# FIG. 31

CLS - Locate and View

File   Help

**Resource Center - Repositories**

Resource Profile...

28 received.

Media | Title

**MSCT - 3450 Europe Group**
MSCT - 3450 Europe Group
MSCT - 3450 LAMEA Group
MSCT - 3450 Pacific Group
MSCT - 3450 United States
MSCT - 3550 Europe Group
MSCT - 3550 LAMEA Group
MSCT - 3550 Pacific Group
MSCT - 3550 United States
MSCT - NCR Server Positioning
MSCT - NCR Server Solutions
MSCT - NCR Server Solutions Deliver Total Value
MSCT - Server Positioning Material (Charts 1-8)
MSCT - Server Positioning Material (Charts 13-22)

Ok

Cancel

Help

This is a list of the current repositories in the Resource Center. Select a repository and click on the OK button to reveal a resources on the selected repository or select the ADDITIONAL INFORMATION button to learn more about the select repository.

EXHIBIT A
Page 48



**FIG. 32**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 53 of 655



**FIG. 33**

EXHIBIT A
Page 50

**FIG. 34**

CLS - Locate and View

File   Help

## Locate and View

### All Resources
1
• Display all authorized resources.

### General Search
2
• Search resources by titles, descriptions, and/or dates.

### Category
3
• Display all authorized resources by categories.

### Media
4
• Display all authorized resources by media type.

### Repositories
5
• Display all authorized resources by repositories.

### Systems
6
• Display all systems that can be executed by CLS.

### Save Search as Interest.
7
• Saves last search request.

### Back to Previous Screen
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

EXHIBIT A
Page 51

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 55 of 655



**FIG. 35**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 56 of 655

**FIG. 36**



**FIG. 37**

**FIG. 38**

## CLS - Locate and View

File   Help

### Locate and View

**All Resources** — 1
- Display all authorized resources.

**General Search** — 2
- Search resources by titles, descriptions, and/or dates.

**Category** — 3
- Display all authorized resources by categories.

**Media** — 4
- Display all authorized resources by media type.

**Repositories** — 5
- Display all authorized resources by repositories.

**Systems** — 6
- Display all systems that can be executed by CLS.

**Save Search as Interest.** — 7
- Saves last search request.

**Back to Previous Screen** — 8
- Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

## FIG. 39



## FIG. 40

CLS - Provide or Distribute

File   Help

## Provide or Distribute

### Provide

1  • Add, modify or delete entries to the Resource Center.

### Back to Previous Screen

2  • Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

**FIG. 41**

# FIG. 42



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 63 of 655



*Fig. 4-3*



FIG. 44

# FIG. 45



**FIG. 46**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 67 of 655



**FIG. 47**

EXHIBIT A
Page 64

# FIG. 48

**Resource Administration**

File   Help

| | |
|---|---|
| Access Level: | ☒ Public ☐ IPD only ☐ Team |
| Resource Title: | CLS - Test resource for training |
| Date Added: | Date Updated: / / |
| Product ID: | |
| Cost: | |
| Price | |
| Information Category: | General |
| Information Filename: | \public\tab\test\test1.txt |
| Repository: | Continuous Learning System |
| Resource Description: | |
| Remarks | |

Media: On Line

Format: Notepad

Point of Contact: McCollum, Tab

Alternate Administrator: Cowan, Vickie

Bitmap>>   C:\WINDOWS\CLS1.BM

Ok

Cancel

New

Modify

Delete

Clear All

Help

Please enter new data at this time and click on OK.

**FIG. 49**



Resource Administration

File  Help

Access Level:
☒ Public
☐ IPD only
☐ Team

Resource Title:    CLS - Test resource for training

Date Added:    Date Updated: / /

Product ID:

Cost:

Price

Information Category:    General

Information Filename:    \public\tables\test1.txt

Media:    On Line
Format:    Notepad
Point of Contact:    McCollum, Tab
Alternate Administrator:    Cowan, Vickie
Bitmap>>    C:\WINDOWS\CLS1.BM

Repository:    Continuous Learning System

Resource Description:

Remarks

OK
Cancel
New
Modify
Delete
Clear All
Help

CLS - TEST RESOURCE FOR TRAINING was successfully added to the CLS database.

# FIG. 50



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 71 of 655



# FIG. 51



**FIG. 52**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 73 of 655



**FIG. 53**

# FIG. 54

```
Notepad - CLS.TXT
File  Edit  Search  Help
Continuous Learning System Notification
01/21/94 05:03PM
TO: TAB MCCOLLUM
E-mail: Tab.McCollum@DaytonOH.NCR.COM
FROM: VICKIE COWAN
E-MAIL: vickie.cowan@daytonoh.ncr.com
MAIL DROP: emd-3
PHONE:
LOCATION: dayton, OH
*****************************************
VICKIE COWAN would like to obtain information
on the following subjects(s).

-------------------------------------------
Title: CLS - TEST RESOURCES FOR TRAINING

Please contact the above individual if more information is required.

End Notification.
```

EXHIBIT A
Page 71

FIG. 55



## FIG. 56

CLS- Identify Interests

File   Help

## Identify Interests

### View Interest List
1
• Display your current interest list.

### Add/Delete Interests
2
• Add or delete items in your interest list.

### Back to Previous Screen
3
• Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

EXHIBIT A
Page 73



**FIG. 57**

FIG. 58



FIG. 59



**FIG. 60**

CLS- Personal Information

File   Help

## Personal Information

**View Personal Profile**
- Display your current personal profile.

1

**Change Password**
- Change your password to CLS.

2

**Back to Previous Screen**
- Close window and return to previous menu.

3

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 81 of 655



FIG. 61

# FIG. 62



## Catalog Search Results

File   Help

Retain Notification ?
● Yes  ○ No

10 entries returned.

Resource Profile...

| | Media | Date/Time | Title |
|---|---|---|---|
| 1 | On Line | 12/01/93 20:48 | CLS - Sample Log File |
| 2 | On Line | 12/02/93 13:50 | CLS - Pilot Plan |
| 3 | On Line | 12/13/93 15:03 | CLS - Overview Powerpoint Presentation |
| 4 | On Line | 12/13/93 15:29 | CLS - Overview Presentation |
| 5 | On Line | 12/13/93 15:32 | CLS - User Guide |
| 6 | On Line | 01/05/94 13:38 | CLS - Add New User Template |
| 7 | On Line | 01/07/94 16:10 | CLS - Latest version of the CLS application (pkzip) |
| 8 | On Line | 01/07/94 16:13 | CLS - Developer notes and new release 1.01 procedures |
| 9 | On Line | 01/12/94 14:12 | CLS - Parameter file for LINUS interface. (Please read desc |
| 10 | On Line | 01/21/94 16:55 | CLS - Test resource for training |

Retrieve   Close

10 notification(s)   Vickie Cowan                CLS Advisor   17:08:20

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 83 of 655

FIG. 63



**FIG. 64**



**FIG. 65**



**FIG. 66**

The next few slides deal with the TEAM security of CLS.

Only Information Administrators can create, modify or

delete new teams. Once a team has been assigned to a

user, the user can assign resources to that particular team

and only those members will see the resource. We have

tried to depict a small scenario to give you a better feel

for TEAMS. An information administrator has been logged

on to show this illustration.

EXHIBIT A
Page 83

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 87 of 655

**FIG. 67**

## CLS- Provide or Distribute

File   Help

## Provide or Distribute

**1** Provide
• Add, modify or delete entries to the Resource Center.

**2** Membership
• Add, modify or delete members to CLS and teams.

**3** Back to Previous Screen
• Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 88 of 655



**FIG. 68**

EXHIBIT A
Page 85

# FIG. 69





**FIG. 70**

# FIG. 71



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 92 of 655



**FIG. 72**

# FIG. 73



**FIG. 74**



FIG. 75



**FIG. 76**



# FIG. 77

## Resource Administration

File   Help

Access Level:
☐ Public
☐ IPD only
☒ Team

CLS ADMIN USERS
CLS TEST TEAM

Resource Title: CONFIDENTIAL REPORT ON CLS SECURITY REQUIREMENTS

Date Added:

Date Updated: / /

Product ID:

Media: On Line

Cost:

Format: Microsoft Word

Price

Point of Contact: McCollum, Tab

Information Category: General

Alternate Administrator: Siefert, Dave

Information Filename: \team\secur.doc

Bitmap>>

Repository: Continuous Learning System

Resource description cannot exceed 255 characters.     82

Resource Description: This is a test resource entry to check the security validation in the TEAM concept

Remarks

Please enter new data at this time and click on OK.

Ok
Cancel
New
Modify
Delete
Clear All
Help

## FIG. 78

**Resource Administration**

File  Help

Access Level:
- [ ] Public
- [ ] IPD only
- [x] CLS ADMIN USERS

Resource Title: CONFIDENTIAL REPORT ON CLS SECURITY REQUIREMENTS

Date Added:

Date Updated: / /

Product ID:

Media: On Line

Cost:

Format: Microsoft Word

Price

Point of Contact: McCollum, Tab

Information Category: General

Alternate Administrator: Siefert, Dave

Information Filename: \team\secur.doc

Repository: Continuous Learning System

Bitmap>>

Resource Description: This is a test resource entry to check the security validation in the TEAM concept

Remarks

Please enter new data at this time and click on OK.

Ok
Cancel

New
Modify
Delete
Clear All

Help

## FIG. 79



**Catalog Search Results**

File    Help

Resource Profile....

21 entries returned.

| | Media | Date/Time | Title |
|---|---|---|---|
| 6 | On Line | 10/28/93  14:29 | CLS - Distinct offers 3-in-1 TCP/IP SDK |
| 7 | On Line | 11/05/93  13:38 | CLS - SQL NET for Windows Procedures |
| 8 | On Line | 11/11/93  13:22 | CLS - CLS Project Plan |
| 9 | On Line | 11/12/93  14:46 | CLS - Roles and Responsibilities as determined on 12 Aug |
| 10 | On Line | 11/16/93  08:24 | CLS - New CLS application for pilot test in France. |
| 11 | On Line | 12/01/93  20:48 | CLS - Sample Log File |
| 12 | On Line | 12/02/93  13:50 | CLS - Pilot Plan |
| 13 | On Line | 12/13/93  15:03 | CLS - Overview Powerpoint Presentation |
| 14 | On Line | 12/13/93  15:29 | CLS - Overview Presentation |
| 15 | On Line | 12/13/93  15:32 | CLS - User Guide |
| 16 | On Line | 01/05/94  13:38 | CLS - Add New User Template |
| 17 | On Line | 01/07/94  16:10 | CLS - Latest version of the CLS application (pkzip) |
| 18 | On Line | 01/07/94  16:13 | CLS - Developer notes and new release 1.01 procedures |
| 19 | On Line | 01/12/94  14:12 | CLS - Parameter file for LINUS interface. (Please read desc |
| 20 | On Line | 01/21/94  16:55 | CLS - Test resource for training |
| 21 | On Line | 01/24/94  13:39 | CONFIDENTIAL REPORT ON CLS SECURITY REQUIREM |

Retrieve    Close

**FIG. 80**

Next few slides show another user named VCOWAN logged in who is not assigned to the CLS ADMIN USERS team to show that the new resource can only be seen by those persons selected earlier.

**FIG. 81**



**FIG. 82**



**FIG. 83**





**FIG. 84**

# FIG. 85



# FIG. 86



FROM SCREEN "MAIN"

This is the "Identify Interests" screen.
    The user can choose from 3 actions here.
    The user's interests can be viewed all at once, or they can be added, deleted or modified one at a time.
    Again, the user can choose to leave the view mode and return to the previous screen.
    See Illustration 56 and the files MAINCAT3.OBS and MAINCAT3.OBV.

USER CHOSE "VIEW INTERESTS"? — Y → TO "VIEW INTERESTS" SCREEN (TRIVIAL; SEE ILLUSTRATION 59)

USER CHOSE "ADD/DELETE INTERESTS"? — Y → TO "INTERESTS ADMINISTRATION" SCREEN (SEE FLOWCHART PG. 9)

USER CHOSE "BACK TO PREVIOUS SCREEN"? — Y → TO "MAIN" SCREEN (SEE FLOWCHART PG. 1)

# FIG. 87



FROM
SCREEN
"MAIN"

This is the "Personal Information" screen.

The user can choose from 3 actions here. The user's personal profile can be viewed, the user's password can be changed, or the user can return to the previous (ie: "Main") screen. Note that the first two are trivial screens and no flowcharts are given.

See Illustration 60 and the files MAINCAT4.OBS, MAINCAT4.OBV, USER2.OBS (for viewing personal profile), USER2.OBV, PWDCHG.OBS (for changing passwords), and PWDCHG.OBV.

USER CHOSE "VIEW PERSONAL PROFILE" ?

Y → TO "VIEW PERSONAL PROFILE" SCREEN (TRIVIAL - NO FLOWCHART OR ILLUSTRATION)

N

USER CHOSE "CHANGE PASSWORD" ?

Y → TO "CHANGE PASSWORD" SCREEN (TRIVIAL - NO FLOWCHART OR ILLUSTRATION)

N

USER CHOSE "BACK TO PREVIOUS SCREEN" ?

N ←

Y

TO "MAIN" SCREEN
(SEE FLOWCHART PG. 1)

# FIG. 88



FROM
SCREEN
"MAIN"

This is the "Provide or Distribute" screen.
    The general (ie: non-administrative) user can choose from 2 actions here. He can decide to provide resource profiles, or he can return to the previous (Main) screen. Administrative users have the additional ability to edit CLS membership.
    See Illustrations 40 (std. vers.) and 67 (admin. vers.) and the files MAINCAT5.OBS, MAINCAT5.OBV.

USER CHOSE "PROVIDE" ?

Y → TO "RESOURCE ADMINISTRATION" SCREEN (SEE FLOWCHART PG. 10)

N

ADMINISTRATIVE USER CHOSE "MEMBERSHIP" ?

Y → TO "MEMBERSHIP" SCREEN (SEE FLOWCHART PG. 11)

N

USER CHOSE "BACK TO PREVIOUS SCREEN" ?

N

Y

TO "MAIN" SCREEN (SEE FLOWCHART PG. 1)

# FIG. 89



FROM SCREEN "LOCATE AND VIEW" (SEE FLOWCHART PG. 2)

QUERY DATABASE FOR LIST OF ITEMS APPROPRIATE TO SCREEN (ALL RESOURCES BY TITLE, ALL CATEGORIES, MEDIA TYPES, OR REPOSITORIES)

This screen, with only minor variations, takes care of 4 of the 5 ways to view available CLS profiles. Since the screens share almost identical logic and visuals there is only one flowchart.

Resource profiles contain many items of information (see illustration 41), some of these are critical and are required (ie: if they are not provided, then the profile will not be accepted).

The resource title, information category, media type, and repository (an extra label) are required and form the basis for the variations in this screen. The basic idea is to display a list of all the possible values for one of these key fields, from which the user selects one, then all available profiles with matching values in that field can be made accessible using this same screen and displaying their titles.

Specifically, the "Media" screen displays a list of all available media types, the "Category" screen a list of all available categories, "Repositories" a list of all available repositories, and "All Resources (A to Z)" a list of all available titles. The user is free to select one of the listed entries. Then a list of all titles which have a matching entry in that key field are diplayed. Thereafter, selecting a title initiates a download (retrieval) of the file or its profile.

"All Resources (A to Z)" is a special case. A selection is a resource title - which fully specifies a unique resource - so choosing "OK" will directly attmempt to retrieve the resouce itself, as opposed to listing all resouce profiles with matching titles, since there would only be one.

See Illustrations 19, 20, 27, 28, 30 & 31and the files CAT1.OBS, CAT1.OBV, and RESULTS.OBS (esp. the subroutine "cataloginfo()").



# FIG. 90



FROM SCREEN "LOCATE AND VIEW" (SEE FLOWCHART PG. 2)

QUERY DATABASE FOR A LIST OF EXECUTABLE SYSTEMS

This screen displays a list of all available systems that can be executed from the CLS program. The user is free to select one of the listed entries. See Illustration 35 and the files CAT1.OBS and CAT1.OBV.

USER CHOSE "OK" ?

USER CHOSE "CANCEL" ?

EXECUTE SELECTED SYSTEM FROM WITHIN THE CLS PROGRAM

TO SCREEN "LOCATE AND VIEW" (SEE FLOWCHART PG. 2)

# FIG. 91



FROM SCREEN
"LOCATE AND VIEW"
(SEE FLOWCHART
PG. 2)



This screen manages user-entry of logical search criteria for the title, description, and date. These are used to find CLS resources whose own title, description, and date match.
    See Illustration 16 and the files SRCHNEW.OBS and SRCHNEW.OBV.

USER CHOSE "OK" ?

N

USER CHOSE "CANCEL" ?

N

Y

Y

QUERY DATABASE FOR A LIST OF CLS RESOURCES THAT SATISFY THE TITLE, DESCRIPTION AND DATE CONSTRAINTS ENTERED BY USER

TO SCREEN "LOCATE AND VIEW" (SEE FLOWCHART PG. 2)

TO SCREEN "RESULTS" (SEE FLOWCHART PG. 8)

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 112 of 655

# FIG. 92

FROM SCREEN
"GENERAL SEARCH"
(SEE FLOWCHART
PG. 7)

> This screen displays a list of resources returned from a query of the CLS database. The user can select a CLS resource from the list and then download it or get its resource profile. Retrieving (ie: downloading) the file will automatically be followed by a launch of the program corresponding to the file, if possible, otherwise CLS will offer the user an opportunity to save the file for future reference.
>
> See Illustrations 11 and the files RESULTS.OBV and RESULTS.OBS (esp. the subroutine "cataloginfo()").



# FIG. 93



FROM SCREEN
"IDENTIFY INTERESTS"
(SEE FLOWCHART
PG. 3)



This screen allows the user to add and delete interests from the list of current interests (see illustration 59). An interest is a single line of logical search criteria for resource titles. When used for a query it will return exactly those CLS resources whose title matches the criteria. (Compare with the "General Search" screen on Pg. 7)
  The list of current interests is maintained in the CLS database.
  See Illustration 59 and the files  PROFILE1.OBV and PROFILE.OBS.

# FIG. 94



FROM SCREEN
"PROVIDE OR DISTRIBUTE"
(SEE FLOWCHART PG. 5)

This screen allows the user to add, delete and modify resource profiles from the CLS database.
   Note that the actual resources themselves are the resposibility of the person providing the resource. In particular, if a resource is "online", then it is his responsibility to maintain a copy of the resource at the locationn indicated in the profile (ie: the "information filename" includes the  directory path locating the file on the network).
   See Illustration 41 and the files CATADMIN.OBV and CATADMIN.OBS.



# FIG. 95

FROM SCREEN
"PROVIDE OR DISTRIBUTE"
(SEE FLOWCHART PG. 5)

   This screen allows the administrative users to add, delete and modify members (ie: personal profiles) from the CLS network. This controls who can log on to the CLS network. Note that this screen is only available to qualified users (eg: the CLS Administrator).
   This screen also provides access to the "User Administrator" and "Teams" screens.

   ••• Flowchart details are not provided. •••

   See Illustrations 68 through 75. The files MEMBERSHIP.OBV and MEMBERSHIP.OBS are not included. However, see USERADM.OBS and USERADM.OBV for the "User Administration" screen.

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 116 of 655

**FIG. 96**



FROM SCREEN "RESULTS" (SEE
FLOWCHART PG. 5) ALSO
"ALL RESOURCES", "CATEGORY",
"MEDIA", AND "REPOSITORY"

This screen displays the key information about a CLS resource profile, and
supplemental information about the contact (eg: E-Mail address and FAX number). It
also allows the user to automatically forward an E-Mail or FAX request for more
information about a resource, which is especially useful when the resource has a
media type other than "online". Finally, if the media type of the resource is "online",
then the resource can be retrieved directly (ie: downloaded) and launched in its native
application (as can also be done from the "Results" screen).
   See Illustration 52 and the files  CATDBF.OBV and CATDBF.OBS.

USER CHOSE "E-MAIL" ? — Y → SEND AN E-MAIL REQUEST FOR MORE INFORMATION ON THE LISTED RESOURCE TO CONTACT

N

USER CHOSE "FAX" ? — Y → SEND A FAX REQUEST FOR MORE INFORMATION ON THE LISTED RESOURCE TO CONTACT

N

ALLOW USER TO SAVE FILE

N

USER CHOSE "RETRIEVE" ? — Y → DOWNLOAD (RETRIEVE) THE RESOURCE ITSELF (A FILE) CONTACT → CAN LAUNCH APPLICATION ?

Y

LAUNCH DOWNLOADED FILE IN ITS APPLICATION

N

USER CHOSE "CLOSE" ? — Y → TO PREVIOUS SCREEN

N

US 6,519,600 B1

**1**

## COMPUTERIZED ASSET MANAGEMENT SYSTEM

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of copending application Ser. No. 08/217,063 filed on Mar. 24, 1994.

This Application is related to:

Application Ser. No. 08/217,065 entitled, "Automated Resource Management System," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,066 entitled, "Future Boolean Searching of Multiple Repositories of Resources," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,067 entitled, "Security Aspects of Computer Resource Repositories," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,062 entitled, "Ordering and Downloading Resources from Computerized Repositories," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,422 entitled, "Launching Computer Program upon Download of Data Created by Program," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/218,024 entitled, "Multiple Repositories of Computer Resources, Transparent to User," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,476 entitled, "Computer System for Management of Resources," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

### MICROFICHE APPENDIX

A microfiche appendix, containing 3 microfiche and 207 total frames is filed herewith.

The invention concerns management of RESOURCES, which take the form of (a) downloadable computer data and programs and (b) physical objects, which are located at multiple REPOSITORIEs, at different sites. The RESOURCEs appear to a user, at any given site, as though the RESOURCEs were actually present at the user's site.

### BACKGROUND OF THE INVENTION

A database is somewhat analogous to a card catalog of a library. The card catalog cross-indexes books in several ways.

For example, an "author" card exists. This card is located in the catalog at the alphabetical position of the author's surname.

In addition, a "title" card exists, located in the alphabetical position of the book's title. Also, a "subject" card generally exists, which describes the subject of the book, and which is located in the alphabetical position of the subject, such as "pressed flower collecting," for example. Of course, other cards can exist for a given book (for example, books having multiple authors generally have an author card for each).

In database terms, these cards represent "fields" within the database. For example, in a library, to find all of the books written by Ernest Hemingway, one looks up "Hemingway"

**2**

in the card catalog. All of the library's books written by any Hemingway are identified by respective author cards. In a computer database, a similar search could be done, upon the "author" field.

Similar searches can be done on the title fields, as well as on the subject fields.

Computer databases, in general, have more fields than does the card catalog. For example, if the card catalog were contained within a computer database, there would probably exist a "date" field. To search using the "date" field, one specifies a date, or range of dates, and the database responds by listing all books having a copyright which complies with the specified date, or range.

Presently existing databases have limitations. For example, many databases require that a user undergo significant training in order to learn how to use the data base. Some databases use arcane commands which the user must memorize.

Some databases contain only that information which is owned by the database owner. Returning to the library analogy, if a public library were to computerize its card catalog, by entering all of the information contained within the card catalog into the database program, the database program would, of course, only contain the card catalog information. A user could not, for example, gain access to the card catalog of a second library, in order to locate a book not owned by the first library. The user must go to the second library.

### OBJECTS OF THE INVENTION

An object of the invention is to provide a system for storing information in a manner in which retrieval is simple.

Another object of the invention is to provide a system for storing information, in which entering information, as well as retrieving the information, is self-explanatory, and requires no resort to external instructions.

Another object of the invention is to provide a system for storing information, which can communicate with other systems which store information, and make available all of the information stored by all systems.

Another object of the invention is to provide a system which allows a user to search all information contained, in multiple databases, according to key words.

Another object of the invention is to provide a system which allows a user to establish a standing search, which searches, by key words, new information, at specified intervals in the future.

### SUMMARY OF THE INVENTION

In one form of the invention, physical objects are stored at multiple different locations, and a profile is maintained for each physical object. The profiles contain descriptions of the physical objects, including location, and are key-word searchable. A user is allowed to issue a query containing key words, and the profiles containing the key words are identified and presented to the user. The user may order delivery of a physical object described in the delivered profiles, whereupon a notice is issued to a transportation agent, who picks up the physical objects and delivers them to the user. The profiles need not be stored at the same location, but can be distributed, as are the physical objects.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A illustrates the concept of storing RESOURCEs within a SERVER, and the association of a PROFILE with each RESOURCE.

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 118 of 655

3

FIG. 1B illustrates how RESOURCEs can be divided, according to two different criteria. That is, RESOURCEs can be classified as either containing information or not. RESOURCEs can also be classified as being downloadable or not.

FIG. 1C illustrates how a client of a SERVER can gain access to RESOURCEs contained within the client's SERVER, as well as RESOURCEs contained within other SERVERs.

FIG. 1D illustrates how a SERVER can be viewed as a RESOURCE.

FIG. 1E illustrates storage of PROFILEs within REGIONAL SERVERs and storage of RESOURCEs within LOCALSERVERs.

FIGS. 1–4 illustrate screens which the invention causes to be displayed on a user's PC, during a log-on process. Most of the icons shown are specific to the user's computer, and relate to software owned by the user. Those contained within the box labeled "Continuous Learning System" are related to programs used by the invention.

FIGS. 5 and 6 illustrate screens at Level 1, which provide options for the user to select.

FIGS. 7 and 8 illustrate screens displayed, at Level 2, in response to selection of the "Locate and View" option of FIGS. 5 and 6.

FIGS. 9–11 illustrate how a user undertakes a Boolean key-word search.

FIGS. 12–14 illustrate screens displayed when a user downloads a RESOURCE located during a search.

FIG. 15 illustrates display of the downloaded RESOURCE, by means of launching of a program which generated the RESOURCE.

FIGS. 16 and 17 illustrate modification of the search described in FIGS. 9–11.

FIGS. 18–24 illustrate locating RESOURCEs based on the category in which the RESOURCEs are classified.

FIGS. 25–28 illustrate locating RESOURCEs based on the media upon which the RESOURCEs are stored.

FIGS. 29–32 illustrate locating RESOURCEs based on the REPOSITORIEs in which the RESOURCEs are stored.

FIG. 33 illustrates retrieval of the RESOURCE identified in FIG. 32.

FIGS. 34–37 illustrate other SYSTEMs to which the invention allows a user to gain access.

FIGS. 38 and 39 illustrate returning to Level 1.

FIGS. 40–54 illustrate creation of a PROFILE associated with a RESOURCE.

FIGS. 55–59 illustrate establishing of an INTEREST, which is an order to search new PROFILEs at specified times in the future.

FIGS. 60 and 61 illustrate the passage of time, during which the INTEREST was searched.

FIG. 62 illustrates the results of the INTEREST search.

FIG. 63 illustrate return to Level 1.

FIG. 64 illustrates a warning given when the user attempts to exit, when downloaded files are present, but not yet stored.

FIG. 65 illustrates layout of a typical screen displayed by a Graphical User Interface, GUI. The particular icons, which represent programs and information stored on the computer, will, of course, differ from one computer to another.

FIGS. 66–76 illustrate how an ADMINISTRATOR can change membership of teams, and thereby control the TEAMs' access to RESOURCEs.

4

FIGS. 77 and 78 illustrate identification, on a PROFILE, of TEAMs which may gain access to the RESOURCEs corresponding to the PROFILE.

FIG. 79 illustrates sample search results given to a TEAM member. The member is allowed access to all 21 RESOURCEs listed.

FIG. 80 describes following Figures.

FIGS. 81–83 illustrate a search undertaken by a user who does not have access to all 21 RESOURCEs shown in FIG. 79. FIG. 83 shows the RESOURCEs to which this person has access, and the list is different from that of FIG. 79.

FIGS. 84–96 illustrate a flow chart which describes the logic flow of the program contained in the microfiche appendix.

## DETAILED DESCRIPTION OF THE INVENTION

### Overview

#### Server Holds Resources

FIG. 1A illustrates a SERVER, which is a computer, or equivalent, which acts as a REPOSITORY, by holding a collection of RESOURCEs, for the benefit of microcomputers, labeled PC's. The PC's are the clients of the SERVER.

At present, for ease of explanation, the RESOURCEs can be viewed as computer files. However, as will be seen shortly, the RESOURCEs actually include a vastly larger, and more diverse, collection of objects than mere computer files. RESOURCEs include (a) data, (b) information, and (c) knowledge, both as these terms are generally defined, and also as defined by computer scientists. This data, information, and knowledge can take the form of computer-downloadable data, or other forms, such as printed matter. Each RESOURCE has an associated PROFILE, which contains descriptive information about the RESOURCE. FIG. 48 illustrates an exemplary PROFILE. The user of a PC uses the PROFILEs to locates RESOURCEs of interest by searching through the PROFILEs.

For example, each PROFILE contains a descriptive title. If a user is a manufacturer of golf equipment, and is developing a new golf ball having improved aerodynamic dimples, the user may search the RESOURCEs by looking for phrases such as

"golf ball" or

"aerodynamic" in combination with "golf ball"

within the PROFILEs. (This searching is standard Boolean keyword searching.) The invention will locate the PROFILEs, and thus the RESOURCEs, containing titles which match the search criteria.

#### Location of Profiles

FIG. 1A, as well as FIGS. 1B through 1D, indicate, for ease of explanation, that the PROFILEs are stored in the same SERVER as the RESOURCEs. However, the preferred method of storage is shown in FIG. 1E. Two types of SERVER exist, namely, LOCAL SERVERs and REGIONAL SERVERs. The PROFILEs are stored in the REGIONAL SERVERs. The RESOURCEs are stored in the LOCAL SERVERs.

REGIONAL SERVERs, as the name implies, serve a region, and hold the PROFILEs for RESOURCEs associated with multiple LOCAL SERVERs located within the region. Both types of SERVER (LOCAL and REGIONAL) have

5

6

ADMINISTRATORs, as that term is explained later. (Of course, the same person can act as ADMINISTRATOR for more than one SERVER, and for both LOCAL and REGIONAL SERVERs.)

### Resources Not Limited to Computer-Type Data

The RESOURCEs are not limited to computer-type data, or files. FIG. 1B provides an example. That Figure shows four different types of RESOURCEs, namely, a computer FILE (or data), a BOOK, a reel of MOVIE FILM, and a PHYSICAL OBJECT. The PHYSICAL OBJECT can take the form of any physical object, such as a computer disc drive, or a diesel-electric railroad locomotive. Of course, these four RESOURCEs are exemplary only; numerous different types of RESOURCEs can exist.

These RESOURCEs can be divided into two pairs of classes, based on two different criteria, as indicated by the two dashed loops. One class pair is based on the fact that the BOOK, MOVIE FILM, and FILE all contain information, although stored on different media (paper, celluloid, and magnetic or optical media, respectively). As information, the RESOURCEs can be transmitted over a data link, such as a telephone communication channel, provided they are first translated into the proper format, such as digitized data. The PHYSICAL OBJECT, in general, does not contain information.

The second class pair is based on the fact that the BOOK, MOVIE FILM, and PHYSICAL OBJECT are all tangible material objects, while the FILE (when stored within the mass storage of the SERVER) is not. As material objects, the objects themselves cannot be transmitted in the same way as the information which they contain. The objects require physical transportation for a user to obtain them.

### All Resources, In Certain Respects, Are Treated Identically

The invention, in certain respects, treats all RESOURCEs identically, irrespective of their classification as data or material object. For example, every RESOURCE, irrespective of its classification, is associated with a PROFILE. All PROFILEs, without regard to classification, are stored, processed, and made available to the user of a client-PC, without regard to classification.

Several examples are the following:

The user can obtain a complete list of all PROFILEs, arranged alphabetically by title. The PROFILEs, in general, will cover RESOURCEs in both classes.

The user can obtain a complete list of PROFILEs having titles which contain only certain combination of words, by calling for a "boolean key-word search." The search is performed without regard to classification (unless classification is deliberately made part of the search, as by requesting a search be done only of RESOURCEs held in the form of video tape).

The user can obtain a list of all PROFILEs within a specified category.

Categories are discussed below. Each PROFILE, when created, is assigned a category. (If the creator of the PRO-FILE does not find a suitable, pre-existing category, then the creator can establish a new category, which is added to the system.) The categories are different from the "classifications" described above. FIG. 19 illustrates exemplary categories.

### Security Aspects

This discussion has presumed that the user has access to all PROFILEs and all RESOURCEs. However, in general, a user will not have such broad access, but only access to those PROFILEs and RESOURCEs for which the user has authorization. When a user performs a search, only the PROFILEs to which the user has access are displayed.

As explained later, the access is controlled by the owner of the RESOURCE. When the owner deposits a RESOURCE into a REPOSITORY, the owner can, of desired, restrict access to the RESOURCE, by designating certain classes of users who are allowed to see the RESOURCE. (The access restriction is accomplished by placing the restrictions into the PROFILE, as later discussed.)

Access can also be limited by the ADMINISTRATOR of a system.

### MULTIPLE REPOSITORIES ALL APPEAR AS SINGLE REPOSITORY TO USER

The preceding discussion has been framed in terms of a single SERVER. The invention allows multiple SERVERs (ie, multiple REPOSITORIEs) to be linked together, as shown in FIG. 1C. The linking is done by commercially available telecommunication channels.

By the linking, all RESOURCEs, contained in all SERVERs, become available to all PC's. However, the linked structure shown in FIG. 1C is virtually invisible to the user of a given PC. To that user, all RESOURCEs, wherever located, appear as though contained within the user's own SERVER (although the user can ascertain the location of a given RESOURCE, if desired).

For example, the user of PC 1 can obtain access to the following RESOURCEs:

RESOURCE 3, as indicated by dashed path 5;

RESOURCE 4, as indicated by dashed path 10; and

RESOURCE 6, as indicated by dashed path 8.

The user obtains this access without additional steps or procedures. That is, the fact that the RESOURCEs are located within different SERVERs (ie, REPOSITORIES), which may be located in different cities, imposes no requirements of additional procedures. The user sees all RESOURCEs as though they were located in the user's own SERVER.

### Resources Can Include Services, In Addition to REPOSITORIES

The last RESOURCE, number 6, is different from the other two RESOURCEs in the following respect. The REPOSITORY holding RESOURCE 6 is not a SERVER which runs the software of the invention. Instead, this REPOSITORY is a commercially available data SERVICE. In 1994, three such commercially available SERVICEs are Compuserve, GEnie, and Paradox. (The Inventors are not endorsing these particular three SERVICEs, but only pointing to them as providing definitions of the term "SERVICE.")

The SERVICEs use their own software to maintain their RESOURCEs. Nevertheless, the invention allows a user to obtain access to the RESOURCEs within the SERVICEs. (License fees and other considerations are matters to be handled between the users themselves and the SERVICEs. The invention does not provide the user rights to obtain entry into, or connection with, the SERVICEs.)

### RESOURCEs can be Viewed as Repositories

FIG. 1C can, conceptually, be viewed as shown in FIG. 1D. Other SERVERs, and the SERVICEs, are tantamount to

US 6,519,600 B1

7

RESOURCEs themselves. That is, the user of a PC which is a client of SERVER 14 sees no significant differences between a RESOURCE located in SERVER 14 and a RESOURCE located within another SERVER.

### Any User can Place a RESOURCE within any Repository

A user can create a RESOURCE, such as a computer document, within any REPOSITORY. For example, the user of PC 1 in FIG. 1C can place RESOURCE 15 within SERVER 16. (Provided, of course, that the ADMINISTRA- TOR of SERVER 16 has given this user permission to do so. Also, SERVICEs, as opposed to SERVERs, may impose restrictions upon a user's ability to place RESOURCEs within them.) This user, called a PROVIDER, can restrict access to the RESOURCE. For example, the PROVIDER can specify that only certain groups (or TEAMs) of other users can obtain access.

As another type of restriction to access, it is here noted that ADMINISTRATORs can, in effect, restrict access in a similar way, by at least two different mechanisms. One, the ADMINISTRATORs determine who gains access to the SERVER under control of the ADMINISTRATOR. Two, the ADMINISTRATOR can assign users of the SERVER into the TEAMS discussed in the previous paragraph.

### User can Establish a Standing Search Order

Any user can request that the PROFILEs of newly added RESOURCEs be searched for items of interest to the user. For example, the user can request that the "aerodynamic dimple" search, mentioned above, be performed upon every new PROFILE which is added to every REPOSITORY. When a phrase is found, in a PROFILE, which matches the search criteria ("aerodynamic", "golf ball" etc.), the user is notified.

The standing search is done periodically, at intervals (such as once daily) specified by the user at the time the standing search is established. Then, at every interval, the invention automatically performs the search. The inventors point out that the standing search is not done upon each new PRO- FILE when it is added to the invention, but at the intervals specified by the user.

### Continuity Aspects

The invention, as just described, has several aspects of continuity.

The REPOSITORIES are continually being updated.

The network of connected SERVERs (ie, REPOSITORIES) shown in FIG. 1C is expected to continually expand into a larger network, containing ever-increasing SERVERs.

The users can issue standing search orders which con- tinually search the ever-increasing collection of RESOURCEs.

Because of this continuity, the invention has been given the name "Continuous Learning System", or CLS. The CLS can be further explained by analogy to a library.

### Analogy: Virtual Library

The CLS makes available to a user all of the types of materials (books, newspapers, microfilm, video tapes, etc.) which an ordinary library makes available to a user. (In addition, as discussed above, the CLS makes available the PHYSICAL OBJECTs shown in FIG. 1B).

8

However, the CLS provides a "virtual" aspect to this library. The term "virtual" means that the CLS provides many, if not all, of the functions of an actual library, but without requiring the physical presence of many of the accessories of a physical library.

For example, in an actual library, when a patron borrows a book, the book becomes unavailable to other patrons. In contrast, under the CLS, many of the RESOURCEs (which are analogous to the library books) take the form of down- loadable data. Multiple copies can be distributed to multiple users, so that possession by one user does not deprive another user of access to the RESOURCE.

As another example, an actual library contains a card catalog. There is at least one card for each book within the library's collection. By analogy, the CLS contains a PRO- FILE for each RESOURCE. The PROFILEs give important information about each RESOURCE, such as a descriptive title, the location of the RESOURCE, etc.

As yet another example, an actual library contains another type of listing of its books, namely, a "shelf list." The shelf list enumerates all of the books, but in order of ascending library call number, instead of alphabetically. The shelf list tells the physical location of the books, since the books, on their shelves, are arranged in numerical order, according to call number.

Of course, a more macroscopic "shelf list" is the map, found in every library, which explains the locations of different groups of call numbers.

As still another analogy, an actual library categorizes the books according to subjects, in at least two different ways. One, the card catalog contains cards, in alphabetical order, for various subjects. Two, the Dewey Decimal System places books on similar topics at physically neighboring places.

Therefore, viewing library books as RESOURCEs, the invention possesses some of the characteristics of a library. In addition, the invention adds a virtual aspect to the library, as discussed above.

Further, the invention allows a user to order a RESOURCE held by a REPOSITORY, and the RESOURCE will be delivered. If the RESOURCE is of the down- loadable type, it will be downloaded to the user. Otherwise, a message is sent to the custodian of the RESOURCE, requesting physical delivery.

This discussion will now explain, step-by-step, how a user operates the invention.

### Exemplary Sequence of Operation

The invention is designed to run in conjunction with a Graphical User Interface (GUI) such as Windows, available from Microsoft Corporation, Redmond, Wash., or the OS/2 operating system, available from IBM Corporation, located in Armonk, N.Y.

FIG. 1 illustrates a typical display which the GUI gener- ates after the computer's power-up sequence has been executed. To launch the invention into operation, a user actuates the icon labeled "CLS," in the usual manner. ("CLS" is an acronym for the phrase "Continuous Learning System," as stated above.)

The invention responds by displaying the screen shown in FIG. 2. This screen prompts the user to enter the user's LOGIN, which is the user's account number for computer usage. The screen also prompts the user to enter the user's PASSWORD. Exemplary LOGINs and PASSWORDs are shown in FIG. 3. (The PASSWORD is represented by

**9**

cross-hatchings, because the PASSWORD is to be kept confidential. The cross-hatchings prevent a nearby observer from stealing the user's PASSWORD.)

The LOGIN and PASSWORD are assigned to the user by the administrator of the CLS, as explained later.

After entry of the PASSWORD, the invention displays the screen shown in FIG. 4, which informs the user that the process of logging on has commenced. When the log-on is successful, the screen shown in FIG. 5 appears, which can be taken as illustrating Level 1.

This screen provides the user with four options, as indicated by the four buttons labeled 1 through 4. These four options actually encompass a much larger range of available options, but the screen of FIG. 5 presents four options for convenience of the user. In brief, these four options allow the user to perform the following actions:

### 1. Locate and View

The CLS system, as a whole, can be viewed as a repository of RESOURCEs. In a general sense, the CLS can be viewed as a virtual library. That is, all of the types of materials which are found in a library are made available by the CLS. However, much of the material is stored, and made available to the user, in down-loadable computer format. These materials are termed RESOURCEs, and the "library" is termed a REPOSITORY.

RESOURCEs include items which are customarily stored within computer databases, such as computer programs and data. In addition, RESOURCEs include items which are not stored in computer-downloadable format. Examples of these latter RESOURCEs are newspapers, video tapes, 35 millimeter films, books, microfilm, maps, and all other media which are used to carry information. Further, the concept of a RESOURCE extends to non-informational subject matter, such as physical objects.

Every RESOURCE carries with it a PROFILE. Each PROFILE contains important information about the RESOURCE, such as a description of the RESOURCE, where it is located, etc. The LOCATE AND VIEW option allows a user to view the PROFILEs.

### 2. Provide or Distribute

This option allows a user to add RESOURCEs to the CLS.

### 3. Identify Interests

The CLS allows a user to search the collection of repositories for RESOURCEs in which the user is interested. Some distinctions between "LOCATE AND VIEW" and "IDENTIFY INTERESTS" are significant.

The "LOCATE AND VIEW" option allows a user to order a search, according to specific criteria, as discussed above. The search is done once, at the time it is made.

The "IDENTIFY INTERESTS" option allows the user to establish a search which will be done at periodic intervals in the future. The intervals are specified by the user. CLS automatically performs the searches, at the specified intervals, and informs the user of the results.

### 4. Personal Information

This option allows a user to view and modify information associated with the user's PROFILE.

This discussion will give several examples of use of these options.

### EXAMPLE 1

Locate and View

Assume that the user actuates the LOCATE AND VIEW button, number 1, as in FIG. 6. The CLS responds by

**10**

displaying the screen shown in FIG. 7. This screen offers the user eight options:

1. ALL RESOURCES. This option displays the titles of all RESOURCEs which are available to the user.
2. GENERAL SEARCH. This option allows a user to search the PROFILEs of all RESOURCEs in pursuit of a particular phrase. The GENERAL SEARCH allows Boolean Key-Word searching of the PROFILEs.
3. CATEGORY. This option allows a user to search the PROFILEs by CATEGORY. For example, assume that the user is a women's fashion designer. The CLS can contain a collection of drawings and photographs of interest to the fashion industry. The PROFILEs can be divided into CATEGORIES such as "Hats," "Shoes," "Evening Wear," "Winter Wear," etc.
4. MEDIA. This option allows a user to obtain access to PROFILEs, based on the media type. For example, one media type is video tape. Another is paper. FIG. 26 gives further examples of types of media. Media types include down-loadable computer files and data, video tapes, photographic film, books, audio tape, CD-ROM, and so on. Media type generally, to the physical characteristics of the medium which carries the data.
5. REPOSITORIES. This option allows a user to view the RESOURCEs according to the REPOSITORY which holds them. For example, assume that the Library of Congress is one REPOSITORY, and the New York City Public Library is another. The user can elect to view all PROFILEs of RESOURCEs of either library, by selecting the REPOSITORY.
6. SYSTEMS. This option is similar to REPOSITORIEs. This option allows a user to obtain access to commercially available SERVICEs, as that term is defined above. These SERVICEs are also called "On-Line Databases." By selecting this option, a user can gain access to one of these services, through the CLS.
7. SAVE SEARCH AS INTEREST. This option allows a user to establish a standing search, wherein PROFILEs are searched as they are created. For example, if the aerodynamic golf ball maker, described above, chooses this option for the search, then every new PROFILE which is added to the system is searched for the terms "aerodynamic" etc. The user is notified when a PROFILE matching the search criteria is found.

Assume that the user selects button 2 in FIG. 7, GENERAL SEARCH, as indicated by the highlighted button in FIG. 8. The CLS responds by displaying the screen shown in FIG. 9. This display prompts the user to request a search based on three criteria (or less).

For example, assume that the user is interested in RESOURCEs having the word "UNIX" in the titles of their PROFILEs. The user enters the word "UNIX," as indicated in FIG. 10. The CLS performs a search of all REPOSITORIEs, and locates all PROFILEs having the word "UNIX" in their titles. FIG. 11 illustrates an exemplary result of the search.

The search provides three pieces of information about each RESOURCE identified by the search. One, the media type, as indicated in the column headed "Media." The phrase "On Line" indicates that the RESOURCE is "On-Line," or in a computer-down-loadable format (as opposed to being on paper or 35 mm film). If a RESOURCE takes a non-downloadable form, such as a 35 mm film, then the "Media" column so indicates.

The "Date/Time" column indicates the date and time when the PROFILE corresponding to a RESOURCE was created.

EXHIBIT A
Page 118

US 6,519,600 B1

11

The "Title" refers to the title carried by the PROFILE corresponding to each RESOURCE.

Significantly, the screen does not indicate the location of each RESOURCE. To the user, all RESOURCEs appear as though residing at a common location, even though they may be scattered over a vast geographic area. Of course, if the user wished to identify the locations of these RESOURCEs, the user could do so, using other options described herein.

User Retrieves Resource

Assume that the user wishes to obtain item number 7 in FIG. 11. The user highlights this item, using a mouse (or keyboard, or other actuation device, such as a voice sensor), causing the display to appear as in FIG. 12. Then, the user actuates the button labeled "RETRIEVE," causing the display to take the appearance shown in FIG. 13. The icon bearing the sub-title "CLS Download," located at the bottom of the Figure, indicates that a down-loading operation is taking place.

After the downloading is complete, the screen shown in FIG. 14 is generated. This screen indicates three important facts. One fact is indicated by the background of the screen, and the heading at the top of the screen. The background and the heading indicate that a computer program was launched.

CLS examined the RESOURCE which was downloaded, and looked for indicia which identified a computer program which was used to create the RESOURCE. In this example, the RESOURCE was a file which was generated by a word-processing program, namely, Microsoft Word™.

Having identified the word processing program, the CLS searched for the program, and launched it when CLS found it. The heading in the display shown in FIG. 14 indicates that this program has been launched.

The second fact is that CLS caused the word processing program to load the RESOURCE which was downloaded, namely, that which was located during the search for the UNIX title.

The third fact is that the screen shown in FIG. 14 informs the user that the RESOURCE which has been downloaded does not exist elsewhere in the user's computer, and, to be saved, must be saved by a specific action taken by the user. (Of course, the RESOURCE maintains its existence in the REPOSITORY from which it was retrieved). The prompt in FIG. 14 reminds the user to save the RESOURCE when the user exits the word processing program; otherwise the RESOURCE will be lost.

FIG. 15 illustrates the display generated by the CLS after the user responds to the prompt of FIG. 14. The RESOURCE is displayed by the same type of word processing program which generated the RESOURCE.

As another searching example, assume that the user orders the search shown in FIG. 16. The user orders that the CLS retrieve all PROFILES having both the word "unix" and the word "library" in their titles. The result of the search is shown in FIG. 17. The result is a single title which, coincidentally, is the same as that selected for downloading as indicated in FIG. 12.

Level 2: Locate and View by Category

Assume that the user is at level 2 within CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1.

In Level 2, the user wishes to Locate and View by CATEGORY, as indicated by the button actuated in FIG. 18. The CLS responds by presenting a list of the CATEGORIEs of RESOURCEs which are available, as shown in FIG. 19.

12

This list, in general, includes RESOURCEs from multiple REPOSITORIEs. That is, the list is global in scope, because the REPOSITORIEs are, physically, located at multiple locations throughout the world.

However, the global aspect of the list is transparent to the user: to the user, the list is simply a list of locally available RESOURCEs. The location of the RESOURCEs is not emphasized to the user partly because the location does not affect access: downloadable RESOURCEs are available immediately, while non-DOWNLOADABLE RESOURCEs are available as fast as modern transport can deliver them, typically within one day.

If the user selects a CATEGORY, as indicated by the highlighted CATEGORY "CLS-TEAM NOTES," then the CLS responds by displaying a list of the RESOURCEs contained within the CATEGORY, as shown in FIGS. 20 and 21.

This list is conceptually similar to the list of RESOURCEs shown in FIG. 12. In that Figure, the RESOURCEs listed shared a common feature, namely: they all contained phrases in their PROFILE titles which match a search string issued in FIG. 10. Similarly, in FIG. 20, all RESOURCEs listed share the common feature of residing the same category.

Restated: the RESOURCEs are grouped according to fixed categories, such as those shown in FIG. 19. The RESOURCEs can also be grouped into categories by a search call.

Assume that the user wishes to obtain the RESOURCE which is highlighted in FIG. 21. The user actuates the proper button on the screen, using a mouse, and the CLS retrieves the RESOURCE. In this case, the RESOURCE takes the form of downloadable data, so that the CLS is able to obtain the RESOURCE, by telephone, or other data channel, from the RESOURCE's REPOSITORY.

The CLS examines the RESOURCE, in order to ascertain whether a computer program is required to display the resource m its intended manner. In the present example, the CLS found that such a program is required, but also found, in attempting to launch that program, that the program was unavailable, or otherwise unsuitable for displaying the RESOURCE. Thus, the CLS displays the screen shown in FIG. 22.

This screen informs the user that the program is unavailable, and reminds the user that, to save the downloaded RESOURCE, the user must take active steps. Otherwise, the RESOURCE will be lost, and, to be obtained again, must be retrieved from the REPOSITORY.

The CLS presents the user with the screen shown in FIGS. 23 and 24, and allows the user to save the RESOURCEs, which in this example take the form of computer files, in the usual manner.

Two examples will illustrate some important points regarding the meaning of "display in the intended manner."

EXAMPLE 1

Generally, word processing programs display their documents in formats which are somewhat unique to each program, and also store their documents in different data formats on floppy diskettes.

For instance, consider text which should be underlined, when printed on paper. One word processing program may display this text, on a computer display, as actually underlined. Another word processing program may instead display this text in a different color from the surrounding, non-underlined text.

US 6,519,600 B1

13

Further, the two word processing programs will probably store the document on floppy diskettes as different sequences of bytes. That is, the sequences stored on diskettes contain two (or more) types of data. The first type includes the bytes for the actual text of the document. ASCII codes are commonly used, although other codes exist, such as EBCDIC.

The second type includes formatting codes, which indicate special characteristics of given sections of text, such as the underlining discussed above. Different word processing programs, in general, use different codes to signal different characteristics of the text.

Thus, a given formatting code may have different meanings in different documents created by different word processors. The given code may cause a given piece of text to appear with underlining when displayed on one word processor, yet cause the same text to appear as a different color in another processor.

Further, when some processors display documents generated in another processor, they simply strip out all such codes, and display the document in a predetermined, default format.

The CLS identifies the program which generated the RESOURCE (such as a word processing document) which is retrieved, and attempts to launch the program which generated the RESOURCE, so that the RESOURCE will appear in the same manner as when it was created.

This identification is done not only for word processing documents, but for all RESOURCEs which are retrieved, such as graphics RESOURCEs, spreadsheet RESOURCEs, and so on.

### EXAMPLE 2

Multi-media systems display information to a user in several formats, simultaneously. The information can be visual, as on a computer display. The visual information can be static, as a graphic, or sheet of text. The visual information can be dynamic, as in a changing sequence of images, as in video or animation.

The information can also be audible, and played from a speaker.

Conceivably, the information can be tactile. For example, Morse Code can be represented as a sequence of long and short beeps. A proper transducer can make these beeps detectable to the sense of touch, by vibrating a pad which is touched by the fingers. Visually impaired persons may utilize such a transducer.

Another type of tactile information results from the conversion of visual text into Braille text. The conversion is done by an electromechanical device, known in the art, containing a matrix of parallel pins. The device raises the proper pins to display each letter of the visual text in the proper Braille format.

There are numerous other formats of information display. The identification process under discussion examines a RESOURCE which is downloaded, and ascertains whether additional files, information, or data are required to generate a presentation for the user in the format intended by the RESOURCE.

The invention locates the necessary files and information, and launches the proper computer programs necessary for communication with the user, in the manner intended by the RESOURCE.

### Alternate Procedures

It is possible to establish a procedure for running a suitable alternative program, for displaying a RESOURCE,

14

when a given program is not available. For example, if a RESOURCE requires a particular word processing program, and if that program is unavailable when the RESOURCE is downloaded, then the CLS can be programmed to run another program, such as an earlier version of the given program, or another program entirely.

A variation of launching the program can be taken with RESOURCEs which take the form of compressed data files. For example, the suffix ".zip" is commonly attached to files which are in compressed format, and require de-compression for use. When the CLS examines the file, it will see the suffix, and launch the proper de-compression program to unpack the file. Then, after unpacking, the CLS again examines the file to ascertain the program which will display the file in its intended manner.

### Level 2: Locate and View, Media

Assume that the user is at level 2 within the CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1, and advanced to Level 2.

In Level 2, the user wishes to Locate and View RESOURCEs by MEDIA type, as indicated by the button actuated in FIG. 25. The CLS responds by presenting a list of the different types of MEDIA on which RESOURCEs are stored, as shown in FIG. 26.

Assume that a user wishes to view a list of all RESOURCEs taking the form of video MEDIA (eg, videotape cassettes on VHS or Beta format, and one-inch or two-inch reel tape). The user highlights the "Video" entry, as in FIG. 27, and the CLS responds with a list of all RESOURCEs stored in video format, as indicated in FIG. 28.

As the screen indicates, the user can select a RESOURCE, and then view the PROFILE associated with that RESOURCE. In addition, the user can retrieve the RESOURCE.

If the RESOURCE takes the form of down-loadable data, then the RESOURCE is downloaded in the usual manner. However, in the case of video MEDIA, the REPOSITORY holding the RESOURCE may not possess equipment capable of downloading the video by a data link to the user. (That is, the MEDIA may take the form of a videocassette tape. Data stored on such tape can be analog data, rather than digital data. Analog data is not directly downloadable.)

In this case, the CLS informs the user of the inability to download, and inquires whether the user wishes to request that the RESOURCE be physically delivered to the user. If so, the CLS notifies the REPOSITORY holding the RESOURCE of the user's request. This notification takes the form of a message sent to the ADMINISTRATOR of the REPOSITORY in question, using the CLS. Alternately, the notification can take the form of the CLS sending a message by a commercially available electronic mail service. Sometimes, for added reliability, both types of notification can be undertaken.

It is possible to add the following feature to the CLS. When a user places an order for retrieval of a physical object, such as the video tape in the present example, the CLS, in addition to notifying the REPOSITORY of the request, also notifies a transportation agent.

For example, if both the user and the REPOSITORY are affiliated with the same business organization, the CLS can notify the organization's mail service that the REPOSITORY will soon have a parcel ready for delivery. The mail service takes the appropriate steps to pick up the parcel.

US 6,519,600 B1

15

In addition, the CLS can be arranged such that the PROFILEs of RESOURCEs which are non-downloadable contain relevant shipment information, such as a notation that the RESOURCE is especially delicate, large, or heavy. When a user requests physical delivery of a RESOURCE, the CLS examines the PROFILE, learns whether relevant shipment information exists, and forewarns the transportation agent of the information.

For example, when the CLS informs the mail service that a parcel (the video tape) will be awaiting retrieval at the REPOSITORY, the CLS also informs the mail service of the size of the parcel (very small) so that the mail service knows whether special preparations are required for the pick-up.

As an alternative to notifying, an internal mail service, the CLS may notify a public, common carrier, of the impending shipment, and request that carrier to pick up the parcel. This notification can be accomplished by using commercially available electronic mail services.

As another alternate, as FIG. 96 indicates, the user may choose that a facsimile message (or FAX) be sent, requesting order of the RESOURCE. One implementation of this FAXing capability requires that the LOCAL SERVER, or the user's PC, be equipped with a facsimile modem, which are known in the art. The content of the FAX is a predetermined "form" letter, to which CLS adds the identify of the RESOURCE, plus other ordering information required by the custodian of the RESOURCE.

### Classification of Resources

RESOURCEs can be classified as "physical," as physical objects, such as flex diskettes, videotapes, etc., or "soft," as in computer-downloadable RESOURCEs, such as software.

When a user orders a "physical" RESOURCE, a message, as discussed above, is sent to the custodian of the RESOURCE, requesting delivery. When a user orders a "soft" RESOURCE, the RESOURCE is downloaded to the user directly.

### Features of Display of FIG. 26

FIG. 26 displays a list of RESOURCEs, containing both "soft" and "physical" RESOURCEs. The "On Line" entry contains soft RESOURCEs, while most of the remainder are physical RESOURCEs.

When the user orders one of the physical RESOURCEs, the information which CLS transmits to the custodian of the RESOURCE is in a format which facilitates automatic order-filling by the custodian, if the custodian is so equipped.

For example, a common electronic mail message will contain the ordering user's name and address. This information is in an electronic format which is easy to assimilate into custodian's inventory management, or product ordering. That is, the information is contained within a data file which the custodian can retrieve into the system which handles the custodian's order entry system. The custodian can manually transfer the ordering information (such purchaser's name and address) to the files used in filling orders. Alternately, the custodian can be equipped with a computer program which searches the electronic mail message for ordering information, and automatically loads the information into the custodian's order-filling software system. An example will illustrate.

Assume that the electronic mail message contains the following text:

16

Item ordered: Stock number ABC 123

Purchaser: John Blank

Address: 4343 Oak Terrace, Dayton, Ohio 45479

How to Bill: (Credit Card or Internal or Send Bill)

Credit Card Number: 1111 2222 3333 4444

The custodian's program searches the text for the phrase "Item ordered." When the program finds this text, it then searches the subsequent text for the stock number to be ordered, and copies the stock number to the order-filling file.

The program copies the rest of the information to the order-filling file in a similar manner. (The "How to Bill" phrase is followed by three possibilities. The ordering person selects one of these, as by entering a numeral "1", "2", or "3". The custodian's program detects the selection, and sets into motion the proper billing action.

Different custodians, in general, will require, different items of information. Once the items are known, and the message format is established by the ADMINISTRATOR, the message which CLS sends to the custodians will contain all information which is necessary for completion of a normal business transaction, resulting in transfer of the ordered RESOURCE. And, as described above, the message can automatically trigger initiation of the ordering process.

### Locate and View, by Repositories

Assume that the user is at level 2 within the CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1.

In Level 2, the user now wishes to Locate and View by REPOSITORY, as indicated by the button actuated in FIG. 29. In response, the CLS displays all REPOSITORIEs holding RESOURCEs, as indicated in FIG. 30. Assume that the user selects the REPOSITORY "Marketing Core Server Team," as indicated by the highlighted entry in the Figure.

In response, the CLS displays the RESOURCEs held by the selected REPOSITORY, as indicated in FIGS. 31 and 32. Assume that the user selects the RESOURCE entitled "Windows NT 'The Right Choice'", as indicated by the highlighted entry in FIG. 32.

In response, the CLS retrieves the RESOURCE and examines (as explained above) the RESOURCE to ascertain which, if any, program is required to display the RESOURCE. This particular RESOURCE requires the program entitled "Powerpoint," available from Microsoft Corporation, as indicated by the suffix ".PPT" contained in the name of the RESOURCE.

The CLS launches the Powerpoint program, and loads the RESOURCE into the program, thereby displaying the RESOURCE in its intended format, as indicated in FIG. 33.

### Locate and View, by Systems

Assume that the user is at level 2 within the CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1.

In Level 2, the user now wishes to Locate and View by SYSTEMs, as indicated by the button actuated in FIG. 34. In response, the CLS provides a list of systems which are available to the user, as shown in FIG. 35.

The term "system" refers to organizations which maintain collections of information, such as stock market reports, newspapers, magazines, and so on, which are downloadable to a user. Three exemplary SYSTEMs were identified above.

When the user selects a SYSTEM, as indicated in FIG. 36, the CLS connects the user with that SYSTEM. The user

EXHIBIT A
Page 121

US 6,519,600 B1

17

18

obtains access to the system, and obtains the same use of the system as if the user had connected to the system outside the CLS. When the connection is made with a SYSTEM, the CLS displays an appropriate screen, such as that shown in FIG. 37.

### Adding a Resource to a Repository

The user can return to Level 1 by actuating the button shown in FIG. 38, which causes the screen shown in FIG. 39 to be displayed. The CLS has returned the user to Level 1.

Assume that the user selects option #2, "Provide and Distribute." In response to this option, the CLS displays the screen shown in FIG. 40, which allows the user to select the "Provide" option, as indicated. If the user selects the "Provide" option, the CLS responds with the screen shown in FIG. 41.

This screen represents the PROFILE of the RESOURCE which the user is about to provide to a REPOSITORY. The user fills out the PROFILE in the usual manner, as by the sequence illustrated by FIGS. 41–49. Several points are significant.

The user, who is now a PROVIDER, declares an "Access Level," by selecting a box at the upper right part of FIG. 41. If the user selects "Public," then any person gaining access to the CLS can obtain access to the RESOURCE now being added.

If the user selects "Organization" or "Team," then only those members of the user's respective organization or team can gain access. If the user belongs to many teams or organizations, the CLS asks the user to specify those to whom access should be granted.

The "Resource Title" is, of course, the title which appears on the PROFILE. When another user, at a later time, performs searches using the CLS, this title will appear in the list of titles returned to the later user.

The "Resource Category" refers to the "Category" described in connection with FIGS. 18–21. The RESOURCE now being created will become located within the CATEGORY specified on the PROFILE in FIG. 41. Whenever a later user searches this CATEGORY, the title of the newly created RESOURCE will be found. (Of course, if the new RESOURCE has access limited to a particular "Team," and if the later user is not a member of this "Team," then the later user will not see the title when any searches are performed. This aspect is described near the end of the Specification.)

If the PROVIDER finds the CATEGORIEs which CLS provides to be unsuitable (these have been created previously by other users of the system), then the PROVIDER can create a new CATEGORY. The PROVIDER does this by choosing the option "OTHER," which is presented when the PROVIDER actuates the box labeled "INFORMATION CATEGORY" in FIGS. 41–49. The new CATEGORY is then added to the list of CATEGORIEs, and is shown to all users who subsequently elect to view the CATEGORIEs.

"Repository" in FIG. 41 refers to the REPOSITORY which will receive and then maintain the RESOURCE.

"Media" refers to the media type, such as those shown in FIG. 27.

"Bitmap" refers to a graphical image, or picture, which the PROVIDER can associate with the PROFILE. FIGS. 46 and 47 illustrate how the PROVIDER identifies the file which contains this image, at the time of creation of the PROFILE. Once the file has been identified, CLS stores it with the PROFILE. At subsequent times, when other users

call up the PROFILE, they can actuate the "Bitmap" option, and CLS will display the graphical image.

For example, if the PROFILE's RESOURCE is a physical object, such as a fuel pump for an automobile, the graphical image may take the form of a picture of the pump.

### Searching for Resource Just Created

FIGS. 41–49 described creating a PROFILE for a new RESOURCE. It was entitled "Test Resource for Training," as indicated in FIG. 49. FIG. 50 illustrates a search request, undertaken under the LOCATE AND VIEW option, done in pursuit of this newly created RESOURCE.

FIG. 51 illustrates the results of the search. The new RESOURCE is highlighted by the user, and the RESOURCE PROFILE option is selected. If the user actuates the button labeled "Resource Profile," located at the upper right part of the Figure, CLS displays the PROFILE of this highlighted RESOURCE, as shown in FIG. 52.

(If the user selects the "E-Mail" option, by actuating the proper button at the bottom of the Figure, but if the E-Mail option is unavailable, then CLS responds with the message shown in FIG. 53.) This message indicates that the file could not be mailed electronically, but specifies the location of the RESOURCE, and inquires whether the user wishes to view the RESOURCE. If the user selects YES, then CLS displays the RESOURCE, as shown in FIG. 54.

### Establishing a Standing Search (Level 1—Identify Interests)

In brief, this option allows a user to establish a standing search, analogous to a search described in FIGS. 9–12, above. However, this standing search examines new RESOURCEs shortly after they are added to their REPOSITORIEs, instead of searching the REPOSITORIEs immediately. How often the standing search is executed is controlled by the user.

Thus, if a user is interested in new developments in, say, pediatric medicine, the user would establish a standing search in the appropriate category for the subject of interest. The user accomplishes this as follows.

At Level 1, as indicated in FIG. 55, a user can select option #3, "Identify Interests." The CLS responds by displaying the screen shown in FIG. 56. Assume that the user selects option #2, "Add/Delete Interests."

The CLS displays the screen shown in FIG. 57, which invites the user to enter a phrase which describes the interest. The user can enter a phrase or, as indicated in FIG. 58, opt to view the user's presently established INTERESTs (if any exist). FIG. 59 illustrates the present INTERESTs, namely, "CLS." This INTEREST was saved after a previous search was performed.

Irrespective of the particular manner in which the user creates an INTEREST (either by (a) direct entry of a phrase in FIG. 58, (b) by recalling a previous interest, or (c) by modification of the previous interest) the CLS acts upon the interest in the following way.

The CLS, automatically, searches each new PROFILE, at the times specified by the user when the INTEREST was created, according to the search criteria established by the INTEREST.

During a search, if the search criteria are fulfilled, the CLS notifies the user. The CLS accomplishes the notification by placing a small icon on the screen of the user's computer. This icon does not disrupt any current activity of the user. One such icon is that located in the lower left corner of FIG.

US 6,519,600 B1

19

5, indicating "9 notifications," meaning that nine PROFILEs were found which match the standing search, or INTEREST.

The user can view the search results, as shown in FIG. 62, by actuating the button at the lower left, associated with the phrase "10 notifications." The search results are then displayed, as shown in FIG. 62.

FIG. 60 illustrates a screen from which a user may exit. Upon exiting, the GUI will display a screen of the type shown in FIG. 61. The icon containing the number "10" and labeled "NCR Continuous Learning" indicates the results of a standing search, or INTEREST. To view the search results from this level, the user actuates this icon, which causes the display shown in FIG. 62 to be generated. The display lists the PROFILEs found which match the search criteria.

Reminder to Save upon Exiting

When a user wishes to exit the CLS, the user actuates the exit button, as shown in FIG. 63. If the CLS contains local files, which have been downloaded, but not yet saved, the CLS reminds the user of this fact at this time, by means of the screen shown in FIG. 64. The user takes appropriate action. (Of course, the originals of the downloaded items are still located at their respective RESOURCEs, and are not lost if the user does not heed the warning screen shown in FIG. 64.)

Upon exiting the CLS, the Graphical User Interface displays a screen resembling that in FIG. 65.

Modification of Team Membership

FIG. 66 explains the fact that the CLS Administrators manage the membership of teams, and provides a scenario wherein subsequent Figures illustrate modification of team membership. These screens are available only to the Administrator of the SERVER running CLS, and not to the users.

In FIG. 67, the Administrator actuates the MEMBERSHIP button. The CLS responds with a list of members, as shown in FIG. 68, together with the team affiliation of each. The team affiliation follows the symbol "@".

In FIG. 69, the Administrator clicks the ADD button, because the Administrator wishes to add a member to a team. The CLS responds by displaying the screen shown in FIG. 70. The Administrator provides the information requested, and actuates the proper buttons on the screen.

The CLS adds the person identified in the screen shown in FIG. 70 to the proper team. The membership of the new team can be viewed as shown in FIG. 71.

The screen of FIG. 71 can also be used as a launching point to modify membership of the TEAMs under the control of the Administrator. (The Administrator of each SERVER handles the TEAM membership of that SERVER.) The Administrator actuates the button TEAMs, causing the CLS to display the screen shown in FIG. 72. For simplicity, a single team is illustrated, namely "CLS ADMIN USERS."

The Administrator actuates the MODIFY button, causing the CLS to display the screen shown in FIG. 73. The upper frame lists the current members of the TEAM selected in FIG. 72. The lower frame provides a roster of possible members. This roster includes all users which the SERVER, under control of the ADMINISTRATOR, serves.

The ADMINISTRATOR selects users in the lower frame to be added to the TEAM, as indicated by the highlighting in FIG. 74, and then actuates the ADD button, as shown in FIG. 75. The CLS adds the selected users to the TEAM, as indicated in FIG. 76.

Creating a Resource which is Limited to Specific Teams

FIG. 77 illustrates a PROFILE of an exemplary RESOURCE which is being created by the

20

ADMINISTRATOR, and which is entitled "CONFIDENTIAL REPORT ON CLS SECURITY REQUIREMENTS." The PROFILE is generated as shown in FIG. 78, and, as indicated, access to it has been restricted by the entry adjacent the symbol "CLS ADMIN USERS."

To illustrate the restricted access to the RESOURCE (after its creation) the ADMINISTRATOR first performs a SEARCH (using steps not shown, but explained above, in connection with FIGS. 10–12) which would ordinarily locate the newly created RESOURCE. The results of the search are shown in FIG. 79.

The "CONFIDENTIAL REPORT . . . ", which is the RESOURCE just created, appears at the bottom of the list.

Then, as explained in FIG. 80, the Administrator simulates a search run by a user who is not a member of any team which has been granted access to this "CONFIDENTIAL REPORT . . . " As indicated by FIGS. 80 and 81, the non-TEAM member performs a search which would, ordinarily, locate the "CONFIDENTIAL REPORT . . . " However, FIG. 83 shows the search results, which omit the "CONFIDENTIAL REPORT . . . " from the list of RESOURCES available to this user.

This sequence illustrates the fact that the creator of a RESOURCE controls the access to the RESOURCE, by identifying the TEAMS which can gain access to the RESOURCE.

Flow Chart of Programs

FIGS. 84–96 illustrate a flow chart of the logic followed by the program contained in the microfiche appendix. This program was written to run on computers using the 80X86 family of microprocessors, available from Intel Corporation. The microfiche appendix, together with the flow chart, will allow a user to write code which can run on other processors.

In the flow chart, the word "illustration" refers to the patent Figures. For example, in flow chart FIG. 84, the fourth paragraph in the large box states: "See illustration 6 . . . " "Illustration 6" refers to FIG. 6.

Brief Description of Files

The files identified in the flow chart are summarized as follows.

1. MAINCAT1.OBS—Purpose: main screen.
   Generates four icon-buttons, namely,
   (1) Locate & View (refers to MAINCAT2),
   (2) Identify Interests (refers to MAINCAT3),
   (3) Personal Information (refers to MAINCAT), and
   (4) Provide or Distribute (refers to MAINCAT5).
   Subscription Alert, Checks & Button

2. MAINCAT2.OBS—Locate & View screen
   Generates eight icon-buttons, namely,
   (1) Resource Catalog (A to Z) (refers to MAINCAT1),
   (2) Search (refers to SRCHNEW),
   (3) Resource Catalog—Categories (refers to MAINCAT1),
   (4) Media, Search by (refers to MAINCAT1),
   (5) Repositories, Search by (refers to MAINCAT1),
   (6) Systems (refers to MAINCAT1),
   (7) Save as Interest (refers to PROFILE), and
   (8) Return to Main Menu.

3. MAINCAT3.OBS—Identify interests screen.
   Generates two icon-buttons, namely,
   (1) View Interests (refers to PROFILE), and
   (2) Interests Administration (refers to PROFILE).

EXHIBIT A
Page 123

US 6,519,600 B1

21

4. MAINCAT4.OBS—Personal information screen. Generates two icon-buttons, namely,
  (1) View Personal Profile (refers to USER2), and
  (2) Change Password (refers to PWDCHG).

5. MAINCAT.OBS—Provide or Distribute System. Generates two icon-buttons, namely,
  (1) Provide (refers to CATADMIN), and
  (2) Membership (Administration Only) (refers to MEMBERS N/A).

6. CAT1.OBS—Interactive screen to Locate & View by "A to Z," Category, Media, Repository, and also for viewing alternate Systems reachable from CLS (refers to RESULTS.OBS).

7. SRCHNEW.OBS—General search screen; user-interactive screen for search of the CLS database by logical combinations of title, description, and date (refers to RESULTS.OBS).

8. RESULTS.OBS—Results screen (includes number of entries found in search, list of entries, "more info" button, OK, and Cancel buttons). Key function cataloginfo( ): gets profile information and, if needed, retrieves the corresponding file and opens it locally in appropriate application; may call CATDBF1 to display profile.

9. PROFILE.OBS, PROFILE1.OBS—Screen to add or delete interests.

10. CATADMIN.OBS—Screen to administer accessible resource profiles (especially New, Modify, Delete). (Refers also to NCRCAT.INC (especially Getinfo( ) function, called by Modify( ). Also refers to DIALOG.OBS.)
Important subroutines: Commit( ) (OK), Modify( ), and FID2060( ) (Delete).

11. MEMBERS.OBS—Screen lists all members of teams, and allows Administrator to add, modify, and delete members. (Refers to USERADM.OBS.)

12. CATDBF1.OBS—Shows profile data and also information on contact and functions to request more information directly from contact. Can also retrieve corresponding "On-Line" file and open it locally in appropriate application, in manner similar to RESULTS.OBS. (Refers to QTY.OBV.)

13. USERADMIN.OBS—Screen to add, modify, or delete member from the CLS. (Refers to NEWORG.OBS.)

14. CLNSIGN1.OBS—Purpose: initial sign-on for CLS. See FIG. 3. Verify( ) performs the single logon to the SERVER. (Server$ appears only here.)

15. PWDCHG.OBS—Screen to allow users to change their own passwords.

16. USER2.OBS—Screen to allow user to view his or her personal information profile (eg, name, e-mail address, user environment). The information is maintained and edited only by the Administrator.

17. NEWORG.OBS—Screen for use by CLS Administrator to define "organization" (as used in CATADMIN for "IPD Only"/"Organization" checkbox.)

18. DIALOG.OBS—For adding "Bitmap"/"Preview" from SUB FID257 in CATADMIN.OBS.

19. ABOUT—Screen gives CLS version and system information, and access to CREDITS.OBV.

20. ADVISOR.OBS—Activated from MAINCAT1.OBS, lines 593 and 616. This module executes the display of the list of supplemental operating instructions, described in point number 7, below.

22

21. ALERT.OBS—Activated from MAINCAT1.OBS, line 590. This module allows an ADMINISTRATOR to privately communicate with a selected user, as described in point number 8, below.

22. CLNSAVE.OBS—Screen for saving files from CLS.

23. CLSINTRO.OBS—Relates to a screen displayed before CLS runs.

24. CREDITS.OBS—Credits for CLS product.

Additional Considerations

1. Each REPOSITORY takes the form of mass memory which is associated with a computer, which is called a SERVER. (Alternately, the REPOSITORY can include both the SERVER and the mass memory.)

The REPOSITORIES hold the PROFILES of the RESOURCEs. Some RESOURCEs are downloadable, and are stored in the mass memory. Other RESOURCEs are not down-loadable, and will be stored at a location designated on their respective PROFILEs.

The invention links all REPOSITORIES together, in a manner which is transparent to the user. For example, as discussed above, a user can request a listing of the titles of all RESOURCEs, no matter which REPOSITORIES hold the RESOURCEs.

The listing appears, to the user, as though all RESOURCEs are located in a single REPOSITORY, although, in general, such is not the case: multiple REPOSITORIES are involved.

Of course, if the user calls for a particular PROFILE whose title appears in the listing, the PROFILE identifies the REPOSITORY. If the user examines several PROFILEs, it will become clear that multiple REPOSITORIES are involved.

From another point of view, every user can obtain access to the PROFILEs contained in all REPOSITORIES (subject to the access/security restrictions discussed above.) These PROFILEs can be searched presently (or as they are created, by establishing an INTEREST), without regard to the fact that multiple REPOSITORIES hold the PROFILEs.

In addition, every user can obtain any RESOURCE, identified in a PROFILE, no matter which REPOSITORY holds it (subject, again, to the security restrictions.)

Thus, despite the fact that the RESOURCEs and their PROFILEs are distributed over multiple REPOSITORIES, which themselves can be distributed world-wide geographically, the user deals with them as though they were located in a single place.

As stated earlier, the soft RESOURCEs are located at local SERVERs. The PROFILEs are located in REGIONAL SERVERs.

2. When a RESOURCE is downloaded to a SERVER, the invention examines the RESOURCE in an attempt to identify whether a computer program should be launched, or other actions taken, in order to properly display the RESOURCE. One type of examination involves looking at the file name of the RESOURCE. For example, the file name "Letter.doc" is interpreted as having been created by a word processor which customarily adds the suffix "doc" to its files.

When the invention finds this suffix "doc", the invention consults a look-up table, finds the program which uses the suffix "doc", and then attempts to locate the program, launch it, and load the RESOURCE into it.

Another type of examination involves examining data contained in a header of the RESOURCE. These examina-

US 6,519,600 B1

23

tions can collectively be described as looking for indicia which identify the program which generated the RESOURCE.

3. One significant feature of the invention is that all possible options available to a user are displayed on the screens generated by the invention. Selecting an option is self-explanatory: a pointing device is used (for example).

Providing information which the option requires is also self-explanatory: the user fills in blanks, such as those shown in FIG. 45 (which relate to PROFILEs), using a keyboard.

This feature eliminates a need for the user to remember arcane computer commands, and reduces time required to learn how to use the invention.

4. As discussed above, the PROFILEs are stored in REGIONAL SERVERs, while the downloadable RESOURCEs are stored in LOCAL SERVERs. A physical RESOURCE, described by a PROFILE stored in a REGIONAL SERVER, can be stored at any convenient location.

Multiple REGIONAL SERVERs, all storing identical collections of PROFILEs, in order to enhance performance. That is, multiple REGIONAL SERVERs can provide faster response to numerous users than can a single REGIONAL SERVER.

5. FIG. 95 indicates that the files MEMBERSHIP.OBV and MEMBERSHIP.OBS are not included in the microfiche appendix. The reason is that these files contain the actual membership lists. These lists are created by the user of CLS.

6. FIG. 2 contains the phrase, in faint grey lettering, "CLS Overview." This represents an option for the user to view a six-screen tutorial which explains how to use the CLS system. The tutorial automatically is shown when a user logs on for the first time. The user can de-activate the tutorial, which causes the option to be displayed in grayed text, as in FIG. 2.

7. It has been found that users pose questions to the ADMINISTRATOR regarding operation of the system. These questions are delivered to the ADMINISTRATOR in any convenient manner, such as by telephone, letter, electronic mail, etc.

The invention allows the ADMINISTRATOR to provide to the users a list of these questions, together with answers to the questions (or any selected group of questions-and-answers). The users obtain access to these questions by the button in FIG. 5 labeled "CLS Advisor."

In practice, the ADMINISTRATOR will continually update the list of questions, thus providing a continually updated list of instructions for operating the system.

8. CLS makes provision for the ADMINISTRATORs to send private messages to single users. When the message arrives, an icon appears on the user's screen, informing the user of the message.

Definitions. The terms used herein have established meanings in the art. Some additional definitions are the following.

The term "Personal Computer," or PC, has been used. It is to be understood that this term is not limited to the specific set of microcomputers having an architecture designed around the 8XX86 microprocessor manufactured by Intel Corporation. Rather, the term refers to microcomputers generically, and includes, for example, desktop computers, laptop computers, workstations, and terminals. The term includes machines designed according to different architectures and using different processors.

SERVERs are computers, and frequently take the form of large, mainframes. However, as computer technology

24

evolves, the power of mainframes is becoming available in much smaller devices.

A significant feature of the invention is that the invention allows a given PC to act as either a SERVER or as a CLIENT of a SERVER.

RESOURCEs have been described above. RESOURCEs are located in REPOSITORIES. If a RESOURCE takes the form of down-loadable data, then such a RESOURCE will most likely be stored in mass storage (eg, disc drives or tape systems) of a SERVER.

However, it is not required that this mass storage be directly "on-line." That is, for example, a given RESOURCE may be stored on magnetic media, such as magnetic tape or floppy diskettes, which are kept on storage racks. While the media are located on the racks, they cannot be read by a computer, and are not considered "on-line." To obtain access to the data, the tapes or discs must be loaded onto appropriate drives.

If a RESOURCE takes the form of a physical object, then the RESOURCE is stored in the same manner as others of its type, as in a warehouse.

PROFILEs are collections of information which describe RESOURCEs.

Numerous substitutions and modifications can be undertaken without departing from the true spirit and scope of the invention. What is desired to be secured by Letters Patent is the invention as defined in the following claims.

What is claimed is:

1. A method of retrieving a physical object, comprising the following steps:

(a) enabling access to a PROFILE describing the physical object;

(b) enabling the physical object to be listed in response to a request made by a user;

(c) enabling the user to select the listed physical object and view the PROFILE;

(d) enabling the user to place an order for delivery of the selected physical object; and

(e) enabling automatic notification of a transportation agent when the order is placed.

2. The method of claim 1 including the further step of enabling automatically notifying, when the order is placed, an ADMINISTRATOR of a REPOSITORY holding the physical object.

3. Method according to claim 2, wherein the information includes information as to location of the physical object.

4. The method of claim 1 in which the PROFILE contains shipment information that the transportation agent is automatically given.

5. The method of claim 4 in which the shipment information includes a notation of the size and weight of the physical object.

6. The method of claim 1 in which the transportation agent is the internal mail service of an organization affiliated with a REPOSITORY in which the physical object is held.

7. The method of claim 1 in which the transportation agent is a public common carrier.

8. The method of claim 7 in which the transportation agent is notified by a facsimile message.

9. Method according to claim 1, and further comprising additional physical objects, located at different geographic sites, with additional PROFILEs stored for the respective additional physical objects, and further comprising:

f) enabling the processes of paragraphs (a) through (e) to be applied to said additional physical objects and said additional PROFILEs.

US 6,519,600 B1

25

10. Method according to claim 1, wherein the PROFILE contains information describing a respective physical object.

11. The method of claim 1 in which the transportation agent is notified by electronic mail.

12. Method according to claim 1, wherein the PROFILE is key-word searchable.

13. Method according to claim 1, wherein the physical object, when listed as in paragraph (b), is accompanied by a listing of other physical objects.

14. Method according to claim 1, wherein the request of paragraph (b) comprises a key-word search.

15. A method of retrieving a physical object, comprising the following steps:

   a) enabling access to a PROFILE describing the physical object;

   b) enabling the physical object to be listed in response to a request made by a user;

   c) enabling the user to select the listed physical object and view the PROFILE;

   d) enabling the user to place an order for delivery of the selected physical object; and

   e) enabling automatic notification by way of a facsimile message of a public common carrier when the order is placed wherein the facsimile message is enabled to be chosen by the user and transmitted using a form letter to which an identification of the physical object and information required by a custodian of the physical object are automatically added when the order is placed.

16. A method, comprising:

   a) maintaining physical objects at different geographic sites;

   b) maintaining multiple profiles, one for each respective physical object, which
      i) contain information about the physical objects; and
      ii) are key-word searchable;

   c) receiving a query containing key words from a user and, in response, locating profiles containing the key words and presenting the profiles to the user;

   d) receiving an order from the user which identifies one or more physical objects for delivery; and

   e) requesting a transportation agent to retrieve the ordered physical objects at their respective locations.

26

17. Method according to claim 16, and further comprising

   f) maintaining multiple servers, each storing a group of said profiles, such that the profiles are distributed over the multiple servers.

18. Method according to claim 17, wherein each user is assigned to one of the servers, and delivers queries to the assigned server.

19. Method according to claim 17, wherein the servers are located at different geographic sites.

20. A method, comprising:

   a) maintaining multiple groups, 1 through N,
      i) each group being located at a different geographic site, and
      ii) each group containing one or more physical objects;

   b) maintaining multiple servers, 1 through P, wherein P need not equal N, and assigning to each server one or more of said groups;

   c) in each server, maintaining a profile for each physical object in the server's groups, each profile
      i) describing characteristics of a corresponding physical object, including location, and
      ii) being key-word searchable;

   d) receiving, at a server, a query from a first user containing key words;

   e) identifying profiles in all servers which contain the key words;

   f) delivering the identified profiles to the user;

   g) accepting designation from the user of a set of one or more physical objects to be delivered and, in response, notifying a transportation agent of the locations of the designated physical objects.

21. Method according to claim 20, wherein the servers are located at different geographic sites.

22. Method according to claim 20, wherein the first user delivered said query to server 1, and further comprising:

   h) receiving a second query containing second key words from a second user at server 2;

   i) identifying second profiles in all servers which contain the second key words;

   j) delivering the identified second profiles to the second user;

   g) accepting designation from the second user of a second set of one or more physical objects to be delivered and, in response, notifying a transportation agent of the locations of the designated physical objects.

*  *  *  *  *

US006480855B1

(12) **United States Patent**
Siefert

(10) Patent No.: **US 6,480,855 B1**
(45) Date of Patent: **Nov. 12, 2002**

(54) **MANAGING A RESOURCE ON A NETWORK WHERE EACH RESOURCE HAS AN ASSOCIATED PROFILE WITH AN IMAGE**

(75) Inventor: **David M. Siefert**, Englewood, OH (US)

(73) Assignee: **NCR Corporation**, Dayton, OH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/643,599**

(22) Filed: **Aug. 22, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 08/217,063, filed on Mar. 24, 1994.

(51) Int. Cl.[7] ............................................... G06F 17/30
(52) U.S. Cl. ............................... 707/10; 707/9; 705/27
(58) Field of Search .......................... 707/9, 10; 717/11; 709/219, 220, 221, 203; 705/26–27

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,757,037 A | * | 9/1973 | Bialek ..................... 178/18.01 |
| 4,547,851 A | * | 10/1985 | Kurland ....................... 186/38 |
| 5,155,847 A | * | 10/1992 | Kirouac et al. .............. 709/221 |
| 5,166,886 A | * | 11/1992 | Molnar et al. .............. 700/234 |
| 5,313,392 A | * | 5/1994 | Temma et al. .............. 235/385 |
| 5,421,009 A | * | 5/1995 | Platt ........................ 709/221 |
| 5,473,772 A | * | 12/1995 | Halliwell ................... 717/11 |
| 5,572,572 A | * | 11/1996 | Kawan et al. ........... 379/90.01 |
| 5,615,342 A | * | 3/1997 | Johnson ..................... 705/24 |
| 5,845,090 A | * | 12/1998 | Collins, III et al. ........ 709/221 |

OTHER PUBLICATIONS

"Harvest User's Manual" by Darren R. Hardy & Michael F. Schwartz, Version 1.0 Oct. 1994. Last revised on Nov. 3, 1994.

"Essence: A Resource Discovery System Based on Semantic File Indexing" by Darren R. Hardy & Michael F. Schwartz—University of Colorado, Boulder. 1993 Winter USENIX—Jan. 25–29, 1993—San Diego, CA pp. 361–374.
"Harvest Effective Use of Internet Information," The Harvest Information Discovery and Access System. No Date.
"The Harvest Information Discovery and Access System" by C. Mic Bowman, Peter B. Danzig, Darren R. Hardy, Ndi Manber & Michael F. Schwartz. No Month 1994.
Technical Discussion of the Harvest System. No Date.
Harvest Demonstration Brokers Feb. 1996.
Instructions for the Harvest distribution: Version 1.3 No Date.
Frequently Asked Questions (and Answers) about Harvest Version 1.4 patchlevel 2. 13 pages Feb. 1996.

(List continued on next page.)

*Primary Examiner—*Jack Choules
(74) *Attorney, Agent, or Firm—*Greg Welte

(57) **ABSTRACT**

The invention concerns a system for managing resources, which can take the form of (a) computer-compatible information, such as data files and programs, and (b) non-computer-compatible information, such as data contained on microfiche, and (c) physical objects. The resources are located at geographically diverse sites. The invention contains a descriptive profile for each resource, and allows any user to search all profiles, and to search the profiles according to "fields" (a database term), such as by location of the resources, or by category of the resources. The user can order delivery of a selected resource, and the system causes delivery of the resource to be executed, irrespective of the form (e.g., physical object) of the resource. The invention allows a provider of a new resource to limit access to the resource, by identifying users who are authorized to obtain access to the resource. Non-authorized users cannot obtain access to the profiles of these resources.

**3 Claims, 101 Drawing Sheets**

Microfiche Appendix Included
(3 Microfiche, 207 Pages)



**US 6,480,855 B1**

Page 2

OTHER PUBLICATIONS

"Customized Information Extraction as A Basis for Resource Discovery," by Darren R. Hardy and Michael F. Schwartz, Department of Computer Science, University of Colorado, Boulder. Mar. 1994.

"Debugging Autonomously Managed Distributed Systems & The Harvest Cache and Directory Replicator," by Peter B. Danzig Computer Science Department, University of Southern California, Nov. 2, 1994.

Harvest: A Scalable, Customizable Discovery and Access System, IRTF–RD: Mic Bowman (co–PI, Transarc), Pater Danizig (co–PI, USC), Darren Hardy (PRA, U Colorado), Udi Manber (co–PI, U Arizona), Mike Schwartz (PI, U Colorado). No Month 1994.

"Internet Resource Discovery Services," by Katia Obraczka, Peter B. Danzig and Shih–Hao Li, University of Southern California, 8153 Computer, 26 (1993) Sep., No. 9, Los Alamitos, CA, US.

"The Internet Gopher: A Distributed Server Information System," by Mark Cahill, University of Minnesota. No Date.

"The Internet Gopher Protocol a distributed document search and retrieval protocol" Network Working Group, Request for Comments: 1436. 15 pages. Mar. 1993.

Exploring the Power of the Internet Gopher, UIUCnet V6–1, Jan. 1993.

"The Whole Internet" User's Guide & Catalog, Second Edition, by Ed Krol 384.648, 161 Kr 1994.

Internet Passport, Northwestnet's Guide To Our World Online, Mar. 1993, Fourth Edition. pp. 259–344.

"Archie—An Electronic Directory Service for the Internet," by Alan Emtage, McGill University, Montreal, Canaca, Peter Deutsch, McGill Universiyt, Montreal, Canada, USENIX—Winter '92.

"Distributed Indexing A Scalable Mechanism for Distributed Information Retrieval," by Peter B. Danzig, Jongsuk Ahn, John Noll, Katia Obraczka, Computer Science Department, University of Southern California,, Los Angeles, California. ACM SIGIR Conference 1991, pp. 220–229.

"Internet Resource Discovery at the University of Colorado," by Michael F. Schwartz, Department of Computer Science, University of Colorado, Boulder Colorado, Oct. 1992.

"Research Problems for Scalable Internet Resource Discovery," by C. Mic Bowman, Peter B. Danzig, Michael F. Schwartz, University of Colorado at Boulder, Technical Report CU–CS–643–93, Mar. 1993.

"Fields of Files," by Ruth Halpern, LAN Technology, Sep. 1991, vol. 7, No. 9, pp. 48–62.

"Test Drive—Inside the Document Den," by Ruth Halpern, Lan Magazine, Dec. 1992, vol. 7, No. 12, pp. 170–178.

Automating Document Managewment, Office Administration and Automation, vol. XLVI, No. 4, Apr. 1985, pp. 51–86.

"A Network Under Control," by Ed Perratore, Dec. 17, 1991, PC Magazine, pp. 287–330.

"Evolution of the Internet Gopher," by Mark P. McCahill & Farhad X.Anklesaria, J.UCS, vol. 1, Issue 4. 1995.

Road Map to A/UX, Release 3.0. pp 1–1 through 1–21 No Date.

Apple Inside Macintosh vol. III pp. III–9 through III–10 Nov. 1990.

Brady "Inside the Apple Macintosh," by Jim Held & Pater Norton. pp 590–591 © 1989.

Macintosh Bible, second edition, edited by Arthur Naiman. No Date.

Claris for Macintosh, ClarisWorks User's Guide. p. 1–18, 1–19, and p. 2–1 through 2–10 No Date.

Guide to Macintosh System 7.5, Don Crabb. © 1994.

Macintosh User's Guide for desktop Macintosh computers, Part I–IV. © 1993.

"The System 7 Book", by Craig Danuloff, Second Edition for 7.0 & 7.1. © 1994.

"Desktop Design Series," the Ventana Press. © 1993.

An Overview of A/UX Release 3.0, Chapters 1 & 2. No Date.

Mastering Windows 3.1, Robert Corvart. © 1992.

What Is Microsoft Workgroup Add–On for Windows? No Date.

Microsoft Windows User's Guide Operating System Version 3.1. 1994.

Concepts, Novell NetWare 4, Network Computing Products. No Date.

* cited by examiner



**FIG. 1**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 134 of 655



**FIG. 1A**



**FIG. 1B**



FIG. 1C

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 137 of 655

# FIG. 1D



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 138 of 655



**FIG. 1E**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 139 of 655



**FIG. 2**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 140 of 655



**FIG. 3**

EXHIBIT B
Page 136

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 141 of 655



**FIG. 4**

EXHIBIT B
Page 137

FIG. 5

**NCR Continuous Learning System**

File   Options   Help

# Continuous Learning System

**Locate and View**
- Display resource names.
- Search resource names (including categories).
- Save search as interest
- Choose and receive information resource

1

**Provide or Distribute**
- Add, edit or delete entries to the Resource Center.

2

**Identify Interests**
- Identify and save interests for notification.
- Review existing saved interests

3

**Personal Information**
- Review your personal profile.
- Change password.

4

9 notification(s)   Vickie Cowan

Session Active.
Click on a button for instructions or double click to execute the button. You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

CLS Advisor   16:35:17

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 143 of 655

**FIG. 6**



NCR Continuous Learning System

File   Options   Help

## Continuous Learning System

### Locate and View
1
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose and receive information resource

### Provide or Distribute
2
- Add, edit or delete entries to the Resource Center.

### Identify Interests
3
- Identify and save interests for notification,
- Review existing saved interests

### Personal Information
4
- Review your personal profile.
- Change password.

Session Active.
Click on a button for instructions or double click to execute the button.
You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

9 notification(s)   Vickie Cowan   CLS Advisor   16:35:40

EXHIBIT B
Page 139

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 144 of 655

**FIG. 7**

CLS - Locate and View

File　Help

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

**FIG. 8**



CLS - Locate and View

File  Help

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 146 of 655



## FIG. 9

EXHIBIT B
Page 142

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 147 of 655

**FIG. 10**



EXHIBIT B
Page 143



FIG. 11

**FIG. 12**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 150 of 655



**FIG. 13**

EXHIBIT B
Page 146

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 151 of 655



**FIG. 14**



FIG. 15



**FIG. 16**



**FIG. 17**

FIG. 18



# FIG. 19



**FIG. 20**





**FIG. 21**

EXHIBIT B
Page 154



**FIG. 22**



**FIG. 23**



FIG. 24

# FIG. 25

File   Help

**CLS - Locate and View**

## Locate and View

**All Resources**
1
A to Z
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 163 of 655



**FIG. 26**



FIG. 27



FIG. 28

**FIG. 29**

CLS - Locate and View

File  Help

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

**FIG. 30**



CLS - Locate and View

File    Help

**Resource Center - Repositories**

Repository                                    Resource Profile...

**Marketing Core Server Team**                8 received.
Application Development Environment (ADE)
Continuous Learning System
Corporate Information Systems Service
Integrated Client Server Systems Information Products
**Marketing Core Server Team**
Public Relations and Associate Information
QUOTE-TO-CASH
United States Group (USG)

Ok

Cancel

Help

This is a list of the current repositories in the Resource Center. Select a repository and click on the OK button to reveal a resources on the selected repository or select the ADDITIONAL INFORMATION button to learn more about the select repository.

**FIG. 31**



## FIG. 32

CLS - Locate and View

File   Help

### Resource Center - Repositories

Resource Profile...

| Media | Title |
|-------|-------|
| | **WWSM - Windows NT "The Right Choice"** |
| | MSCT - Server Positioning Material (Charts 42-45) |
| | MSCT - Server Positioning Material (Charts 9-12) |
| | MSCT - Transaction Processing Performance Story (TPC) 2 |
| | MSCT - Winning Against HP |
| | WWSM - 3410 Product |
| | WWSM - 3430 Product |
| | WWSM - 35XX Product |
| | WWSM - AT&T / NCR Overview |
| | WWSM - Lifekeeper FRS |
| | WWSM - NCR OCC / Operating System |
| | WWSM - NCR UNIX "Ready for Prime Time" |
| | WWSM - TPC Overview |
| | **WWSM - Windows NT "The Right Choice"** |

28 received.

Ok

Cancel

Help

This is a list of the current repositories in the Resource Center. Select a repository and click on the OK button to reveal a resources on the selected repository or select the ADDITIONAL INFORMATION button to learn more about the select repository.

EXHIBIT B
Page 165



**FIG. 33**

## FIG. 34

**CLS - Locate and View**

File   Help

### Locate and View

**1** — **All Resources**
• Display all authorized resources.

**2** — **General Search**
• Search resources by titles, descriptions, and/or dates.

**3** — **Category**
• Display all authorized resources by categories.

**4** — **Media**
• Display all authorized resources by media type.

**5** — **Repositories**
• Display all authorized resources by repositories.

**6** — **Systems**
• Display all systems that can be executed by CLS.

**7** — **Save Search as Interest.**
• Saves last search request.

**8** — **Back to Previous Screen**
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 35**



**FIG. 36**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 174 of 655

**FIG. 37**



NCSA Mosaic for MS Windows

File   Edit   Options   Navigate   Annotate   Starting Points   Personal

Help

Document Title: NCRINFO

Document URL: http://ncrinfo.ncr.com

# NCR Information Server

**NCR**

An AT&T Company

This is the worldwideweb view of the server ncrinfo.ncr.com

◇ NCR Topics
◇ High Performance Computing and Communications (US Gov't)
◇ Other Public Gophers on Computing Topics
◇ All Worldwide Public Gophers

◇ Search All Menus on ncrinfo
◇ About ncrinfo

NUM

## FIG. 38

CLS - Locate and View

File  Help

### Locate and View

**1** All Resources
• Display all authorized resources.

**2** General Search
• Search resources by titles, descriptions, and/or dates.

**3** Category
• Display all authorized resources by categories.

**4** Media
• Display all authorized resources by media type.

**5** Repositories
• Display all authorized resources by repositories.

**6** Systems
• Display all systems that can be executed by CLS.

**7** Save Search as Interest.
• Saves last search request.

**8** Back to Previous Screen
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

**FIG. 39**



FIG. 40

CLS - Provide or Distribute

File   Help

Provide or Distribute

Provide
1 • Add, modify or delete entries to the Resource Center.

Back to Previous Screen
2 • Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

EXHIBIT B
Page 173

**FIG. 41**

### Resource Administration

File    Help

Access Level:
- [ ] Public
- [ ] Organization
- [ ] Team

Resource Title:

Date Added:                    Date Updated: / /

Product ID:

Media:

Cost:

Format:

Price

Point of Contact:

Information Category:

Information Filename:

Alternate Administrator:

Bitmap>>

Repository:

Resource Description:

Remarks

Ok

Cancel

New

Modify

Delete

Clear All

Help

Please select either New, Modify or Cancel.

EXHIBIT B
Page 174

**FIG. 42**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 180 of 655

## FIG. 43



FIG. 44



Resource Administration

File  Help

Access Level:  ☐ Public  ☐ IPD only  ☐ Team

Resource Title:

Date Added:

Date Updated:  / /

Product ID:

Cost:

Price

Information Category:

Information Filename:

Bitmap>>

Media:

Format:

Point of Contact:

Alternate Administrator:

Repository:

Resource Description:

Remarks

Please enter new data at this time and click on OK.

Ok    Cancel    New    Modify    Delete    Clear All    Help

**FIG. 45**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 183 of 655

FIG. 46



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 184 of 655

**FIG. 47**



**FIG. 48**



**Resource Administration**

File   Help

Access Level:
- ☒ Public
- ☐ IPD only
- ☐ Team

Resource Title:  CLS - Test resource for training

Date Added:                 Date Updated:  / /

Product ID:

Cost:                                                        Media:  On Line

Price                                                        Format:  Notepad

Information Category:  General                Point of Contact:  McCollum, Tab

Information Filename:  \public\tab\test\test1.txt    Alternate Administrator:  Cowan, Vickie

Repository:  Continuous Learning System      Bitmap>>  C:\WINDOWS\CLS1.BM

Resource Description:

Remarks

Please enter new data at this time and click on OK.

Ok
Cancel
New
Modify
Delete
Clear All
Help

EXHIBIT B
Page 181

# FIG. 49

**Resource Administration**

File   Help

Access
Level:        ☒ Public
             ☐ IPD only
             ☐ Team

Resource
Title:        CLS - Test resource for training

Date Added:                   Date Updated:  / /

Product ID:

Cost:

Price

Information
Category:     General

Information
Filename:     \public\table\test\test1.txt

Repository:   Continuous Learning System

Resource
Description:

Remarks

Media:        On Line

Format:       Notepad

Point of
Contact:      McCollum, Tab

Alternate
Administrator:  Cowan, Vickie

Bitmap>>      C:\WINDOWS\CLS1.BM

CLS - TEST RESOURCE FOR TRAINING was successfully added to
the CLS database.

Ok

Cancel

New

Modify

Delete

Clear All

Help

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 187 of 655

**FIG. 50**





**FIG. 51**



**FIG. 52**



FIG. 53

**FIG. 54**

```
Notepad - CLS.TXT
File  Edit  Search  Help

Continuous Learning System Notification
01/21/94 05:03PM
TO: TAB MCCOLLUM
E-mail: Tab.McCollum@DaytonOH.NCR.COM
FROM: VICKIE COWAN
E-MAIL: vickie.cowan@daytonoh.ncr.com
MAIL DROP: emd-3
PHONE:
LOCATION: dayton, OH
**********************************
VICKIE COWAN would like to obtain information
on the following subjects(s).
-------------------------------------------
Title: CLS - TEST RESOURCES FOR TRAINING


Please contact the above individual if more information is required.


End Notification.
```



FIG. 55

**FIG. 56**

CLS- Identify Interests

File  Help

## Identify Interests

### 1  View Interest List
• Display your current interest list.

### 2  Add/Delete Interests
• Add or delete items in your interest list.

### 3  Back to Previous Screen
• Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 194 of 655



**FIG. 57**

EXHIBIT B
Page 190



**FIG. 58**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 196 of 655



**FIG. 59**

EXHIBIT B
Page 192

**FIG. 60**

CLS- Personal Information

File   Help

## Personal Information

### View Personal Profile
1 • Display your current personal profile.

### Change Password
2 • Change your password to CLS.

### Back to Previous Screen
3 • Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 198 of 655



**FIG. 61**

FIG. 62



Catalog Search Results

File   Help

Retain Notification ?
● Yes   ○ No

10 entries returned.

Resource Profile...

| | Media | Date/Time | Title |
|---|---|---|---|
| 1 | On Line | 12/01/93 20:48 | CLS - Sample Log File |
| 2 | On Line | 12/02/93 13:50 | CLS - Pilot Plan |
| 3 | On Line | 12/13/93 15:03 | CLS - Overview Powerpoint Presentation |
| 4 | On Line | 12/13/93 15:29 | CLS - Overview Presentation |
| 5 | On Line | 12/13/93 15:32 | CLS - User Guide |
| 6 | On Line | 01/05/94 13:38 | CLS - Add New User Template |
| 7 | On Line | 01/07/94 16:10 | CLS - Latest version of the CLS application (okzip) |
| 8 | On Line | 01/07/94 16:13 | CLS - Developer notes and new release 1.01 procedures |
| 9 | On Line | 01/12/94 14:12 | CLS - Parameter file for LINUS interface. (Please read desc |
| 10 | On Line | 01/21/94 16:55 | CLS - Test resource for training |

Retrieve   Close

10 notification(s)   Vickie Cowan        CLS Advisor   17:06:26

FIG. 63





FIG. 64



**FIG. 65**

**FIG. 66**

The next few slides deal with the TEAM security of CLS. Only Information Administrators can create, modify or delete new teams. Once a team has been assigned to a user, the user can assign resources to that particular team and only those members will see the resource. We have tried to depict a small scenario to give you a better feel for TEAMS. An information administrator has been logged on to show this illustration.

**FIG. 67**

CLS- Provide or Distribute

## Provide or Distribute

**1** Provide
- Add, modify or delete entries to the Resource Center.

**2** Membership
- Add, modify or delete members to CLS and teams.

**3** Back to Previous Screen
- Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

File  Help



**FIG. 68**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 206 of 655



**FIG. 69**

## FIG. 70

CLS- Provide or Distribute

### CLS User Administration

SIP Customer Number

Reset User Password

Help
Ok
Cancel

| | |
|---|---|
| User ID: 272 | Zip Code: |
| Last Name: | FRC Number: |
| First Name: | ACCT Number: |
| E-MAIL Address: | Phone Number: |
| Mail Drop: | Date Added: |
| City: | Date Updated: |
| State: | Type of User: |
| County: | User Environment: |
| Title: | CLS Login: |

Double click to add, modify or delete new members to the Continuous Learning System.



**FIG. 71**



FIG. 72



**FIG. 73**



**FIG. 74**

EXHIBIT B
Page 207

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 212 of 655



**FIG. 75**



**FIG. 76**

# FIG. 77

**Resource Administration**

File  Help

Access Level:
☐ Public
☐ IPD only
☒ Team

CLS ADMIN USERS
CLS TEST TEAM

Resource Title: CONFIDENTIAL REPORT ON CLS SECURITY REQUIREMENTS

Date Added:

Date Updated: / /

Product ID:

Media: On Line

Cost:

Format: Microsoft Word

Price

Point of Contact: McCollum, Tab

Information Category: General

Alternate Administrator: Siefert, Dave

Information Filename: \team\secur.doc

Bitmap>>

Repository: Continuous Learning System

Resource description cannot exceed 255 characters.    82

Resource Description: This is a test resource entry to check the security validation in the TEAM concept

Remarks

Please enter new data at this time and click on OK.

Ok
Cancel

New
Modify

Delete
Clear All

Help

**FIG. 78**

## Resource Administration

File  Help

Access Level:
- [ ] Public
- [ ] IPD only
- [x] CLS ADMIN USERS

Resource Title: CONFIDENTIAL REPORT ON CLS SECURITY REQUIREMENTS

Date Added:         Date Updated: / /

Product ID:

Media: On Line

Cost:

Format: Microsoft Word

Price

Point of Contact: McCollum, Tab

Information Category: General

Alternate Administrator: Siefert, Dave

Information Filename: \team\secur.doc

Bitmap>>

Repository: Continuous Learning System

Resource Description: This is a test resource entry to check the security validation in the TEAM concept

Remarks

Please enter new data at this time and click on OK.

Ok    Cancel    New    Modify    Delete    Clear All    Help

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 216 of 655

**FIG. 79**



| | Media | Date/Time | | Title |
|---|---|---|---|---|
| 6 | On Line | 10/28/93 | 14:29 | CLS - Distinct offers 3-in-1 TCP/IP SDK |
| 7 | On Line | 11/05/93 | 13:38 | CLS - SQL NET for Windows Procedures |
| 8 | On Line | 11/11/93 | 13:22 | CLS - CLS Project Plan |
| 9 | On Line | 11/12/93 | 14:48 | CLS - Roles and Responsibilities as determined on 12 Aug |
| 10 | On Line | 11/16/93 | 08:24 | CLS - New CLS application for pilot test in France. |
| 11 | On Line | 12/01/93 | 20:48 | CLS - Sample Log File |
| 12 | On Line | 12/02/93 | 13:50 | CLS - Pilot Plan |
| 13 | On Line | 12/13/93 | 15:03 | CLS - Overview Powerpoint Presentation |
| 14 | On Line | 12/13/93 | 15:29 | CLS - Overview Presentation |
| 15 | On Line | 12/13/93 | 15:32 | CLS - User Guide |
| 16 | On Line | 01/05/94 | 13:38 | CLS - Add New User Template |
| 17 | On Line | 01/07/94 | 16:10 | CLS - Latest version of the CLS application (pkzip) |
| 18 | On Line | 01/07/94 | 16:13 | CLS - Developer notes and new release 1.01 procedures |
| 19 | On Line | 01/12/94 | 14:12 | CLS - Parameter file for LINUS interface. (Please read desc |
| 20 | On Line | 01/21/94 | 6:55 | CLS - Test resource for training |
| 21 | On Line | 01/24/94 | 13:39 | CONFIDENTIAL REPORT ON CLS SECURITY REQUIREM |

Catalog Search Results

21 entries returned.

Resource Profile...

Retrieve   Close

File   Help

EXHIBIT B
Page 212

**FIG. 80**

Next few slides show another user named VCOWAN logged in who is not assigned to the CLS ADMIN USERS team to show that the new resource can only be seen by those persons selected earlier.

**FIG. 81**



NCR Continuous Learning System

File   Options   Help

## Continuous Learning System

**1** Locate and View
• Display resource names,
• Search resource names (including categories),
• Save search as interest
• Choose and receive information resource

**2** Provide or Distribute
• Add, edit or delete entries to the Resource Center.

**3** Identify Interests
• Identify and save interests for notification,
• Review existing saved interests

**4** Personal Information
• Review your personal profile.
• Change password.

Session Active.
Click on a button for instructions or double click to execute the button. You may also select the corresponding number to execute the desired function.

Vickie Cowan

CLS Advisor   13:53:16

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 219 of 655

**FIG. 82**



# FIG. 83



**Catalog Search Results**

File   Help

18 entries returned.

Resource Profile...

| | Media | Date/Time | | Title |
|---|---|---|---|---|
| 1 | On Line | 10/18/93 | 07:46 | CLS - Status Report dated 5 Aug 93 CLS developers commi |
| 2 | On Line | 10/18/93 | 07:46 | CLS - Untangling the Windows Sockets API - a standardize |
| 3 | On Line | 10/18/93 | 07:46 | CLS - Sample windows source code for windows Socket AP |
| 4 | Other | 10/18/93 | 09:51 | Test of NCR user providing information to the CLS |
| 5 | On Line | 10/20/93 | 17:00 | CLS - PKUNZIP for CLS application |
| 6 | On Line | 10/28/93 | 14:29 | CLS - Distinct offers 3-in-1 TCP/IP SDK |
| 7 | On Line | 11/05/93 | 13:38 | CLS - SQL NET for Windows Procedures |
| 8 | On Line | 11/12/93 | 14:48 | CLS - Roles and Responsibilities as determined on 12 Aug |
| 9 | On Line | 12/01/93 | 20:48 | CLS - Sample Log File |
| 10 | On Line | 12/02/93 | 13:50 | CLS - Pilot Plan |
| 11 | On Line | 12/13/93 | 15:03 | CLS - Overview Powerpoint Presentation |
| 12 | On Line | 12/13/93 | 15:29 | CLS - Overview Presentation |
| 13 | On Line | 12/13/93 | 15:32 | CLS - User Guide |
| 14 | On Line | 01/05/94 | 13:38 | CLS - Add New User Template |
| 15 | On Line | 01/07/94 | 16:10 | CLS - Latest version of the CLS application (pkzip) |
| 16 | On Line | 01/07/94 | 16:13 | CLS - Developer notes and new release 1.01 procedures |
| 17 | On Line | 01/12/94 | 14:12 | CLS - Parameter file for LINUS interface. (Please read desc |
| 18 | On Line | 01/21/94 | 16:55 | CLS - Test resource for training |

Retrieve   Close

**FIG. 84**



# FIG. 85



EXHIBIT B
Page 218

# FIG. 86



FROM SCREEN "MAIN"

This is the "Identify Interests" screen.

The user can choose from 3 actions here.

The user's interests can be viewed all at once, or they can be added, deleted or modified one at a time.

Again, the user can choose to leave the view mode and return to the previous screen.

See Illustration 56 and the files MAINCAT3.OBS and MAINCAT3.OBV.

USER CHOSE "VIEW INTERESTS" ?

TO "VIEW INTERESTS" SCREEN (TRIVIAL; SEE ILLUSTRATION 59)

USER CHOSE "ADD/DELETE INTERESTS" ?

TO "INTERESTS ADMINISTRATION" SCREEN (SEE FLOWCHART PG. 9)

USER CHOSE "BACK TO PREVIOUS SCREEN" ?

TO "MAIN" SCREEN (SEE FLOWCHART PG. 1)

## FIG. 87



FROM
SCREEN
"MAIN"

This is the "Personal Information" screen.

The user can choose from 3 actions here. The user's personal profile can be viewed, the user's password can be changed, or the user can return to the previous (ie: "Main") screen. Note that the first two are trivial screens and no flowcharts are given.

See Illustration 60 and the files MAINCAT4.OBS, MAINCAT4.OBV, USER2.OBS (for viewing personal profile), USER2.OBV, PWDCHG.OBS (for changing passwords), and PWDCHG.OBV.

USER CHOSE "VIEW PERSONAL PROFILE" ?

Y → TO "VIEW PERSONAL PROFILE" SCREEN (TRIVIAL - NO FLOWCHART OR ILLUSTRATION)

N

USER CHOSE "CHANGE PASSWORD" ?

Y → TO "CHANGE PASSWORD" SCREEN (TRIVIAL - NO FLOWCHART OR ILLUSTRATION)

N

USER CHOSE "BACK TO PREVIOUS SCREEN" ?

N →

Y

TO "MAIN" SCREEN
(SEE FLOWCHART PG. 1)

# FIG. 88



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 226 of 655

## FIG. 89



FROM SCREEN
"LOCATE AND VIEW"
(SEE FLOWCHART
PG. 2)

QUERY DATABASE FOR LIST OF ITEMS
APPROPRIATE TO SCREEN (ALL RESOURCES BY TITLE,
ALL CATEGORIES, MEDIA TYPES, OR REPOSITORIES)

This screen, with only minor variations, takes care of 4 of the 5 ways to view available CLS profiles. Since the screens share almost identical logic and visuals there is only one flowchart.

Resource profiles contain many items of information (see illustration 41), some of these are critical and are required (ie: if they are not provided, then the profile will not be accepted).

The resource title, information category, media type, and repository (an extra label) are required and form the basis for the variations in this screen. The basic idea is to display a list of all the possible values for one of these key fields, from which the user selects one, then all available profiles with matching values in that field can be made accessible using this same screen and displaying their titles.

Specifically, the "Media" screen displays a list of all available media types, the "Category" screen a list of all available categories, "Repositories" a list of all available repositories, and "All Resources (A to Z)" a list of all available titles. The user is free to select one of the listed entries. Then a list of all titles which have a matching entry in that key field are displayed. Thereafter, selecting a title initiates a download (retrieval) of the file or its profile.

"All Resources (A to Z)" is a special case. A selection is a resource title - which fully specifies a unique resource - so choosing "OK" will directly attmempt to retrieve the resouce itself, as opposed to listing all resouce profiles with matching titles, since there would only be one.

See Illustrations 19, 20, 27, 28, 30 & 31and the files CAT1.OBS, CAT1.OBV, and RESULTS.OBS (esp. the subroutine "cataloginfo()").



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 227 of 655

# FIG. 90



# FIG. 91



FROM SCREEN
"LOCATE AND VIEW"
(SEE FLOWCHART
PG. 2)



This screen manages user-entry of logical search criteria for the title,
description, and date. These are used to find CLS resources whose own
title, description, and date match.
See Illustration 16 and the files SRCHNEW.OBS and SRCHNEW.OBV.

USER
CHOSE "OK"
?

N

USER
CHOSE
"CANCEL"
?

N

Y

Y

QUERY DATABASE FOR A
LIST OF CLS RESOURCES
THAT SATISFY THE TITLE,
DESCRIPTION AND DATE
CONSTRAINTS ENTERED
BY USER

TO SCREEN
"LOCATE AND VIEW"
(SEE FLOWCHART
PG. 2)

TO SCREEN
"RESULTS"
(SEE FLOWCHART
PG. 8)

# FIG. 92



FROM SCREEN
"GENERAL SEARCH"
(SEE FLOWCHART
PG. 7)

This screen displays a list of resources returned from a query of the CLS database. The user can select a CLS resource from the list and then download it or get its resource profile. Retrieving (ie: downloading) the file will automatically be followed by a launch of the program corresponding to the file, if possible, otherwise CLS will offer the user an opportunity to save the file for future reference.

See Illustrations 11 and the files RESULTS.OBV and RESULTS.OBS (esp. the subroutine "cataloginfo()").

LAUNCH DOWN-LOADED FILE IN ITS APPLICATION

USER CHOSE "RETRIEVE" ?

USER CHOSE "RESOURCE PROFILE" ?

USER CHOSE "CLOSE" ?

IS MEDIA TYPE ONLINE ?

TO SCREEN "RESOURCE INFO" (SEE FLOWCHART PG. 12)

TO SCREEN "GENERAL SEARCH" (SEE FLOWCHART PG. 7)

ALLOW USER TO SAVE FILE

DOWNLOAD (RETRIEVE) THE RESOURCE ITSELF (A FILE)

CAN LAUNCH APPLICATION ?

# FIG. 93



FROM SCREEN
"IDENTIFY INTERESTS"
(SEE FLOWCHART
PG. 3)

This screen allows the user to add and delete interests from the list of current interests (see illustration 59). An interest is a single line of logical search criteria for resource titles. When used for a query it will return exactly those CLS resources whose title matches the criteria. (Compare with the "General Search" screen on Pg. 7)

The list of current interests is maintained in the CLS database.

See Illustration 59 and the files  PROFILE1.OBV and PROFILE.OBS.

USER CHOSE "ADD" ? — N → USER CHOSE "DELETE" ? — N →

Y

ADD ENTRY TO USER'S LIST OF CURRENT INTERESTS IN CLS DATABASE

Y

DELETE ENTRY FROM USER'S LIST OF CURRENT INTERESTS IN CLS DATABASE

USER CHOSE "CURRENT INTERESTS" ? — N → USER CHOSE "CANCEL" ? — N

Y

Y

TO SCREEN "VIEW INTERESTS" • NOTE THAT THE CURRENT SCREEN MAY REMAIN AVAILABLE (TRIVIAL; SEE ILLUSTRATIONS 57,58,59)

TO SCREEN "IDENTIFY INTERESTS" (SEE FLOWCHART PG. 3)

**FIG. 94**



FROM SCREEN
"PROVIDE OR DISTRIBUTE"
(SEE FLOWCHART PG. 5)

This screen allows the user to add, delete and modify resource profiles from the CLS database.
Note that the actual resources themselves are the resposibility of the person providing the resource. In particular, if a resource is "online", then it is his responsibility to maintain a copy of the resource at the location indicated in the profile (ie: the "information filename" includes the  directory path locating the file on the network).
See Illustration 41 and the files CATADMIN.OBV and CATADMIN.OBS.



USER CHOSE "NEW" ?  — Y → INDICATE THAT NEXT "OK" WILL BE FOR ADDING A NEW RESOURCE PROFILE TO THE CLS DATABASE

N

USER CHOSE "MODIFY" ?  — Y → INDICATE THAT NEXT "OK" WILL BE FOR MODIFYING AN EXISTING RESOURCE PROFILE TO THE CLS DATABASE

N

USER CHOSE "DELETE" ?  — Y → INDICATE THAT NEXT "OK" WILL BE TO DELETE AN EXISTING RESOURCE PROFILE TO THE CLS DATABASE

N

USER CHOSE "OK" ?  — Y → CHECK THAT THE PROFILE INFORMATION PROVIDED IS ACCEPTABLE → COMMIT THE CURRENT PROFILE TO THE CLS DATABASE AS APPROPRIATE: THAT IS, ADD, MODIFY OR DELETE THE PROFILE

N

N  USER CHOSE "CANCEL" ?  — Y → TO SCREEN "PROVIDE OR DISTRIBUTE" (SEE FLOWCHART PG. 5)

# FIG. 95

FROM SCREEN
"PROVIDE OR DISTRIBUTE"
(SEE FLOWCHART PG. 5)

This screen allows the administrative users to add, delete and modify members (ie: personal profiles) from the CLS network. This controls who can log on to the CLS network. Note that this screen is only available to qualified users (eg: the CLS Administrator).

This screen also provides access to the "User Administrator" and "Teams" screens.

••• Flowchart details are not provided. •••

See Illustrations 68 through 75. The files MEMBERSHIP.OBV and MEMBERSHIP.OBS are not included. However, see USERADM.OBS and USERADM.OBV for the "User Administration" screen.

# FIG. 96



FROM SCREEN "RESULTS" (SEE
FLOWCHART PG. 5) ALSO
"ALL RESOURCES", "CATEGORY",
"MEDIA", AND "REPOSITORY"

This screen displays the key information about a CLS resource profile, and supplemental information about the contact (eg: E-Mail address and FAX number). It also allows the user to automatically forward an E-Mail or FAX request for more information about a resource, which is especially useful when the resource has a media type other than "online". Finally, if the media type of the resource is "online", then the resource can be retrieved directly (ie: downloaded) and launched in its native application (as can also be done from the "Results" screen).
   See Illustration 52 and the files  CATDBF.OBV and CATDBF.OBS.

USER CHOSE "E-MAIL" ? — Y → SEND AN E-MAIL REQUEST FOR MORE INFORMATION ON THE LISTED RESOURCE TO CONTACT

USER CHOSE "FAX" ? — Y → SEND A FAX REQUEST FOR MORE INFORMATION ON THE LISTED RESOURCE TO CONTACT

ALLOW USER TO SAVE FILE

USER CHOSE "RETRIEVE" ? — Y → DOWNLOAD (RETRIEVE) THE RESOURCE ITSELF (A FILE) CONTACT — CAN LAUNCH APPLICATION ? — N

CAN LAUNCH APPLICATION ? — Y → LAUNCH DOWNLOADED FILE IN ITS APPLICATION

USER CHOSE "CLOSE" ? — Y → TO PREVIOUS SCREEN

US 6,480,855 B1

**1**

## MANAGING A RESOURCE ON A NETWORK WHERE EACH RESOURCE HAS AN ASSOCIATED PROFILE WITH AN IMAGE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of copending application Ser. No. 08/217,063 filed on Mar. 24, 1994.

This Application is related to:

Application Ser. No. 08/217,065, entitled, "Automated Resource Management System," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,066, entitled, "Future Boolean Searching of Multiple Repositories of Resources," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,067, entitled, "Security Aspects of Computer Resource Repositories," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,062, entitled, "Ordering and Downloading Resources from Computerized Repositories," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,422, entitled, "Launching Computer Program upon Download of Data Created by Program," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 09/218,024, entitled, "Multiple Repositories of Computer Resources, Transparent to User," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,476, entitled, "Computer System for Management of Resources," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

### MICROFICHE APPENDIX

A microfiche appendix, containing 3 microfiche and 207 total frames is filed herewith.

The invention concerns management of RESOURCEs, which take the form of (a) downloadable computer data and programs and (b) physical objects, which are located at multiple REPOSITORIEs, at different sites. The RESOURCEs appear to a user, at any given site, as though the RESOURCEs were actually present at the user's site.

### BACKGROUND OF THE INVENTION

A database is somewhat analogous to a card catalog of a library. The card catalog cross-indexes books in several ways.

For example, an "author" card exists. This card is located in the catalog at the alphabetical position of the author's surname.

In addition, a "title" card exists, located in the alphabetical position of the book's title. Also, a "subject" card generally exists, which describes the subject of the book, and which is located in the alphabetical position of the subject, such as "pressed flower collecting," for example. Of course, other cards can exist for a given book (for example, books having multiple authors generally have an author card for each).

In database terms, these cards represent "fields" within the database. For example, in a library, to find all of the books

**2**

written by Ernest Hemingway, one looks up "Hemingway" in the card catalog. All of the library's books written by any Hemingway are identified by respective author cards. In a computer database, a similar search could be done, upon the "author" field.

Similar searches can be done on the title fields, as well as on the subject fields.

Computer databases, in general, have more fields than does the card catalog. For example, if the card catalog were contained within a computer database, there would probably exist a "date" field. To search using the "date" field, one specifies a date, or range of dates, and the database responds by listing all books having a copyright which complies with the specified date, or range.

Presently existing databases have limitations. For example, many databases require that a user undergo significant training in order to learn how to use the data base. Some databases use arcane commands which the user must memorize.

Some databases contain only that information which is owned by the database owner. Returning to the library analogy, if a public library were to computerize its card catalog, by entering all of the information contained within the card catalog into the database program, the database program would, of course, only contain the card catalog information. A user could not, for example, gain access to the card catalog of a second library, in order to locate a book not owned by the first library. The user must go to the second library.

### OBJECTS OF THE INVENTION

An object of the invention is to provide a system for storing information in a manner in which retrieval is simple.

Another object of the invention is to provide a system for storing information, in which entering information, as well as retrieving the information, is self-explanatory, and requires no resort to external instructions.

Another object of the invention is to provide a system for storing information, which can communicate with other systems which store information, and make available all of the information stored by all systems.

Another object of the invention is to provide a system which allows a user to search all information contained, in multiple databases, according to key words.

Another object of the invention is to provide a system which allows a user to establish a standing search, which searches, by key words, new information, at specified intervals in the future.

### SUMMARY OF THE INVENTION

In one form of the invention, multiple databases, at different locations, are linked together, so that a user can search all databases, as though they were a single database.

In another form of the invention, a user can search multiple databases by category, or field, for example.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A illustrates the concept of storing RESOURCEs within a SERVER, and the association of a PROFILE with each RESOURCE.

FIG. 1B illustrates how RESOURCEs can be divided, according to two different criteria. That is, RESOURCEs can be classified as either containing information or not. RESOURCEs can also be classified as being downloadable or not.

EXHIBIT B
Page 230

US 6,480,855 B1

| 3 | 4 |

FIG. 1C illustrates how a client of a SERVER can gain access to RESOURCEs contained within the client's SERVER, as well as RESOURCEs contained within other SERVERs.

FIG. 1D illustrates how a SERVER can be viewed as a RESOURCE.

FIG. 1E illustrates storage of PROFILES within REGIONAL SERVERs and storage of RESOURCEs within LOCAL SERVERs.

FIGS. 1–4 illustrate screens which the invention causes to be displayed on a user's PC, during a log-on process. Most of the icons shown are specific to the user's computer, and relate to software owned by the user. Those contained within the box labeled "Continuous Learning System" are related to programs used by the invention.

FIGS. 5 and 6 illustrate screens at Level 1, which provide options for the user to select.

FIGS. 7 and 8 illustrate screens displayed, at Level 2, in response to selection of the "Locate and View" option of FIGS. 5 and 6.

FIGS. 9–11 illustrate how a user undertakes a Boolean key-word search.

FIGS. 12–14 illustrate screens displayed when a user downloads a RESOURCE located during a search.

FIG. 15 illustrates display of the downloaded RESOURCE, by means of launching of a program which generated the RESOURCE.

FIGS. 16 and 17 illustrate modification of the search described in FIGS. 9–11.

FIGS. 18–24 illustrate locating RESOURCEs based on the category in which the RESOURCEs are classified.

FIGS. 25–28 illustrate locating RESOURCEs based on the media upon which the RESOURCEs are stored.

FIGS. 29–32 illustrate locating RESOURCEs based on the REPOSITORIES in which the RESOURCEs are stored.

FIG. 33 illustrates retrieval of the RESOURCE identified in FIG. 32.

FIGS. 34–37 illustrate other SYSTEMS to which the invention allows a user to gain access.

FIGS. 38 and 39 illustrate returning to Level 1.

FIGS. 40–54 illustrate creation of a PROFILE associated with a RESOURCE.

FIGS. 55–59 illustrate establishing of an INTEREST, which is in order to search new PROFILEs at specified times in the future.

FIGS. 60 and 61 illustrate the passage of time, during which the INTEREST was searched.

FIG. 62 illustrates the results of the INTEREST search.

FIG. 63 illustrate return to Level 1.

FIG. 64 illustrates a warning given when the user attempts to exit, when downloaded files are present, but not yet stored.

FIG. 65 illustrates layout of a typical screen displayed by a Graphical User Interface, GUI. The particular icons, which represent programs and information stored on the computer, will, of course, differ from one computer to another.

FIGS. 66–76 illustrate how an ADMINISTRATOR can change membership of teams, and thereby control the TEAMs' access to RESOURCEs.

FIGS. 77 and 78 illustrate identification, on a PROFILE, of TEAMS which may gain access to the RESOURCEs corresponding to the PROFILE.

FIG. 79 illustrates sample search results given to a TEAM member. The member is allowed access to all 21 RESOURCEs listed.

FIG. 80 describes following Figures.

FIGS. 81–83 illustrate a search undertaken by a user who does not have access to all 21 RESOURCEs shown in FIG. 79. FIG. 83 shows the RESOURCEs to which this person has access, and the list is different from that of FIG. 79.

FIGS. 84–96 illustrate a flow chart which describes the logic flow of the program contained in the microfiche appendix.

DETAILED DESCRIPTION OF THE
INVENTION OVERVIEW

SERVER Holds RESOURCEs

FIG. 1A illustrates a SERVER, which is a computer, or equivalent, which acts as a REPOSITORY, by holding a collection of RESOURCEs, for the benefit of microcomputers, labeled PC's. The PC's are the clients of the SERVER.

At present, for ease of explanation, the RESOURCEs can be viewed as computer files. However, as will be seen shortly, the RESOURCEs actually include a vastly larger, and more diverse, collection of objects than mere computer files. RESOURCEs include (a) data, (b) information, and (c) knowledge, both as these terms are generally defined, and also as defined by computer scientists. This data, information, and knowledge can take the form of computer-downloadable data, or other forms, such as printed matter. Each RESOURCE has an associated PROFILE, which contains descriptive information about the RESOURCE. FIG. 48 illustrates an exemplary PROFILE. The user of a PC uses the PROFILEs to locates RESOURCEs of interest by searching through the PROFILEs.

For example, each PROFILE contains a descriptive title. If a user is a manufacturer of golf equipment, and is developing a new golf ball having improved aerodynamic dimples, the user may search the RESOURCEs by looking for phrases such as

"golf ball" or

"aerodynamic" in combination with "golf ball"

within the PROFILEs. (This searching is standard Boolean keyword searching.) The invention will locate the PROFILEs, and thus the RESOURCEs, containing titles which match the search criteria.

Location of PROFILEs

FIG. 1A, as well as FIGS. 1B through 1D, indicate, for ease of explanation, that the PROFILEs are stored in the same SERVER as the RESOURCEs. However, the preferred method of storage is shown in FIG. 1E. Two types of SERVER exist, namely, LOCAL SERVERs and REGIONAL SERVERs. The PROFILEs are stored in the REGIONAL SERVERs. The RESOURCEs are stored in the LOCAL SERVERs.

REGIONAL SERVERs, as the name implies, serve a region, and hold the PROFILEs for RESOURCEs associated with multiple LOCAL SERVERs located within the region. Both types of SERVER (LOCAL and REGIONAL) have ADMINISTRATORs, as that term is explained later. (Of course, the same person can act as ADMINISTRATOR for more than one SERVER, and for both LOCAL and REGIONAL SERVERs.)

RESOURCEs Not Limited to Computer-Type Data

The RESOURCEs are not limited to computer-type data, or files. FIG. 1B provides an example. That Figure shows

EXHIBIT B
Page 231

US 6,480,855 B1

5

four different types of RESOURCEs, namely, a computer FILE (or data), a BOOK, a reel of MOVIE FILM, and a PHYSICAL OBJECT. The PHYSICAL OBJECT can take the form of any physical object, such as a computer disc drive, or a diesel-electric railroad locomotive. Of course, these four RESOURCEs are exemplary only; numerous different types of RESOURCEs can exist.

These RESOURCEs can be divided into two pairs of classes, based on two different criteria, as indicated by the two dashed loops. One class pair is based on the fact that the BOOK, MOVIE FILM, and FILE all contain information, although stored on different media (paper, celluloid, and magnetic or optical media, respectively). As information, the RESOURCEs can be transmitted over a data link, such as a telephone communication channel, provided they are first translated into the proper format, such as digitized data. The PHYSICAL OBJECT, in general, does not contain information.

The second class pair is based on the fact that the BOOK, MOVIE FILM, and PHYSICAL OBJECT are all tangible material objects, while the FILE (when stored within the mass storage of the SERVER) is not. As material objects, the objects themselves cannot be transmitted in the same way as the information which they contain. The objects require physical transportation for a user to obtain them.

## All RESOURCEs, In Certain Respects, Are Treated Identically

The invention, in certain respects, treats all RESOURCEs identically, irrespective of their classification as data or material object. For example, every RESOURCE, irrespective of its classification, is associated with a PROFILE. All PROFILEs, without regard to classification, are stored, processed, and made available to the user of a client-PC, without regard to classification.

Several examples are the following:

The user can obtain a complete list of all PROFILEs, arranged alphabetically by title. The PROFILEs, in general, will cover RESOURCEs in both classes.

The user can obtain a complete list of PROFILEs having titles which contain only certain combination of words, by calling for a "boolean key-word search." The search is performed without regard to classification (unless classification is deliberately made part of the search, as by requesting a search be done only of RESOURCEs held in the form of video tape).

The user can obtain a list of all PROFILEs within a specified category.

Categories are discussed below. Each PROFILE, when created, is assigned a category. (If the creator of the PRO-FILE does not find a suitable, pre-existing category, then the creator can establish a new category, which is added to the system.) The categories are different from the "classifications" described above. FIG. 19 illustrates exemplary categories.

## Security Aspects

This discussion has presumed that the user has access to all PROFILEs and all RESOURCEs. However, in general, a user will not have such broad access, but only access to those PROFILEs and RESOURCEs for which the user has authorization. When a user performs a search, only the PROFILEs to which the user has access are displayed.

As explained later, the access is controlled by the owner of the RESOURCE. When the owner deposits a

6

RESOURCE into a REPOSITORY, the owner can, of desired, restrict access to the RESOURCE, by designating certain classes of users who are allowed to see the RESOURCE. (The access restriction is accomplished by placing the restrictions into the PROFILE, as later discussed.)

Access can also be limited by the ADMINISTRATOR of a system.

## Multiple REPOSITORIES All Appear as Single REPOSITORY to User

The preceding discussion has been framed in terms of a single SERVER. The invention allows multiple SERVERs (ie, multiple REPOSITORIEs) to be linked together, as shown in FIG. 1C. The linking is done by commercially available telecommunication channels.

By the linking, all RESOURCEs, contained in all SERVERs, become available to all PC's. However, the linked structure shown in FIG. 1C is virtually invisible to the user of a given PC. To that user, all RESOURCEs, wherever located, appear as though contained within the user's own SERVER (although the user can ascertain the location of a given RESOURCE, if desired).

For example, the user of PC 1 can obtain access to the following RESOURCEs:

RESOURCE 3, as indicated by dashed path 5;
RESOURCE 4, as indicated by dashed path 10; and
RESOURCE 6, as indicated by dashed path 8.

The user obtains this access without additional steps or procedures. That is, the fact that the RESOURCEs are located within different SERVERs (ie, REPOSITORIES), which may be located in different cities, imposes no requirements of additional procedures. The user sees all RESOURCEs as though they were located in the user's own SERVER.

## RESOURCEs Can Include SERVICEs, In Addition to REPOSITORIES

The last RESOURCE, number 6, is different from the other two RESOURCEs in the following respect. The REPOSITORY holding RESOURCE 6 is not a SERVER which runs the software of the invention. Instead, this REPOSITORY is a commercially available data SERVICE. In 1994, three such commercially available SERVICEs are Compuserve, GEnie, and Paradox. (The Inventors are not endorsing these particular three SERVICEs, but only pointing to them as providing definitions of the term "SERVICE.")

The SERVICEs use their own software to maintain their RESOURCEs. Nevertheless, the invention allows a user to obtain access to the RESOURCEs within the SERVICEs. (License fees and other considerations are matters to be handled between the users themselves and the SERVICEs. The invention does not provide the user rights to obtain entry into, or connection with, the SERVICEs.)

## RESOURCEs Can Be Viewed as REPOSITORIES

FIG. 1C can, conceptually, be viewed as shown in FIG. 1D. Other SERVERs, and the SERVICEs, are tantamount to RESOURCEs themselves. That is, the user of a PC which is a client of SERVER 14 sees no significant differences between a RESOURCE located in SERVER 14 and a RESOURCE located within another SERVER.

## Any User Can Place A RESOURCE within any REPOSITORY

A user can create a RESOURCE, such as a computer document, within any REPOSITORY. For example, the user

EXHIBIT B
Page 232

7

of PC 1 in FIG. 1C can place RESOURCE 15 within SERVER 16. (Provided, of course, that the ADMINISTRATOR of SERVER 16 has given this user permission to do so. Also, SERVICEs, as opposed to SERVERs, may impose restrictions upon a user's ability to place RESOURCEs within them.) This user, called a PROVIDER, can restrict access to the RESOURCE. For example, the PROVIDER can specify that only certain groups (or TEAMs) of other users can obtain access.

As another type of restriction to access, it is here noted that ADMINISTRATORs can, in effect, restrict access in a similar way, by at least two different mechanisms. One, the ADMINISTRATORs determine who gains access to the SERVER under control of the ADMINISTRATOR. Two, the ADMINISTRATOR can assign users of the SERVER into the TEAMS discussed in the previous paragraph.

### User Can Establish a Standing Search Order

Any user can request that the PROFILEs of newly added RESOURCEs be searched for items of interest to the user. For example, the user can request that the "aerodynamic dimple" search, mentioned above, be performed upon every new PROFILE which is added to every REPOSITORY. When a phrase is found, in a PROFILE, which matches the search criteria ("aerodynamic", "golf ball" etc.), the user is notified.

The standing search is done periodically, at intervals (such as once daily) specified by the user at the time the standing search is established. Then, at every interval, the invention automatically performs the search. The inventors point out that the standing search is not done upon each new PROFILE when it is added to the invention, but at the intervals specified by the user.

### CONTINUITY ASPECTS

The invention, as just described, has several aspects of continuity.

The REPOSITORIES are continually being updated.

The network of connected SERVERs (ie, REPOSITORIES) shown in FIG. 1C is expected to continually expand into a larger network, containing ever-increasing SERVERs.

The users can issue standing search orders which continually search the ever-increasing collection of RESOURCEs.

Because of this continuity, the invention has been given the name "Continuous Learning System", or CLS. The CLS can be further explained by analogy to a library.

### Analogy: Virtual Library

The CLS makes available to a user all of the types of materials (books, newspapers, microfilm, video tapes, etc.) which an ordinary library makes available to a user. (In addition, as discussed above, the CLS makes available the PHYSICAL OBJECTs shown in FIG. 1B).

However, the CLS provides a "virtual" aspect to this library. The term "virtual" means that the CLS provides many, if not all, of the functions of an actual library, but without requiring the physical presence of many of the accessories of a physical library.

For example, in an actual library, when a patron borrows a book, the book becomes unavailable to other patrons. In contrast, under the CLS, many of the RESOURCEs (which are analogous to the library books) take the form of downloadable data. Multiple copies can be distributed to multiple

8

users, so that possession by one user does not deprive another user of access to the RESOURCE.

As another example, an actual library contains a card catalog. There is at least one card for each book within the library's collection. By analogy, the CLS contains a PROFILE for each RESOURCE. The PROFILEs give important information about each RESOURCE, such as a descriptive title, the location of the RESOURCE, etc.

As yet another example, an actual library contains another type of listing of its books, namely, a "shelf list." The shelf list enumerates all of the books, but in order of ascending library call number, instead of alphabetically. The shelf list tells the physical location of the books, since the books, on their shelves, are arranged in numerical order, according to call number.

Of course, a more macroscopic "shelf list" is the map, found in every library, which explains the locations of different groups of call numbers.

As still another analogy, an actual library categorizes the books according to subjects, in at least two different ways. One, the card catalog contains cards, in alphabetical order, for various subjects. Two, the Dewey Decimal System places books on similar topics at physically neighboring places.

Therefore, viewing library books as RESOURCEs, the invention possesses some of the characteristics of a library. In addition, the invention adds a virtual aspect to the library, as discussed above.

Further, the invention allows a user to order a RESOURCE held by a REPOSITORY, and the RESOURCE will be delivered. If the RESOURCE is of the downloadable type, it will be down-loaded to the user. Otherwise, a message is sent to the custodian of the RESOURCE, requesting physical delivery.

This discussion will now explain, step-by-step, how a user operates the invention.

### Exemplary Sequence of Operation

The invention is designed to run in conjunction with a Graphical User Interface (GUI) such as Windows, available from Microsoft Corporation, Redmond, Wash., or the OS/2 operating system, available from IBM Corporation, located in Armonk, N.Y.

FIG. 1 illustrates a typical display which the GUI generates after the computer's power-up sequence has been executed. To launch the invention into operation, a user actuates the icon labeled "CLS," in the usual manner. ("CLS" is an acronym for the phrase "Continuous Learning System," as stated above.)

The invention responds by displaying the screen shown in FIG. 2. This screen prompts the user to enter the user's LOGIN, which is the user's account number for computer usage. The screen also prompts the user to enter the user's PASSWORD. Exemplary LOGINs and PASSWORDs are shown in FIG. 3. (The PASSWORD is represented by cross-hatchings, because the PASSWORD is to be kept confidential. The cross-hatchings prevent a nearby observer from stealing the user's PASSWORD.)

The LOGIN and PASSWORD are assigned to the user by the administrator of the CLS, as explained later.

After entry of the PASSWORD, the invention displays the screen shown in FIG. 4, which informs the user that the process of logging on has commenced. When the log-on is successful, the screen shown in FIG. 5 appears, which can be taken as illustrating Level 1.

US 6,480,855 B1

9

This screen provides the user with four options, as indicated by the four buttons labeled 1 through 4. These four options actually encompass a much larger range of available options, but the screen of FIG. 5 presents four options for convenience of the user. In brief, these four options allow the user to perform the following actions:

1. Locate and View

The CLS system, as a whole, can be viewed as a repository of RESOURCEs. In a general sense, the CLS can be viewed as a virtual library. That is, all of the types of materials which are found in a library are made available by the CLS. However, much of the material is stored, and made available to the user, in downloadable computer format. These materials are termed RESOURCEs, and the "library" is termed a REPOSITORY.

RESOURCEs include items which are customarily stored within computer databases, such as computer programs and data. In addition, RESOURCEs include items which are not stored in computer-downloadable format. Examples of these latter RESOURCEs are newspapers, video tapes, 35 millimeter films, books, microfilm, maps, and all other media which are used to carry information. Further, the concept of a RESOURCE extends to non-informational subject matter, such as physical objects.

Every RESOURCE carries with it a PROFILE. Each PROFILE contains important information about the RESOURCE, such as a description of the RESOURCE, where it is located, etc. The LOCATE AND VIEW option allows a user to view the PROFILEs.

2. Provide or Distribute

This option allows a user to add RESOURCEs to the CLS.

3. Identify Interests

The CLS allows a user to search the collection of repositories for RESOURCEs in which the user is interested. Some distinctions between "LOCATE AND VIEW" and "IDENTIFY INTERESTS" are significant.

The "LOCATE AND VIEW" option allows a user to order a search, according to specific criteria, as discussed above. The search is done once, at the time it is made.

The "IDENTIFY INTERESTS" option allows the user to establish a search which will be done at periodic intervals in the future. The intervals are specified by the user, CLS automatically performs the searches, at the specified intervals, and informs the user of the results.

4. Personal Information

This option allows a user to view and modify information associated with the user's PROFILE.

This discussion will give several examples of use of these options.

EXAMPLE 1

Locate and View

Assume that the user actuates the LOCATE AND VIEW button, number 1, as in FIG. 6. The CLS responds by displaying the screen shown in FIG. 7. This screen offers the user eight options:

1. ALL RESOURCEs. This option displays the titles of all RESOURCEs which are available to the user.
2. GENERAL SEARCH. This option allows a user to search the PROFILEs of all RESOURCEs in pursuit of a particular phrase. The GENERAL SEARCH allows Boolean Key-Word searching of the PROFILEs.
3. CATEGORY. This option allows a user to search the PROFILEs by CATEGORY. For example, assume that the user is a women's fashion designer. The CLS can contain

10

a collection of drawings and photographs of interest to the fashion industry. The PROFILEs can be divided into CATEGORIES such as "Hats," "Shoes," "Evening Wear," "Winter Wear," etc.

4. MEDIA. This option allows a user to obtain access to PROFILEs, based on the media type. For example, one media type is video tape. Another is paper. FIG. 26 gives further examples of types of media. Media types include down-loadable computer files and data, video tapes, photographic film, books, audio tape, CD-ROM, and so on. Media type refers, generally, to the physical characteristics of the medium which carries the data.

5. REPOSITORIES. This option allows a user to view the RESOURCEs according to the REPOSITORY which holds them. For example, assume that the Library of Congress is one REPOSITORY, and the New York City Public Library is another. The user can elect to view all PROFILEs of RESOURCEs of either library, by selecting the REPOSITORY.

6. SYSTEMS. This option is similar to REPOSITORIEs. This option allows a user to obtain access to commercially available SERVICEs, as that term is defined above. These SERVICEs are also called "On-Line Databases." By selecting this option, a user can gain access to one of these services, through the CLS.

7. SAVE SEARCH AS INTEREST. This option allows a user to establish a standing search, wherein PROFILEs are searched as they are created. For example, if the aerodynamic golf ball maker, described above, chooses this option for the search, then every new PROFILE which is added to the system is searched for the terms "aerodynamic" etc. The user is notified when a PROFILE matching the search criteria is found.

Example Continued

Assume that the user selects button 2 in FIG. 7, GENERAL SEARCH, as indicated by the highlighted button in FIG. 8. The CLS responds by displaying the screen shown in FIG. 9. This display prompts the user to request a search based on three criteria (or less).

For example, assume that the user is interested in RESOURCEs having the word "UNIX" in the titles of their PROFILEs. The user enters the word "UNIX," as indicated in FIG. 10. The CLS performs a search of all REPOSITORIEs, and locates all PROFILEs having the word "UNIX" in their titles. FIG. 11 illustrates an exemplary result of the search.

The search provides three pieces of information about each RESOURCE identified by the search. One, the media type, as indicated in the column headed "Media." The phrase "On Line" indicates that the RESOURCE is "On-Line," or in a computer-down-loadable format (as opposed to being on paper or 35 mm film). If a RESOURCE takes a non-downloadable form, such as a 35 mm film, then the "Media" column so indicates.

The "Date/Time" column indicates the date and time when the PROFILE corresponding to a RESOURCE was created.

The "Title" refers to the title carried by the PROFILE corresponding to each RESOURCE.

Significantly, the screen does not indicate the location of each RESOURCE. To the user, all RESOURCEs appear as though residing at a common location, even though they may be scattered over a vast geographic area. Of course, if the user wished to identify the locations of these RESOURCEs, the user could do so, using other options described herein.

US 6,480,855 B1

| 11 | 12 |

### User Retrieves Resource

Assume that the user wishes to obtain item number 7 in FIG. 11. The user highlights this item, using a mouse (or keyboard, or other actuation device, such as a voice sensor), causing the display to appear as in FIG. 12. Then, the user actuates the button labeled "RETRIEVE," causing the display to take the appearance shown in FIG. 13. The icon bearing the sub-title "CLS Download," located at the bottom of the Figure, indicates that a down-loading operation is taking place.

After the downloading is complete, the screen shown in FIG. 14 is generated. This screen indicates three important facts. One fact is indicated by the background of the screen, and the heading at the top of the screen. The background and the heading indicate that a computer program was launched.

CLS examined the RESOURCE which was downloaded, and looked for indicia which identified a computer program which was used to create the RESOURCE. In this example, the RESOURCE was a file which was generated by a word-processing program, namely, Microsoft Word™.

Having identified the word processing program, the CLS searched for the program, and launched it when CLS found it. The heading in the display shown in FIG. 14 indicates that this program has been launched.

The second fact is that CLS caused the word processing program to load the RESOURCE which was downloaded, namely, that which was located during the search for the UNIX title.

The third fact is that the screen shown in FIG. 14 informs the user that the RESOURCE which has been downloaded does not exist elsewhere in the user's computer, and, to be saved, must be saved by a specific action taken by the user. (Of course, the RESOURCE maintains its existence in the REPOSITORY from which it was retrieved.) The prompt in FIG. 14 reminds the user to save the RESOURCE when the user exits the word processing program; otherwise the RESOURCE will be lost.

FIG. 15 illustrates the display generated by the CLS after the user responds to the prompt of FIG. 14. The RESOURCE is displayed by the same type of word processing program which generated the RESOURCE.

As another searching example, assume that the user orders the search shown in FIG. 16. The user orders that the CLS retrieve all PROFILES having both the word "unix" and the word "library" in their titles. The result of the search is shown in FIG. 17. The result is a single title which, coincidentally, is the same as that selected for downloading as indicated in FIG. 12.

### Level 2: Locate and View by CATEGORY

Assume that the user is at level 2 within CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1.

In Level 2, the user wishes to Locate and View by CATEGORY, as indicated by the button actuated in FIG. 18. The CLS responds by presenting a list of the CATEGORIEs of RESOURCEs which are available, as shown in FIG. 19.

This list, in general, includes RESOURCEs from multiple REPOSITORIEs. That is, the list is global in scope, because the REPOSITORIEs are, physically, located at multiple locations throughout the world.

However, the global aspect of the list is transparent to the user: to the user, the list is simply a list of locally available RESOURCEs. The location of the RESOURCEs is not emphasized to the user partly because the location does not

affect access: downloadable RESOURCEs are available immediately, while non-DOWNLOADABLE RESOURCEs are available as fast as modern transport can deliver them, typically within one day.

If the user selects a CATEGORY, as indicated by the highlighted CATEGORY "CLS-TEAM NOTES," then the CLS responds by displaying a list of the RESOURCEs contained within the CATEGORY, as shown in FIGS. 20 and 21.

This list is conceptually similar to the list of RESOURCEs shown in FIG. 12. In that Figure, the RESOURCEs listed shared a common feature, namely: they all contained phrases in their PROFILE titles which match a search string issued in FIG. 10. Similarly, in FIG. 20, all RESOURCEs listed share the common feature of residing the same category.

Restated: the RESOURCEs are grouped according to fixed categories, such as those shown in FIG. 19. The RESOURCEs can also be grouped into categories by a search call.

Assume that the user wishes to obtain the RESOURCE which is highlighted in FIG. 21. The user actuates the proper button on the screen, using a mouse, and the CLS retrieves the RESOURCE. In this case, the RESOURCE takes the form of downloadable data, so that the CLS is able to obtain the RESOURCE, by telephone, or other data channel, from the RESOURCE's REPOSITORY.

The CLS examines the RESOURCE, in order to ascertain whether a computer program is required to display the resource in its intended manner. In the present example, the CLS found that such a program is required, but also found, in attempting to launch that program, that the program was unavailable, or otherwise unsuitable for displaying the RESOURCE. Thus, the CLS displays the screen shown in FIG. 22.

This screen informs the user that the program is unavailable, and reminds the user that, to save the downloaded RESOURCE, the user must take active steps. Otherwise, the RESOURCE will be lost, and, to be obtained again, must be retrieved from the REPOSITORY.

The CLS presents the user with the screen shown in FIGS. 23 and 24, and allows the user to save the RESOURCEs, which in this example take the form of computer files, in the usual manner.

Two examples will illustrate some important points regarding the meaning of "display in the intended manner."

### EXAMPLE 1

Generally, word processing programs display their documents in formats which are somewhat unique to each program, and also store their documents in different data formats on floppy diskettes.

For instance, consider text which should be underlined, when printed on paper. One word processing program may display this text, on a computer display, as actually underlined. Another word processing program may instead display this text in a different color from the surrounding, non-underlined text.

Further, the two word processing programs will probably store the document on floppy diskettes as different sequences of bytes. That is, the sequences stored on diskettes contain two (or more) types of data. The first type includes the bytes for the actual text of the document. ASCII codes are commonly used, although other codes exist, such as EBCDIC.

US 6,480,855 B1

13

The second type includes formatting codes, which indicate special characteristics of given sections of text, such as the underlining discussed above. Different word processing programs, in general, use different codes to signal different characteristics of the text.

Thus, a given formatting code may have different meanings in different documents created by different word processors. The given code may cause a given piece of text to appear with underlining when displayed on one word processor, yet cause the same text to appear as a different color in another processor.

Further, when some processors display documents generated in another processor, they simply strip out all such codes, and display the document in a predetermined, default format.

The CLS identifies the program which generated the RESOURCE (such as a word processing document) which is retrieved, and attempts to launch the program which generated the RESOURCE, so that the RESOURCE will appear in the same manner as when it was created.

This identification is done not only for word processing documents, but for all RESOURCEs which are retrieved, such as graphics RESOURCEs, spreadsheet RESOURCEs, and so on.

## EXAMPLE 2

Multi-media systems display information to a user in several formats, simultaneously. The information can be visual, as on a computer display. The visual information can be static, as a graphic, or sheet of text. The visual information can be dynamic, as in a changing sequence of images, as in video or animation.

The information can also be audible, and played from a speaker.

Conceivably, the information can be tactile. For example, Morse Code can be represented as a sequence of long and short beeps. A proper transducer can make these beeps detectable to the sense of touch, by vibrating a pad which is touched by the fingers. Visually impaired persons may utilize such a transducer.

Another type of tactile information results from the conversion of visual text into Braille text. The conversion is done by an electromechanical device, known in the art, containing a matrix of parallel pins. The device raises the proper pins to display each letter of the visual text in the proper Braille format.

There are numerous other formats of information display. The identification process under discussion examines a RESOURCE which is downloaded, and ascertains whether additional files, information, or data are required to generate a presentation for the user in the format intended by the RESOURCE.

The invention locates the necessary files and information, and launches the proper computer programs necessary for communication with the user, in the manner intended by the RESOURCE.

## ALTERNATE PROCEDURES

It is possible to establish a procedure for running a suitable alternative program, for displaying a RESOURCE, when a given program is not available. For example, if a RESOURCE requires a particular word processing program, and if that program is unavailable when the RESOURCE is downloaded, then the CLS can be programmed to run another program, such as an earlier version of the given program, or another program entirely.

14

A variation of launching the program can be taken with RESOURCEs which take the form of compressed data files. For example, the suffix ".zip" is commonly attached to files which are in compressed format, and require de-compression for use. When the CLS examines the file, it will see the suffix, and launch the proper de-compression program to unpack the file. Then, after unpacking, the CLS again examines the file to ascertain the program which will display the file in its intended manner.

### Level 2: Locate and View, MEDIA

Assume that the user is at level 2 within the CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1, and advanced to Level 2.

In Level 2, the user wishes to Locate and View RESOURCEs by MEDIA type, as indicated by the button actuated in FIG. 25. The CLS responds by presenting a list of the different types of MEDIA on which RESOURCEs are stored, as shown in FIG. 26.

Assume that a user wishes to view a list of all RESOURCEs taking the form of video MEDIA (e.g., videotape cassettes on VHS or Beta format, and one-inch or two-inch reel tape). The user highlights the "Video" entry, as in FIG. 27, and the CLS responds with a list of all RESOURCEs stored in video format, as indicated in FIG. 28.

As the screen indicates, the user can select a RESOURCE, and then view the PROFILE associated with that RESOURCE. In addition, the user can retrieve the RESOURCE.

If the RESOURCE takes the form of down-loadable data, then the RESOURCE is downloaded in the usual manner. However, in the case of video MEDIA, the REPOSITORY holding the RESOURCE may not possess equipment capable of downloading the video by a data link to the user. (That is, the MEDIA may take the form of a videocassette tape. Data stored on such tape can be analog data, rather than digital data. Analog data is not directly downloadable.)

In this case, the CLS informs the user of the inability to download, and inquires whether the user wishes to request that the RESOURCE be physically delivered to the user. If so, the CLS notifies the REPOSITORY holding the RESOURCE of the user's request. This notification takes the form of a message sent to the ADMINISTRATOR of the REPOSITORY in question, using the CLS. Alternately, the notification can take the form of the CLS sending a message by a commercially available electronic mail service. Sometimes, for added reliability, both types of notification can be undertaken.

It is possible to add the following feature to the CLS. When user places an order for retrieval of a physical object, such as the video tape in the present example, the CLS, in addition to notifying the REPOSITORY of the request, also notifies a transportation agent.

For example, if both the user and the REPOSITORY are affiliated with the same business organization, the CLS can notify the organization's mail service that the REPOSITORY will soon have a parcel ready for delivery. The mail service takes the appropriate steps to pick up the parcel.

In addition, the CLS can be arranged such that the PROFILEs of RESOURCEs which are non-downloadable contain relevant shipment information, such as a notation that the RESOURCE is especially delicate, large, or heavy. When a user requests physical delivery of a RESOURCE, the CLS examines the PROFILE, learns whether relevant

US 6,480,855 B1

15

shipment information exists, and forewarns the transportation agent of the information.

For example, when the CLS informs the mail service that a parcel (the video tape) will be awaiting retrieval at the REPOSITORY, the CLS also informs the mail service of the size of the parcel (very small) so that the mail service knows whether special preparations are required for the pick-up.

As an alternative to notifying an internal mail service, the CLS may notify a public, common carrier, of the impending shipment, and request that carrier to pick up the parcel. This notification can be accomplished by using commercially available electronic mail services.

As another alternate, as FIG. 96 indicates, the user may choose that a facsimile message (or FAX) be sent, requesting order of the RESOURCE. One implementation of this FAXing capability requires that the LOCAL SERVER, or the user's PC, be equipped with a facsimile modem, which are known in the art. The content of the FAX is a predetermined "form" letter, to which CLS adds the identify of the RESOURCE, plus other ordering information required by the custodian of the RESOURCE.

### Classification of RESOURCEs

RESOURCEs can be classified as "physical," as physical objects, such as flex diskettes, videotapes, etc., or "soft," as in computer-downloadable RESOURCEs, such as software.

When a user orders a "physical" RESOURCE, a message, as discussed above, is sent to the custodian of the RESOURCE, requesting delivery. When a user orders a "soft" RESOURCE, the RESOURCE is downloaded to the user directly.

### Features of Display of FIG. 26

FIG. 26 displays a list of RESOURCEs, containing both "soft" and "physical" RESOURCEs. The "On Line" entry contains soft RESOURCEs, while most of the remainder are physical RESOURCEs.

When the user orders one of the physical RESOURCEs, the information which CLS transmits to the custodian of the RESOURCE is in a format which facilitates automatic order-filling by the custodian, if the custodian is so equipped.

For example, a common electronic mail message will contain the ordering user's name and address. This information is in an electronic format which is easy to assimilate into custodian's inventory management, or product ordering. That is, the information is contained within a data file which the custodian can retrieve into the system which handles the custodian's order entry system. The custodian can manually transfer the ordering information (such purchaser's name and address) to the files used in filling orders. Alternately, the custodian can be equipped with a computer program which searches the electronic mail message for ordering information, and automatically loads the information into the custodian's order-filling software system. An example will illustrate.

Assume that the electronic mail message contains the following text:

Item ordered: Stock number ABC 123
Purchaser: John Blank
Address: 4343 Oak Terrace, Dayton, Ohio 45479
How to Bill: (Credit Card or Internal or Send Bill)
Credit Card Number: 1111 2222 3333 4444

16

The custodian's program searches the text for the phrase "Item ordered." When the program finds this text, it then searches the subsequent text for the stock number to be ordered, and copies the stock number to the order-filling file.

The program copies the rest of the information to the order-filling file in a similar manner. (The "How to Bill" phrase is followed by three possibilities. The ordering person selects one of these, as by entering a numeral "1", "2", or "3". The custodian's program detects the selection, and sets into motion the proper billing action.

Different custodians, in general, will require different items of information. Once the items are known, and the message format is established by the ADMINISTRATOR, the message which CLS sends to the custodians will contain all information which is necessary for completion of a normal business transaction, resulting in transfer of the ordered RESOURCE. And, as described above, the message can automatically trigger initiation of the ordering process.

### Locate and View, BY REPOSITORIEs

Assume that the user is at level 2 within the CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1.

In Level 2, the user now wishes to Locate and View by REPOSITORY, as indicated by the button actuated in FIG. 29. In response, the CLS displays all REPOSITORIEs holding RESOURCEs, as indicated in FIG. 30. Assume that the user selects the REPOSITORY "Marketing Core Server Team," as indicated by the highlighted entry in the FIG.

In response, the CLS displays the RESOURCEs held by the selected REPOSITORY, as indicated in FIGS. 31 and 32. Assume that the user selects the RESOURCE entitled "Windows NT 'The Right Choice'", as indicated by the highlighted entry in FIG. 32.

In response, the CLS retrieves the RESOURCE and examines (as explained above) the RESOURCE to ascertain which, if any, program is required to display the RESOURCE. This particular RESOURCE requires the program entitled "Powerpoint," available from Microsoft Corporation, as indicated by the suffix ".PPT" contained in the name of the RESOURCE.

The CLS launches the Powerpoint program, and loads the RESOURCE into the program, thereby displaying the RESOURCE in its intended format, as indicated in FIG. 33.

### Locate and View, BY SYSTEMs

Assume that the user is at level 2 within the CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1.

In Level 2, the user now wishes to Locate and View by SYSTEMs, as indicated by the button actuated in FIG. 34. In response, the CLS provides a list of systems which are available to the user, as shown in FIG. 35.

The term "system" refers to organizations which maintain collections of information, such as stock market reports, newspapers, magazines, and so on, which are downloadable to a user. Three exemplary SYSTEMs were identified above.

When the user selects a SYSTEM, as indicated in FIG. 36, the CLS connects the user with that SYSTEM. The user obtains access to the system, and obtains the same use of the system as if the user had connected to the system outside the CLS. When the connection is made with a SYSTEM, the CLS displays an appropriate screen, such as that shown in FIG. 37.

### Adding a RESOURCE to a REPOSITORY

The user can return to Level 1 by actuating the button shown in FIG. 38, which causes the screen shown in FIG. 39 to be displayed. The CLS has returned the user to Level 1.

US 6,480,855 B1

**17**

Assume that the user selects option #2, "Provide and Distribute." In response to this option, the CLS displays the screen shown in FIG. 40, which allows the user to select the "Provide" option, as indicated. If the user selects the "Provide" option, the CLS responds with the screen shown in FIG. 41.

This screen represents the PROFILE of the RESOURCE which the user is about to provide to a REPOSITORY. The user fills out the PROFILE in the usual manner, as by the sequence illustrated by FIGS. 41–49. Several points are significant.

The user, who is now a PROVIDER, declares an "Access Level," by selecting a box at the upper right part of FIG. 41. If the user selects "Public," then any person gaining access to the CLS can obtain access to the RESOURCE now being added.

If the user selects "Organization" or "Team," then only those members of the user's respective organization or team can gain access. If the user belongs to many teams or organizations, the CLS asks the user to specify those to whom access should be granted.

The "Resource Title" is, of course, the title which appears on the PROFILE. When another user, at a later time, performs searches using the CLS, this title will appear in the list of titles returned to the later user.

The "Resource Category" refers to the "Category" described in connection with FIGS. 18–21. The RESOURCE now being created will become located within the CATEGORY specified on the PROFILE in FIG. 41. Whenever a later user searches this CATEGORY, the title of the newly created RESOURCE will be found. (Of course, if the new RESOURCE has access limited to a particular "Team," and if the later user is not a member of this "Team," then the later user will not see the title when any searches are performed. This aspect is described near the end of the Specification.)

If the PROVIDER finds the CATEGORIEs which CLS provides to be unsuitable (these have been created previously by other users of the system), then the PROVIDER can create a new CATEGORY. The PROVIDER does this by choosing the option "OTHER," which is presented when the PROVIDER actuates the box labeled "INFORMATION CATEGORY" in FIGS. 41–49. The new CATEGORY is then added to the list of CATEGORIEs, and is shown to all users who subsequently elect to view the CATEGORIEs.

"Repository" in FIG. 41 refers to the REPOSITORY which will receive and then maintain the RESOURCE.

"Media" refers to the media type, such as those shown in FIG. 27.

"Bitmap" refers to a graphical image, or picture, which the PROVIDER can associate with the PROFILE. FIGS. 46 and 47 illustrate how the PROVIDER identifies the file which contains this image, at the time of creation of the PROFILE. Once the file has been identified, CLS stores it with the PROFILE. At subsequent times, when other users call up the PROFILE, they can actuate the "Bitmap" option, and CLS will display the graphical image.

For example, if the PROFILE's RESOURCE is a physical object, such as a fuel pump for an automobile, the graphical image may take the form of a picture of the pump.

Searching for Resource Just Created

FIGS. 41–49 described creating a PROFILE for a new RESOURCE. It was entitled "Test Resource for Training," as indicated in FIG. 49. FIG. 50 illustrates a search request,

**18**

undertaken under the LOCATE AND VIEW option, done in pursuit of this newly created RESOURCE.

FIG. 51 illustrates the results of the search. The new RESOURCE is highlighted by the user, and the RESOURCE PROFILE option is selected. If the user actuates the button labeled "Resource Profile," located at the upper right part of the Figure, CLS displays the PROFILE of this highlighted RESOURCE, as shown in FIG. 52.

(If the user selects the "E-Mail" option, by actuating the proper button at the bottom of the Figure, but if the E-Mail option is unavailable, then CLS responds with the message shown in FIG. 53.) This message indicates that the file could not be mailed electronically, but specifies the location of the RESOURCE, and inquires whether the user wishes to view the RESOURCE. If the user selects YES, then CLS displays the RESOURCE, as shown in FIG. 54.

Establishing a Standing Search

(Level 1—Identify INTERESTS)

In brief, this option allows a user to establish a standing search, analogous to a search described in FIGS. 9–12, above. However, this standing search examines new RESOURCEs shortly after they are added to their REPOSITORIEs, instead of searching the REPOSITORIEs immediately. How often the standing search is executed is controlled by the user.

Thus, if a user is interested in new developments in, say, pediatric medicine, the user would establish a standing search in the appropriate category for the subject of interest. The user accomplishes this as follows.

At Level 1, as indicated in FIG. 55, a user can select option #3, "Identify Interests." The CLS responds by displaying the screen shown in FIG. 56. Assume that the user selects option #2, "Add/Delete Interests."

The CLS displays the screen shown in FIG. 57, which invites the user to enter a phrase which describes the interest. The user can enter a phrase or, as indicated in FIG. 58, opt to view the user's presently established INTERESTs (if any exist). FIG. 59 illustrates the present INTERESTs, namely, "CLS." This INTEREST was saved after a previous search was performed.

Irrespective of the particular manner in which the user creates an INTEREST (either by (a) direct entry of a phrase in FIG. 58, (b) by recalling a previous interest, or (c) by modification of the previous interest) the CLS acts upon the interest in the following way.

The CLS, automatically, searches each new PROFILE, at the times specified by the user when the INTEREST was created, according to the search criteria established by the INTEREST.

During a search, if the search criteria are fulfilled, the CLS notifies the user. The CLS accomplishes the notification by placing a small icon on the screen of the user's computer. This icon does not disrupt any current activity of the user. One such icon is that located in the lower left corner of FIG. 5, indicating "9 notifications," meaning that nine PROFILEs were found which match the standing search, or INTEREST.

The user can view the search results, as shown in FIG. 62, by actuating the button at the lower left, associated with the phrase "10 notifications." The search results are then displayed, as shown in FIG. 62.

FIG. 60 illustrates a screen from which a user may exit. Upon exiting, the GUI will display a screen of the type shown in FIG. 61. The icon containing the number "10" and

US 6,480,855 B1

**19**

labeled "NCR Continuous Learning" indicates the results of a standing search, or INTEREST. To view the search results from this level, the user actuates this icon, which causes the display shown in FIG. 62 to be generated. The display lists the PROFILEs found which match the search criteria.

### Reminder to Save Upon Exiting

When a user wishes to exit the CLS, the user actuates the exit button, as shown in FIG. 63. If the CLS contains local files, which have been downloaded, but not yet saved, the CLS reminds the user of this fact at this time, by means of the screen shown in FIG. 64. The user takes appropriate action. (Of course, the originals of the downloaded items are still located at their respective RESOURCEs, and are not lost if the user does not heed the warning screen shown in FIG. 64.)

Upon exiting the CLS, the Graphical User Interface displays a screen resembling that in FIG. 65.

### Modification of Team Membership

FIG. 66 explains the fact that the CLS Administrators manage the membership of teams, and provides a scenario wherein subsequent Figures illustrate modification of team membership. These screens are available only to the Administrator of the SERVER running CLS, and not to the users.

In FIG. 67, the Administrator actuates the MEMBER-SHIP button. The CLS responds with a list of members, as shown in FIG. 68, together with the team affiliation of each. The team affiliation follows the symbol "@".

In FIG. 69, the Administrator clicks the ADD button, because the Administrator wishes to add a member to a team. The CLS responds by displaying the screen shown in FIG. 70. The Administrator provides the information requested, and actuates the proper buttons on the screen.

The CLS adds the person identified in the screen shown in FIG. 70 to the proper team. The membership of the new team can be viewed as shown in FIG. 71.

The screen of FIG. 71 can also be used as a launching point to modify membership of the TEAMs under the control of the Administrator. (The Administrator of each SERVER handles the TEAM membership of that SERVER.) The Administrator actuates the button TEAMs, causing the CLS to display the screen shown in FIG. 72. For simplicity, a single team is illustrated, namely "CLS ADMIN USERS."

The Administrator actuates the MODIFY button, causing the CLS to display the screen shown in FIG. 73. The upper frame lists the current members of the TEAM selected in FIG. 72. The lower frame provides a roster of possible members. This roster includes all users which the SERVER, under control of the ADMINISTRATOR, serves.

The ADMINISTRATOR selects users in the lower frame to be added to the TEAM, as indicated by the highlighting in FIG. 74, and then actuates the ADD button, as shown in FIG. 75. The CLS adds the selected users to the TEAM, as indicated in FIG. 76.

### Creating a Resource which is Limited to Specific Teams

FIG. 77 illustrates a PROFILE of an exemplary RESOURCE which is being created by the ADMINISTRATOR, and which is entitled "CONFIDENTIAL REPORT ON CLS SECURITY REQUIREMENTS." The PROFILE is generated as shown in FIG. 78, and, as indicated, access to it has been restricted by the entry adjacent the symbol "CLS ADMIN USERS."

**20**

To illustrate the restricted access to the RESOURCE (after its creation) the ADMINISTRATOR first performs a SEARCH (using *steps not shown, but explained above*, in connection with FIGS. 10–12) which would ordinarily locate the newly created RESOURCE. The results of the search are shown in FIG. 79. The "CONFIDENTIAL REPORT . . . ", which is the RESOURCE *just created*, appears at the bottom of the list.

Then, as explained in FIG. 80, the Administrator simulates a search run by a user who is not a member of any team which has been granted access to this "CONFIDENTIAL REPORT . . . " As indicated by FIGS. 80 and 81, the non-TEAM member performs a search which would, ordinarily, locate the "CONFIDENTIAL REPORT . . . " However, FIG. 83 shows the search results, which omit the "CONFIDENTIAL REPORT . . . " from the list of RESOURCEs available to this user.

This sequence illustrates the fact that the creator of a RESOURCE controls the access to the RESOURCE, by identifying the TEAMS which can gain access to the RESOURCE.

### Flow Chart of Programs

*FIGS. 84–96* illustrate a flow chart of the logic followed by the program contained in the microfiche appendix. This program was written to run on computers using the 80X86 family of microprocessors, available from Intel Corporation. The microfiche appendix, together with the flow chart, will allow a user to write code which can run on other processors.

In the flow chart, the word "illustration" refers to the patent Figures. For example, in flow chart FIG. 84, the *fourth paragraph in the large box* states: "*See illustration 6 . . .*" "Illustration 6" refers to FIG. 6.

### BRIEF DESCRIPTION OF FILES

The files *identified in the flow chart are summarized as* follows.

1. MAINCAT1.OBS—Purpose: main screen.
   Generates four icon-buttons, namely,
      (1) Locate & View (refers to MAINCAT2),
      (2) Identify Interests (refers to MAINCAT3),
      (3) Personal Information (refers to MAINCAT), and
      (4) Provide or Distribute (refers to MAINCAT5).
   Subscription Alert, Checks & Button
2. MAINCAT2.OBS—Locate & View screen
   Generates eight icon-buttons, namely,
      (1) Resource Catalog (A to Z) (refers to MAINCAT1),
      (2) Search (refers to SRCHNEW),
      (3) Resource Catalog—Categories (refers to MAINCAT1),
      (4) Media, Search by (refers to MAINCAT1),
      (5) Repositories, Search by (refers to MAINCAT1),
      (6) Systems (refers to MAINCAT1),
      (7) Save as Interest (refers to PROFILE), and
      (8) Return to Main Menu.
3. MAINCAT3.OBS—Identify interests screen.
   Generates two icon-buttons, namely,
      (1) View Interests (refers to PROFILE), and
      (2) Interests Administration (refers to PROFILE).
4. MAINCAT4.OBS—Personal information screen.
   Generates two icon-buttons, namely,
      (1) View Personal Profile (refers to USER2), and
      (2) Change Password (refers to PWDCHG).
5. MAINCAT.OBS—Provide or Distribute System.
   Generates two icon-buttons, namely,

US 6,480,855 B1

21

(1) Provide (refers to CATADMIN), and

(2) Membership (Administration Only) (refers to MEMBERS N/A).

6. CAT1.OBS—Interactive screen to Locate & View by "A to Z," Category, Media, Repository, and also for viewing alternate Systems reachable from CLS (refers to RESULTS.OBS).

7. SRCHNEW.OBS—General search screen; user-interactive screen for search of the CLS database by logical combinations of title, description, and date (refers to RESULTS.OBS).

8. RESULTS.OBS—Results screen (includes number of entries found in search, list of entries, "more info" button, OK, and Cancel buttons). Key function cataloginfo( ): gets profile information and, if needed, retrieves the corresponding file and opens it locally in appropriate application; may call CATDBF1 to display profile.

9. PROFILE.OBS, PROFILE1.OBS—Screen to add or delete interests.

10. CATADMIN.OBS—Screen to administer accessible resource profiles (especially New, Modify, Delete). (Refers also to NCRCAT.INC (especially Getinfo( ) function, called by Modify( ). Also refers to DIALOG.OBS.)

Important subroutines: Commit( ), Modify( ), and FID206( ) (Delete).

11. MEMBERS.OBS—Screen lists all members of teams, and allows Administrator to add, modify, and delete members. (Refers to USERADM.OBS.)

12. CATDBF1.OBS—Shows profile data and also information on contact and functions to request more information directly from contact. Can also retrieve corresponding "On-Line" file and open it locally in appropriate application, in manner similar to RESULTS.OBS. (Refers to QTY.OBV.)

13. USERADMIN.OBS—Screen to add, modify, or delete members from the CLS. (Refers to NEWORG.OBS.)

14. CLNSIGN1.OBS—Purpose: initial sign-on for the CLS. See FIG. 3. Verify( ) performs the single logon to the SERVER. (ServerS appears only here.)

15. PWDCHG.OBS—Screen to allow users to change their own passwords.

16. USER2.OBS—Screen to allow user to view his or her personal information profile (e.g., name, e-mail address, user environment). The information is maintained and edited only by the Administrator.

17. NEWORG.OBS—Screen for use by CLS Administrator to define "organization" (as used in CATADMIN for "IPD Only"/"Organization" checkbox.)

18. DIALOG.OBS—For adding "Bitmap"/"Preview" from SUB FID257 in CATADMIN.OBS.

19. ABOUT.OBS—Screen gives CLS version and system information, and access to CREDITS.OBV.

20. ADVISOR.OBS—Activated from MAINCAT1.OBS, lines 593 and 616. This module executes the display of the list of supplemental operating instructions, described in point number 7, below.

21. ALERT.OBS—Activated from MAINCAT1.OBS, line 590. This module allows an ADMINISTRATOR to privately communicate with a selected user, as described in point number 8, below.

22. CLNSAVE.OBS—Screen for saving files from CLS.

23. CLSINTRO.OBS—Relates to a screen displayed before CLS runs.

24. CREDITS.OBS—Credits for CLS product.

## ADDITIONAL CONSIDERATIONS

1. Each REPOSITORY takes the form of mass memory which is associated with a computer, which is called a

22

SERVER. (Alternately, the REPOSITORY can include both the SERVER and the mass memory.)

The REPOSITORIEs hold the PROFILEs of the RESOURCEs. Some RESOURCEs are downloadable, and are stored in the mass memory. Other RESOURCEs are not downloadable, and will be stored at a location designated on their respective PROFILEs.

The invention links all REPOSITORIEs together, in a manner which is transparent to the user. For example, as discussed above, a user can request a listing of the titles of all RESOURCEs, no matter which REPOSITORIEs hold the RESOURCEs.

The listing appears, to the user, as though all RESOURCEs are located in a single REPOSITORY, although, in general, such is not the case: multiple REPOSITORIEs are involved.

Of course, if the user calls for a particular PROFILE whose title appears in the listing, the PROFILE identifies the REPOSITORY. If the user examines several PROFILEs, it will become clear that multiple REPOSITORIEs are involved.

From another point of view, every user can obtain access to the PROFILEs contained in all REPOSITORIEs (subject to the access/security restrictions discussed above.) These PROFILEs can be searched presently (or as they are created, by establishing an INTEREST), without regard to the fact that multiple REPOSITORIEs hold the PROFILEs.

In addition, every user can obtain any RESOURCE, identified in a PROFILE, no matter which REPOSITORY holds it (subject, again, to the security restrictions.)

Thus, despite the fact that the RESOURCEs and their PROFILEs are distributed over multiple REPOSITORIEs, which themselves can be distributed world-wide geographically, the user deals with them as though they were located in a single place.

As stated earlier, the soft RESOURCEs are located at local SERVERs. The PROFILEs are located in REGIONAL SERVERs.

2. When a RESOURCE is downloaded to a SERVER, the invention examines the RESOURCE in an attempt to identify whether a computer program should be launched, or other actions taken, in order to properly display the RESOURCE. One type of examination involves looking at the file name of the RESOURCE. For example, the file name "Letter.doc" is interpreted as having been created by a word processor which customarily adds the suffix "doc" to its files.

When the invention finds this suffix "doc", the invention consults a look-up table, finds the program which uses the suffix "doc", and then attempts to locate the program, launch it, and load the RESOURCE into it.

Another type of examination involves examining data contained in a header of the RESOURCE. These examinations can collectively be described as looking for indicia which identify the program which generated the RESOURCE.

3. One significant feature of the invention is that all possible options available to a user are displayed on the screens generated by the invention. Selecting an option is self-explanatory: a pointing device is used (for example).

Providing information which the option requires is also self-explanatory: the user fills in blanks, such as those shown in FIG. 45 (which relate to PROFILEs), using a keyboard.

This feature eliminates a need for the user to remember arcane computer commands, and reduces time required to learn how to use the invention.

US 6,480,855 B1

23

4. As discussed above, the PROFILEs are stored in REGIONAL SERVERs, while the downloadable RESOURCEs are stored in LOCAL SERVERs. A physical RESOURCE, described by a PROFILE stored in a REGIONAL SERVER, can be stored at any convenient location.

Multiple REGIONAL SERVERs, all storing identical collections of PROFILEs, in order to enhance performance. That is, multiple REGIONAL SERVERs can provide faster response to numerous users than can a single REGIONAL SERVER.

5. FIG. 95 indicates that the files MEMBERSHIP.OBV and MEMBERSHIP.OBS are not included in the microfiche appendix. The reason is that these files contain the actual membership lists. These lists are created by the user of CLS.

6. FIG. 2 contains the phrase, in faint grey lettering, "CLS Overview." This represents an option for the user to view a six-screen tutorial which explains how to use the CLS system. The tutorial automatically is shown when a user logs on for the first time. The user can de-activate the tutorial, which causes the option to be displayed in grayed text, as in FIG. 2.

7. It has been found that users pose questions to the ADMINISTRATOR regarding operation of the system. These questions are delivered to the ADMINISTRATOR in any convenient manner, such as by telephone, letter, electronic mail, etc.

The invention allows the ADMINISTRATOR to provide to the users a list of these questions, together with answers to the questions (or any selected group of questions-and-answers). The users obtain access to these questions by the button in FIG. 5 labeled "CLS Advisor."

In practice, the ADMINISTRATOR will continually update the list of questions, thus providing a continually updated list of instructions for operating the system.

8. CLS makes provision for the ADMINISTRATORs to send private messages to single users. When the message arrives, an icon appears on the user's screen, informing the user of the message.

DEFINITIONS

The terms used herein have established meanings in the art. Some additional definitions are the following.

The term "Personal Computer," or PC, has been used. It is to be understood that this term is not limited to the specific set of microcomputers having an architecture designed around the 8XX86 microprocessor manufactured by Intel Corporation. Rather, the term refers to microcomputers generically, and includes, for example, desktop computers, laptop computers, workstations, and terminals. The term includes machines designed according to different architectures and using different processors.

SERVERs are computers, and frequently take the form of large, mainframes. However, as computer technology

24

evolves, the power of mainframes is becoming available in much smaller devices.

A significant feature of the invention is that the invention allows a given PC to act as either a SERVER or as a CLIENT of a SERVER.

RESOURCEs have been described above. RESOURCEs are located in REPOSITORIEs. If a RESOURCE takes the form of downloadable data, then such a RESOURCE will most likely be stored in mass storage (e.g., disc drives or tape systems) of a SERVER.

However, it is not required that this mass storage be directly "on-line." That is, for example, a given RESOURCE may be stored on magnetic media, such as magnetic tape or floppy diskettes, which are kept on storage racks. While the media are located on the racks, they cannot be read by a computer, and are not considered "on-line." To obtain access to the data, the tapes or discs must be loaded onto appropriate drives.

If a RESOURCE takes the form of a physical object, then the RESOURCE is stored in the same manner as others of its type, as in a warehouse.

PROFILEs are collections of information which describe RESOURCEs.

Numerous substitutions and modifications can be undertaken without departing from the true spirit and scope of the invention. What is desired to be secured by Letters Patent is the invention as defined in the following claims.

What is claimed is:

1. A method of managing a RESOURCE, comprising the following steps:
   (a) enabling access to a PROFILE describing the RESOURCE, wherein the PROFILE is stored within a REGIONAL SERVER and the RESOURCE is stored within a LOCAL SERVER if it is downloadable,
   (b) associating with the PROFILE a file containing a graphical image, and
   (c) enabling display of the graphical image when the PROFILE is accessed by a user.

2. The method of claim 1 further including the step of:
   (d) allowing the user to order the RESOURCE described in the PROFILE accessed by the user.

3. A method of managing a RESOURCE, comprising the following steps:
   (a) enabling access to a PROFILE stored in a SERVER describing the RESOURCE, the PROFILE including an access restriction selected from various access levels,
   (b) associating with the PROFILE a file containing a graphical image, and
   (c) enabling display of the graphical image when the PROFILE is accessed by a user having authorization as determined by the access restriction.

*  *  *  *  *



US006026403A

# United States Patent [19]

## Siefert

[11] Patent Number: 6,026,403

[45] Date of Patent: *Feb. 15, 2000

[54] **COMPUTER SYSTEM FOR MANAGEMENT OF RESOURCES**

[75] Inventor: **David M. Siefert**, Englewood, Ohio

[73] Assignee: **NCR Corporation**, Dayton, Ohio

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/217,476**

[22] Filed: **Mar. 24, 1994**

[51] Int. Cl.[7] .................................................. G06F 17/30
[52] U.S. Cl. ............................................ 707/10; 705/27
[58] Field of Search ................................. 364/200, 300, 364/408; 395/200, 600, 610, 226, 227; 705/27; 707/1, 4, 9, 10

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,774,655 | 9/1988 | Kollins et al. | 364/200 |
| 4,774,661 | 9/1988 | Kumpati | 364/300 |
| 4,992,940 | 2/1991 | Dworkin . | |
| 5,005,122 | 4/1991 | Griffin et al. | 364/200 |
| 5,168,446 | 12/1992 | Wiseman | 364/408 |
| 5,253,341 | 10/1993 | Rozmanith etal. | 395/200 |
| 5,263,157 | 11/1993 | Janis | 395/600 |
| 5,263,158 | 11/1993 | Janis | 395/600 |
| 5,278,978 | 1/1994 | Demers et al. | 395/600 |
| 5,319,542 | 6/1994 | King, Jr. et al. | 364/401 |
| 5,699,526 | 12/1997 | Siefert | 395/227 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0443038 | 8/1991 | European Pat. Off. . |

### OTHER PUBLICATIONS

Computer, vol. 26, No. 9, Sep. 1, 1993, pp. 8–22, XP 000395673, Obraczka K et al 'Internet Resource Discovery Services'*p. 9, line 11–line 28*.

Proceedings of the Object Oriented Programmings System Languages An Applications Conference. (OOPSLA), Orlando, Oct. 4–8, 1987 Special Issue of Sigplan Notices, vol. 22, No. 12, Dec. 1987 Meyrowitz N, pp. 126–137, XP 000299779 Caplinger M 'An Information System on Distributed Objects *p. 126, left column, line 27—p. 128, right column, line 8*.

IBM Technical Disclosure Bulletin, vol. 36, No. 1, Jan .1, 1993, p. 10 XP 000333752 'Programmable Interface for Generic Host Database Programs for an Imaging System'*the whole document* .

Database Inspec Institute of Electrical Engineers, Stevenage, GB, Inspec No. AN4560279, *abstract* & OCLC Systems & Services, vol. 9, No. 3, 1993 USA, pp. 31–36, Smith J. 'Electronic ILL at Colorado State University'.

Berners–Lee, T., Hypertext Transfer Protocal, Jun. 1–25, 1993.

*Primary Examiner—*Majid A. Banankhah
*Attorney, Agent, or Firm—*Gregory A. Welte; George H. Gates

[57] **ABSTRACT**

The invention concerns a system for managing resources, which can take the form of (a) computer-compatible information, such as data files and programs, and (b) non-computer-compatible information, as data contained on microfiche, and (c) physical objects. The resources are located at graphically diverse sites.

The invention contains a descriptive profile for each resource, and allows any user to search all profiles, and to search the profiles according to 'fields' (a database term), such as by location of the resources, or by category of the resources. The user can order delivery of a selected resource, and the system causes delivery of the resource to be executed, irrespective of the form (eg, physical object) of the resource.

The invention allows a provider of a new resource to limit access to the resource, by identifying users who are authorized to obtain access to the resource. Non-authorized users cannot obtain access to the profiles of these resources.

**11 Claims, 101 Drawing Sheets**



EXHIBIT C
Page 242

**6,026,403**
Page 2

Microfiche Appendix Included                    (3 Microfiche, 207 Pages)

EXHIBIT C
Page 243

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 249 of 655



**FIG. 1A**

EXHIBIT C
Page 244



**FIG. 1B**

EXHIBIT C
Page 245



FIG. 1C

EXHIBIT C
Page 246

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 252 of 655

# FIG. 1D



EXHIBIT C
Page 247



FIG. 1E

EXHIBIT C
Page 248

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 254 of 655



# FIG. 1

EXHIBIT C
Page 249

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 255 of 655



**FIG. 2**

EXHIBIT C
Page 250

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 256 of 655



**FIG. 3**

EXHIBIT C
Page 251

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 257 of 655



**FIG. 4**

EXHIBIT C
Page 252

**FIG. 5**



NCR Continuous Learning System

File   Options   Help

## Continuous Learning System

**1** — **Locate and View**
- Display resource names.
- Search resource names (including categories).
- Save search as interest
- Choose and receive information resource

**2** — **Provide or Distribute**
- Add, edit or delete entries to the Resource Center.

**3** — **Identify Interests**
- Identify and save interests for notification.
- Review existing saved interests

**4** — **Personal Information**
- Review your personal profile.
- Change password.

Session Active.
Click on a button for instructions or double click to execute the button. You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

CLS Advisor   16:35:17

9 notification(s)   Vickie Cowan

EXHIBIT C
Page 253

**FIG. 6**



NCR Continuous Learning System

File   Options   Help

# Continuous Learning System

**Locate and View**
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose and receive information resource

**Provide or Distribute**
- Add, edit or delete entries to the Resource Center.

**Identify Interests**
- Identify and save interests for notification,
- Review existing saved interests

**Personal Information**
- Review your personal profile.
- Change password.

Session Active.
Click on a button for instructions or double click to execute the button.
You may also select the corresponding number to execute the desired function.

CLS Advisor   16:35:40

Click on flashing button or depress F8 to view notifications.

Vickie Cowan

9 notification(s)

EXHIBIT C
Page 254

**FIG. 7**

CLS - Locate and View

File  Help

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

EXHIBIT C
Page 255

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 261 of 655

## FIG. 8



**CLS - Locate and View**

File   Help

### Locate and View

**All Resources** — 1
- Display all authorized resources.

**General Search** — 2
- Search resources by titles, descriptions, and/or dates.

**Category** — 3
- Display all authorized resources by categories.

**Media** — 4
- Display all authorized resources by media type.

**Repositories** — 5
- Display all authorized resources by repositories.

**Systems** — 6
- Display all systems that can be executed by CLS.

**Save Search as Interest.** — 7
- Saves last search request.

**Back to Previous Screen** — 8
- Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

EXHIBIT C
Page 256



**FIG. 9**

EXHIBIT C
Page 257

**FIG. 10**



EXHIBIT C
Page 258

# FIG. 11



**Catalog Search Results**

File   Help

Resource Profile...

7 entries returned.

| | Media | Date/Time | | Title |
|---|---|---|---|---|
| 1 | On Line | 12/08/93 | 16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93 | 13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93 | 14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93 | 14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93 | 14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94 | 15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94 | 09:57 | NCR UNIX Online Library |

Retrieve   Close

EXHIBIT C
Page 259

## FIG. 12



**Catalog Search Results**

File   Help

7 entries returned.

Resource Profile...

|   | Media | Date/Time | Title |
|---|---|---|---|
| 1 | On Line | 12/08/93  16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93  13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93  14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93  14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93  14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94  15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94  09:57 | NCR UNIX Online Library |

Retrieve   Close

EXHIBIT C
Page 260

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 266 of 655



**FIG. 13**

EXHIBIT C
Page 261

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 267 of 655

**FIG. 14**



EXHIBIT C
Page 262

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 268 of 655

FIG. 15



EXHIBIT C
Page 263



**FIG. 16**

EXHIBIT C
Page 264



**FIG. 17**

EXHIBIT C
Page 265



**FIG. 18**

CLS - Locate and View

File   Help

**Locate and View**

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

EXHIBIT C
Page 266

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 272 of 655



**FIG. 19**

EXHIBIT C
Page 267

# FIG. 20



EXHIBIT C
Page 268

CLS - Locate and View

File   Help

## Categories - CLS-TEAM NOTES

Resource Profile...

12 received.

Media | Title

**CLS - Latest version of the CLS application (pkzip)**
CLS - Overview Powerpoint Presentation
CLS - Add New User Template
CLS - Developer notes and new release 1.01 procedures
CLS - Distinct offers 3-in-1 TCP/IP SDK.
**CLS - Latest version of the CLS application (pkzip)**
CLS - Parameter file for LINUS interface. (Please read description first.)
CLS - Roles and Responsibilities as determined on 12 Aug 93
CLS - Sample windows source code for windows Socket API
CLS - SQL NET for Windows Procedures
CLS - Untangling the Windows Sockets API - a standardized interface
CLS - User Guide
CLS - PKUNZIP for CLS application

Ok

Cancel

Help

This is a list of the entries in the Resource Center by categories. Select a category and click on the OK button or double click on one of the categories listed. Each provider assigns a category to a resource. Press F1 for more help.

## FIG. 21

EXHIBIT C
Page 269



**FIG. 22**

EXHIBIT C
Page 270



**FIG. 23**

EXHIBIT C
Page 271



**FIG. 24**

EXHIBIT C
Page 272

**FIG. 25**

File  Help

**CLS - Locate and View**

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

EXHIBIT C
Page 273



FIG. 26

EXHIBIT C
Page 274



**FIG. 27**

EXHIBIT C
Page 275



**FIG. 28**

EXHIBIT C
Page 276

Case 3:04-cv-02292-H-WMC Document 1 Filed 11/15/04 Page 282 of 655

FIG. 29



**CLS - Locate and View**

File  Help

## Locate and View

**All Resources**
1  • Display all authorized resources.

**General Search**
2  • Search resources by titles, descriptions, and/or dates.

**Category**
3  • Display all authorized resources by categories.

**Media**
4  • Display all authorized resources by media type.

**Repositories**
5  • Display all authorized resources by repositories.

**Systems**
6  • Display all systems that can be executed by CLS.

**Save Search as Interest.**
7  • Saves last search request.

**Back to Previous Screen**
8  • Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

EXHIBIT C
Page 277



FIG. 30

EXHIBIT C
Page 278



FIG. 31

EXHIBIT C
Page 279

**FIG. 32**



CLS - Locate and View

File    Help

**Resource Center - Repositories**

Resource Profile...

28 received.

| Media | Title |
|-------|-------|
| **WWSM - Windows NT "The Right Choice"** | |
| MSCT - Server Positioning Material (Charts 42-45) | |
| MSCT - Server Positioning Material (Charts 9-12) | |
| MSCT - Transaction Processing Performance Story (TPC) 2 | |
| MSCT - Winning Against HP | |
| WWSM - 3410 Product | |
| WWSM - 3430 Product | |
| WWSM - 35XX Product | |
| WWSM - AT&T / NCR Overview | |
| WWSM - Lifekeeper FRS | |
| WWSM - NCR OCC / Operating System | |
| WWSM - NCR UNIX "Ready for Prime Time" | |
| WWSM - TPC Overview | |
| **WWSM - Windows NT "The Right Choice"** | |

Ok

Cancel

Help

This is a list of the current repositories in the Resource Center. Select a repository and click on the OK button to reveal a resources on the selected repository or select the ADDITIONAL INFORMATION button to learn more about the select repository.

EXHIBIT C
Page 280



FIG. 33

EXHIBIT C
Page 281

**FIG. 34**



CLS - Locate and View

File   Help

## Locate and View

**All Resources**
• Display all authorized resources.

[1] A to Z

**General Search**
• Search resources by titles, descriptions, and/or dates.

[2]

**Category**
• Display all authorized resources by categories.

[3]

**Media**
• Display all authorized resources by media type.

[4]

**Repositories**
• Display all authorized resources by repositories.

[5]

**Systems**
• Display all systems that can be executed by CLS.

[6]

**Save Search as Interest.**
• Saves last search request.

[7]

**Back to Previous Screen**
• Close window and return to main

[8]

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

EXHIBIT C
Page 282

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 288 of 655



**FIG. 35**

EXHIBIT C
Page 283



**FIG. 36**

EXHIBIT C
Page 284

FIG. 37

NCSA Mosaic for MS Windows

File  Edit  Options  Navigate  Annotate  Starting Points  Personal  Help

Document Title:  NCRINFO

Document URL:  http://ncrinfo.ncr.com

# NCR Information Server

**NCR**

An AT&T Company

This is the WorldWideWeb view of the server ncrinfo.ncr.com

◇ NCR Topics
◇ High Performance Computing and Communications (US Gov't)
◇ Other Public Gophers on Computing Topics
◇ All Worldwide Public Gophers

◇ Search All Menus on ncrinfo
◇ About ncrinfo

NUM

EXHIBIT C
Page 285

# FIG. 38



**CLS - Locate and View**

File   Help

## Locate and View

**All Resources** `1`
• Display all authorized resources.

**General Search** `2`
• Search resources by titles, descriptions, and/or dates.

**Category** `3`
• Display all authorized resources by categories.

**Media** `4`
• Display all authorized resources by media type.

**Repositories** `5`
• Display all authorized resources by repositories.

**Systems** `6`
• Display all systems that can be executed by CLS.

**Save Search as Interest.** `7`
• Saves last search request.

**Back to Previous Screen** `8`
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

EXHIBIT C
Page 286

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 292 of 655

**FIG. 39**



EXHIBIT C
Page 287

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 293 of 655

**FIG. 40**

**CLS - Provide or Distribute**

File   Help

## Provide or Distribute

**Provide**
1    • Add, modify or delete entries to the Resource Center.

**Back to Previous Screen**
2    • Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

EXHIBIT C
Page 288

**FIG. 41**

Resource Administration

File  Help

OK  Cancel  New  Modify  Delete  Clear All  Help

Access Level:
☐ Public
☐ Organization
☐ Team

Resource Title:

Date Added:                    Date Updated:  / /

Product ID:                    Media:

Cost:                          Format:

Price                          Point of Contact:

Information Category:          Alternate Administrator:

Information Filename:          Bitmap>>

Repository:

Resource Description:

Remarks

Please select either New, Modify or Cancel.

EXHIBIT C
Page 289

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 295 of 655

**FIG. 42**



EXHIBIT C
Page 290

**FIG. 43**



EXHIBIT C
Page 291

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 297 of 655

## FIG. 44

**Resource Administration**

File   Help

Access Level:
- [ ] Public
- [ ] IPD only
- [ ] Team

Resource Title:

Date Added:

Date Updated:  / /

Product ID:

Media:

Cost:

Format:

Price

Point of Contact:

Information Category:

Alternate Administrator:

Information Filename:

Bitmap>>

Repository:

Resource Description:

Remarks

Please enter new data at this time and click on OK.

Ok

Cancel

New

Modify

Delete

Clear All

Help

EXHIBIT C
Page 292

## FIG. 45

**Resource Administration**

File   Help

Access Level:
- Public
- IPD only
- Team

Resource Title:

Date Added:

Date Updated: / /

Product ID:

Cost:

Price

Information Category:

Information Filename:

Media:

Format:

Point of Contact:

Alternate Administrator:

Bitmap>>

Repository:

Resource Description:

Remarks

Please enter new data at this time and click on OK.

Ok   Cancel   New   Modify   Delete   Clear All   Help

EXHIBIT C
Page 293

**FIG. 46**



EXHIBIT C
Page 294



**FIG. 47**

EXHIBIT C
Page 295

**FIG. 48**

## Resource Administration

File   Help

Access Level:
☒ Public
☐ IPD only
☐ Team

Resource Title: CLS - Test resource for training

Date Added: ___   Date Updated: / /

Product ID: ___

Cost: ___

Price: ___

Information Category: General

Information Filename: \public\tab\test\test1.txt

Repository: Continuous Learning System

Media: On Line

Format: Notepad

Point of Contact: McCollum, Tab

Alternate Administrator: Cowan, Vickie

Bitmap>> C:\WINDOWS\CLS1.BM

Resource Description: ___

Remarks: ___

Please enter new data at this time and click on OK.

Ok   Cancel

New   Modify

Delete   Clear All

Help

EXHIBIT C
Page 296

**FIG. 49**



Resource Administration

File    Help

Access Level:
☒ Public
☐ IPD only
☐ Team

Resource Title: CLS - Test resource for training

Date Added:                    Date Updated: / /

Product ID:

Cost:

Price

Information Category: General

Information Filename: \public\tab\test\test1.txt

Repository: Continuous Learning System

Media: On Line

Format: Notepad

Point of Contact: McCollum, Tab

Alternate Administrator: Cowan, Vickie

Bitmap>>    C:\WINDOWS\CLS1.BM

Resource Description:

Remarks

CLS - TEST RESOURCE FOR TRAINING was successfully added to the CLS database.

OK
Cancel
New
Modify
Delete
Clear All
Help

EXHIBIT C
Page 297



**FIG. 50**

EXHIBIT C
Page 298



**FIG. 51**

EXHIBIT C
Page 299

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 305 of 655



**FIG. 52**

EXHIBIT C
Page 300



## FIG. 53

EXHIBIT C
Page 301

## FIG. 54

```
Notepad - CLS.TXT

File  Edit  Search  Help

Continuous Learning System Notification
01/21/94 05:03PM
TO: TAB MCCOLLUM
E-mail: Tab.McCollum@DaytonOH.NCR.COM
FROM: VICKIE COWAN
E-MAIL: vickie.cowan@daytonoh.ncr.com
MAIL DROP: emd-3
PHONE:
LOCATION: dayton, OH
***************************************
***************************************
VICKIE COWAN would like to obtain information
on the following subjects(s).

-----------------------------------------
Title: CLS - TEST RESOURCES FOR TRAINING


Please contact the above individual if more information is required.


End Notification.
```

EXHIBIT C
Page 302

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 308 of 655



**FIG. 55**

## NCR Continuous Learning System

File   Options   Help

## Continuous Learning System

**1**

### Locate and View
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose and receive information resource

**2**

### Provide or Distribute
- Add, edit or delete entries to the Resource Center.

**3**

### Identify Interests
- Identify and save interests for notification,
- Review existing saved interests

**4**

### Personal Information
- Review your personal profile.
- Change password.

Session Active.
Click on a button for instructions or double click to execute the button. You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

10 notification(s)     Vickie Cowan     CLS Advisor     17:05:04

EXHIBIT C
Page 303

**FIG. 56**

CLS- Identify Interests

File   Help

## Identify Interests

### 1  View Interest List
• Display your current interest list.

### 2  Add/Delete Interests
• Add or delete items in your interest list.

### 3  Back to Previous Screen
• Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

EXHIBIT C
Page 304



**FIG. 57**

EXHIBIT C
Page 305



**FIG. 58**

EXHIBIT C
Page 306

**FIG. 59**



EXHIBIT C
Page 307

## FIG. 60

**CLS- Personal Information**

File   Help

## Personal Information

**View Personal Profile**
1
• Display your current personal profile.

**Change Password**
2
• Change your password to CLS.

**Back to Previous Screen**
3
• Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

EXHIBIT C
Page 308



FIG. 61

EXHIBIT C
Page 309

# FIG. 62



**Catalog Search Results**

File    Help

Retain Notification ?    ◉ Yes  ○ No

10 entries returned.

Resource Profile...

| | Media | Date/Time | Title |
|---|---|---|---|
| 1 | **On Line** | 12/01/93  20:48 | CLS - Sample Log File |
| 2 | On Line | 12/02/93  13:50 | CLS - Pilot Plan |
| 3 | On Line | 12/13/93  15:03 | CLS - Overview Powerpoint Presentation |
| 4 | On Line | 12/13/93  15:29 | CLS - Overview Presentation |
| 5 | On Line | 12/13/93  15:32 | CLS - User Guide |
| 6 | On Line | 01/05/94  13:38 | CLS - Add New User Template |
| 7 | On Line | 01/07/94  16:10 | CLS - Latest version of the CLS application (pkzip) |
| 8 | On Line | 01/07/94  16:13 | CLS - Developer notes and new release 1.01 procedures |
| 9 | On Line | 01/12/94  14:12 | CLS - Parameter file for LINUS interface. (Please read desc |
| 10 | On Line | 01/21/94  16:55 | CLS - Test resource for training |

Retrieve    Close

10 notification(s)    Vickie Cowan                      CLS Advisor   17:06:26

EXHIBIT C
Page 310

FIG. 63



EXHIBIT C
Page 311

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 317 of 655



**FIG. 64**

EXHIBIT C
Page 312

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 318 of 655



FIG. 65

EXHIBIT C
Page 313

**FIG. 66**

The next few slides deal with the TEAM security of CLS. Only Information Administrators can create, modify or delete new teams. Once a team has been assigned to a user, the user can assign resources to that particular team and only those members will see the resource. We have tried to depict a small scenario to give you a better feel for TEAMS. An information administrator has been logged on to show this illustration.

EXHIBIT C
Page 314

**FIG. 67**

File  Help

CLS- Provide or Distribute

## Provide or Distribute

**1   Provide**
• Add, modify or delete entries to the Resource Center.

**2   Membership**
• Add, modify or delete members to CLS and teams.

**3   Back to Previous Screen**
• Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

EXHIBIT C
Page 315



**FIG. 68**

EXHIBIT C
Page 316

**FIG. 69**



EXHIBIT C
Page 317



**FIG. 70**

EXHIBIT C
Page 318

**FIG. 71**



EXHIBIT C
Page 319



**FIG. 72**

EXHIBIT C
Page 320

**FIG. 73**



EXHIBIT C
Page 321



FIG. 74

EXHIBIT C
Page 322

FIG. 75



EXHIBIT C
Page 323

Case 3:04-cv-02292-H-WMC    Document 1    Filed 11/15/04    Page 329 of 655

**FIG. 76**



EXHIBIT C
Page 324

## FIG. 77

**Resource Administration**

File   Help

Access Level:
- [ ] Public
- [ ] IPD only
- [x] Team

CLS ADMIN USERS
CLS TEST TEAM

Resource Title: CONFIDENTIAL REPORT ON CLS SECURITY REQUIREMENTS

Date Added:                    Date Updated: / /

Product ID:

Cost:                          Media: On Line

Price                          Format: Microsoft Word

Information Category: General          Point of Contact: McCollum, Tab

Information Filename: \team\secur.doc          Alternate Administrator: Siefert, Dave

Repository: Continuous Learning System          Bitmap>>

Resource description cannot exceed 255 characters.          82

Resource Description: This is a test resource entry to check the security validation in the TEAM concept

Remarks

Ok

Cancel

New

Modify

Delete

Clear All

Help

Please enter new data at this time and click on OK.

EXHIBIT C
Page 325

**FIG. 78**

## Resource Administration

File    Help

Access Level:
- [ ] Public
- [ ] IPD only
- [x] CLS ADMIN USERS

Resource Title: CONFIDENTIAL REPORT ON CLS SECURITY REQUIREMENTS

Date Added:

Date Updated: / /

Product ID:

Media: On Line

Cost:

Format: Microsoft Word

Price

Point of Contact: McCollum, Tab

Information Category: General

Alternate Administrator: Siefert, Dave

Information Filename: \team\secur.doc

Bitmap>>

Repository: Continuous Learning System

Resource Description: This is a test resource entry to check the security validation in the TEAM concept

Remarks

Please enter new data at this time and click on OK.

Ok
Cancel
New
Modify
Delete
Clear All
Help

EXHIBIT C
Page 326

FIG. 79



## Catalog Search Results

21 entries returned.

Resource Profile...

| | Media | Date/Time | | Title |
|---|---|---|---|---|
| 6 | On Line | 10/28/93 | 14:29 | CLS - Distinct offers 3-in-1 TCP/IP SDK |
| 7 | On Line | 11/05/93 | 13:38 | CLS - SQL_NET for Windows Procedures |
| 8 | On Line | 11/11/93 | 13:22 | CLS - CLS Project Plan |
| 9 | On Line | 11/12/93 | 14:48 | CLS - Roles and Responsibilities as determined on 12 Aug |
| 10 | On Line | 11/16/93 | 08:24 | CLS - New CLS application for pilot test in France. |
| 11 | On Line | 12/01/93 | 20:48 | CLS - Sample Log File |
| 12 | On Line | 12/02/93 | 13:50 | CLS - Pilot Plan |
| 13 | On Line | 12/13/93 | 15:03 | CLS - Overview Powerpoint Presentation |
| 14 | On Line | 12/13/93 | 15:29 | CLS - Overview Presentation |
| 15 | On Line | 12/13/93 | 15:32 | CLS - User Guide |
| 16 | On Line | 01/05/94 | 13:38 | CLS - Add New User Template |
| 17 | On Line | 01/07/94 | 16:10 | CLS - Latest version of the CLS application (pkzip) |
| 18 | On Line | 01/07/94 | 16:13 | CLS - Developer notes and new release 1.01 procedures |
| 19 | On Line | 01/12/94 | 14:12 | CLS - Parameter file for LINUS interface. (Please read desc |
| 20 | On Line | 01/21/94 | 16:55 | CLS - Test resource for training |
| 21 | On Line | 01/24/94 | 13:39 | CONFIDENTIAL REPORT ON CLS SECURITY REQUIREM |

Retrieve   Close

File   Help

EXHIBIT C
Page 327

**FIG. 80**

Next few slides show another user named VCOWAN logged in who is not assigned to the CLS ADMIN USERS team to show that the new resource can only be seen by those persons selected earlier.

EXHIBIT C
Page 328

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 334 of 655

**FIG. 81**



EXHIBIT C
Page 329



**FIG. 82**

EXHIBIT C
Page 330

**FIG. 83**



Catalog Search Results

File    Help

18 entries returned.     Resource Profile...

| | Media | Date/Time | Title |
|---|---|---|---|
| 1 | On Line | 10/18/93 07:46 | CLS - Status Report dated 5 Aug 93 CLS developers comm |
| 2 | On Line | 10/18/93 07:46 | CLS - Untangling the Windows Sockets API - a standardize |
| 3 | On Line | 10/18/93 07:46 | CLS - Sample windows source code for windows Socket AP |
| 4 | Other | 10/18/93 09:51 | Test of NCR user providing information to the CLS |
| 5 | On Line | 10/20/93 17:00 | CLS - PKUNZIP for CLS application |
| 6 | On Line | 10/28/93 14:29 | CLS - Distinct offers 3-in-1 TCP/IP SDK |
| 7 | On Line | 11/05/93 13:38 | CLS - SQL NET for Windows Procedures |
| 8 | On Line | 11/12/93 14:48 | CLS - Roles and Responsibilities as determined on 12 Aug |
| 9 | On Line | 12/02/93 20:48 | CLS - Sample Log File |
| 10 | On Line | 12/13/93 13:50 | CLS - Pilot Plan |
| 11 | On Line | 12/13/93 15:03 | CLS - Overview Powerpoint Presentation |
| 12 | On Line | 12/13/93 15:29 | CLS - Overview Presentation |
| 13 | On Line | 12/13/93 15:32 | CLS - User Guide |
| 14 | On Line | 01/05/94 13:38 | CLS - Add New User Template |
| 15 | On Line | 01/07/94 16:10 | CLS - Latest version of the CLS application (gkzip) |
| 16 | On Line | 01/07/94 16:13 | CLS - Developer notes and new release 1.01 procedures |
| 17 | On Line | 01/12/94 14:12 | CLS - Parameter file for LINUS interface. (Please read desc |
| 18 | On Line | 01/21/94 16:55 | CLS - Test resource for training |

Retrieve    Close

EXHIBIT C
Page 331

# FIG. 84



EXHIBIT C
Page 332

# FIG. 85



EXHIBIT C
Page 333

# FIG. 86



FROM
SCREEN
"MAIN"

This is the "Identify
Interests" screen.
    The user can choose from
3 actions here.
    The user's interests can be
viewed all at once, or they
can be added, deleted or
modified one at a time.
    Again, the user can choose
to leave the view mode and
return to the previous screen.
    See Illustration 56 and the
files MAINCAT3.OBS and
MAINCAT3.OBV.

USER
CHOSE "VIEW
INTERESTS"
?

Y → TO "VIEW
INTERESTS"
SCREEN
(TRIVIAL; SEE
ILLUSTRATION
59)

N

USER
CHOSE
"ADD/DELETE
INTERESTS"
?

Y → TO "INTERESTS
ADMINISTRATION"
SCREEN (SEE
FLOWCHART
PG. 9)

N

USER
CHOSE "BACK
TO PREVIOUS
SCREEN"
?

N

Y

TO "MAIN" SCREEN
(SEE FLOWCHART PG. 1)

EXHIBIT C
Page 334

# FIG. 87



FROM
SCREEN
"MAIN"

This is the "Personal
Information" screen.
  The user can choose from
3 actions here. The user's
personal profile can be
viewed, the user's password
can be changed, or the user
can return to the previous (ie:
"Main") screen. Note that the
first two are trivial screens
and no flowcharts are given.
  See Illustration 60 and the
files MAINCAT4.OBS,
MAINCAT4.OBV,
USER2.OBS (for viewing
personal profile),
USER2.OBV, PWDCHG.OBS
(for changing passwords),
and PWDCHG.OBV.

USER
CHOSE
"VIEW PERSONAL
PROFILE"
?

Y → TO "VIEW
PERSONAL
PROFILE"
SCREEN
(TRIVIAL - NO
FLOWCHART OR
ILLUSTRATION)

N

USER
CHOSE "CHANGE
PASSWORD"
?

Y → TO "CHANGE
PASSWORD"
SCREEN
(TRIVIAL - NO
FLOWCHART OR
ILLUSTRATION)

N

N ← USER
CHOSE "BACK
TO PREVIOUS
SCREEN"
?

Y

TO "MAIN" SCREEN
(SEE FLOWCHART PG. 1)

EXHIBIT C
Page 335

# FIG. 88



FROM SCREEN "MAIN"

This is the "Provide or Distribute" screen.

The general (ie: non-administrative) user can choose from 2 actions here. He can decide to provide resource profiles, or he can return to the previous (Main) screen. Administrative users have the additional ability to edit CLS membership.

See Illustrations 40 (std. vers.) and 67 (admin. vers.) and the files MAINCAT5.OBS, MAINCAT5.OBV.

USER CHOSE "PROVIDE" ?

Y → TO "RESOURCE ADMINISTRATION" SCREEN (SEE FLOWCHART PG. 10)

N

ADMIN-ISTRATIVE USER CHOSE "MEMBER-SHIP" ?

Y → TO "MEMBERSHIP" SCREEN (SEE FLOWCHART PG. 11)

N

USER CHOSE "BACK TO PREVIOUS SCREEN" ?

N

Y

TO "MAIN" SCREEN (SEE FLOWCHART PG. 1)

EXHIBIT C
Page 336

## FIG. 89



FROM SCREEN "LOCATE AND VIEW" (SEE FLOWCHART PG. 2) → QUERY DATABASE FOR LIST OF ITEMS APPROPRIATE TO SCREEN (ALL RESOURCES BY TITLE, ALL CATEGORIES, MEDIA TYPES, OR REPOSITORIES)

This screen, with only minor variations, takes care of 4 of the 5 ways to view available CLS profiles. Since the screens share almost identical logic and visuals there is only one flowchart.

Resource profiles contain many items of information (see illustration 41), some of these are critical and are required (ie: if they are not provided, then the profile will not be accepted).

The resource title, information category, media type, and repository (an extra label) are required and form the basis for the variations in this screen. The basic idea is to display a list of all the possible values for one of these key fields, from which the user selects one, then all available profiles with matching values in that field can be made accessible using this same screen and displaying their titles.

Specifically, the "Media" screen displays a list of all available media types, the "Category" screen a list of all available categories, "Repositories" a list of all available repositories, and "All Resources (A to Z)" a list of all available titles. The user is free to select one of the listed entries. Then a list of all titles which have a matching entry in that key field are diplayed. Thereafter, selecting a title initiates a download (retrieval) of the file or its profile.

"All Resources (A to Z)" is a special case. A selection is a resource title - which fully specifies a unique resource - so choosing "OK" will directly attmempt to retrieve the resouce itself, as opposed to listing all resouce profiles with matching titles, since there would only be one.

See Illustrations 19, 20, 27, 28, 30 & 31and the files CAT1.OBS, CAT1.OBV, and RESULTS.OBS (esp. the subroutine "cataloginfo()").



EXHIBIT C
Page 337

# FIG. 90



FROM SCREEN "LOCATE AND VIEW" (SEE FLOWCHART PG. 2)

QUERY DATABASE FOR A LIST OF EXECUTABLE SYSTEMS

This screen displays a list of all available systems that can be executed from the CLS program. The user is free to select one of the listed entries. See Illustration 35 and the files CAT1.OBS and CAT1.OBV.

USER CHOSE "OK" ?

USER CHOSE "CANCEL" ?

EXECUTE SELECTED SYSTEM FROM WITHIN THE CLS PROGRAM

TO SCREEN "LOCATE AND VIEW" (SEE FLOWCHART PG. 2)

EXHIBIT C
Page 338

# FIG. 91



FROM SCREEN
"LOCATE AND VIEW"
(SEE FLOWCHART
PG. 2)

This screen manages user-entry of logical search criteria for the title, description, and date. These are used to find CLS resources whose own title, description, and date match.
   See Illustration 16 and the files SRCHNEW.OBS and SRCHNEW.OBV.

USER CHOSE "OK" ?

USER CHOSE "CANCEL" ?

N

N

Y

Y

QUERY DATABASE FOR A LIST OF CLS RESOURCES THAT SATISFY THE TITLE, DESCRIPTION AND DATE CONSTRAINTS ENTERED BY USER

TO SCREEN
"LOCATE AND VIEW"
(SEE FLOWCHART
PG. 2)

TO SCREEN
"RESULTS"
(SEE FLOWCHART
PG. 8)

EXHIBIT C
Page 339

## FIG. 92

FROM SCREEN
"GENERAL SEARCH"
(SEE FLOWCHART
PG. 7)

This screen displays a list of resources returned from a query of the CLS database. The user can select a CLS resource from the list and then download it or get its resource profile. Retrieving (ie: downloading) the file will automatically be followed by a launch of the program corresponding to the file, if possible, otherwise CLS will offer the user an opportunity to save the file for future reference.

See Illustrations 11 and the files RESULTS.OBV and RESULTS.OBS (esp. the subroutine "cataloginfo()").



EXHIBIT C
Page 340

# FIG. 93



FROM SCREEN
"IDENTIFY INTERESTS"
(SEE FLOWCHART
PG. 3)

This screen allows the user to add and delete interests from the list of current interests (see illustration 59). An interest is a single line of logical search criteria for resource titles. When used for a query it will return exactly those CLS resources whose title matches the criteria. (Compare with the "General Search" screen on Pg. 7)
    The list of current interests is maintained in the CLS database.
    See Illustration 59 and the files  PROFILE1.OBV and PROFILE.OBS.

USER CHOSE "ADD" ?   N   USER CHOSE "DELETE" ?   N

Y       Y

ADD ENTRY TO USER'S LIST OF CURRENT INTERESTS IN CLS DATABASE

DELETE ENTRY FROM USER'S LIST OF CURRENT INTERESTS IN CLS DATABASE

USER CHOSE "CURRENT INTERESTS" ?   N   USER CHOSE "CANCEL" ?   N

Y       Y

TO SCREEN "VIEW INTERESTS" • NOTE THAT THE CURRENT SCREEN MAY REMAIN AVAILABLE (TRIVIAL; SEE ILLUSTRATIONS 57,58,59)

TO SCREEN "IDENTIFY INTERESTS" (SEE FLOWCHART PG. 3)

EXHIBIT C
Page 341

# FIG. 94



FROM SCREEN
"PROVIDE OR DISTRIBUTE"
(SEE FLOWCHART PG. 5)

This screen allows the user to add, delete and modify resource profiles from the CLS database.

Note that the actual resources themselves are the resposibility of the person providing the resource. In particular, if a resource is "online", then it is his responsibility to maintain a copy of the resource at the locationn indicated in the profile (ie: the "information filename" includes the directory path locating the file on the network).

See Illustration 41 and the files CATADMIN.OBV and CATADMIN.OBS.

USER CHOSE "NEW" ?
Y → INDICATE THAT NEXT "OK" WILL BE FOR ADDING A NEW RESOURCE PROFILE TO THE CLS DATABASE
N

USER CHOSE "MODIFY" ?
Y → INDICATE THAT NEXT "OK" WILL BE FOR MODIFYING AN EXISTING RESOURCE PROFILE TO THE CLS DATABASE
N

USER CHOSE "DELETE" ?
Y → INDICATE THAT NEXT "OK" WILL BE TO DELETE AN EXISTING RESOURCE PROFILE TO THE CLS DATABASE
N

USER CHOSE "OK" ?
Y → CHECK THAT THE PROFILE INFORMATION PROVIDED IS ACCEPTABLE → COMMIT THE CURRENT PROFILE TO THE CLS DATABASE AS APPROPRIATE: THAT IS, ADD, MODIFY OR DELETE THE PROFILE
N

N ← USER CHOSE "CANCEL" ?
Y → TO SCREEN "PROVIDE OR DISTRIBUTE" (SEE FLOWCHART PG. 5)

EXHIBIT C
Page 342

# FIG. 95

FROM SCREEN
"PROVIDE OR DISTRIBUTE"
(SEE FLOWCHART PG. 5)

This screen allows the administrative users to add, delete and modify members (ie: personal profiles) from the CLS network. This controls who can log on to the CLS network. Note that this screen is only available to qualified users (eg: the CLS Administrator).

This screen also provides access to the "User Administrator" and "Teams" screens.

••• Flowchart details are not provided. •••

See Illustrations 68 through 75. The files MEMBERSHIP.OBV and MEMBERSHIP.OBS are not included. However, see USERADM.OBS and USERADM.OBV for the "User Administration" screen.

EXHIBIT C
Page 343

# FIG. 96

FROM SCREEN "RESULTS" (SEE
FLOWCHART PG. 5) ALSO
"ALL RESOURCES", "CATEGORY",
"MEDIA", AND "REPOSITORY"



This screen displays the key information about a CLS resource profile, and
supplemental information about the contact (eg: E-Mail address and FAX number). It
also allows the user to automatically forward an E-Mail or FAX request for more
information about a resource, which is especially useful when the resource has a
media type other than "online". Finally, if the media type of the resource is "online",
then the resource can be retrieved directly (ie: downloaded) and launched in its native
application (as can also be done from the "Results" screen).
    See Illustration 52 and the files  CATDBF.OBV and CATDBF.OBS.

EXHIBIT C
Page 344

6,026,403

## 1

# COMPUTER SYSTEM FOR MANAGEMENT OF RESOURCES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is related to:

Application Ser. No. 08/217,065 entitled "Automated Resource Management System," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,067 entitled "Security Aspects of Computer Resource Repositories," filed concurrently herewith by Siefert et al. and assigned to the Assignee hereof.

Application Ser. No. 08/217,062 entitled "Ordering and Downloading Resources from Computerized Repositories," filed concurrently herewith by Siefert et al. and assigned to the Assignee hereof.

Application Ser. No. 08/217,422 entitled "Launching Computer Program upon Download of Data Created by Program," filed concurrently herewith by Siefert et al. and assigned to the Assignee hereof.

Application Ser. No. 08/217,063 entitled "Automatic Updating of Computer Software," filed concurrently herewith by Siefert et al. and assigned to the Assignee hereof.

Application Ser. No. 08/218,024 entitled "Multiple Repositories of Computer Resources, transparent to User," filed concurrently herewith by Siefert et al. and assigned to the Assignee hereof.

Application Ser. No. 08/217,476 entitled "Computer System for Management of Resources," filed concurrently herewith by Siefert et al., and assigned to the

## MICROFICHE APPENDIX

A microfiche appendix, containing 3 microfiche and 207 total frames is filed herewith.

The invention concerns management of RESOURCEs, which take the form of (a) downloadable computer data and programs and (b) physical objects, which are located at multiple REPOSITORIEs, at different sites. The RESOURCEs appear to a user, at any given site, as though the RESOURCEs were actually present at the user's site.

## BACKGROUND OF THE INVENTION

A database is somewhat analogous to a card catalog of a library. The card catalog cross-indexes books in several ways.

For example, an "author" card exists. This card is located in the catalog at the alphabetical position of the author's surname.

In addition, a "title" card exists, located in the alphabetical position of the book's title. Also, a "subject" card generally exists, which describes the subject of the book, and which is located in the alphabetical position of the subject, such as "pressed flower collecting," for example. Of course, other cards can exist for a given book (for example, books having multiple authors generally have an author card for each).

In database terms, these cards represent "fields" within the database. For example, in a library, to find all of the books written by Ernest Hemingway, one looks up "Hemingway" in the card catalog. All of the library's books written by any Hemingway are identified by respective author cards. In a computer database, a similar search could be done, upon the "author" field.

## 2

Similar searches can be done on the title fields, as well as on the subject fields.

Computer databases, in general, have more fields than does the card catalog. For example, if the card catalog were contained within a computer database, there would probably exist a "date" field. To search using the "date" field, one specifies a date, or range of dates, and the database responds by listing all books having a copyright which complies with the specified date, or range.

Presently existing databases have limitations. For example, many databases require that a user undergo significant training in order to learn how to use the data base. Some databases use arcane commands which the user must memorize.

Some databases contain only that information which is owned by the database owner. Returning to the library analogy, if a public library were to computerize its card catalog, by entering all of the information contained within the card catalog into the database program, the database program would, of course, only contain the card catalog information. A user could not, for example, gain access to the card catalog of a second library, in order to locate a book not owned by the first library. The user must go to the second library.

## OBJECTS OF THE INVENTION

An object of the invention is to provide a system for storing information in a manner in which retrieval is simple.

Another object of the invention is to provide a system for storing information, in which entering information, as well as retrieving the information, is self-explanatory, and requires no resort to external instructions.

Another object of the invention is to provide a system for storing information, which can communicate with other systems which store information, and make available all of the information stored by all systems.

Another object of the invention is to provide a system which allows a user to search all information contained, in multiple databases, according to key words.

Another object of the invention is to provide a system which allows a user to establish a standing search, which searches, by key words, new information, at specified intervals in the future.

## SUMMARY OF THE INVENTION

In one form of the invention, multiple databases, at different locations, are linked together, so that a user can search all databases, as though they were a single database.

In another form of the invention, a user can search multiple databases by category, or field, for example.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A illustrates the concept of storing RESOURCEs within a SERVER, and the association of a PROFILE with each RESOURCE.

FIG. 1B illustrates how RESOURCEs can be divided, according to two different criteria. That is, RESOURCEs can be classified as either containing information or not. RESOURCEs can also be classified as being downloadable or not.

FIG. 1C illustrates how a client of a SERVER can gain access to RESOURCEs contained within the client's SERVER, as well as RESOURCEs contained within other SERVERs.

EXHIBIT C
Page 345

6,026,403

3

FIG. 1D illustrates how a SERVER can be viewed as a RESOURCE.

FIG. 1E illustrates storage of PROFILES within REGIONAL SERVERs and storage of RESOURCEs within LOCAL SERVERs.

FIGS. 1–4 illustrate screens which the invention causes to be displayed on a user's PC, during a log-on process. Most of the icons shown are specific to the user's computer, and relate to software owned by the user. Those contained within the box labeled "Continuous Learning System" are related to programs used by the invention.

FIGS. 5 and 6 illustrate screens at Level 1, which provide options for the user to select.

FIGS. 7 and 8 illustrate screens displayed, at Level 2, in response to selection of the "Locate and View" option of FIGS. 5 and 6.

FIGS. 9–11 illustrate how a user undertakes a Boolean key-word search.

FIGS. 12–14 illustrate screens displayed when a user downloads a RESOURCE located during a search.

FIG. 15 illustrates display of the downloaded RESOURCE, by means of launching of a program which generated the RESOURCE.

FIGS. 16 and 17 illustrate modification of the search described in FIGS. 9–11.

FIGS. 18–24 illustrate locating RESOURCEs based on the category in which the RESOURCEs are classified.

FIGS. 25–28 illustrate locating RESOURCEs based on the media upon which the RESOURCEs are stored.

FIGS. 29–32 illustrate locating RESOURCEs based on the REPOSITORIEs in which the RESOURCEs are stored.

FIG. 33 illustrates retrieval of the RESOURCE identified in FIG. 32.

FIGS. 34–37 illustrate other SYSTEMs to which the invention allows a user to gain access.

FIGS. 38 and 39 illustrate returning to Level 1.

FIGS. 40–54 illustrate creation of a PROFILE associated with a RESOURCE.

FIGS. 55–59 illustrate establishing of an INTEREST, which is an order to search new PROFILEs at specified times in the future.

FIGS. 60 and 61 illustrate the passage of time, during which the INTEREST was searched.

FIG. 62 illustrates the results of the INTEREST search.

FIG. 63 illustrate return to Level 1.

FIG. 64 illustrates a warning given when the user attempts to exit, when downloaded files are present, but not yet stored.

FIG. 65 illustrates layout of a typical screen displayed by a Graphical User Interface, GUI. The particular icons, which represent programs and information stored on the computer, will, of course, differ from one computer to another.

FIGS. 66–76 illustrate how an ADMINISTRATOR can change membership of teams, and thereby control the TEAMs' access to RESOURCEs.

FIGS. 77 and 78 illustrate identification, on a PROFILE, of TEAMS which may gain access to the RESOURCEs corresponding to the PROFILE.

FIG. 79 illustrates sample search results given to a TEAM member. The member is allowed access to all 21 RESOURCEs listed.

FIG. 80 describes following Figures.

FIGS. 81–83 illustrate a search undertaken by a user who does not have access to all 21 RESOURCEs shown in FIG. 79.

4

FIG. 83 shows the RESOURCEs to which this person has access, and the list is different from that of FIG. 79.

FIGS. 84–96 illustrate a flow chart which describes the logic flow of the program contained in the microfiche appendix.

## DETAILED DESCRIPTION OF THE INVENTION

### OVERVIEW

#### SERVER Holds RESOURCEs

FIG. 1A illustrates a SERVER, which is a computer, or equivalent, which acts as a REPOSITORY, by holding a collection of RESOURCEs, for the benefit of microcomputers, labeled PC's. The PC's are the clients of the SERVER.

At present, for ease of explanation, the RESOURCEs can be viewed as computer files. However, as will be seen shortly, the RESOURCEs actually include a vastly larger, and more diverse, collection of objects than mere computer files RESOURCEs include (a) data, (b) information, and (c) knowledge, both as these terms are generally defined, and also as defined by computer scientists. This data, information, and knowledge can take the form of computer-downloadable data, or other forms, such as printed matter. Each RESOURCE has an associated PROFILE, which contains descriptive information about the RESOURCE. FIG. 4B illustrates an exemplary PROFILE. The user of a PC uses the PROFILEs to locates RESOURCEs of interest by searching through the PROFILEs.

For example, each PROFILE contains a descriptive title. If a user is a manufacturer of golf equipment, and is developing a new golf ball having improved aerodynamic dimples, the user may search the RESOURCEs by looking for phrases such as

"golf ball" or

"aerodynamic" in combination with "golf ball" within the PROFILEs. (This searching is standard Boolean keyword searching.) The invention will locate the PROFILEs, and thus the RESOURCEs, containing titles which match the search criteria.

#### Location of PROFILEs

FIG. 1A, as well as FIGS. 1B through 1D, indicate, for ease of explanation, that the PROFILEs are stored in the same SERVER as the RESOURCEs. However, the preferred method of storage is shown in FIG. 1E. Two types of SERVER exist, namely, LOCAL SERVERs and REGIONAL SERVERs. The PROFILEs are stored in the REGIONAL SERVERs. The RESOURCEs are stored in the LOCAL SERVERs.

REGIONAL SERVERs, as the name implies, serve a region, and hold the PROFILEs for RESOURCEs associated with multiple LOCAL SERVERs located within the region. Both types of SERVER (LOCAL and REGIONAL) have ADMINISTRATORs, as that term is explained later. (Of course, the same person can act as ADMINISTRATOR for more than one SERVER, and for both LOCAL and REGIONAL SERVERs.)

#### RESOURCEs Not Limited to Computer-Type Data

The RESOURCEs are not limited to computer-type data, or files. FIG. 1B provides an example. That Figure shows four different types of RESOURCEs, namely, a computer

EXHIBIT C
Page 346

6,026,403

5

FILE (or data), a BOOK, a reel of MOVIE FILM, and a PHYSICAL OBJECT. The PHYSICAL OBJECT can take the form of any physical object, such as a computer disc drive, or a diesel-electric railroad locomotive. Of course, these four RESOURCEs are exemplary only; numerous different types of RESOURCEs can exist.

These RESOURCEs can be divided into two pairs of classes, based on two different criteria, as indicated by the two dashed loops. One class pair is based on the fact that the BOOK, MOVIE FILM, and FILE all contain information, although stored on different media (paper, celluloid, and magnetic or optical media, respectively). As information, the RESOURCEs can be transmitted over a data link, such as a telephone communication channel, provided they are first translated into the proper format, such as digitized data. The PHYSICAL OBJECT, in general, does not contain information.

The second class pair is based on the fact that the BOOK, MOVIE FILM, and PHYSICAL OBJECT are all tangible material objects, while the FILE (when stored within the mass storage of the SERVER) is not. As material objects, the objects themselves cannot be transmitted in the same way as the information which they contain. The objects require physical transportation for a user to obtain them.

### All RESOURCEs, In Certain Respects, Are Treated Identically

The invention, in certain respects, treats all RESOURCEs identically, irrespective of their classification as data or material object. For example, every RESOURCE, irrespective of its classification, is associated with a PROFILE. All PROFILEs, without regard to classification, are stored, processed, and made available to the user of a client-PC, without regard to classification.

Several examples are the following:

The user can obtain a complete list of all PROFILEs, arranged alphabetically by title. The PROFILEs, in general, will cover RESOURCEs in both classes.

The user can obtain a complete list of PROFILEs having titles which contain only certain combination of words, by calling for a "boolean key-word search." The search is performed without regard to classification (unless classification is deliberately made part of the search, as by requesting a search be done only of RESOURCEs held in the form of video tape).

The user can obtain a list of all PROFILEs within a specified category.

Categories are discussed below. Each PROFILE, when created, is assigned a category. (If the creator of the PROFILE does not find a suitable, pre-existing category, then the creator can establish a new category, which is added to the system.) The categories are different from the "classifications" described above. FIG. 19 illustrates exemplary categories.

### Security Aspects

This discussion presumed that the user has access to all PROFILEs and all RESOURCEs. However, in general, a user will not have such broad access, but only access to those PROFILEs and RESOURCEs for which the user has authorization. When a user performs a search, only the PROFILEs to which the user has access are displayed.

As explained later, the access is controlled by the owner of the RESOURCE. When the owner deposits a RESOURCE into a REPOSITORY, the owner can, of

6

desired, restrict access to the RESOURCE, by designating certain classes of users who are allowed to see the RESOURCE. (The access restriction is accomplished by placing the restrictions into the PROFILE, as later discussed.)

Access can also be limited by the ADMINISTRATOR of a system.

### Multiple REPOSITORIES

#### All Appear as Single REPOSITORY to User

The preceding discussion has been framed in terms of a single SERVER. The invention allows multiple SERVERs (ie, multiple REPOSITORIEs) to be linked together, as shown in FIG. 1C. The linking is done by commercially available telecommunication channels.

By the linking, all RESOURCEs, contained in all SERVERs, become available to all PC's. However, the linked structure shown in FIG. 1C is virtually invisible to the user of a given PC. To that user, all RESOURCEs, wherever located, appear as though contained within the user's own SERVER (although the user can ascertain the location of a given RESOURCE, if desired).

For example, the user of PC 1 can obtain access to the following RESOURCEs:

RESOURCE 3, as indicated by dashed path 5;

RESOURCE 4, as indicated by dashed path 10; and

RESOURCE 6, as indicated by dashed path 8.

The user obtains this access without additional steps or procedures. That is, the fact that the RESOURCEs are located within different SERVERs (ie, REPOSITORIES), which may be located in different cities, imposes no requirements of additional procedures. The user sees all RESOURCEs as though they were located in the user's own SERVER.

### RESOURCEs Can Include SERVICEs, In Addition to REPOSITORIES

The last RESOURCE, number 6, is different from the other two RESOURCEs in the following respect. The REPOSITORY holding RESOURCE 6 is not a SERVER which runs the software of the invention. Instead, this REPOSITORY is a commercially available data SERVICE. In 1994, three such commercially available SERVICEs are Compuserve, GEnie, and Paradox. (The Inventors are not endorsing these particular three SERVICEs, but only pointing to them as providing definitions of the term "SERVICE.")

The SERVICEs use their own software to maintain their RESOURCEs. Nevertheless, the invention allows a user to obtain access to the RESOURCEs within the SERVICEs. (License fees and other considerations are matters to be handled between the users themselves and the SERVICEs. The invention does not provide the user rights to obtain entry into, or connection with, the SERVICEs.)

### RESOURCEs Can be Viewed as REPOSITORIES

FIG. 1C can, conceptually, be viewed as shown in FIG. 1D. Other SERVERs, and the SERVICEs, are tantamount to RESOURCEs themselves. That is, the user of a PC which is a client of SERVER 14 sees no significant differences between a RESOURCE located in SERVER 14 and a RESOURCE located within another SERVER.

### Any User Can Place A RESOURCE within any REPOSITORY

A user can create a RESOURCE, such as a computer document, within any REPOSITORY. For example, the user

EXHIBIT C
Page 347

6,026,403

<table>
<tr><td>7</td><td>8</td></tr>
</table>

of PC 1 in FIG. 1C can place RESOURCE 15 within SERVER 16 when the ADMINISTRA-TOR of SERVER 16 has given this user permission to do so. Also, SERVICEs, as opposed to SERVERs, may impose restrictions upon a user's ability to place RESOURCEs within them.) This user, called a PROVIDER, can restrict access to the RESOURCE. For example, the PROVIDER can specify that only certain groups (or TEAMs) of other users can obtain access.

As another type of restriction to access, it is here noted that ADMINISTRATORs can, in effect, restrict access in a similar way, by at least two different mechanisms. One, the ADMINISTRATORs determine who gains access to the SERVER under control of the ADMINISTRATOR. Two, the ADMINISTRATOR can assign users of the SERVER into the TEAMs discussed in the previous paragraph.

### User Can Establish a Standing Search Order

Any user can request that the PROFILEs of newly added RESOURCEs be searched for items of interest to the user. For example, the user can request that the "aerodynamic dimple" search, mentioned above, be performed upon every new PROFILE which is added to every REPOSITORY. When a phrase is found, in a PROFILE, which matches the search criteria ("aerodynamic", "golf ball" etc.), the user is notified.

The standing search is done periodically, at intervals (such as once daily) specified by the user at the time the standing search is established. Then, at every interval, the invention automatically performs the search. The inventors point out that the standing search is not done upon each new PRO-FILE when it is added to the invention, but at the intervals specified by the user.

### Continuity Aspects

The invention, as just described, has several aspects of continuity.

The REPOSITORIES are continually being updated.

The network of connected SERVERs (ie, REPOSITORIES) shown in FIG. 1C is expected to continually expand into a larger network, containing ever increasing SERVERs.

The users can issue standing search orders which con-tinually search the ever-increasing collection of RESOURCEs.

Because of this continuity, the invention has been given the name "Continuous Learning System", or CLS. The CLS can be further explained by analogy to a library.

### Analogy: Virtual Library

The CLS makes available to a user all of the types of materials (books, newspapers, microfilm, video tapes, etc.) which an ordinary library makes available to a user. (In addition, as discussed above, the CLS makes available the PHYSICAL OBJECTs shown in FIG. 1B).

However, the CLS provides a "virtual" aspect to this library. The term "virtual" means that the CLS provides many, if not all, of the functions of an actual library, but without requiring the physical presence of many of the accessories of a physical library.

For example, in an actual library, when a patron borrows a book, the book becomes unavailable to other patrons. In contrast, under the CLS, many of the RESOURCEs (which are analogous to the library books) take the form of down-loadable data. Multiple copies can be distributed to multiple users, so that possession by one user does not deprive another user of access to the RESOURCE.

As another example, an actual library contains a card catalog. There is at least one card for each book within the library's collection. By analogy, the CLS contains a PRO-FILE for each RESOURCE. The PROFILEs give important information about each RESOURCE, such as a descriptive title, the location of the RESOURCE, etc.

As yet another example, an actual library contains another type of listing of its books, namely, a "shelf list." The shelf list enumerates all of the books, but in order of ascending library call number, instead of alphabetically. The shelf list tells the physical location of the books, since the books, on their shelves, are arranged in numerical order, according to call number.

Of course, a more macroscopic "shelf list" is the map, found in every library, which explains the locations of different groups of call numbers.

As still another analogy, an actual library categorizes the books according to subjects, in at least two different ways. One, the card catalog contains cards, in alphabetical order, for various subjects. Two, the Dewey Decimal System places books on similar topics at physically neighboring places.

Therefore, viewing library books as RESOURCEs, the invention possesses some of the characteristics of a library. In addition, the invention adds a virtual aspect to the library, as discussed above.

Further, the invention allows a user to order a RESOURCE held by a REPOSITORY, and the RESOURCE will be delivered. If the RESOURCE is of the down-loadable type, it will be down-loaded to the user. Otherwise, a message is sent to the custodian of the RESOURCE, requesting physical delivery.

This discussion will now explain, step-by-step, how a user operates the invention.

### Exemplary Sequence of Operation

The invention is designed to run in conjunction with a Graphical User Interface (GUI) such as Windows, available from Microsoft Corporation, Redmond, Wash., or the OS/2operating system, available from IBM Corporation, located in Armonk, N.Y.

FIG. 1 illustrates a typical display which the GUI gener-ates after the computer's power-up sequence has been executed. To launch the invention into operation, a user actuates the icon labeled "CLS," in the usual manner. ("CLS" is an acronym for the phrase "Continuous Learning System," as stated above.)

The invention responds by displaying the screen shown in FIG. 2. This screen prompts the user to enter the user's LOGIN, which is the user's account number for computer usage. The screen also prompts the user to enter the user's PASSWORD. Exemplary LOGINs and PASSWORDs are shown in FIG. 3. (The PASSWORD is represented by cross-hatchings, because the PASSWORD is to be kept confidential. The cross-hatchings prevent a nearby observer from stealing the user's PASSWORD.)

The LOGIN and PASSWORD are assigned to the user by the administrator of the CLS, as explained later.

After entry of the PASSWORD, the invention displays the screen shown in FIG. 4, which informs the user that the process of logging on has commenced. When the log-on is successful, the screen shown in FIG. 5 appears, which can be taken as illustrating Level 1.

EXHIBIT C
Page 348

6,026,403

9

This screen provides the user with four options, as indicated by the four buttons labeled 1 through 4. These four options actually encompass a much larger range of available options, but the screen of FIG. 5 presents four options for convenience to the user. In brief, these four options allow the user to perform the following actions:

1. LOCATE AND VIEW.

The CLS system, as a whole, can be viewed as a repository of RESOURCEs. In a general sense, the CLS can be viewed as a virtual library. That is, all of the types of materials which are found in a library are made available by the CLS. However, much of the material is stored, and made available to the user, in downloadable computer format. These materials are termed RESOURCEs, and the "library" is termed a REPOSITORY.

RESOURCEs include items which are customarily stored within computer databases, such as computer programs and data. In addition, RESOURCEs include items which are not stored in computer-downloadable format. Examples of these latter RESOURCEs are newspapers, video tapes, 35 millimeter films, books, microfilm, maps, and all other media which are used to carry information. Further, the concept of a RESOURCE extends to non-informational subject matter, such as physical objects.

Every RESOURCE carries with it a PROFILE. Each PROFILE contains important information about the RESOURCE, such as a description of the RESOURCE, where it is located, etc. The LOCATE AND VIEW option allows a user to view the PROFILEs.

2. PROVIDE OR DISTRIBUTE

This option allows a user to add RESOURCEs to the CLS.

3. IDENTIFY INTERESTS

The CLS allows a user to search the collection of repositories for RESOURCEs in which the user is interested. Some distinctions between "LOCATE AND VIEW" and "IDENTIFY INTERESTS" are significant.

The "LOCATE AND VIEW" option allows a user to order a search, according to specific criteria, as discussed above. The search is done once, at the time it is made.

The "IDENTIFY INTERESTS" option allows the user to establish a search which will be done at periodic intervals in the future. The intervals are specified by the user. CLS automatically performs the searches, at the specified intervals, and informs the user of the results.

4. PERSONAL INFORMATION

This option allows a user to view and modify information associated with the user's PROFILE.

This discussion will give several examples of use of these options.

### Example 1: LOCATE AND VIEW

Assume that the user actuates the LOCATE AND VIEW button, number 1, as in FIG. 6. The CLS responds by displaying the screen shown in FIG. 7. This screen offers the user eight options:

1. ALL RESOURCES. This option displays the titles of all RESOURCEs which are available to the user.

2. GENERAL SEARCH. This option allows a user to search the PROFILEs of all RESOURCEs in pursuit of a particular phrase. The GENERAL SEARCH allows Boolean Key-Word searching of the PROFILEs.

3. CATEGORY. This option allows a user to search the PROFILEs by CATEGORY. For example, assume that the user is a women's fashion designer. The CLS can contain a collection of drawings and photographs of interest to the fashion industry. The PROFILEs can be divided into CATEGORIES such as "Hats," "Shoes," "Evening Wear," Winter Wear," etc.

10

4. MEDIA. This option allows a user to obtain access to PROFILEs, based on the media type. For example, one media type is video tape. Another is paper. FIG. 26 gives further examples of types of media. Media types include down-loadable computer files and data, video tapes, photographic film, books, audio tape, CD-ROM, and so on. Media type refers, generally, to the physical characteristics of the medium which carries the data.

5. REPOSITORIES. This option allows a user to view the RESOURCEs according to the REPOSITORY which holds them. For example, assume that the Library of Congress is one REPOSITORY, and the New York City Public Library is another. The user can elect to view all PROFILEs of RESOURCEs of either library, by selecting the REPOSITORY.

6. SYSTEMS. This option is similar to REPOSITORIEs. This option allows a user to obtain access to commercially available SERVICEs, as that term is defined above. These SERVICEs are also called "On-Line Databases." By selecting this option, a user can gain access to one of these services, through the CLS.

7. SAVE SEARCH AS INTEREST. This option allows a user to establish a standing search, wherein PROFILEs are searched as they are created. For example, if the aerodynamic golf ball maker, described above, chooses this option for the search, then every new PROFILE which is added to the system is searched for the terms "aerodynamic" etc. The user is notified when a PROFILE matching the search criteria is found.

### Example Continued

Assume that the user selects button 2 in FIG. 7, GENERAL SEARCH, as indicated by the highlighted button in FIG. 8. The CLS responds by displaying the screen shown in FIG. 9. This display prompts the user to request a search based on three criteria (or less).

For example, assume that the user is interested in RESOURCEs having the word "UNIX" in the titles of their PROFILEs. The user enters the word "UNIX," as indicated in FIG. 10. The CLS performs a search of all REPOSITORIEs, and locates all PROFILEs having the word "UNIX" in their titles. FIG. 11 illustrates an exemplary result of the search.

The search provides three pieces of information about each RESOURCE identified by the search. One, the media type, as indicated in the column headed "Media." The phrase "On Line" indicates that the RESOURCE is "On-Line, " or in a computer-down-loadable format (as opposed to being on paper or 35 mm film). If a RESOURCE takes a non-downloadable form, such as a 35 mm film, then the "Media" column so indicates.

The "Date/Time" column indicates the date and time when the PROFILE corresponding to a RESOURCE was created.

The "Title" refers to the title carried by the PROFILE corresponding to each RESOURCE.

Significantly, the screen does not indicate the location of each RESOURCE. To the user, all RESOURCEs appear as though residing at a common location, even though they may be scattered over a vast geographic area. Of course, if the user wished to identify the locations of these RESOURCEs, the user could do so, using other options described herein.

### User Retrieves Resource

Assume that the user wishes to obtain item number 7 in FIG. 11. The user highlights this item, using a mouse (or

EXHIBIT C
Page 349

6,026,403

11

keyboard, or other actuation device, such as a voice sensor), causing the display to appear as in FIG. 12. Then, the user actuates the button labeled "RETRIEVE," causing the display to take the appearance shown in FIG. 13. The icon bearing the sub-title "CLS Download," located at the bottom of the Figure, indicates that a down-loading operation is taking place.

After the downloading is complete, the screen shown in FIG. 14 is generated. This screen indicates three important facts. One fact is indicated by the background of the screen, and the heading at the top of the screen. The background and the heading indicate that a computer program was launched.

CLS examined the RESOURCE which was downloaded, and looked for indicia which identified a computer program which was used to create the RESOURCE. In this example, the RESOURCE was a file which was generated by a word-processing program, namely, Microsoft Word™.

Having identified the word processing program, the CLS searched for the program, and launched it when CLS found it. The heading in the display shown in FIG. 14 indicates that this program has been launched.

The second fact is that CLS caused the word processing program to load the RESOURCE which was downloaded, namely, that which was located during the search for the UNIX title.

The third fact is that the screen shown in FIG. 14 informs the user that the RESOURCE which has been downloaded does not exist elsewhere in the user's computer, and, to be saved, must be saved by a specific action taken by the user. (Of course, the RESOURCE maintains its existence in the REPOSITORY from which it was retrieved). The prompt in FIG. 14 reminds the user to save the RESOURCE when the user exits the word processing program; otherwise the RESOURCE will be lost.

FIG. 15 illustrates the display generated by the CLS after the user responds to the prompt of FIG. 14. The RESOURCE is displayed by the same type of word processing program which generated the RESOURCE.

As another searching example, assume that the user orders the search shown in FIG. 16. The user orders that the CLS retrieve all PROFILES having both the word "unix" and the word "library" in their titles. The result of the search is shown in FIG. 17. The result is a single title which, coincidentally, is the same as that selected for downloading as indicated in FIG. 12.

LEVEL 2: LOCATE AND VIEW BY CATEGORY

Assume that the user is at level 2 within CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1.

In Level 2, the user wishes to Locate and View by CATEGORY, as indicated by the button actuated in FIG. 18. The CLS responds by presenting a list of the CATEGORIEs of RESOURCEs which are available, as shown in FIG. 19.

This list, in general, includes RESOURCEs from multiple REPOSITORIEs. That is, the list is global in scope, because the REPOSITORIEs are, physically, located at multiple locations throughout the world.

However, the global aspect of the list is transparent to the user: to the user, the list is simply a list of locally available RESOURCEs. The location of the RESOURCEs is not emphasized to the user, partly because the location does not affect access: downloadable RESOURCEs are available immediately, while non-DOWNLOADABLE RESOURCEs are available as fast as modern transport can deliver them, typically within one day.

12

If the user selects a CATEGORY, as indicated by the highlighted CATEGORY "CLS-TEAM NOTES," then the CLS responds by displaying a list of the RESOURCEs contained within the CATEGORY, as shown in FIGS. 20 and 21.

This list is conceptually similar to the list of RESOURCEs shown in FIG. 12. In that Figure, the RESOURCEs listed shared a common feature, namely: they all contained phrases in their PROFILE titles which match a search string issued in FIG. 10. Similarly, in FIG. 20, all RESOURCEs listed share the common feature of residing the same category.

Restated: the RESOURCEs are grouped according to fixed categories, such as those shown in FIG. 19. The RESOURCEs can also be grouped into categories by a search call.

Assume that the user wishes to obtain the RESOURCE which is highlighted in FIG. 21. The user actuates the proper button on the screen, using a mouse, and the CLS retrieves the RESOURCE. In this case, the RESOURCE takes the form of downloadable data, so that the CLS is able to obtain the RESOURCE, by telephone, or other data channel, from the RESOURCE's REPOSITORY.

The CLS examines the RESOURCE, in order to ascertain whether a computer program is required to display the resource in its intended manner. In the present example, the CLS found that such a program is required, but also found, in attempting to launch that program, that the program was unavailable, or otherwise unsuitable for displaying the RESOURCE. Thus, the CLS displays the screen shown in FIG. 22.

This screen informs the user that the program is unavailable, and reminds the user that, to save the downloaded RESOURCE, the user must take active steps. Otherwise, the RESOURCE will be lost, and, to be obtained again, must be retrieved from the REPOSITORY.

The CLS presents the user with the screen shown in FIGS. 23 and 24, and allows the user to save the RESOURCEs, which in this example take the form of computer files, in the usual manner.

Two examples will illustrate some important points regarding the meaning of "display in the intended manner."

EXAMPLE 1

Generally, word processing programs display their documents in formats which are somewhat unique to each program, and also store their documents in different data formats on floppy diskettes.

For instance, consider text which should be underlined, when printed on paper. One word processing program may display this text, on a computer display, as actually underlined. Another word processing program may instead display this text in a different color from the surrounding, non-underlined text.

Further, the two word processing programs will probably store the document on floppy diskettes as different sequences of bytes. That is, the sequences stored on diskettes contain two (or more) types of data. The first type includes the bytes for the actual text of the document. ASCII codes are commonly used, although other codes exist, such as EBCDIC.

The second type includes formatting codes, which indicate special characteristics of given sections of text, such as the underlining discussed above. Different word processing programs, in general, use different codes to signal different characteristics of the text.

EXHIBIT C
Page 350

6,026,403

13

Thus, a given formatting code may have different meanings in different documents created by different word processors. The given code may cause a given piece of text to appear with underlining when displayed on one word processor, yet cause the same text to appear as a different color in another processor.

Further, when some processors display documents generated in another processor, they simply strip out all such codes, and display the document in a predetermined, default format.

The CLS identifies the program which generated the RESOURCE (such as a word processing document) which is retrieved, and attempts to launch the program which generated the RESOURCE, so that the RESOURCE will appear in the same manner as when it was created.

This identification is done not only for word processing documents, but for all RESOURCEs which are retrieved, such as graphics RESOURCEs, spreadsheet RESOURCEs, and so on.

EXAMPLE 2

Multi-media systems display information to a user in several formats, simultaneously. The information can be visual, as on a computer display. The visual information can be static, as a graphic, or sheet of text. The visual information can be dynamic, as in a changing sequence of images, as in video or animation.

The information can also be audible, and played from a speaker.

Conceivably, the information can be tactile. For example, Morse Code can be represented as a sequence of long and short beeps. A proper transducer can make these beeps detectable to the sense of touch, by vibrating a pad which is touched by the fingers. Visually impaired persons may utilize such a transducer.

Another type of tactile information results from the conversion of visual text into Braille text. The conversion is done by an electromechanical device, known in the art, containing a matrix of parallel pins. The device raises the proper pins to display each letter of the visual text in the proper Braille format.

There are numerous other formats of information display. The identification process under discussion examines a RESOURCE which is downloaded, and ascertains whether additional files, information, or data are required to generate a presentation for the user in the format intended by the RESOURCE.

The invention locates the necessary files and information, and launches the proper computer programs necessary for communication with the user, in the manner intended by the RESOURCE.

Alternate Procedures

It is possible to establish a procedure for running a suitable alternative program, for displaying a RESOURCE, when a given program is not available. For example, if a RESOURCE requires a particular word processing program, and if that program is unavailable when the RESOURCE is downloaded, then the CLS can be programmed to run another program, such as an earlier version of the given program, or another program entirely.

A variation of launching the program can be taken with RESOURCEs which take the form of compressed data files. For example, the suffix ".zip" is commonly attached to files which are in compressed format, and require

14

de-compression for use. When the CLS examines the file, it will see the suffix, and launch the proper de-compression program to unpack the file. Then, after unpacking, the CLS again examines the file to ascertain the program which will display the file in its intended manner.

LEVEL 2: LOCATE AND VIEW, MEDIA

Assume that the user is at level 2 within the CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1, and advanced to Level 2.

In Level 2, the user wishes to Locate and View RESOURCEs by MEDIA type, as indicated by the button actuated in FIG. 25. The CLS responds by presenting a list of the different types of MEDIA on which RESOURCEs are stored, as shown in FIG. 26.

Assume that a user wishes to view a list of all RESOURCEs taking the form of video MEDIA (eg, video-tape cassettes on VHS or Beta format, and one-inch or two-inch reel tape). The user highlights the "Video" entry, as in FIG. 27, and the CLS responds with a list of all RESOURCEs stored in video format, as indicated in FIG. 28.

As the screen indicates, the user can select a RESOURCE, and then view the PROFILE associated with that RESOURCE. In addition, the user can retrieve the RESOURCE.

If the RESOURCE takes the form of down-loadable data, then the RESOURCE is downloaded in the usual manner. However, in the case of video MEDIA, the REPOSITORY holding the RESOURCE may not possess equipment capable of downloading the video by a data link to the user. (That is, the MEDIA may take the form of a videocassette tape. Data stored on such tape can be analog data, rather than digital data. Analog data is not directly downloadable.)

In this case, the CLS informs the user of the inability to download, and inquires whether the user wishes to request that the RESOURCE be physically delivered to the user. If so, the CLS notifies the REPOSITORY holding the RESOURCE of the user's request. This notification takes the form of a message sent to the ADMINISTRATOR of the REPOSITORY in question, using the CLS. Alternately, the notification can take the form of the CLS sending a message by a commercially available electronic mail service. Sometimes, for added reliability, both types of notification can be undertaken.

It is possible to add the following feature to the CLS. When a user places an order for retrieval of a physical object, such as the video tape in the present example, the CLS, in addition to notifying the REPOSITORY of the request, also notifies a transportation agent.

For example, if both the user and the REPOSITORY are affiliated with the same business organization, the CLS can notify the organization's mail service that the REPOSITORY will soon have a parcel ready for delivery. The mail service takes the appropriate steps to pick up the parcel.

In addition, the CLS can be arranged such that the PROFILEs of RESOURCEs which are non-downloadable contain relevant shipment information, such as a notation that the RESOURCE is especially delicate, large, or heavy. When a user requests physical delivery of a RESOURCE, the CLS examines the PROFILE, learns whether relevant shipment information exists, and forewarns the transportation agent of the information.

For example, when the CLS informs the mail service that a parcel (the video tape) will be awaiting retrieval at the

EXHIBIT C
Page 351

6,026,403

15

REPOSITORY, the CLS also informs the mail service of the size of the parcel (very small) so that the mail service knows whether special preparations are required for the pick-up.

As an alternative to notifying an internal mail service, the CLS may notify a public, common carrier, of the impending shipment, and request that carrier to pick up the parcel. This notification can be accomplished by using commercially available electronic mail services.

As another alternate, as FIG. 96 indicates, the user may choose that a facsimile message (or FAX) be sent, requesting order of the RESOURCE. One implementation of this FAXing capability requires that the LOCAL SERVER, or the user's PC, be equipped with a facsimile modem, which are known in the art. The content of the FAX is a predetermined "form" letter, to which CLS adds the identify of the RESOURCE, plus other ordering information required by the custodian of the RESOURCE.

Classification of RESOURCEs

RESOURCEs can be classified as "physical," as physical objects, such as flex diskettes, videotapes, etc., or "soft," as in computer-downloadable RESOURCEs, such as software

When a user orders a "physical" RESOURCE, a message, as discussed above, is sent to the custodian of the RESOURCE, requesting delivery. When a user orders a "soft" RESOURCE, the RESOURCE is downloaded to the user directly.

Features of Display of FIG. 26

FIG. 26 displays a list of RESOURCEs, containing both "soft" and "physical" RESOURCEs. The "On Line" entry contains soft RESOURCEs, while most of the remainder are physical RESOURCEs.

When the user orders one of the physical RESOURCEs, the information which CLS transmits to the custodian of the RESOURCE is in a format which facilitates automatic order-filling by the custodian, if the custodian is so equipped.

For example, a common electronic mail message will contain the ordering user's name and address. This information is in an electronic format which is easy to assimilate into custodian's inventory management, or product ordering. That is, the information is contained within a data file which the custodian can retrieve into the system which handles the custodian's order entry system. The custodian can manually transfer the ordering information (such purchaser's name and address) to the files used in filling orders. Alternately, the custodian can be equipped with a computer program which searches the electronic mail message for ordering information, and automatically loads the information into the custodian's order-filling software system. An example will illustrate.

Assume that the electronic mail message contains the following text:

    Item ordered: Stock number ABC 123

    Purchaser: John Blank

    Address: 4343 Oak Terrace, Dayton, Ohio 45479

    How to Bill: (Credit Card or Internal or Send Bill)

    Credit Card Number: 1111 2222 3333 4444

The custodian's program searches the text for the phrase "Item ordered." When the program finds this text, it then searches the subsequent text for the stock number to be ordered, and copies the stock number to the order-filling file.

The program copies the rest of the information to the order-filling file in a similar manner. (The "How to Bill"

16

phrase is followed by three possibilities. The ordering person selects one of these, as by entering a numeral "1", "2", or "3". The custodian's program detects the selection, and sets into motion the proper billing action.

Different custodians, in general, will require different items of information. Once the items are known, and the message format is established by the ADMINISTRATOR, the message which CLS sends to the custodians will contain all information which is necessary for completion of a normal business transaction, resulting in transfer of the ordered RESOURCE. And, as described above, the message can automatically trigger initiation of the ordering process.

LOCATE AND VIEW, BY REPOSITORIEs

Assume that the user is at level 2 within the CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1.

In Level 2, the user now wishes to Locate and View by REPOSITORY, as indicated by the button actuated in FIG. 29. In response, the CLS displays all REPOSITORIEs holding RESOURCEs, as indicated in FIG. 30. Assume that the user selects the REPOSITORY "Marketing Core Server Team," as indicated by the highlighted entry in the Figure.

In response, the CLS displays the RESOURCEs held by the selected REPOSITORY, as indicated in FIGS. 31 and 32.

Assume that the user selects the RESOURCE entitled "Windows NT The 'Right Choice'", as indicated by the highlighted entry in FIG. 32.

In response, the CLS retrieves the RESOURCE and examines (as explained above) the RESOURCE to ascertain which, if any, program is required to display the RESOURCE. This particular RESOURCE requires the program entitled "Powerpoint," available from Microsoft Corporation, as indicated by the suffix ".PPT" contained in the name of the RESOURCE.

The CLS launches the Powerpoint program, and loads the RESOURCE into the program, thereby displaying the RESOURCE in its intended format, as indicated in FIG. 33.

LOCATE AND VIEW, BY SYSTEMs

Assume that the user is at level 2 within the CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1.

In Level 2, the user now wishes to Locate and View by SYSTEMs, as indicated by the button actuated in FIG. 34. In response, the CLS provides a list of systems which are available to the user, as shown in FIG. 35.

The term "system" refers to organizations which maintain collections of information, such as stock market reports, newspapers, magazines, and so on, which are downloadable to a user. Three exemplary SYSTEMs were identified above.

When the user selects a SYSTEM, as indicated in FIG. 36, the CLS connects the user with that SYSTEM. The user obtains access to the system, and obtains the same use of the system as if the user had connected to the system outside the CLS. When the connection is made with a SYSTEM, the CLS displays an appropriate screen, such as that shown in FIG. 37.

Adding a RESOURCE to a REPOSITORY

The user can return to Level 1 by actuating the button shown in FIG. 38, which causes the screen shown in FIG. 39 to be displayed. The CLS has returned the user to Level 1.

Assume that the user selects option #2, "Provide and Distribute." In response to this option, the CLS displays the

EXHIBIT C
Page 352

6,026,403

17

screen shown in FIG. 40, which allows the user to select the "Provide" option, as indicated. If the user selects the "Provide" option, the CLS responds with the screen shown in FIG. 41.

This screen represents the PROFILE of the RESOURCE which the user is about to provide to a REPOSITORY. The user fills out the PROFILE in the usual manner, as by the sequence illustrated by FIGS. 41–49. Several points are significant.

The user, who is now a PROVIDER, declares an "Access Level," by selecting a box at the upper right part of FIG. 41. If the user selects "Public," then any person gaining access to the CLS can obtain access to the RESOURCE now being added.

If the user selects "Organization" or "Team," then only those members of the user's respective organization or team can gain access. If the user belongs to many teams or organizations, the CLS asks the user to specify those to whom access should be granted.

The "Resource Title" is, of course, the title which appears on the PROFILE. When another user, at a later time, performs searches using the CLS, this title will appear in the list of titles returned to the later user.

The "Resource Category" refers to the "Category" described in connection with FIGS. 18–21. The RESOURCE now being created will become located within the CATEGORY specified on the PROFILE in FIG. 41. Whenever a later user searches this CATEGORY, the title of the newly created RESOURCE will be found. (Of course, if the new RESOURCE has access limited to a particular "Team," and if the later user is not a member of this "Team," then the later user will not see the title when any searches are performed. This aspect is described near the end of the Specification.)

If the PROVIDER finds the CATEGORIEs which CLS provides to be unsuitable (these have been created previously by other users of the system), then the PROVIDER can create a new CATEGORY. The PROVIDER does this by choosing the option "OTHER," which is presented when the PROVIDER actuates the box labeled "INFORMATION CATEGORY" in FIGS. 41–49. The new CATEGORY is then added to the list of CATEGORIEs, and is shown to all users who subsequently elect to view the CATEGORIEs.

"Repository" in FIG. 41 refers to the REPOSITORY which will receive and then maintain the RESOURCE.

"Media" refers to the media type, such as those shown in FIG. 27.

"Bitmap" refers to a graphical image, or picture, which the PROVIDER can associate with the PROFILE. FIGS. 46 and 47 illustrate how the PROVIDER identifies the file which contains this image, at the time of creation of the PROFILE. Once the file has been identified, CLS stores it with the PROFILE. At subsequent times, when other users call up the PROFILE, they can actuate the "Bitmap" option, and CLS will display the graphical image.

For example, if the PROFILE's RESOURCE is a physical object, such as a fuel pump for an automobile, the graphical image may take the form of a picture of the pump.

Searching for Resource Just Created

FIGS. 41–49 described creating a PROFILE for a new RESOURCE. It was entitled "Test Resource for Training," as indicated in FIG. 49. FIG. 50 illustrates a search request, undertaken under the LOCATE AND VIEW option, done in pursuit of this newly created RESOURCE.

18

FIG. 51 illustrates the results of the search. The new RESOURCE is highlighted by the user, and the RESOURCE PROFILE option is selected. If the user actuates the button labeled "Resource Profile," located at the upper right part of the Figure, CLS displays the PROFILE of this highlighted RESOURCE, as shown in FIG. 52.

(If the user selects the "E-Mail" option, by actuating the proper button at the bottom of the Figure, but if the E-Mail option is unavailable, then CLS responds with the message shown in FIG. 53.) This message indicates that the file could not be mailed electronically, but specifies the location of the RESOURCE, and inquires whether the user wishes to view the RESOURCE. If the user selects YES, then CLS displays the RESOURCE, as shown in FIG. 54.

ESTABLISHING A STANDING SEARCH

(LEVEL 1-IDENTIFY INTERESTS)

In brief, this option allows a user to establish a standing search, analogous to a search described in FIGS. 9–12, above. However, this standing search examines new RESOURCEs shortly after they are added to their REPOSITORIEs, instead of searching the REPOSITORIEs immediately. How often the standing search is executed is controlled by the user.

Thus, if a user is interested in new developments in, say, pediatric medicine, the user would establish a standing search in the appropriate category for the subject of interest. The user accomplishes this as follows.

At Level 1, as indicated in FIG. 55, a user can select option #3, "Identify Interests." The CLS responds by displaying the screen shown in FIG. 56. Assume that the user selects option #2, "Add/Delete Interests."

The CLS displays the screen shown in FIG. 57, which invites the user to enter a phrase which describes the interest. The user can enter a phrase or, as indicated in FIG. 58, opt to view the user's presently established INTERESTs (if any exist). FIG. 59 illustrates the present INTERESTs, namely, "CLS."This INTEREST was saved after a previous search was performed.

Irrespective of the particular manner in which the user creates an INTEREST (either by (a) direct entry of a phrase in FIG. 58, (b) by recalling a previous interest, or (c) by modification of the previous interest) the CLS acts upon the interest in the following way.

The CLS, automatically, searches each new PROFILE, at the times specified by the user when the INTEREST was created, according to the search criteria established by the INTEREST.

During a search, if the search criteria are fulfilled, the CLS notifies the user. The CLS accomplishes the notification by placing a small icon on the screen of the user's computer. This icon does not disrupt any current activity of the user. One such icon is that located in the lower left corner of FIG. 5, indicating "9 notifications," meaning that nine PROFILEs were found which match the standing search, or INTEREST.

The user can view the search results, as shown in FIG. 62, by actuating the button at the lower left, associated with the phrase "10 notifications." The search results are then displayed, as shown in FIG. 62.

FIG. 60 illustrates a screen from which a user may exit. Upon exiting, the GUI will display a screen of the type shown in FIG. 61. The icon containing the number "10" and labeled "NCR Continuous Learning" indicates the results of a standing search, or INTEREST. To view the search results

EXHIBIT C
Page 353

6,026,403

19

from this level, the user actuates this icon, which causes the display shown in FIG. 62 to be generated. The display lists the PROFILEs found which match the search criteria.

## REMINDER TO SAVE UPON EXITING

When a user wishes to exit the CLS, the user actuates the exit button, as shown in FIG. 63. If the CLS contains local files, which have been downloaded, but not yet saved, the CLS reminds the user of this fact at this time, by means of the screen shown in FIG. 64. The user takes appropriate action. (Of course, the originals of the downloaded items are still located at their respective RESOURCEs, and are not lost if the user does not heed the warning screen shown in FIG. 64.)

Upon exiting the CLS, the Graphical User Interface displays a screen resembling that in FIG. 65.

## MODIFICATION OF TEAM MEMBERSHIP

FIG. 66 explains the fact that the CLS Administrators manage the membership of teams, and provides a scenario wherein subsequent Figures illustrate modification of team membership. These screens are available only to the Administrator of the SERVER running CLS, and not to the users.

In FIG. 67, the Administrator actuates the MEMBER-SHIP button. The CLS responds with a list of members, as shown in FIG. 68, together with the team affiliation of each. The team affiliation follows the symbol "@".

In FIG. 69, the Administrator clicks the ADD button, because the Administrator wishes to add a member to a team. The CLS responds by displaying the screen shown in FIG. 70. The Administrator provides the information requested, and actuates the proper buttons on the screen.

The CLS adds the person identified in the screen shown in FIG. 70 to the proper team. The membership of the new team can be viewed as shown in FIG. 71.

The screen of FIG. 71 can also be used as a launching point to modify membership of the TEAMs under the control of the Administrator. (The Administrator of each SERVER handles the TEAM membership of that SERVER.) The Administrator actuates the button TEAMs, causing the CLS to display the screen shown in FIG. 72. For simplicity, a single team is illustrated, namely "CLS ADMIN USERS."

The Administrator actuates the MODIFY button, causing the CLS to display the screen shown in FIG. 73. The upper frame lists the current members of the TEAM selected in FIG. 72. The lower frame provides a roster of possible members. This roster includes all users which the SERVER, under control of the ADMINISTRATOR, serves.

The ADMINISTRATOR selects users in the lower frame to be added to the TEAM, as indicated by the highlighting in FIG. 74, and then actuates the ADD button, as shown in FIG. 75. The CLS adds the selected users to the TEAM, as indicated in FIG. 76.

## CREATING A RESOURCE WHICH IS LIMITED TO SPECIFIC TEAMS

FIG. 77 illustrates a PROFILE of an exemplary RESOURCE which is being created by the ADMINISTRATOR, and which is entitled "CONFIDENTIAL REPORT ON CLS SECURITY REQUIREMENTS." The PROFILE is generated as shown in FIG. 78, and, as indicated, access to it has been restricted by the entry adjacent the symbol "CLS ADMIN USERS."

To illustrate the restricted access to the RESOURCE (after its creation) the ADMINISTRATOR first performs a

20

SEARCH (using steps not shown, but explained above, in connection with FIGS. 10–12) which would ordinarily locate the newly created RESOURCE. The results of the search are shown in FIG. 79. The "CONFIDENTIAL REPORT . . . ", which is the RESOURCE just created, appears at the bottom of the list.

Then, as explained in FIG. 80, the Administrator simulates a search run by a user who is not a member of any team which has been granted access to this "CONFIDENTIAL REPORT . . . " As indicated by FIGS. 80 and 81, the non-TEAM member performs a search which would, ordinarily, locate the "CONFIDENTIAL REPORT . . . " However, FIG. 83 shows the search results, which omit the "CONFIDENTIAL REPORT . . . " from the list of RESOURCES available to this user.

This sequence illustrates the fact that the creator of a RESOURCE controls the access to the RESOURCE, by identifying the TEAMS which can gain access to the RESOURCE.

### Flow Chart of Programs

FIGS. 84–96 illustrate a flow chart of the logic followed by the program contained in the microfiche appendix. This program was written to run on computers using the 80X86 family of microprocessors, available from Intel Corporation. The microfiche appendix, together with the flow chart, will allow a user to write code which can run on other processors.

In the flow chart, the word "illustration" refers to the patent Figures. For example, in flow chart FIG. 84, the fourth paragraph in the large box states: "See illustration 6 . . . " "Illustration 6" refers to FIG. 6.

### Brief Description of Files

The files identified in the flow chart are summarized as follows.

1. MAINCAT1.OBS—Purpose: main screen. Generates four icon-buttons, namely,

    (1) Locate & View (refers to MAINCAT2),

    (2) Identify Interests (refers to MAINCAT3),

    (3) Personal Information (refers to MAINCAT), and

    (4) Provide or Distribute (refers to MAINCAT5). Subscription Alert, Checks & Button

2. MAINCAT2.OBS—Locate & View screen Generates eight icon-buttons, namely,

    (1) Resource Catalog (A to Z) (refers to MAINCAT1),

    (2) Search (refers to SRCHNEW),

    (3) Resource Catalog-Categories (refers to MAINCAT1),

    (4) Media, Search by (refers to MAINCAT1),

    (5) Repositories, Search by (refers to MAINCAT1),

    (6) Systems (refers to MAINCAT1),

    (7) Save as Interest (refers to PROFILE), and

    (8) Return to Main Menu.

3. MAINCAT3.OBS—Identify interests screen. Generates two icon-buttons, namely,

    (1) View Interests (refers to PROFILE), and

    (2) Interests Administration (refers to PROFILE).

4. MAINCAT4.OBS—Personal information screen. Generates two icon-buttons, namely,

    (1) View Personal Profile (refers to USER2), and

    (2) Change Password (refers to PWDCHG).

5. MAINCAT.OBS—Provide or Distribute System. Generates two icon-buttons, namely,

EXHIBIT C
Page 354

6,026,403

## 21

(1) Provide (refers to CATADMIN), and

(2) Membership (Administration Only) (refers to MEMBERS N/A).

6. CAT1.OBS—Interactive screen to Locate & View by "A to Z," Category, Media, Repository, and also for viewing alternate Systems reachable from CLS (refers to RESULTS.OBS).

7. SRCHNEW.OBS—General search screen; user-interactive screen for search of the CLS database by logical combinations of title, description, and date (refers to RESULTS.OBS).

8. RESULTS.OBS—Results screen (includes number of entries found in search, list of entries, "more info" button, OK, and Cancel buttons). Key function cataloginfo( ): gets profile information and, if needed, retrieves the corresponding file and opens it locally in appropriate application; may call CATDBF1 to display profile.

9. PROFILE.OBS, PROFILE1.OBS—Screen to add or delete interests.

10. CATADMIN.OBS—Screen to administer accessible resource profiles (especially New, Modify, Delete). (Refers also to NCRCAT.INC (especially Getinfo( )function, called by Modify( ). Also refers to DIALOG.OBS.)

Important subroutines: Commit( ) (OK), Modify( ), and FID206( ) (Delete).

11. MEMBERS.OBS—Screen lists all members of teams, and allows Administrator to add, modify, and delete members. (Refers to USERADM.OBS.)

12. CATDBF1.OBS—Shows profile data and also information on contact and functions to request more information directly from contact. Can also retrieve corresponding "On-Line" file and open it locally in appropriate application, in manner similar to RESULTS.OBS. (Refers to QTY.OBV.)

13. USERADMIN.OBS—Screen to add, modify, or delete members from the CLS. (Refers to NEWORG.OBS.)

14. CLNSIGN1.OBS—Purpose: initial sign-on for the CLS. See FIG. 3. Verify o performs the single logon to the SERVER. (ServerS appears only here.)

15. PWDCHG.OBS—Screen to allow users to change their own passwords.

16. USER2.OBS—Screen to allow user to view his or her personal information profile (eg, name, e-mail address, user environment). The information is maintained and edited only by the Administrator.

17. NEWORG.OBS—Screen for use by CLS Administrator to define "organization" (as used in CATADMIN for "IPD Only"/"Organization" checkbox.)

18. DIALOG.OBS—For adding "Bitmap"/"Preview" from SUB FID257 in CATADMIN.OBS.

19. ABOUT.OBS—Screen gives CLS version and system information, and access to CREDITS.OBV.

20. ADVISOR.OBS—Activated from MAINCAT1.OBS, lines 593 and 616. This module executes the display of the list of supplemental operating instructions, described in point number 7, below.

21. ALERT.OBS—Activated from MAINCAT1.OBS, line 590. This module allows an ADMINISTRATOR to privately communicate with a selected user, as described in point number 8, below.

22. CLNSAVE.OBS—Screen for saving files from CLS.

23. CLSINTRO.OBS—Relates to a screen displayed before CLS runs.

24. CREDITS.OBS—Credits for CLS product.

### Additional Considerations

1. Each REPOSITORY takes the form of mass memory which is associated with a computer, which is called a

## 22

SERVER. (Alternately, the REPOSITORY can include both the SERVER and the mass memory.)

The REPOSITORIEs hold the PROFILEs of the RESOURCEs. Some RESOURCEs are downloadable, and are stored in the mass memory. Other RESOURCEs are not downloadable, and will be stored at a location designated on their respective PROFILEs.

The invention links all REPOSITORIEs together, in a manner which is transparent to the user. For example, as discussed above, a user can request a listing of the titles of all RESOURCEs, no matter which REPOSITORIEs hold the RESOURCEs.

The listing appears, to the user, as though all RESOURCEs are located in a single REPOSITORY, although, in general, such is not the case: multiple REPOSITORIEs are involved.

Of course, if the user calls for a particular PROFILE whose title appears in the listing, the PROFILE identifies the REPOSITORY. If the user examines several PROFILEs, it will become clear that multiple REPOSITORIEs are involved.

From another point of view, every user can obtain access to the PROFILEs contained in all REPOSITORIEs (subject to the access/security restrictions discussed above.) These PROFILEs can be searched presently (or as they are created, by establishing an INTEREST), without regard to the fact that multiple REPOSITORIEs hold the PROFILEs.

In addition, every user can obtain any RESOURCE, identified in a PROFILE, no matter which REPOSITORY holds it (subject, again, to the security restrictions.)

Thus, despite the fact that the RESOURCEs and their PROFILEs are distributed over multiple REPOSITORIEs, which themselves can be distributed world-wide geographically, the user deals with them as though they were located in a single place.

As stated earlier, the soft RESOURCEs are located at local SERVERs. The PROFILEs are located in REGIONAL SERVERs.

2. When a RESOURCE is downloaded to a SERVER, the invention examines the RESOURCE in an attempt to identify whether a computer program should be launched, or other actions taken, in order to properly display the RESOURCE. One type of examination involves looking at the file name of the RESOURCE. For example, the file name "Letter.doc" is interpreted as having been created by a word processor which customarily adds the suffix "doc" to its files.

When the invention finds this suffix "doc", the invention consults a look-up table, finds the program which uses the suffix "doc", and then attempts to locate the program, launch it, and load the RESOURCE into it.

Another type of examination involves examining data contained in a header of the RESOURCE. These examinations can collectively be described as looking for indicia which identify the program which generated the RESOURCE.

3. One significant feature of the invention is that all possible options available to a user are displayed on the screens generated by the invention. Selecting an option is self-explanatory: a pointing device is used (for example).

Providing each option which the option requires is also self-explanatory: the user fills in blanks, such as those shown in FIG. 45 (which relate to PROFILEs), using a keyboard.

This feature eliminates a need for the user to remember arcane computer commands, and reduces time required to learn how to use the invention.

EXHIBIT C
Page 355

6,026,403

23

4. As discussed above, the PROFILEs are stored in REGIONAL SERVERs, while the downloadable RESOURCEs are stored in LOCAL SERVERs. A physical RESOURCE, described by a PROFILE stored in a REGIONAL SERVER, can be stored at any convenient location.

Multiple REGIONAL SERVERs, all storing identical collections of PROFILEs, in order to enhance performance. That is, multiple REGIONAL SERVERs can provide faster response to numerous users than can a single REGIONAL SERVER.

5. FIG. 95 indicates that the files MEMBERSHIP.OBV and MEMBERSHIP.OBS are not included in the microfiche appendix. The reason is that these files contain the actual membership lists. These lists are created by the user of CLS.

6. FIG. 2 contains the phrase, in faint grey lettering, "CLS Overview." This represents an option for the user to view a six-screen tutorial which explains how to use the CLS system. The tutorial automatically is shown when a user logs on for the first time. The user can de-activate the tutorial, which causes the option to be displayed in grayed text, as in FIG. 2.

7. It has been found that users pose questions to the ADMINISTRATOR regarding operation of the system. These questions are delivered to the ADMINISTRATOR in any convenient manner, such as by telephone, letter, electronic mail, etc.

The invention allows the ADMINISTRATOR to provide to the users a list of these questions, together with answers to the questions (or any selected group of questions-and-answers). The users obtain access to these questions by the button in FIG. 5 labeled "CLS Advisor."

In practice, the ADMINISTRATOR will continually update the list of questions, thus providing a continually updated list of instructions for operating the system.

8. CLS makes provision for the ADMINISTRATORs to send private messages to single users. When the message arrives, an icon appears on the user's screen, informing the user of the message.

Definitions. The terms used herein have established meanings in the art. Some additional definitions are the following.

The term "Personal Computer," or PC, has been used. It is to be understood that this term is not limited to the specific set of microcomputers having an architecture designed around the 8XX86 microprocessor manufactured by Intel Corporation. Rather, the term refers to microcomputers generically, and includes, for example, desktop computers, laptop computers, workstations, and terminals. The term includes machines designed according to different architectures and using different processors.

SERVERs are computers, and frequently take the form of large, mainframes. However, as computer technology evolves, the power of mainframes is becoming available in much smaller devices.

A significant feature of the invention is that the invention allows a given PC to act as either a SERVER or as a CLIENT of a SERVER.

RESOURCEs have been described above. RESOURCEs are located in REPOSITORIEs. If a RESOURCE takes the form of downloadable data, then such a RESOURCE will most likely be stored in mass storage (eg, disc drives or tape systems) of a SERVER.

However, it is not required that this mass storage be directly "on-line." That is, for example, a given

24

RESOURCE may be stored on magnetic media, such as magnetic tape or floppy diskettes, which are kept on storage racks. While the media are located on the racks, they cannot be read by a computer, and are not considered "on-line." To obtain access to the data, the tapes or discs must be loaded onto appropriate drives.

If a RESOURCE takes the form of a physical object, then the RESOURCE is stored in the same manner as others of its type, as in a warehouse.

PROFILEs are collections of information which describe RESOURCEs.

Numerous substitutions and modifications can be undertaken without departing from the true spirit and scope of the invention. What is desired to be secured by Letters Patent is the invention as defined in the following claims.

I claim:

1. A system for managing a collection of RESOURCEs, which include downloadable data and non-downloadable objects, which are located at multiple geographic sites, comprising:

a) a plurality of SERVERs located at some, or all, of said sites, the SERVERs being grouped into LOCAL SERVERs and REGIONAL SERVERs, the LOCAL SERVERs storing RESOURCEs comprising the downloadable data, the REGIONAL SERVERs storing PROFILEs comprising descriptions of the RESOURCES, and the non-downloadable objects being stored at any convenient location, wherein the LOCAL and REGIONAL SERVERs are linked together for electronically transferring PROFILEs and RESOURCEs therebetween;

b) means for allowing a user to view PROFILEs stored in the REGIONAL SERVERs;

c) means for allowing a user to order RESOURCEs that comprise downloadable data, stored in the LOCAL SERVERs, be delivered to the user; and

d) means for examining the downloaded data for indicia of a generating program and, if the indicia is found, searching for the generating program.

2. A system according to claim 1, and further comprising:

e) search means for allowing a user to order boolean word searching be done on PROFILEs stored in the REGIONAL SERVERs.

3. A system according to claim 1, and further comprising:

e) means for informing an ADMINISTRATOR when a user requests delivery of a RESOURCE comprising a non-downloadable object which is described by a PROFILE stored in the ADMINISTRATOR's REGIONAL SERVER.

4. A system according to claim 1, and further comprising:

e) means for allowing a user to add RESOURCEs to the collection, and to add PROFILEs to the REGIONAL SERVER, such RESOURCEs including downloadable data stored on the LOCAL SERVERs and non-downloadable objects stored at a convenient location.

5. A system according to claim 4, and further comprising:

f) means for limiting access to the added PROFILE to a predetermined group of users.

6. A system according to claim 5, and further comprising:

g) computer programs stored in the user's PC;

h) software means, within the PC, for:

1) detecting when the PC's LOCAL SERVER obtains access to updated versions of said computer programs, and, upon detection

2) requesting delivery of said updated versions.

EXHIBIT C
Page 356

6,026,403

25

**7.** A system for managing a collection of RESOURCEs, which include downloadable data and non-downloadable objects, which are located at multiple geographic sites, comprising:

a) a plurality of SERVERs located at some, or all, of said sites, the SERVERs being grouped into LOCAL SERVERs and REGIONAL SERVERs, the LOCAL SERVERs storing the RESOURCEs comprising the downloadable data, the REGIONAL SERVERs storing PROFILEs comprising descriptions of the RESOURCEs, and the RESOURCEs comprising the non-downloadable objects being stored at any convenient location, wherein the LOCAL and REGIONAL SERVERs are linked together for electronically transferring PROFILEs and RESOURCEs therebetween;

b) means for allowing a user to view PROFILEs stored in one of the REGIONAL SERVERs, by selecting options displayed on a screen of the user's computer.

26

**8.** A system according to claim 7, and further comprising:

c) means for displaying a sequence of instructions which explain how to use selected aspects of the system.

**9.** A system according to claim 1, and further comprising:

c) means for allowing a SERVER to provide a list of techniques for operating the system; and

d) means for allowing an ADMINISTRATOR of said SERVER to modify said list.

**10.** A system as claimed in claim 1 including means for having a selected non-downloadable object physically delivered to a user.

**11.** A system as claimed in claim 7 including means for having a selected non-downloadable object physically delivered to a user.

\* \* \* \* \*

EXHIBIT C
Page 357

US005699526A

# United States Patent [19]

## Siefert

[11]   Patent Number:   **5,699,526**

[45]   Date of Patent:   **Dec. 16, 1997**

[54] **ORDERING AND DOWNLOADING RESOURCES FROM COMPUTERIZED REPOSITORIES**

[75] Inventor: **David M. Siefert**, Englewood, Ohio

[73] Assignee: **NCR Corporation**, Dayton, Ohio

[21] Appl. No.: **670,294**

[22] Filed: **Aug. 21, 1996**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 217,062, Mar. 24, 1994, abandoned.

[51] Int. Cl.⁶ ............................................... G06F 17/30
[52] U.S. Cl. ............................................ 395/227; 395/610
[58] Field of Search ................................... 395/226, 227, 395/610, 615, 601

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,992,940 | 2/1991 | Dworkin | 395/227 |
| 5,319,542 | 6/1994 | King, Jr. et al. | 364/401 |
| 5,339,239 | 8/1994 | Manabe et al. | 364/401 |

**FOREIGN PATENT DOCUMENTS**

0443038  8/1991  European Pat. Off. .

**OTHER PUBLICATIONS**

Dialog Information Retrieval Service, "Computer Database™" File 275 May 1989 pp. 1–4.
Dialog Information Retrieval Service "Compendex® Plus" File 8 Feb. 1988 pp. 1–4.
Bozman, "Fax Server Delivers Data Around Globe" Computerworld Aug. 23, 1993 p. 84 (0 and 2 on printout).
"Announcing Dialog SourceOne(SM) For Engineering Documents" Dialog Chronolog Jul. 1992 pp. 1–2.

Proc. Object Oriented Programming Systems, Languages and Applications Conf., 4–8 Oct. 1987 Orlando USA, pp. 126–137, Caplinger M. et al. 'An Information System Based on Distributed Objects', pp. 126, left col., line 17—128, right col., line 8.

Computer, vol. 26, No. 9, Sep. 1993 Long Beach, US, pp. 8–22, Obraczka K. et al. 'Internet Resource Discovery Services', p. 9, col. 11–col. 28.

Database Inspec Institute of Electrical Engineers, Stevenage, GB, Inspec No. AN 4560279, abstract & OCLC Systems & Services, vol. 9, No. 3, 1993 USA, pp. 31–36, Smith J. 'Electronic ILL at Colorado State University'.

*Primary Examiner*—Thomas G. Black
*Assistant Examiner*—Jack M. Choules
*Attorney, Agent, or Firm*—Gregory A. Welte; George H. Gates

[57]   **ABSTRACT**

The invention concerns a system for managing resources, which can take the form of (a) computer-compatible information, such as data files and programs, and (b) non-computer-compatible information, such as data contained on microfiche, and (c) physical objects. The resources are located at geographically diverse sites. The invention contains a descriptive profile for each resource, and allows any user to search all profiles, and to search the profiles according to "fields" (a database term), such as by location of the resources, or by category of the resources. The user can order delivery of a selected resource, and the system causes delivery of the resource to be executed, irrespective of the form (eg, physical object) of the resource. The invention allows a provider of a new resource to limit access to the resource, by identifying users who are authorized to obtain access to the resource. Non-authorized users cannot obtain access to the profiles of these resources.

**8 Claims, 101 Drawing Sheets**



U.S. Patent          Dec. 16, 1997          Sheet 1 of 101          5,699,526



FIG. 1



FIG. 1A

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 367 of 655



**FIG. 1B**



FIG. 1C

Case 3:04-cv-02293-H-WMC    Document 1    Filed 11/15/04    Page 369 of 655

# FIG. 1D





FIG. 1E

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 371 of 655



FIG. 2

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 372 of 655



FIG. 3

EXHIBIT D
Page 366



**FIG. 4**

**FIG. 5**



NCR Continuous Learning System

File  Options  Help

## Continuous Learning System

### Locate and View
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose and receive information resource

1

### Provide or Distribute
- Add, edit or delete entries to the Resource Center.

2

### Identify Interests
- Identify and save interests for notification,
- Review existing saved interests

3

### Personal Information
- Review your personal profile.
- Change password.

4

Session Active.
Click on a button for instructions or double click to execute the button.
You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

CLS Advisor   16:35:17

9 notification(s)   Vickie Cowan

Case 3:04-cv-02292-H-WMC    Document 1    Filed 11/15/04    Page 375 of 655

**FIG. 6**



**FIG. 7**



CLS - Locate and View

File   Help

**Locate and View**

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

EXHIBIT D
Page 370

## FIG. 8



**CLS - Locate and View**

File  Help

### Locate and View

**1**   All Resources
• Display all authorized resources.

**2**   General Search
• Search resources by titles, descriptions, and/or dates.

**3**   Category
• Display all authorized resources by categories.

**4**   Media
• Display all authorized resources by media type.

**5**   Repositories
• Display all authorized resources by repositories.

**6**   Systems
• Display all systems that can be executed by CLS.

**7**   Save Search as Interest.
• Saves last search request.

**8**   Back to Previous Screen
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

EXHIBIT D
Page 371

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 378 of 655

# FIG. 9



**FIG. 10**



## FIG. 11



**Catalog Search Results**

File   Help

7 entries returned.

Resource Profile...

| | Media | Date/Time | | Title |
|---|---|---|---|---|
| 1 | On Line | 12/08/93 | 16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93 | 13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93 | 14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93 | 14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93 | 14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94 | 15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94 | 09:57 | NCR UNIX Online Library |

Retrieve   Close

**FIG. 12**



| | Media | Date/Time | | Title |
|---|---|---|---|---|
| 1 | On Line | 12/08/93 | 16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93 | 13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93 | 14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93 | 14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93 | 14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94 | 15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94 | 09:57 | NCR UNIX Online Library |

Catalog Search Results

File Help

7 entries returned.

Resource Profile...

Retrieve    Close

EXHIBIT D
Page 375

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 382 of 655

**FIG. 13**



EXHIBIT D
Page 376

**FIG. 14**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 384 of 655

**FIG. 15**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 385 of 655

**FIG. 16**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 386 of 655

**FIG. 17**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 387 of 655

**FIG. 18**

CLS - Locate and View

File  Help

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an Item to get instructions or Double click to execute the Item. Select Back to Main Menu to quit.

EXHIBIT D
Page 381



**FIG. 19**

**FIG. 20**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 390 of 655

**FIG. 21**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 391 of 655



**FIG. 22**



FIG. 23



FIG. 24

**FIG. 25**

CLS - Locate and View

File   Help

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an Item to get instructions or Double click to execute the Item. Select Back to Main Menu to quit.

EXHIBIT D
Page 388

Case 3:04-cv-02293-H-WMC   Document 1   Filed 11/15/04   Page 395 of 655

**FIG. 26**





**FIG. 27**



**FIG. 28**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 398 of 655

**FIG. 29**



CLS - Locate and View

File   Help

**Locate and View**

**All Resources**
• Display all authorized resources.
1

**General Search**
• Search resources by titles, descriptions, and/or dates.
2

**Category**
• Display all authorized resources by categories.
3

**Media**
• Display all authorized resources by media type.
4

**Repositories**
• Display all authorized resources by repositories.
5

**Systems**
• Display all systems that can be executed by CLS.
6

**Save Search as Interest.**
• Saves last search request.
7

**Back to Previous Screen**
• Close window and return to main
8

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 30**

CLS - Locate and View

File   Help

**Resource Center - Repositories**

Resource Profile...

Repository                    8 received.

**Marketing Core Server Team**
Application Development Environment (ADE)
Continuous Learning System
Corporate Information Systems Service
Integrated Client Server Systems Information Products
**Marketing Core Server Team**
Public Relations and Associate Information
QUOTE-TO-CASH
United States Group (USG)

Ok

Cancel

Help

This is a list of the current repositories in the Resource Center. Select a repository and click on the OK button to reveal a resources on the selected repository or select the ADDITIONAL INFORMATION button to learn more about the select repository.

EXHIBIT D
Page 393

## FIG. 31

**CLS - Locate and View**

File   Help

**Resource Center - Repositories**

[Resource Profile...]

28 received.

| Media | Title |
|-------|-------|

**MSCT - 3450 Europe Group**
MSCT - **3450 Europe Group**
MSCT - 3450 LAMEA Group
MSCT - 3450 Pacific Group
MSCT - 3450 United States
MSCT - 3550 Europe Group
MSCT - 3550 LAMEA Group
MSCT - 3550 Pacific Group
MSCT - 3550 United States
MSCT - NCR Server Positioning
MSCT - NCR Server Solutions
MSCT - NCR Server Solutions Deliver Total Value
MSCT - Server Positioning Material (Charts 1-8)
MSCT - Server Positioning Material (Charts 13-22)

Ok

Cancel

Help

This is a list of the current repositories in the Resource Center. Select a repository and click on the OK button to reveal a resources on the selected repository or select the ADDITIONAL INFORMATION button to learn more about the select repository.

**FIG. 32**



CLS - Locate and View

File   Help

Resource Center - Repositories

Resource Profile...

28 received.

| Media | Title |
|-------|-------|

**WWSM - Windows NT "The Right Choice"**
MSCT - Server Positioning Material (Charts 42-45)
MSCT - Server Positioning Material (Charts 9-12)
MSCT - Transaction Processing Performance Story (TPC) 2
MSCT - Winning Against HP
WWSM - 3410 Product
WWSM - 3430 Product
WWSM - 35XX Product
WWSM - AT&T / NCR Overview
WWSM - Lifekeeper FRS
WWSM - NCR OCC / Operating System
WWSM - NCR UNIX "Ready for Prime Time"
WWSM - TPC Overview
**WWSM - Windows NT "The Right Choice"**

Ok
Cancel
Help

This is a list of the current repositories in the Resource Center. Select a repository and click on the OK button to reveal a resources on the selected repository or select the ADDITIONAL INFORMATION button to learn more about the select repository.

EXHIBIT D
Page 395



FIG. 33

**FIG. 34**

## CLS - Locate and View

File   Help

### Locate and View

**All Resources**
- Display all authorized resources.

1

**General Search**
- Search resources by titles, descriptions, and/or dates.

2

**Category**
- Display all authorized resources by categories.

3

**Media**
- Display all authorized resources by media type.

4

**Repositories**
- Display all authorized resources by repositories.

5

**Systems**
- Display all systems that can be executed by CLS.

6

**Save Search as Interest.**
- Saves last search request.

7

**Back to Previous Screen**
- Close window and return to main

8

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 35**



**FIG. 36**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 406 of 655

FIG. 37

NCSA Mosaic for MS Windows

File   Edit   Options   Navigate   Annotate   Starting Points   Personal                    Help

Document Title:   NCRINFO

Document URL:   http://ncrinfo.ncr.com

# NCR Information Server

**NCR**

An AT&T Company

This is the WorldWideWeb view of the server ncrinfo.ncr.com

◇ NCR Topics
◇ High Performance Computing and Communications (US Gov't)
◇ Other Public Gophers on Computing Topics
◇ All Worldwide Public Gophers

◇ Search All Menus on ncrinfo
◇ About ncrinfo

NUM

FIG. 38

CLS - Locate and View

File   Help

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

EXHIBIT D
Page 401

**FIG. 39**



NCR Continuous Learning System

File   Options   Help

Continuous Learning System

1
Locate and View
• Display resource names,
• Search resource names (including categories),
• Save search as interest
• Choose and receive information resource

2
Provide or Distribute
• Add, edit or delete entries to the Resource Center.

3
Identify Interests
• Identify and save interests for notification,
• Review existing saved interests

4
Personal Information
• Review your personal profile.
• Change password.

Session Active.
Click on a button for instructions or double click to execute the button.
You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

CLS Advisor      16:55:55

9 notification(s)      Vickie Cowan

**FIG. 40**

File   Help

CLS - Provide or Distribute

## Provide or Distribute

**Provide**
1
- Add, modify or delete entries to the Resource Center.

**Back to Previous Screen**
2
- Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

**FIG. 41**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 411 of 655

**FIG. 42**



**FIG. 43**



Resource Administration

File   Help

Access Level:
- Public
- IPD only
- Team

Resource Title:

Date Added:                    Date Updated:  / /

Product ID:                    Media:

Cost:                          Format:

Price                          Point of Contact:

Information Category:          Alternate Administrator:
- Product
- Supplier
- Technology
- Other
- Partnership
- CORE IP

Information Filename:          Bitmap>>

Repository:                    CLS-TEAM NOTES

Resource Description:

Remarks

Please enter new data at this time and click on OK.

Ok   Cancel   New   Modify   Delete   Clear All   Help

**FIG. 44**



Resource Administration

File   Help

Access Level:
☐ Public
☐ IPD only
☐ Team

Resource Title:

Date Added:            Date Updated: / /

Product ID:

Cost:                  Media:

Price:                 Format:

Information Category:  Point of Contact:

Information Filename:  Alternate Administrator:

Repository:            [Bitmap>>]

Resource Description:

Remarks

Please enter new data at this time and click on OK.

Ok   Cancel   New   Modify   Delete   Clear All   Help

FIG. 45



Resource Administration

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 415 of 655

**FIG. 46**



**FIG. 47**



**FIG. 48**



Resource Administration

File  Help

Access Level: ☒ Public  ☐ IPD only  ☐ Team

Resource Title: CLS - Test resource for training

Date Added:                    Date Updated:  / /

Product ID:

Cost:

Price

Media:  On Line
Format:  Notepad
Point of Contact:  McCollum, Tab

Information Category:  General

Alternate Administrator:  Cowan, Vickie

Information Filename:  \public\tab\test\test1.txt        [Bitmap>>]  C:\WINDOWS\CLS1.BM

Repository:  Continuous Learning System

Resource Description:

Remarks

Please enter new data at this time and click on OK.

Ok  Cancel  New  Modify  Delete  Clear All  Help

**FIG. 49**



**Resource Administration**

File   Help

Access Level:   ☒ Public   ☐ IPD only   ☐ Team

Resource Title:   CLS - Test resource for training

Date Added:   Date Updated:   / /

Product ID:

Cost:   Media:   On Line

Price   Format:   Notepad

Information Category:   General   Point of Contact:   McCollum, Tab

Information Filename:   \public\tab\test1.txt   Alternate Administrator:   Cowan, Vickie

Repository:   Continuous Learning System   Bitmap>>   C:\WINDOWS\CLS1.BM

Resource Description:

Remarks

CLS - TEST RESOURCE FOR TRAINING was successfully added to the CLS database.

Ok   Cancel   New   Modify   Delete   Clear All   Help

**FIG. 50**





**FIG. 51**

**FIG. 52**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 422 of 655



**FIG. 53**

EXHIBIT D
Page 416

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 423 of 655

**FIG. 54**

Notepad - CLS.TXT

File  Edit  Search  Help

```
Continuous Learning System Notification
01/21/94 05:03PM
TO: TAB MCCOLLUM
E-mail: Tab.McCollum@DaytonOH.NCR.COM
FROM: VICKIE COWAN
E-MAIL: vickie.cowan@daytonoh.ncr.com
MAIL DROP: emd-3
PHONE:
LOCATION: dayton, OH
*******************************************
VICKIE COWAN would like to obtain information
on the following subjects(s).

------------------------------------------
Title: CLS - TEST RESOURCES FOR TRAINING

Please contact the above individual if more information is required.

End Notification.
```

**FIG. 55**



**FIG. 56**

File   Help

CLS- Identify Interests

## Identify Interests

**View Interest List**
1
• Display your current interest list.

**Add/Delete Interests**
2
• Add or delete items in your interest list.

**Back to Previous Screen**
3
• Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 426 of 655

**FIG. 57**



**FIG. 58**



**FIG. 59**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 429 of 655

**FIG. 60**

CLS- Personal Information

File   Help

## Personal Information

**1**   **View Personal Profile**
- Display your current personal profile.

**2**   **Change Password**
- Change your password to CLS.

**3**   **Back to Previous Screen**
- Close window and return to previous menu.

Select an Item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.



**FIG. 61**



**FIG. 62**

FIG. 63



NCR Continuous Learning System

File   Options   Help
Exit   Alt+F4

## Learning System

### Locate and View
1
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose search and receive Information resource

### Provide or Distribute
2
- Add, edit or delete entries to the Resource Center.

### Identify Interests
3
- Identify and save interests for notification,
- Review existing saved interests

### Personal Information
4
- Review your personal profile.
- Change password.

Vickie Cowan

Session Active.
Click on a button for instructions or double click to execute the button. You may also select the corresponding number to execute the desired function.

CLS Advisor   17:08:48

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 433 of 655

# FIG. 64





FIG. 65

**FIG. 66**

The next few slides deal with the TEAM security of CLS. Only Information Administrators can create, modify or delete new teams. Once a team has been assigned to a user, the user can assign resources to that particular team and only those members will see the resource. We have tried to depict a small scenario to give you a better feel for TEAMS. An information administrator has been logged on to show this illustration.

**FIG. 67**

CLS- Provide or Distribute

File   Help

## Provide or Distribute

**1** Provide
• Add, modify or delete entries to the Resource Center.

**2** Membership
• Add, modify or delete members to CLS and teams.

**3** Back to Previous Screen
• Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

**FIG. 68**





**FIG. 69**

FIG. 70

CLS- Provide or Distribute

**CLS User Administration**

| User ID: 272 | Zip Code: | SIP Customer Number |
| Last Name: | FRC Number: | |
| First Name: | ACCT Number: | |
| E-MAIL Address: | Phone Number: | Reset User Password |
| Mail Drop: | Date Added: | |
| City: | Date Updated: | |
| State: | Type of User: | Help |
| County: | User Environment: | Ok |
| Title: | CLS Login: | Cancel |

Double click to add, modify or delete new members to the Continuous Learning System.



FIG. 71



**FIG. 72**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 442 of 655

# FIG. 73





FIG. 74

**FIG. 75**



# FIG. 76



**FIG. 77**

## Resource Administration

File   Help

**Access Level:**
☐ Public
☐ IPD only
☒ Team

CLS ADMIN USERS
CLS TEST TEAM

**Resource Title:** CONFIDENTIAL REPORT ON CLS SECURITY REQUIREMENTS

**Date Added:**

Date Updated: / /

**Product ID:**

**Cost:**
**Media:** On Line

**Price:**
**Format:** Microsoft Word

**Information Category:** General
**Point of Contact:** McCollum, Tab

**Information Filename:** \team\secur.doc
**Alternate Administrator:** Siefert, Dave

Bitmap>>

**Repository:** Continuous Learning System

Resource description cannot exceed 255 characters.   82

**Resource Description:** This is a test resource entry to check the security validation in the TEAM concept

**Remarks**

Please enter new data at this time and click on OK.

Ok   Cancel   New   Modify   Delete   Clear All   Help

# FIG. 78

**Resource Administration**

File  Help

Access Level:
☐ Public
☐ IPD only
☒ CLS ADMIN USERS

Resource Title: CONFIDENTIAL REPORT ON CLS SECURITY REQUIREMENTS

Date Added: _____        Date Updated: / /

Product ID: _____

Cost: _____        Media: On Line

Price: _____        Format: Microsoft Word

Information Category: General        Point of Contact: McCollum, Tab

Information Filename: \team\secur.doc        Alternate Administrator: Siefert, Dave

Repository: Continuous Learning System        Bitmap>>

Resource Description: This is a test resource entry to check the security validation in the TEAM concept

Remarks: _____

Please enter new data at this time and click on OK.

Ok    Cancel    New    Modify    Delete    Clear All    Help

EXHIBIT D
Page 441

**FIG. 79**



| | Media | Date/Time | Title |
|---|---|---|---|
| 6 | On Line | 10/28/93 14:29 | CLS - Distinct offers 3-in-1 TCP/IP SDK |
| 7 | On Line | 11/05/93 13:38 | CLS - SQL_NET for Windows Procedures |
| 8 | On Line | 11/11/93 13:22 | CLS - CLS Project Plan |
| 9 | On Line | 11/12/93 14:48 | CLS - Roles and Responsibilities as determined on 12 Aug |
| 10 | On Line | 11/16/93 08:24 | CLS - New CLS application for pilot test in France. |
| 11 | On Line | 12/01/93 20:48 | CLS - Sample Log File |
| 12 | On Line | 12/02/93 13:50 | CLS - Pilot Plan |
| 13 | On Line | 12/13/93 15:03 | CLS - Overview Powerpoint Presentation |
| 14 | On Line | 12/13/93 15:29 | CLS - Overview Presentation |
| 15 | On Line | 12/13/93 15:32 | CLS - User Guide |
| 16 | On Line | 01/05/94 13:38 | CLS - Add New User Template |
| 17 | On Line | 01/07/94 16:10 | CLS - Latest version of the CLS application (pkzip). |
| 18 | On Line | 01/07/94 16:13 | CLS - Developer notes and new release 1.01 procedures |
| 19 | On Line | 01/12/94 14:11 | CLS - Parameter file for LINUS interface. (Please read desc |
| 20 | On Line | 01/21/94 16:55 | CLS - Test resource for training |
| 21 | On Line | 01/24/94 13:39 | CONFIDENTIAL REPORT ON CLS SECURITY REQUIREM |

**Catalog Search Results**

File   Help

21 entries returned.

Resource Profile...

Retrieve   Close

**FIG. 80**

Next few slides show another user named VCOWAN logged in who is not assigned to the CLS ADMIN USERS team to show that the new resource can only be seen by those persons selected earlier.

EXHIBIT D
Page 443

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 450 of 655

**FIG. 81**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 451 of 655

**FIG. 82**



**FIG. 83**



Catalog Search Results

File   Help

18 entries returned.          Resource Profile....

| | Media | Date/Time | Title |
|---|---|---|---|
| 1 | On Line | 10/18/93 07:46 | CLS - Status Report dated 5 Aug 93 CLS developers comm |
| 2 | On Line | 10/18/93 07:46 | CLS - Untangling the Windows Sockets API - a standardize |
| 3 | On Line | 10/18/93 07:46 | CLS - Sample windows source code for windows Socket AP |
| 4 | Other | 10/18/93 09:51 | Test of NCR user providing information to the CLS |
| 5 | On Line | 10/20/93 17:00 | CLS - PKUNZIP for CLS application |
| 6 | On Line | 10/28/93 14:29 | CLS - Distinct offers 3-in-1 TCP/IP SDK |
| 7 | On Line | 11/05/93 13:38 | CLS - SQL.NET for Windows Procedures |
| 8 | On Line | 11/12/93 14:48 | CLS - Roles and Responsibilities as determined on 12 Aug |
| 9 | On Line | 12/01/93 20:48 | CLS - Sample Log File |
| 10 | On Line | 12/02/93 13:50 | CLS - Pilot Plan |
| 11 | On Line | 12/13/93 15:03 | CLS - Overview Powerpoint Presentation |
| 12 | On Line | 12/13/93 15:29 | CLS - Overview Presentation |
| 13 | On Line | 12/13/93 15:32 | CLS - User Guide |
| 14 | On Line | 01/05/94 13:38 | CLS - Add New User Template |
| 15 | On Line | 01/07/94 16:10 | CLS - Latest version of the CLS application (pkzip) |
| 16 | On Line | 01/07/94 16:13 | CLS - Developer notes and new release 1.01 procedures |
| 17 | On Line | 01/12/94 14:12 | CLS - Parameter file for LINUS Interface. (Please read desc |
| 18 | On Line | 01/21/94 16:55 | CLS - Test resource for training |

Retrieve   Close

Case 3:04-cv-02292-H-WMC    Document 1    Filed 11/15/04    Page 453 of 655

# FIG. 84



# FIG. 85



**FIG. 86**



FROM
SCREEN
"MAIN"

This is the "Identify Interests" screen.
    The user can choose from 3 actions here.
    The user's interests can be viewed all at once, or they can be added, deleted or modified one at a time.
    Again, the user can choose to leave the view mode and return to the previous screen.
    See Illustration 56 and the files MAINCAT3.OBS and MAINCAT3.OBV.

USER CHOSE "VIEW INTERESTS" ?    Y    TO "VIEW INTERESTS" SCREEN (TRIVIAL; SEE ILLUSTRATION 59)

N

USER CHOSE "ADD/DELETE INTERESTS" ?    Y    TO "INTERESTS ADMINISTRATION" SCREEN (SEE FLOWCHART PG. 9)

N

USER CHOSE "BACK TO PREVIOUS SCREEN" ?    N

Y

TO "MAIN" SCREEN
(SEE FLOWCHART PG. 1)



FIG. 87

FROM
SCREEN
"MAIN"

This is the "Personal
Information" screen.
    The user can choose from
3 actions here. The user's
personal profile can be
viewed, the user's password
can be changed, or the user
can return to the previous (ie:
"Main") screen. Note that the
first two are trivial screens
and no flowcharts are given.
    See Illustration 60 and the
files MAINCAT4.OBS,
MAINCAT4.OBV,
USER2.OBS (for viewing
personal profile),
USER2.OBV, PWDCHG.OBS
(for changing passwords),
and PWDCHG.OBV.

USER
CHOSE
"VIEW PERSONAL
PROFILE"
?

Y → TO "VIEW
PERSONAL
PROFILE"
SCREEN
(TRIVIAL - NO
FLOWCHART OR
ILLUSTRATION)

N

USER
CHOSE "CHANGE
PASSWORD"
?

Y → TO "CHANGE
PASSWORD"
SCREEN
(TRIVIAL - NO
FLOWCHART OR
ILLUSTRATION)

N

USER
CHOSE "BACK
TO PREVIOUS
SCREEN"
?

N ←

Y

TO "MAIN" SCREEN
(SEE FLOWCHART PG. 1)

# FIG. 88



FROM SCREEN "MAIN"

This is the "Provide or Distribute" screen.
    The general (ie: non-administrative) user can choose from 2 actions here. He can decide to provide resource profiles, or he can return to the previous (Main) screen. Administrative users have the additional ability to edit CLS membership.
    See Illustrations 40 (std. vers.) and 67 (admin. vers.) and the files MAINCAT5.OBS, MAINCAT5.OBV.

USER CHOSE "PROVIDE" ?

Y — TO "RESOURCE ADMINISTRATION" SCREEN (SEE FLOWCHART PG. 10)

N

ADMINISTRATIVE USER CHOSE "MEMBER-SHIP" ?

Y — TO "MEMBERSHIP" SCREEN (SEE FLOWCHART PG. 11)

N

USER CHOSE "BACK TO PREVIOUS SCREEN" ?

N

Y

TO "MAIN" SCREEN
(SEE FLOWCHART PG. 1)

# FIG. 89



FROM SCREEN "LOCATE AND VIEW" (SEE FLOWCHART PG. 2) → QUERY DATABASE FOR LIST OF ITEMS APPROPRIATE TO SCREEN (ALL RESOURCES BY TITLE, ALL CATEGORIES, MEDIA TYPES, OR REPOSITORIES)

This screen, with only minor variations, takes care of 4 of the 5 ways to view available CLS profiles. *Since the screens share almost identical logic and visuals there is only one flowchart.*

Resource profiles contain many items of information (see illustration 41), some of these are critical and are required (ie: if they are not provided, then the profile will not be accepted).

The resource title, information category, media type, and repository (an extra label) are required and form the basis for the variations in this screen. The basic idea is to display a list of all the possible values for one of these key fields, from which the user selects one, then all available profiles with matching values in that field can be made accessible using this same screen and displaying their titles.

Specifically, the "Media" screen displays a list of all available media types, the "Category" screen a list of all available categories, "Repositories" a list of all available repositories, and "All Resources (A to Z)" a list of all available titles. The user is free to select one of the listed entries. Then a list of all titles which have a matching entry in that key field are diplayed. Thereafter, selecting a title initiates a download (retrieval) of the file or its profile.

"All Resources (A to Z)" is a special case. A selection is a resource title - which fully specifies a unique resource - so choosing "OK" will directly attemept to retrieve the resouce itself, as opposed to listing all resouce profiles with matching titles, since there would only be one.

See *illustrations 19, 20, 27, 28, 30 & 31and the files CAT1.OBS, CAT1.OBV, and RESULTS.OBS* (esp. the subroutine "cataloginfo()").



# FIG. 90



FROM SCREEN "LOCATE AND VIEW" (SEE FLOWCHART PG. 2)

QUERY DATABASE FOR A LIST OF EXECUTABLE SYSTEMS

This screen displays a list of all available systems that can be executed from the CLS program. The user is free to select one of the listed entries. See Illustration 35 and the files CAT1.OBS and CAT1.OBV.

USER CHOSE "OK" ?

USER CHOSE "CANCEL" ?

EXECUTE SELECTED SYSTEM FROM WITHIN THE CLS PROGRAM

TO SCREEN "LOCATE AND VIEW" (SEE FLOWCHART PG. 2)

# FIG. 91



FROM SCREEN
"LOCATE AND VIEW"
(SEE FLOWCHART
PG. 2)

This screen manages user-entry of logical search criteria for the title, description, and date. These are used to find CLS resources whose own title, description, and date match.
See Illustration 16 and the files SRCHNEW.OBS and SRCHNEW.OBV.

USER
CHOSE "OK"
?

N

USER
CHOSE
"CANCEL"
?

N

Y

Y

QUERY DATABASE FOR A LIST OF CLS RESOURCES THAT SATISFY THE TITLE, DESCRIPTION AND DATE CONSTRAINTS ENTERED BY USER

TO SCREEN
"LOCATE AND VIEW"
(SEE FLOWCHART
PG. 2)

TO SCREEN
"RESULTS"
(SEE FLOWCHART
PG. 8)

# FIG. 92



FROM SCREEN "GENERAL SEARCH" (SEE FLOWCHART PG. 7)

This screen displays a list of resources returned from a query of the CLS database. The user can select a CLS resource from the list and then download it or get its resource profile. Retrieving (ie: downloading) the file will automatically be followed by a launch of the program corresponding to the file, if possible, otherwise CLS will offer the user an opportunity to save the file for future reference.
   See Illustrations 11 and the files RESULTS.OBV and RESULTS.OBS (esp. the subroutine "cataloginfo()").

LAUNCH DOWN-LOADED FILE IN ITS APPLICA-TION

USER CHOSE "RETRIEVE" ?

USER CHOSE "RESOURCE PROFILE" ?

USER CHOSE "CLOSE" ?

IS MEDIA TYPE ONLINE ?

TO SCREEN "RESOURCE INFO" (SEE FLOWCHART PG. 12)

TO SCREEN "GENERAL SEARCH" (SEE FLOWCHART PG. 7)

ALLOW USER TO SAVE FILE

DOWNLOAD (RETRIEVE) THE RESOURCE ITSELF (A FILE)

CAN LAUNCH APPLICATION ?

EXHIBIT D
Page 455

# FIG. 93



FROM SCREEN
"IDENTIFY INTERESTS"
(SEE FLOWCHART
PG. 3)

This screen allows the user to add and delete interests from the list of current interests (see illustration 59). An interest is a single line of logical search criteria for resource titles. When used for a query it will return exactly those CLS resources whose title matches the criteria. (Compare with the "General Search" screen on Pg. 7)
    The list of current interests is maintained in the CLS database.
    See Illustration 59 and the files  PROFILE1.OBV and PROFILE.OBS.

USER
CHOSE
"ADD"
?

USER
CHOSE
"DELETE"
?

N        N

Y        Y

ADD ENTRY TO
USER'S LIST OF
CURRENT
INTERESTS IN
CLS DATABASE

DELETE ENTRY
FROM USER'S LIST
OF CURRENT
INTERESTS IN
CLS DATABASE

USER
CHOSE
"CURRENT
INTERESTS"
?

USER
CHOSE
"CANCEL"
?

N

N        Y

Y

TO SCREEN
"VIEW INTERESTS"
• NOTE THAT THE
CURRENT  SCREEN
MAY REMAIN
AVAILABLE
(TRIVIAL; SEE
ILLUSTRATIONS
57,58 ,59)

TO SCREEN
"IDENTIFY
INTERESTS"
(SEE
FLOWCHART
PG. 3)

EXHIBIT D
Page 456

# FIG. 94



FROM SCREEN
"PROVIDE OR DISTRIBUTE"
(SEE FLOWCHART PG. 5)

This screen allows the user to add, delete and modify resource profiles from the CLS database.

Note that the actual resources themselves are the resposibility of the person providing the resource. In particular, if a resource is "online", then it is his responsibility to maintain a copy of the resource at the locationn indicated in the profile (ie: the "information filename" includes the  directory path locating the file on the network).

See Illustration 41 and the files CATADMIN.OBV and CATADMIN.OBS.

USER CHOSE "NEW" ? — Y → INDICATE THAT NEXT "OK" WILL BE FOR ADDING A NEW RESOURCE PROFILE TO THE CLS DATABASE

USER CHOSE "MODIFY" ? — Y → INDICATE THAT NEXT "OK" WILL BE FOR MODIFYING AN EXISTING RESOURCE PROFILE TO THE CLS DATABASE

USER CHOSE "DELETE" ? — Y → INDICATE THAT NEXT "OK" WILL BE TO DELETE AN EXISTING RESOURCE PROFILE TO THE CLS DATABASE

USER CHOSE "OK" ? — Y → CHECK THAT THE PROFILE INFORMATION PROVIDED IS ACCEPTABLE → COMMIT THE CURRENT PROFILE TO THE CLS DATABASE AS APPROPRIATE: THAT IS, ADD, MODIFY OR DELETE THE PROFILE

USER CHOSE "CANCEL" ? — Y → TO SCREEN "PROVIDE OR DISTRIBUTE" (SEE FLOWCHART PG. 5)

# FIG. 95

FROM SCREEN
"PROVIDE OR DISTRIBUTE"
(SEE FLOWCHART PG. 5)

This screen allows the administrative users to add, delete and modify members (ie: personal profiles) from the CLS network. This controls who can log on to the CLS network. Note that this screen is only available to qualified users (eg: the CLS Administrator).

This screen also provides access to the "User Administrator" and "Teams" screens.

••• Flowchart details are not provided. •••

See Illustrations 68 through 75. The files MEMBERSHIP.OBV and MEMBERSHIP.OBS are not included. However, see USERADM.OBS and USERADM.OBV for the "User Administration" screen.

# FIG. 96

FROM SCREEN "RESULTS" (SEE
FLOWCHART PG. 5) ALSO
"ALL RESOURCES", "CATEGORY",
"MEDIA", AND "REPOSITORY"



This screen displays the key information about a CLS resource profile, and supplemental information about the contact (eg: E-Mail address and FAX number). It also allows the user to automatically forward an E-Mail or FAX request for more information about a resource, which is especially useful when the resource has a media type other than "online". Finally, if the media type of the resource is "online", then the resource can be retrieved directly (ie: downloaded) and launched in its native application (as can also be done from the "Results" screen).
  See Illustration 52 and the files  CATDBF.OBV and CATDBF.OBS.

5,699,526

**1**

### ORDERING AND DOWNLOADING RESOURCES FROM COMPUTERIZED REPOSITORIES

#### CROSS-REFERENCE TO RELATED APPLICATIONS

This is a File Wrapper Continuation of application Ser. No. 08/217,062, filed Mar. 24, 1994 now abandoned.

This Application is related to:

Application Ser. No. 08/217,065,(Assignee's Docket No. 6002) entitled, "Automated Resource Management System," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,066,(Assignee's Docket No. 6003) entitled, "Future Boolean Searching of Multiple Repositories of Resources," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,067,(Assignee's Docket No. 6004) entitled, "Security Aspects of Computer Resource Repositories," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,422,(Assignee's Docket No. 6006) entitled, "Launching Computer Program upon Download of Data Created by Program," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof now U.S. Pat. No. 5,564,043

Application Ser. No. 08/217,063,(Assignee's Docket No. 6007) entitled, "Automatic Updating of Computer Software," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/218,024,(Assignee's Docket No. 6008) entitled, "Multiple Repositories of Computer Resources, Transparent to User," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

Application Ser. No. 08/217,476,(Assignee's Docket No. 6048) entitled, "Computer System for Management of Resources," filed concurrently herewith by Siefert et al., and assigned to the Assignee hereof.

#### Microfiche Appendix

A microfiche appendix, containing 3 microfiche and 207 total frames is filed herewith.

The invention concerns management of RESOURCEs, which take the form of (a) downloadable computer data and programs and (b) physical objects, which are located at multiple REPOSITORIEs, at different sites. The RESOURCEs appear to a user, at any given site, as though the RESOURCEs were actually present at the user's site.

#### BACKGROUND OF THE INVENTION

A database is somewhat analogous to a card catalog of a library. The card catalog cross-indexes books in several ways.

For example, an "author" card exists. This card is located in the catalog at the alphabetical position of the author's surname.

In addition, a "title" card exists, located in the alphabetical position of the book's title. Also, a "subject" card generally exists, which describes the subject of the book, and which is located in the alphabetical position of the subject, such as "pressed flower collecting," for example. Of course, other cards can exist for a given book (for example, books having multiple authors generally have an author card for each).

**2**

In database terms, these cards represent "fields" within the database. For example, in a library, to find all of the books written by Ernest Hemingway, one looks up "Hemingway" in the card catalog. All of the library's books written by any Hemingway are identified by respective author cards. In a computer database, a similar search could be done, upon the "author" field.

Similar searches can be done on the title fields, as well as on the subject fields.

Computer databases, in general, have more fields than does the card catalog. For example, if the card catalog were contained within a computer database, there would probably exist a "date" field. To search using the "date" field, one specifies a date, or range of dates, and the database responds by listing all books having a copyright which complies with the specified date, or range.

Presently existing databases have limitations. For example, many databases require that a user undergo significant training in order to learn how to use the data base. Some databases use arcane commands which the user must memorize.

Some databases contain only that information which is owned by the database owner. Returning to the library analogy, if a public library were to computerize its card catalog, by entering all of the information contained within the card catalog into the database program, the database program would, of course, only contain the card catalog information. A user could not, for example, gain access to the card catalog of a second library, in order to locate a book not owned by the first library. The user must go to the second library.

#### OBJECTS OF THE INVENTION

An object of the invention is to provide a system for storing information in a manner in which retrieval is simple.

Another object of the invention is to provide a system for storing information, in which entering information, as well as retrieving the information, is self-explanatory, and requires no resort to external instructions.

Another object of the invention is to provide a system for storing information, which can communicate with other systems which store information, and make available all of the information stored by all systems.

Another object of the invention is to provide a system which allows a user to search all information contained, in multiple databases, according to key words.

Another object of the invention is to provide a system which allows a user to establish a standing search, which searches, by key words, new information, at specified intervals in the future.

#### SUMMARY OF THE INVENTION

The present invention discloses a system for managing resources, comprised of multiple servers and one or more PCs coupled to the servers. The servers are grouped into local servers and regional servers, wherein each of the local servers stores resources, and each of the regional servers stores profiles of the resources. The profiles contain descriptive information about the resources stored on the local servers. The local and regional servers are linked together so that profiles and resources can electronically transferred therebetween. A PC coupled to server can view profiles stored in the regional servers, and then electronically order delivery of any resource described in a profile viewed by the PC.

EXHIBIT D
Page 460

5,699,526

| 3 | 4 |

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A illustrates the concept of storing RESOURCEs within a SERVER, and the association of a PROFILE with each RESOURCE.

FIG. 1B illustrates how RESOURCEs can be divided, according to two different criteria. That is, RESOURCEs can be classified as either containing information or not. RESOURCEs can also be classified as being downloadable or not.

FIG. 1C illustrates how a client of a SERVER can gain access to RESOURCEs contained within the client's SERVER, as well as RESOURCEs contained within other SERVERs.

FIG. 1D illustrates how a SERVER can be viewed as a RESOURCE.

FIG. 1E illustrates storage of PROFILES within REGIONAL SERVERs and storage of RESOURCEs within LOCAL SERVERs.

FIGS. 1–4 illustrate screens which the invention causes to be displayed on a user's PC, during a log-on process. Most of the icons shown are specific to the user's computer, and relate to software owned by the user. Those contained within the box labeled "Continuous Learning System" are related to programs used by the invention.

FIGS. 5 and 6 illustrate screens at Level 1, which provide options for the user to select.

FIGS. 7 and 8 illustrate screens displayed, at Level 2, in response to selection of the "Locate and View" option of FIGS. 5 and 6.

FIGS. 9–11 illustrate how a user undertakes a Boolean key-word search.

FIGS. 12–14 illustrate screens displayed when a user downloads a RESOURCE located during a search.

FIG. 15 illustrates display of the downloaded RESOURCE, by means of launching of a program which generated the RESOURCE.

FIGS. 16 and 17 illustrate modification of the search described in FIGS. 9–11.

FIGS. 18–24 illustrate locating RESOURCEs based on the category in which the RESOURCEs are classified.

FIGS. 25–28 illustrate locating RESOURCEs based on the media upon which the RESOURCEs are stored.

FIGS. 29–32 illustrate locating RESOURCEs based on the REPOSITORIEs in which the RESOURCEs are stored.

FIG. 33 illustrates retrieval of the RESOURCE identified in FIG. 32.

FIGS. 34–37 illustrate other SYSTEMs to which the invention allows a user to gain access.

FIGS. 38 and 39 illustrate returning to Level 1.

FIGS. 40–54 illustrate creation of a PROFILE associated with a RESOURCE.

FIGS. 55–59 illustrate establishing of an INTEREST, which is an order to search new PROFILEs at specified times in the future.

FIGS. 60 and 61 illustrate the passage of time, during which the INTEREST was searched.

FIG. 62 illustrates the results of the INTEREST search.

FIG. 63 illustrate return to Level 1.

FIG. 64 illustrates a warning given when the user attempts to exit, when downloaded files are present, but not yet stored.

FIG. 65 illustrates layout of a typical screen displayed by a Graphical User Interface, GUI. The particular icons, which

represent programs and information stored on the computer, will, of course, differ from one computer to another.

FIGS. 66–76 illustrate how an ADMINISTRATOR can change membership of teams, and thereby control the TEAMs' access to RESOURCEs.

FIGS. 77 and 78 illustrate identification, on a PROFILE, of TEAMS which may gain access to the RESOURCEs corresponding to the PROFILE.

FIG. 79 illustrates sample search results given to a TEAM member. The member is allowed access to all 21 RESOURCEs listed.

FIG. 80 describes following Figures.

FIGS. 81–83 illustrate a search undertaken by a user who does not have access to all 21 RESOURCEs shown in FIG. 79. FIG. 83 shows the RESOURCEs to which this person has access, and the list is different from that of FIG. 79.

FIGS. 84–96 illustrate a flow chart which describes the logic flow of the program contained in the microfiche appendix.

## DETAILED DESCRIPTION OF THE INVENTION

### Overview

#### SERVER Holds RESOURCEs

FIG. 1A illustrates a SERVER, which is a computer, or equivalent, which acts as a REPOSITORY, by holding a collection of RESOURCEs, for the benefit of microcomputers, labeled PC's. The PC's are the clients of the SERVER.

At present, for ease of explanation, the RESOURCEs can be viewed as computer files. However, as will be seen shortly, the RESOURCEs actually include a vastly larger, and more diverse, collection of objects than mere computer files. RESOURCEs include (a) data, (b) information, and (c) knowledge, both as these terms are generally defined, and also as defined by computer scientists. This data, information, and knowledge can take the form of computer-downloadable data, or other forms, such as printed matter. Each RESOURCE has an associated PROFILE, which contains descriptive information about the RESOURCE. FIG. 48 illustrates an exemplary PROFILE. The user of a PC uses the PROFILEs to locate RESOURCEs of interest by searching through the PROFILEs.

For example, each PROFILE contains a descriptive title. If a user is a manufacturer of golf equipment, and is developing a new golf ball having improved aerodynamic dimples, the user may search the RESOURCEs by looking for phrases such as

"golf ball" or

"aerodynamic" in combination with "golf ball"

within the PROFILEs. (This searching is standard Boolean keyword searching.) The invention will locate the PROFILEs, and thus the RESOURCEs, containing titles which match the search criteria.

### Location of PROFILES

FIG. 1A, as well as FIG. 1B through 1D, indicate, for ease of explanation, that the PROFILEs are stored in the same SERVER as the RESOURCEs. However, the preferred method of storage is shown in FIG. 1E. Two types of SERVER exist, namely, LOCAL SERVERs and REGIONAL SERVERs. The PROFILEs are stored in the REGIONAL SERVERs. The RESOURCEs are stored in the LOCAL SERVERs.

EXHIBIT D
Page 461

5,699,526

| 5 | 6 |

REGIONAL SERVERs, as the name implies, serve a region, and hold the PROFILEs for RESOURCEs associated with multiple LOCAL SERVERs located within the region. Both types of SERVER (LOCAL and REGIONAL) have ADMINISTRATORs, as that term is explained later. (Of course, the same person can act as ADMINISTRATOR for more than one SERVER, and for both LOCAL and REGIONAL SERVERs.)

### RESOURCEs Not Limited to Computer-Type Data

The RESOURCEs are not limited to computer-type data, or files. FIG. 1B provides an example. That Figure shows four different types of RESOURCEs, namely, a computer FILE (or data), a BOOK, a reel of MOVIE FILM, and a PHYSICAL OBJECT. The PHYSICAL OBJECT can take the form of any physical object, such as a computer disc drive, or a diesel-electric railroad locomotive. Of course, these four RESOURCEs are exemplary only; numerous different types of RESOURCEs can exist.

These RESOURCEs can be divided into two pairs of classes, based on two different criteria, as indicated by the two dashed loops. One class pair is based on the fact that the BOOK, MOVIE FILM, and FILE all contain information, although stored on different media (paper, celluloid, and magnetic or optical media, respectively). As information, the RESOURCEs can be transmitted over a data link, such as a telephone communication channel, provided they are first translated into the proper format, such as digitized data. The PHYSICAL OBJECT, in general, does not contain information.

The second class pair is based on the fact that the BOOK, MOVIE FILM, and PHYSICAL OBJECT are all tangible material objects, while the FILE (when stored within the mass storage of the SERVER) is not. As material objects, the objects themselves cannot be transmitted in the same way as the information which they contain. The objects require physical transportation for a user to obtain them.

### All RESOURCEs, In Certain Respects, Are Treated Identically

The invention, in certain respects, treats all RESOURCEs identically, irrespective of their classification as data or material object. For example, every RESOURCE, irrespective of its classification, is associated with a PROFILE. All PROFILEs, without regard to classification, are stored, processed, and made available to the user of a client-PC, without regard to classification.

Several examples are the following:

The user can obtain a complete list of all PROFILEs, arranged alphabetically by title. The PROFILEs, in general, will cover RESOURCEs in both classes.

The user can obtain a complete list of PROFILEs having titles which contain only certain combination of words, by calling for a "boolean key-word search." The search is performed without regard to classification (unless classification is deliberately made part of the search, as by requesting a search be done only of RESOURCEs held in the form of video tape).

The user can obtain a list of all PROFILEs within a specified category.

Categories are discussed below. Each PROFILE, when created, is assigned a category. (If the creator of the PRO-FILE does not find a suitable, pre-existing category, then the creator can establish a new category, which is added to the system.) The categories are different from the "classifications" described above. FIG. 19 illustrates exemplary categories.

### Security Aspects

This discussion has presumed that the user has access to all PROFILEs and all RESOURCEs. However, in general, a user will not have such broad access, but only access to those PROFILEs and RESOURCEs for which the user has authorization. When a user performs a search, only the PROFILEs to which the user has access are displayed.

As explained later, the access is controlled by the owner of the RESOURCE. When the owner deposits a RESOURCE into a REPOSITORY, the owner can, of desired, restrict access to the RESOURCE, by designating certain classes of users who are allowed to see the RESOURCE. (The access restriction is accomplished by placing the restrictions into the PROFILE, as later discussed.)

Access can also be limited by the ADMINISTRATOR of a system.

### Multiple REPOSITORIES

#### All Appear as Single REPOSITORY to User

The preceding discussion has been framed in terms of a single SERVER. The invention allows multiple SERVERs (ie, multiple REPOSITORIES) to be linked together, as shown in FIG. 1C. The linking is done by commercially available telecommunication channels.

By the linking, all RESOURCEs, contained in all SERVERs, become available to all PC's. However, the linked structure shown in FIG. 1C is virtually invisible to the user of a given PC. To that user, all RESOURCEs, wherever located, appear as though contained within the user's own SERVER (although the user can ascertain the location of a given RESOURCE, if desired).

For example, the user of PC 1 can obtain access to the following RESOURCEs:

RESOURCE 3, as indicated by dashed path 5;

RESOURCE 4, as indicated by dashed path 10; and

RESOURCE 6, as indicated by dashed path 8.

The user obtains this access without additional steps or procedures. That is, the fact that the RESOURCEs are located within different SERVERs (ie, REPOSITORIES), which may be located in different cities, imposes no requirements of additional procedures. The user sees all RESOURCEs as though they were located in the user's own SERVER.

#### RESOURCEs Can Include SERVICEs, in Addition to REPOSITORIES

The last RESOURCE, number 6, is different from the other two RESOURCEs in the following respect. The REPOSITORY holding RESOURCE 6 is not a SERVER which runs the software of the invention. Instead, this REPOSITORY is a commercially available data SERVICE. In 1994, three such commercially available SERVICEs are Compuserve, GEnie, and Paradox. (The Inventors are not endorsing these particular three SERVICEs, but only pointing to them as providing definitions of the term "SERVICE.")

The SERVICEs use their own software to maintain their RESOURCEs. Nevertheless, the invention allows a user to obtain access to the RESOURCEs within the SERVICEs. (License fees and other considerations are matters to be handled between the users themselves and the SERVICEs. The invention does not provide the user rights to obtain entry into, or connection with, the SERVICEs.)

5,699,526

7

RESOURCEs Can be Viewed as REPOSITORIES

FIG. 1C can, conceptually, be viewed as shown in FIG. 1D. Other SERVERs, and the SERVICEs, are tantamount to RESOURCEs themselves. That is, the user of a PC which is a client of SERVER 14 sees no significant differences between a RESOURCE located in SERVER 14 and a RESOURCE located within another SERVER.

Any User Can Place A RESOURCE within any REPOSITORY

A user can create a RESOURCE, such as a computer document, within any REPOSITORY. For example, the user of PC 1 in FIG. 1C can place RESOURCE 15 within SERVER 16. (Provided, of course, that the ADMINISTRA-TOR of SERVER 16 has given this user permission to do so. Also, SERVICEs, as opposed to SERVERs, may impose restrictions upon a user's ability to place RESOURCEs within them.) This user, called a PROVIDER, can restrict access to the RESOURCE. For example, the PROVIDER can specify that only certain groups (or TEAMs) of other users can obtain access.

As another type of restriction to access, it is here noted that ADMINISTRATORs can, in effect, restrict access in a similar way, by at least two different mechanisms. One, the ADMINISTRATORs determine who gains access to the SERVER under control of the ADMINISTRATOR. Two, the ADMINISTRATOR can assign users of the SERVER into the TEAMS discussed in the previous paragraph.

User Can Establish a Standing Search Order

Any user can request that the PROFILEs of newly added RESOURCEs be searched for items of interest to the user. For example, the user can request that the "aerodynamic dimple" search, mentioned above, be performed upon every new PROFILE which is added to every REPOSITORY. When a phrase is found, in a PROFILE, which matches the search criteria ("aerodynamic", "golf ball" etc.), the user is notified.

The standing search is done periodically, at intervals (such as once daily) specified by the user at the time the standing search is established. Then, at every interval, the invention automatically performs the search. The inventors point out that the standing search is not done upon each new PRO-FILE when it is added to the invention, but at the intervals specified by the user.

Continuity Aspects

The invention, as just described, has several aspects of continuity.

The REPOSITORIES are continually being updated.

The network of connected SERVERs (ie, REPOSITORIES) shown in FIG. 1C is expected to continu-ally expand into a larger network, containing ever-increasing SERVERs.

The users can issue standing search orders which con-tinually search the ever-increasing collection of RESOURCEs.

Because of this continuity, the invention has been given the name "Continuous Learning System", or CLS. The CLS can be further explained by analogy to a library.

Analogy: Virtual Library

The CLS makes available to a user all of the types of materials (books, newspapers, microfilm, video tapes, etc.)

8

which s an ordinary library makes available to a user. (In addition, as discussed above, the CLS makes available the PHYSICAL OBJECTs shown in FIG. 1B).

However, the CLS provides a "virtual" aspect to this library. The term "virtual" means that the CLS provides many, if not all, of the functions of an actual library, but without requiring the physical presence of many of the accessories of a physical library.

For example, in an actual library, when a patron borrows a book, the book becomes unavailable to other patrons. In contrast, under the CLS, many of the RESOURCEs (which are analogous to the library books) take the form of down-loadable data. Multiple copies can be distributed to multiple users, so that possession by one user does not deprive another user of access to the RESOURCE.

As another example, an actual library contains a card catalog. There is at least one card for each book within the library's collection. By analogy, the CLS contains a PRO-FILE for each RESOURCE. The PROFILEs give important information about each RESOURCE, such as a descriptive title, the location of the RESOURCE, etc.

As yet another example, an actual library contains another type of listing of its books, namely, a "shelf list". The shelf list enumerates all of the books, but in order of ascending library call number, instead of alphabetically. The shelf list tells the physical location of the books, since the books, on their shelves, are arranged in numerical order, according to call number.

Of course, a more macroscopic "shelf list" is the map, found in every library, which explains the locations of different groups of call numbers.

As still another analogy, an actual library categorizes the books according to subjects, in at least two different ways. One, the card catalog contains cards, in alphabetical order, for various subjects. Two, the Dewey Decimal System places books on similar topics at physically neighboring places.

Therefore, viewing library books as RESOURCEs, the invention possesses some of the characteristics of a library. In addition, the invention adds a virtual aspect to the library, as discussed above.

Further, the invention allows a user to order a RESOURCE held by a REPOSITORY, and the RESOURCE will be delivered. If the RESOURCE is of the down-loadable type, it will be down-loaded to the user. Otherwise, a message is sent to the custodian of the RESOURCE, requesting physical delivery.

This discussion will now explain, step-by-step, how a user operates the invention.

Exemplary Sequence of Operation

The invention is designed to run in conjunction with a Graphical User Interface (GUI) such as Windows, available from Microsoft Corporation, Redmond, Washington, or the OS/2 operating system, available from IBM Corporation, located in Armonk, N.Y.

FIG. 1 illustrates a typical display which the GUI gener-ates after the computer's power-up sequence has been executed. To launch the invention into operation, a user actuates the icon labeled "CLS," in the usual manner. ("CLS" is an acronym for the phrase "Continuous Learning System," as stated above.)

The invention responds by displaying the screen shown in FIG. 2. This screen prompts the user to enter the user's LOGIN, which is the user's account number for computer

5,699,526

9
10

usage. The screen also prompts the user to enter the user's PASSWORD. Exemplary LOGINs and PASSWORDs are shown in FIG. 3. (The PASSWORD is represented by cross-hatchings, because the PASSWORD is to be kept confidential. The cross-hatchings prevent a nearby observer from stealing the user's PASSWORD.)

The LOGIN and PASSWORD are assigned to the user by the administrator of the CLS, as explained later.

After entry of the PASSWORD, the invention displays the screen shown in FIG. 4, which informs the user that the process of logging on has commenced. When the log-on is successful, the screen shown in FIG. 5 appears, which can be taken as illustrating Level 1.

This screen provides the user with four options, as indicated by the four buttons labeled 1 through 4. These four options actually encompass a much larger range of available options, but the screen of FIG. 5 presents four options for convenience of the user. In brief, these four options allow the user to perform the following actions:

### 1. LOCATE AND VIEW

The CLS system, as a whole, can be viewed as a repository of RESOURCEs. In a general sense, the CLS can be viewed as a virtual library. That is, all of the types of materials which are found in a library are made available by the CLS. However, much of the material is stored, and made available to the user, in downloadable computer format. These materials are termed RESOURCEs, and the "library" is termed a REPOSITORY.

RESOURCEs include items which are customarily stored within computer databases, such as computer programs and data. In addition, RESOURCEs include items which are not stored in computer-downloadable format. Examples of these latter RESOURCEs are newspapers, video tapes, 35 milli-meter films, books, microfilm, maps, and all other media which are used to carry information. Further, the concept of a RESOURCE extends to non-informational subject matter, such as physical objects.

Every RESOURCE carries with it a PROFILE. Each PROFILE contains important information about the RESOURCE, such as a description of the RESOURCE, where it is located, etc. The LOCATE AND VIEW option allows a user to view the PROFILEs.

### 2. PROVIDE OR DISTRIBUTE

This option allows a user to add RESOURCEs to the CLS.

### 3. IDENTIFY INTERESTS

The CLS allows a user to search the collection of reposi-tories for RESOURCEs in which the user is interested. Some distinctions between "LOCATE AND VIEW" and "IDEN-TIFY INTERESTS" are significant.

The "LOCATE AND VIEW" option allows a user to order a search, according to specific criteria, as discussed above. The search is done once, at the time it is made.

The "IDENTIFY INTERESTS" option allows the user to establish a search which will be done at periodic intervals in the future. The intervals are specified by the user. CLS automatically performs the searches, at the specified intervals, and informs the user of the results.

### 4. PERSONAL INFORMATION

This option allows a user to view and modify information associated with the user's PROFILE.

This discussion will give several examples of use of these options.

### Example 1 LOCATE AND VIEW

Assume that the user actuates the LOCATE AND VIEW button, number 1, as in FIG. 6. The CLS responds by displaying the screen shown in FIG. 7. This screen offers the user eight options:

1. ALL RESOURCES. This option displays the titles of all RESOURCEs which are available to the user.

2. GENERAL SEARCH. This option allows a user to search the PROFILEs of all RESOURCEs in pursuit of a par-ticular phrase. The GENERAL SEARCH allows Boolean Key-Word searching of the PROFILEs.

3. CATEGORY. This option allows a user to search the PROFILEs by CATEGORY. For example, assume that the user is a women's fashion designer. The CLS can contain a collection of drawings and photographs of interest to the fashion industry. The PROFILEs can be divided into CATEGORIES such as "Hats," "Shoes," "Evening Wear," Winter Wear," etc.

4. MEDIA. This option allows a user to obtain access to PROFILEs, based on the media type. For example, one media type is video tape. Another is paper. FIG. 26 gives further examples of types of media. Media types include down-loadable computer files and data, video tapes, pho-tographic film, books, audio tape, CD-ROM, and so on. Media type refers, generally, to the physical characteris-tics of the medium which carries the data.

5. REPOSITORIES. This option allows a user to view the RESOURCEs according to the REPOSITORY which holds them. For example, assume that the Library of Congress is one REPOSITORY, and the New York City Public Library is another. The user can elect to view all PROFILEs of RESOURCEs of either library, by selecting the REPOSITORY.

6. SYSTEMS. This option is similar to REPOSITORIEs. This option allows a user to obtain access to commercially available SERVICEs, as that term is defined above. These SERVICEs are also called "On-Line Databases." By selecting this option, a user can gain access to one of these services, through the CLS.

7. SAVE SEARCH AS INTEREST. This option allows a user to establish a standing search, wherein PROFILEs are searched as they are created. For example, if the aerodynamic golf ball maker, described above, chooses this option for the search, then every new PROFILE which is added to the system is searched for the terms "aerodynamic" etc. The user is notified when a PROFILE matching the search criteria is found.

### Example Continued

Assume that the user selects button 2 in FIG. 7, GEN-ERAL SEARCH, as indicated by the highlighted button in FIG. 8. The CLS responds by displaying the screen shown in FIG. 9. This display prompts the user to request a search based on three criteria (or less).

For example, assume that the user is interested in RESOURCEs having the word "UNIX" in the titles of their PROFILEs. The user enters the word "UNIX," as indicated in FIG. 10. The CLS performs a search of all REPOSITORIEs, and locates all PROFILEs having the word "UNIX" in their titles. FIG. 11 illustrates an exemplary result of the search.

The search provides three pieces of information about each RESOURCE identified by the search. One, the media

EXHIBIT D
Page 464

5,699,526

**11**

type, as indicated in the column headed "Media." The phrase "On Line" indicates that the RESOURCE is "On-Line," or in a computer-down-loadable format (as opposed to being on paper or 35 mm film). If a RESOURCE takes a non-downloadable form, such as a 35 mm film, then the "Media" column so indicates.

The "Date/Time" column indicates the date and time when the PROFILE corresponding to a RESOURCE was created.

The "Title" refers to the title carried by the PROFILE corresponding to each RESOURCE.

Significantly, the screen does not indicate the location of each RESOURCE. To the user, all RESOURCEs appear as though residing at a common location, even though they may be scattered over a vast geographic area. Of course, if the user wished to identify the locations of these RESOURCEs, the user could do so, using other options described herein.

*User Retrieves Resource*

Assume that the user wishes to obtain item number 7 in FIG. 11. The user highlights this item, using a mouse (or keyboard, or other actuation device, such as a voice sensor), causing the display to appear as in FIG. 12. Then, the user actuates the button labeled "RETRIEVE," causing the display to take the appearance shown in FIG. 13. The icon bearing the subtitle "CLS Download," located at the bottom of the Figure, indicates that a down-loading operation is taking place.

After the downloading is complete, the screen shown in FIG. 14 is generated. This screen indicates three important facts. One fact is indicated by the background of the screen, and the heading at the top of the screen. The background and the heading indicate that a computer program was launched.

CLS examined the RESOURCE which was downloaded, and looked for indicia which identified a computer program which was used to create the RESOURCE. In this example, the RESOURCE was a file which was generated by a word-processing program, namely, Microsoft Word™.

Having identified the word processing program, the CLS searched for the program, and launched it when CLS found it. The heading in the display shown in FIG. 14 indicates that this program has been launched.

The second fact is that CLS caused the word processing program to load the RESOURCE which was downloaded, namely, that which was located during the search for the UNIX title.

The third fact is that the screen shown in FIG. 14 informs the user that the RESOURCE which has been downloaded does not exist elsewhere in the user's computer, and, to be saved, must be saved by a specific action taken by the user. (Of course, the RESOURCE maintains its existence in the REPOSITORY from which it was retrieved. The prompt in FIG. 14 reminds the user to save the RESOURCE when the user exits the word processing program; otherwise the RESOURCE will be lost.

FIG. 15 illustrates the display generated by the CLS after the user responds to the prompt of FIG. 14. The RESOURCE is displayed by the same type of word processing program which generated the RESOURCE.

As another searching example, assume that the user orders the search shown in FIG. 16. The user orders that the CLS retrieve all PROFILES having both the word "unix" and the word "library" in their titles. The result of the search is shown in FIG. 17. The result is a single title, which,

**12**

coincidentally, is the same as that selected for downloading as indicated in FIG. 12.

LEVEL 2: LOCATE AND VIEW BY CATEGORY

Assume that the user is at level 2 within CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1.

In Level 2, the user wishes to Locate and View by CATEGORY, as indicated by the button actuated in FIG. 18. The CLS responds by presenting a list of the CATEGORIEs of RESOURCEs which are available, as shown in FIG. 19.

This list, in general, includes RESOURCEs from multiple REPOSITORIEs. That is, the list is global in scope, because the REPOSITORIEs are, physically, located at multiple locations throughout the world.

However, the global aspect of the list is transparent to the user: to the user, the list is simply a list of locally available RESOURCEs. The location of the RESOURCEs is not emphasized to the user, partly because the location does not affect access: downloadable RESOURCEs are available immediately, while non-DOWNLOADABLE RESOURCEs are available as fast as modern transport can deliver them, typically within one day.

If the user selects a CATEGORY, as indicated by the highlighted CATEGORY "CLS-TEAM NOTES," then the CLS responds by displaying a list of the RESOURCEs contained within the CATEGORY, as shown in FIGS. 20 and 21.

This list is conceptually similar to the list of RESOURCEs shown in FIG. 12. In that Figure, the RESOURCEs listed shared a common feature, namely: they all contained phrases in their PROFILE titles which match a search string issued in FIG. 10. Similarly, in FIG. 20, all RESOURCEs listed share the common feature of residing the same category.

Restated: the RESOURCEs are grouped according to fixed categories, such as those shown in FIG. 19. The RESOURCEs can also be grouped into categories by a search call.

Assume that the user wishes to obtain the RESOURCE which is highlighted in FIG. 21. The user actuates the proper button on the screen, using a mouse, and the CLS retrieves the RESOURCE. In this case, the RESOURCE takes the form of downloadable data, so that the CLS is able to obtain the RESOURCE, by telephone, or other data channel, from the RESOURCE's REPOSITORY.

The CLS examines the RESOURCE, in order to ascertain whether a computer program is required to display the resource in its intended manner. In the present example, the CLS found that such a program is required, but also found, in attempting to launch that program, that the program was unavailable, or otherwise unsuitable for displaying the RESOURCE. Thus, the CLS displays the screen shown in FIG. 22.

This screen informs the user that the program is unavailable, and reminds the user that, to save the downloaded RESOURCE, the user must take active steps. Otherwise, the RESOURCE will be lost, and, to be obtained again, must be retrieved from the REPOSITORY.

The CLS presents the user with the screen shown in FIG. 23 and 24, and allows the user to save the RESOURCEs, which in this example take the form of computer files, in the usual manner.

Two examples will illustrate some important points regarding the meaning of "display in the intended manner."

*Example 1*

Generally, word processing programs display their documents in formats which are somewhat unique to each

5,699,526

13

program, and also store their documents in different data formats on floppy diskettes.

For instance, consider text which should be underlined, when printed on paper. One word processing program may display this text, on a computer display, as actually underlined. Another word processing program may instead display this text in a different color from the surrounding, non-underlined text.

Further, the two word processing programs will probably store the document on floppy diskettes as different sequences of bytes. That is, the sequences stored on diskettes contain two (or more) types of data. The first type includes the bytes for the actual text of the document. ASCII codes are commonly used, although other codes exist, such as EBCDIC.

The second type includes formatting codes, which indicate special characteristics of given sections of text, such as the underlining discussed above. Different word processing programs, in general, use different codes to signal different characteristics of the text.

Thus, a given formatting code may have different meanings in different documents created by different word processors. The given code may cause a given piece of text to appear with underlining when displayed on one word processor, yet cause the same text to appear as a different color in another processor.

Further, when some processors display documents generated in another processor, they simply strip out all such codes, and display the document in a predetermined, default format.

The CLS identifies the program which generated the RESOURCE (such as a word processing document) which is retrieved, and attempts to launch the program which generated the RESOURCE, so that the RESOURCE will appear in the same manner as when it was created.

This identification is done not only for word processing documents, but for all RESOURCEs which are retrieved, such as graphics RESOURCEs, spreadsheet RESOURCEs, and so on.

Example 2

Multi-media systems display information to a user in several formats, simultaneously. The information can be visual, as on a computer display. The visual information can be static, as a graphic, or sheet of text. The visual information can be dynamic, as in a changing sequence of images, as in video or animation.

The information can also be audible, and played from a speaker.

Conceivably, the information can be tactile. For example, Morse Code can be represented as a sequence of long and short beeps. A proper transducer can make these beeps detectable to the sense of touch, by vibrating a pad which is touched by the fingers. Visually impaired persons may utilize such a transducer.

Another type of tactile information results from the conversion of visual text into Braille text. The conversion is done by an electromechanical device, known in the art, containing a matrix of parallel pins. The device raises the proper pins to display each letter of the visual text in the proper Braille format.

There are numerous other formats of information display. The identification process under discussion examines a RESOURCE which is downloaded, and ascertains whether additional files, information, or data are required to generate a presentation for the user in the format intended by the RESOURCE.

14

The invention locates the necessary files and information, and launches the proper computer programs necessary for communication with the user, in the manner intended by the RESOURCE.

Alternate Procedures

It is possible to establish a procedure for running a suitable alternative program, for displaying a RESOURCE, when a given program is not available. For example, if a RESOURCE requires a particular word processing program, and if that program is unavailable when the RESOURCE is downloaded, then the CLS can be programmed to run another program, such as an earlier version of the given program, or another program entirely.

A variation of launching the program can be taken with RESOURCEs which take the form of compressed data files. For example, the suffix ".zip" is commonly attached to files which are in compressed format, and require de-compression for use. When the CLS examines the file, it will see the suffix, and launch the proper de-compression program to unpack the file. Then, after unpacking, the CLS again examines the file to ascertain the program which will display the file in its intended manner.

LEVEL 2 LOCATE AND VIEW, MEDIA

Assume that the user is at level 2 within the CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1, and advanced to Level 2.

In Level 2, the user wishes to Locate and View RESOURCEs by MEDIA type, as indicated by the button actuated in FIG. 25. The CLS responds by presenting a list of the different types of MEDIA on which RESOURCEs are stored, as shown in FIG. 26.

Assume that a user wishes to view a list of all RESOURCEs taking the form of video MEDIA (eg, video-tape cassettes on VHS or Beta format, and one-inch or two-inch reel tape). The user highlights the "Video" entry, as in FIG. 27, and the CLS responds with a list of all RESOURCEs stored in video format, as indicated in FIG. 28.

As the screen indicates, the user can select a RESOURCE, and then view the PROFILE associated with that RESOURCE. In addition, the user can retrieve the RESOURCE.

If the RESOURCE takes the form of down-loadable data, then the RESOURCE is downloaded in the usual manner. However, in the case of video MEDIA, the REPOSITORY holding the RESOURCE may not possess equipment capable of downloading the video by a data link to the user. (That is, the MEDIA may take the form of a videocassette tape. Data stored on such tape can be analog data, rather than digital data. Analog data is not directly downloadable.)

In this case, the CLS informs the user of the inability to download, and inquires whether the user wishes to request that the RESOURCE be physically delivered to the user. If so, the CLS notifies the REPOSITORY holding the RESOURCE of the user's request. This notification takes the form of a message sent to the ADMINISTRATOR of the REPOSITORY in question, using the CLS. Alternately, the notification can take the form of the CLS sending a message by a commercially available electronic mail service. Sometimes, for added reliability, both types of notification can be undertaken.

It is possible to add the following feature to the CLS. When a user places an order for retrieval of a physical

5,699,526

15

object, such as the video tape in the present example, the CLS, in addition to notifying the REPOSITORY of the request, also notifies a transportation agent.

For example, if both the user and the REPOSITORY are affiliated with the same business organization, the CLS can notify the organization's mail service that the REPOSITORY will soon have a parcel ready for delivery. The mail service takes the appropriate steps to pick up the parcel.

In addition, the CLS can be arranged such that the PROFILEs of RESOURCEs which are non-downloadable contain relevant shipment information, such as a notation that the RESOURCE is especially delicate, large, or heavy. When a user requests physical delivery of a RESOURCE, the CLS examines the PROFILE, learns whether relevant shipment information exists, and forewarns the transportation agent of the information.

For example, when the CLS informs the mail service that a parcel (the video tape) will be awaiting retrieval at the REPOSITORY, the CLS also informs the mail service of the size of the parcel (very small) so that the mail service knows whether special preparations are required for the pick-up.

As an alternative to notifying an internal mail service, the CLS may notify a public, common carrier, of the impending shipment, and request that carrier to pick up the parcel. This notification can be accomplished by using commercially available electronic mail services.

As another alternate, as FIG. 96 indicates, the user may choose that a facsimile message (or FAX) be sent, requesting order of the RESOURCE. One implementation of this FAXing capability requires that the LOCAL SERVER, or the user's PC, be equipped with a facsimile modem, which are known in the art. The content of the FAX is a predetermined "form" letter, to which CLS adds the identify of the RESOURCE, plus other ordering information required by the custodian of the RESOURCE.

### Classification of RESOURCEs

RESOURCEs can be classified as "physical," as physical objects, such as flex diskettes, videotapes, etc., or "soft," as in computer-downloadable RESOURCEs, such as software.

When a user orders a "physical" RESOURCE, a message, as discussed above, is sent to the custodian of the RESOURCE, requesting delivery. When a user orders a "soft" RESOURCE, the RESOURCE is downloaded to the user directly.

### Features of Display of FIG. 26

FIG. 26 displays a list of RESOURCEs, containing both "soft" and "physical" RESOURCEs. The "On Line" entry contains soft RESOURCEs, while most of the remainder are physical RESOURCEs.

When the user orders one of the physical RESOURCEs, the information which CLS transmits to the custodian of the RESOURCE is in a format which facilitates automatic order-filling by the custodian, if the custodian is so equipped.

For example, a common electronic mail message will contain the ordering user's name and address. This information is in an electronic format which is easy to assimilate into custodian's inventory management, or product ordering. That is, the information is contained within a data file which the custodian can retrieve into the system which handles the custodian's order entry system. The custodian can manually transfer the ordering information (such purchaser's name and address) to the files used in filling orders.

16

Alternately, the custodian can be equipped with a computer program which searches the electronic mail message for ordering information, and automatically loads the information into the custodian's order-filling software system. An example will illustrate.

Assume that the electronic mail message contains the following text:

Item ordered: Stock number ABC 123

Purchaser: John Blank

Address: 4343 Oak Terrace, Dayton, Ohio 45479

How to Bill: (Credit Card or Internal or Send Bill)

Credit Card Number: 1111 2222 3333 4444

The custodian's program searches the text for the phrase "Item ordered." When the program finds this text, it then searches the subsequent text for the stock number to be ordered, and copies the stock number to the order-filling file.

The program copies the rest of the information to the order-filling file in a similar manner. (The "How to Bill" phrase is followed by three possibilities. The ordering person selects one of these, as by entering a numeral "1", "2", or "3". The custodian's program detects the selection, and sets into motion the proper billing action.

Different custodians, in general, will require different items of information. Once the items are known, and the message format is established by the ADMINISTRATOR, the message which CLS sends to the custodians will contain all information which is necessary for completion of a normal business transaction, resulting in transfer of the ordered RESOURCE. And, as described above, the message can automatically trigger initiation of the ordering process.

### LOCATE AND VIEW BY REPOSITORIEs

Assume that the user is at level 2 within the CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1.

In Level 2, the user now wishes to Locate and View by REPOSITORY, as indicated by the button actuated in FIG. 29. In response, the CLS displays all REPOSITORIEs holding RESOURCEs, as indicated in FIG. 30. Assume that the user selects the REPOSITORY "Marketing Core Server Team," as indicated by the highlighted entry in the Figure.

In response, the CLS displays the RESOURCEs held by the selected REPOSITORY, as indicated in FIGS. 31 and 32. Assume that the user selects the RESOURCE entitled "Windows NT 'The Right Choice'", as indicated by the highlighted entry in FIG. 32.

In response, the CLS retrieves the RESOURCE and examines (as explained above) the RESOURCE to ascertain which, if any, program is required to display the RESOURCE. This particular RESOURCE requires the program entitled "Powerpoint," available from Microsoft Corporation, as indicated by the suffix ".PPT" contained in the name of the RESOURCE.

The CLS launches the Powerpoint program, and loads the RESOURCE into the program, thereby displaying the RESOURCE in its intended format, as indicated in FIG. 33.

### LOCATE AND VIEW BY, SYSTEMs

Assume that the user is at level 2 within the CLS. That is, the user selected option 1 in FIG. 5, which represents Level 1.

In Level 2, the user now wishes to Locate and View by SYSTEMs, as indicated by the button actuated in FIG. 34. In response, the CLS provides a list of systems which are available to the user, as shown in FIG. 35.

5,699,526

**17**

The term "system" refers to organizations which maintain collections of information, such as stock market reports, newspapers, magazines, and so on, which are downloadable to a user. Three exemplary SYSTEMs were identified above.

When the user selects a SYSTEM, as indicated in FIG. 36, the CLS connects the user with that SYSTEM. The user obtains access to the system, and obtains the same use of the system as if the user had connected to the system outside the CLS. When the connection is made with a SYSTEM, the CLS displays an appropriate screen, such as that shown in FIG. 37.

### Adding a RESOURCE to a REPOSITORY

The user can return to Level 1 by actuating the button shown in FIG. 38, which causes the screen shown in FIG. 39 to be displayed. The CLS has returned the user to Level 1.

Assume that the user selects option #2, "Provide and Distribute." In response to this option, the CLS displays the screen shown in FIG. 40, which allows the user to select the "Provide" option, as indicated. If the user selects the "Provide" option, the CLS responds with the screen shown in FIG. 41.

This screen represents the PROFILE of the RESOURCE which the user is about to provide to a REPOSITORY. The user fills out the PROFILE in the usual manner, as by the sequence illustrated by FIGS. 41–49. Several points are significant.

The user, who is now a PROVIDER, declares an "Access Level," by selecting a box at the upper right part of FIG. 41. If the user selects "Public," then any person gaining access to the CLS can obtain access to the RESOURCE now being added.

If the user selects "Organization" or "Team," then only those members of the user's respective organization or team can gain access. If the user belongs to many teams or organizations, the CLS asks the user to specify those to whom access should be granted.

The "Resource Title" is, of course, the title which appears on the PROFILE. When another user, at a later time, performs searches using the CLS, this title will appear in the list of titles returned to the later user.

The "Resource Category" refers to the "Category" described in connection with FIGS. 18–21. The RESOURCE now being created will become located within the CATEGORY specified on the PROFILE in FIG. 41. Whenever a later user searches this CATEGORY, the title of the newly created RESOURCE will be found. (Of course, if the new RESOURCE has access limited to a particular "Team," and if the later user is not a member of this "Team," then the later user will not see the title when any searches are performed. This aspect is described near the end of the Specification.)

If the PROVIDER finds the CATEGORIEs which CLS provides to be unsuitable (these have been created previously by other users of the system), then the PROVIDER can create a new CATEGORY. The PROVIDER does this by choosing the option "OTHER," which is presented when the PROVIDER actuates the box labeled "INFORMATION CATEGORY" in FIGS. 41–49. The new CATEGORY is then added to the list of CATEGORIEs, and is shown to all users who subsequently elect to view the CATEGORIEs.

"Repository" in FIG. 41 refers to the REPOSITORY which will receive and then maintain the RESOURCE.

"Media" refers to the media type, such as those shown in FIG. 27.

**18**

"Bitmap" refers to a graphical image, or picture, which the PROVIDER can associate with the PROFILE. FIGS. 46 and 47 illustrate how the PROVIDER identifies the file which contains this image, at the time of creation of the PROFILE. Once the file has been identified, CLS stores it with the PROFILE. At subsequent times, when other users call up the PROFILE, they can actuate the "Bitmap" option, and CLS will display the graphical image.

For example, if the PROFILE's RESOURCE is a physical object, such as a fuel pump for an automobile, the graphical image may take the form of a picture of the pump.

### Searching for Resource Just Created

FIGS. 41–49 described creating a PROFILE for a new RESOURCE. It was entitled "Test Resource for Training," as indicated in FIG. 49. FIG. 50 illustrates a search request, undertaken under the LOCATE AND VIEW option, done in pursuit of this newly created RESOURCE.

FIG. 51 illustrates the results of the search. The new RESOURCE is highlighted by the user, and the RESOURCE PROFILE option is selected. If the user actuates the button labeled "Resource Profile," located at the upper right part of the Figure, CLS displays the PROFILE of this highlighted RESOURCE, as shown in FIG. 52.

(If the user selects the "E-Mail" option, by actuating the proper button at the bottom of the Figure, but if the E-Mail option is unavailable, then CLS responds with the message shown in FIG. 53.) This message indicates that the file could not be mailed electronically, but specifies the location of the RESOURCE, and inquires whether the user wishes to view the RESOURCE. If the user selects YES, then CLS displays the RESOURCE, as shown in FIG. 54.

### ESTABLISHING A STANDING SEARCH (LEVEL 1—IDENTIFY INTERESTs)

In brief, this option allows a user to establish a standing search, analogous to a search described in FIGS. 9–12, above. However, this standing search examines new RESOURCEs shortly after they are added to their REPOSITORIEs, instead of searching the REPOSITORIEs immediately. How often the standing search is executed is controlled by the user.

Thus, if a user is interested in new developments in, say, pediatric medicine, the user would establish a standing search in the appropriate category for the subject of interest. The user accomplishes this as follows.

At Level 1, as indicated in FIG. 55, a user can select option #3, "Identify Interests." The CLS responds by displaying the screen shown in FIG. 56. Assume that the user selects option #2, "Add/Delete Interests."

The CLS displays the screen shown in FIG. 57, which invites the user to enter a phrase which describes the interest. The user can enter a phrase or, as indicated in FIG. 58, opt to view the user's presently established INTERESTs (if any exist). FIG. 59 illustrates the present INTERESTs, namely, "CLS." This INTEREST was saved after a previous search was performed.

Irrespective of the particular manner in which the user creates an INTEREST (either by (a) direct entry of a phrase in FIG. 58, (b) by recalling a previous interest, or (c) by modification of the previous interest) the CLS acts upon the interest in the following way.

The CLS, automatically, searches each new PROFILE, at the times specified by the user when the INTEREST was created, according to the search criteria established by the INTEREST.

5,699,526

19

During a search, if the search criteria are fulfilled, the CLS notifies the user. The CLS accomplishes the notification by placing a small icon on the screen of the user's computer. This icon does not disrupt any current activity of the user. One such icon is that located in the lower left corner of FIG. 5, indicating "9 notifications," meaning that nine PROFILEs were found which match the standing search, or INTEREST.

The user can view the search results, as shown in FIG. 62, by actuating the button at the lower left, associated with the phrase "10 notifications." The search results are then displayed, as shown in FIG. 62.

FIG. 60 illustrates a screen from which a user may exit. Upon exiting, the GUI will display a screen of the type shown in FIG. 61. The icon containing the number "10" and labeled "NCR Continuous Learning" indicates the results of a standing search, or INTEREST. To view the search results from this level, the user actuates this icon, which causes the display shown in FIG. 62 to be generated. The display lists the PROFILEs found which match the search criteria.

REMINDER TO SAVE UPON EXITING

When a user wishes to exit the CLS, the user actuates the exit button, as shown in FIG. 63. If the CLS contains local files, which have been downloaded, but not yet saved, the CLS reminds the user of this fact at this time, by means of the screen shown in FIG. 64. The user takes appropriate action. (Of course, the originals of the downloaded items are still located at their respective RESOURCEs, and are not lost if the user does not heed the warning screen shown in FIG. 64.)

Upon exiting the CLS, the Graphical User Interface displays a screen resembling that in FIG. 65.

MODIFICATION OF TEAM MEMBERSHIP

FIG. 66 explains the fact that the CLS Administrators manage the membership of teams, and provides a scenario wherein subsequent Figures illustrate modification of team membership. These screens are available only to the Administrator of the SERVER running CLS, and not to the users.

In FIG. 67, the Administrator actuates the MEMBER-SHIP button. The CLS responds with a list of members, as shown in FIG. 68, together with the team affiliation of each. The team affiliation follows the symbol "@".

In FIG. 69, the Administrator clicks the ADD button, because the Administrator wishes to add a member to a team. The CLS responds by displaying the screen shown in FIG. 70. The Administrator provides the information requested, and actuates the proper buttons on the screen.

The CLS adds the person identified in the screen shown in FIG. 70 to the proper team. The membership of the new team can be viewed as shown in FIG. 71.

The screen of FIG. 71 can also be used as a launching point to modify membership of the TEAMs under the control of the Administrator. (The Administrator of each SERVER handles the TEAM membership of that SERVER.) The Administrator actuates the button TEAMs, causing the CLS to display the screen shown in FIG. 72. For simplicity, a single team is illustrated, namely "CLS ADMIN USERS."

The Administrator actuates the MODIFY button, causing the CLS to display the screen shown in FIG. 73. The upper frame lists the current members of the TEAM selected in FIG. 72. The lower frame provides a roster of possible members. This roster includes all users which the SERVER, under control of the ADMINISTRATOR, serves.

The ADMINISTRATOR selects users in the lower frame to be added to the TEAM, as indicated by the highlighting

20

in FIG. 74, and then actuates the ADD button, as shown in FIG. 75. The CLS adds the selected users to the TEAM, as indicated in FIG. 76.

CREATING A RESOURCE WHICH IS LIMITED TO SPECIFIC TEAMS

FIG. 77 illustrates a PROFILE of an exemplary RESOURCE which is being created by the ADMINISTRATOR, and which is entitled "CONFIDEN-TIAL REPORT ON CLS SECURITY REQUIREMENTS." The PROFILE is generated as shown in FIG. 78, and, as indicated, access to it has been restricted by the entry adjacent the symbol "CLS ADMIN USERS."

To illustrate the restricted access to the RESOURCE (after its creation) the ADMINISTRATOR first performs a SEARCH (using steps not shown, but explained above, in connection with FIGS. 10–12) which would ordinarily locate the newly created RESOURCE. The results of the search are shown in FIG. 79. The "CONFIDENTIAL REPORT . . . ", which is the RESOURCE just created, appears at the bottom of the list.

Then, as explained in FIG. 80, the Administrator simulates a search run by a user who is not a member of any team which has been granted access to this "CONFIDENTIAL REPORT . . . . " As indicated by FIGS. 80 and 81, the non-TEAM member performs a search which would, ordinarily, locate the "CONFIDENTIAL REPORT . . . . " However, FIG. 83 shows the search results, which omit the "CONFIDENTIAL REPORT" from the list of RESOURCES available to this user.

This sequence illustrates the fact that the creator of a RESOURCE controls the access to the RESOURCE, by identifying the TEAMS which can gain access to the RESOURCE.

Flow Chart of Programs

FIGS. 84–96 illustrate a flow chart of the logic followed by the program contained in the microfiche appendix. This program was written to run on computers using the 80X86 family of microprocessors, available from Intel Corporation. The microfiche appendix, together with the flow chart, will allow a user to write code which can run on other processors.

In the flow chart, the word "illustration" refers to the patent Figures. For example, in flow chart FIG. 84, the fourth paragraph in the large box states: "See illustration 6 . . . " "Illustration 6" refers to FIG. 6.

Brief Description of Files

The files identified in the flow chart are summarized as follows.

1. MAINCAT1.OBS—Purpose: main screen. Generates four icon-buttons, namely,
   (1) Locate & View (refers to MAINCAT2),
   (2) Identify Interests (refers to MAINCAT3),
   (3) Personal Information (refers to MAINCAT), and
   (4) Provide or Distribute (refers to MAINCAT5). Sub-scription Alert, Checks & Button

2. MAINCAT2.OBS—Locate & View screen Generates eight icon-buttons, namely,
   (1) Resource Catalog (A to Z) (refers to MAINCAT1),
   (2) Search (refers to SRCHNEW),
   (3) Resource Catalog Categories (refers to MAINCAT1),
   (4) Media, Search by (refers to MAINCAT1),
   (5) Repositories, Search by (refers to MAINCAT1),

5,699,526

21

(6) Systems (refers to MAINCAT1),

(7) Save as Interest (refers to PROFILE), and

(8) Return to Main Menu.

3. MAINCAT3. OBS—Identify interests screen. Generates two icon-buttons, namely,

(1) View Interests (refers to PROFILE), and

(2) Interests Administration (refers to PROFILE).

4. MAINCAT4.OBS—Personal information screen. Generates two icon-buttons, namely,

(1) View Personal Profile (refers to USER2), and

(2) Change Password (refers to PWDCHG).

5. MAINCAT.OBS—Provide or Distribute System. Generates two icon-buttons, namely,

(1) Provide (refers to CATADMIN), and

(2) Membership (Administration Only) (refers to MEMBERS N/A).

6. CAT1.OBS—Interactive screen to Locate & View by "A to Z," Category, Media, Repository, and also for viewing alternate Systems reachable from CLS (refers to RESULTS.OBS).

7. SRCHNEW.OBS—General search screen; user-interactive screen for search of the CLS database by logical combinations of title, description, and date (refers to RESULTS.OBS).

8. RESULTS.OBS—Results screen (includes number of entries found in search, list of entries, "more info" button, OK, and Cancel buttons). Key function cataloginfo( ): gets profile information and, if needed, retrieves the corresponding file and opens it locally in appropriate application; may call CATDBF1 to display profile.

9. PROFILE.OBS, PROFILE1.OBS—Screen to add or delete interests.

10. CATADMIN.OBS—Screen to administer accessible resource profiles (especially New, Modify, Delete). (Refers also to NCRCAT.INC (especially Getinfo( ) function, called by Modify( ). Also refers to DIALOG.OBS).

Important subroutines: Commit( ) (OK), Modify( ), and FID206( ) (Delete).

11. MEMBERS.OBS—Screen lists all members of teams, and allows Administrator to add, modify, and delete members. (Refers to USERADM.OBS.)

12. CATDBF1.OBS—Shows profile data and also information on contact and functions to request more information directly from contact: Can also retrieve corresponding "On-Line" file and open it locally, in appropriate application, in manner similar to RESULTS.OBS. (Refers to QTY.OBV.)

13. USERADMIN.OBS—Screen to add, modify, or delete members from the CLS. (Refers to NEWORG.OBS.)

14. CLNSIGN1.OBS—Purpose: initial sign-on for the CLS. See FIG. 3. Verify( ) performs the single logon to the SERVER. (Server$ appears only here.)

15. PWDCHG.OBS—Screen to allow users to change their own passwords.

16. USER2.OBS—Screen to allow user to view his or her personal information profile (eg, name, e-mail address, user environment). The information is maintained and edited only by the Administrator.

17. NEWORG.OBS—Screen for use by CLS Administrator to define "organization" (as used in CATADMIN for "IPD Only"/"Organization" checkbox).

18. DIALOG.OBS—For adding "Bitmap"/"Preview" from SUB FID257 in CATADMIN.OBS.

19. ABOUT.OBS—Screen gives CLS version and system information, and access to CREDITS.OBV.

22

20. ADVISOR.OBS—Activated from MAINCAT1.OBS, lines 593 and 616. This module executes the display of the list of supplemental operating instructions, described in point number 7, below.

21. ALERT.OBS—Activated from MAINCAT1.OBS, line 590. This module allows an ADMINISTRATOR to privately communicate with a selected user, as described in point number 8, below.

22. CLNSAVE.OBS—Screen for saving files from CLS.

23. CLSINTRO.OBS—Relates to a screen displayed before CLS runs.

24. CREDITS.OBS—Credits for CLS product.

Additional Considerations

1. Each REPOSITORY takes the form of mass memory which is associated with a computer, which is called a SERVER. (Alternately, the REPOSITORY can include both the SERVER and the mass memory.)

The REPOSITORIEs hold the PROFILEs of the RESOURCEs. Some RESOURCEs are downloadable, and are stored in the mass memory. Other RESOURCEs are not downloadable, and will be stored at a location designated by their respective PROFILEs.

The invention links all REPOSITORIEs together, in a manner which is transparent to the user. For example, as discussed above, a user can request a listing of the titles of all RESOURCEs, no matter which REPOSITORIEs hold the RESOURCEs.

The listing appears, to the user, as though all RESOURCEs are located in a single REPOSITORY, although, in general, such is not the case: multiple REPOSITORIEs are involved.

Of course, if the user calls for a particular PROFILE whose title appears in the listing, the PROFILE identifies the REPOSITORY. If the user examines several PROFILEs, it will become clear that multiple REPOSITORIEs are involved.

From another point of view, every user can obtain access to the PROFILEs contained in all REPOSITORIEs (subject to the access/security restrictions discussed above.) These PROFILEs can be searched presently (or as they are created, by establishing an INTEREST), without regard to the fact that multiple REPOSITORIEs hold the PROFILEs.

In addition, every user can obtain any RESOURCE, identified in a PROFILE, no matter which REPOSITORY holds it (subject, again, to the security restrictions.)

Thus, despite the fact that the RESOURCEs and their PROFILEs are distributed over multiple REPOSITORIEs, which themselves can be distributed world-wide geographically, the user deals with them as though they were located in a single place.

As stated earlier, the soft RESOURCEs are located at local SERVERs. The PROFILEs are located in REGIONAL SERVERs.

2. When a RESOURCE is downloaded to a SERVER, the invention examines the RESOURCE in an attempt to identify whether a computer program should be launched, or other actions taken, in order to properly display the RESOURCE. One type of examination involves looking at the file name of the RESOURCE. For example, the file name "Letter.doc" is interpreted as having been created by a word processor which customarily adds the suffix "doc" to its files.

When the invention finds this suffix "doc", the invention consults a look-up table, finds the program which uses the

5,699,526

23

suffix "doc", and then attempts to locate the program, launch it, and load the RESOURCE into it.

Another type of examination involves examining data contained in a header of the RESOURCE. These examinations can collectively be described as looking for indicia which identify the program which generated the RESOURCE.

3. One significant feature of the invention is that all possible options available to a user are displayed on the screens generated by the invention. Selecting an option is self-explanatory: a pointing device is used (for example).

Providing information which the option requires is also self-explanatory: the user fills in blanks, such as those shown in FIG. 45 (which relate to PROFILEs), using a keyboard.

This feature eliminates a need for the user to remember arcane computer commands, and reduces time required to learn how to use the invention.

4. As discussed above, the PROFILEs are stored in REGIONAL SERVERs, while the downloadable RESOURCEs are stored in LOCAL SERVERs. A physical RESOURCE, described by a PROFILE stored in a REGIONAL SERVER, can be stored at any convenient location.

Multiple REGIONAL SERVERs, all storing identical collections of PROFILEs, in order to enhance performance. That is, multiple REGIONAL SERVERs can provide faster response to numerous users than can a single REGIONAL SERVER.

5. FIG. 95 indicates that the files MEMBERSHIP.OBV and MEMBERSHIP.OBS are not included in the microfiche appendix. The reason is that these files contain the actual membership lists. These lists are created by the user of CLS.

6. FIG. 2 contains the phrase, in faint grey lettering, "CLS Overview." This represents an option for the user to view a six-screen tutorial which explains how to use the CLS system. The tutorial automatically is shown when a user logs on for the first time. The user can de-activate the tutorial, which causes the option to be displayed in grayed text, as in FIG. 2.

7. It has been found that users pose questions to the ADMINISTRATOR regarding operation of the system. These questions are delivered to the ADMINISTRATOR in any convenient manner, such as by telephone, letter, electronic mail, etc.

The invention allows the ADMINISTRATOR to provide to the users a list of these questions, together with answers to the questions (or any selected group of questions-and-answers). The users obtain access to these questions by the button in FIG. 5 labeled "CLS Advisor."

In practice, the ADMINISTRATOR will continually update the list of questions, thus providing a continually updated list of instructions for operating the system.

8. CLS makes provision for the ADMINISTRATORs to to send private messages to single users. When the message arrives, an icon appears on the user's screen, informing the user of the message.

Definitions

The terms used herein have established meanings in the art. Some additional definitions are the following.

The term "Personal Computer," or PC, has been used. It is to be understood that this term is not limited to the specific set of microcomputers having an architecture designed around the 8XX86 microprocessor manufactured by Intel

24

Corporation. Rather, the term refers to microcomputers generically, and includes, for example, desktop computers, laptop computers, workstations, and terminals. The term includes machines designed according to different architectures and using different processors.

SERVERs are computers, and frequently take the form of large, mainframes. However, as computer technology evolves, the power of mainframes is becoming available in much smaller devices.

A significant feature of the invention is that the invention allows a given PC to act as either a SERVER or as a CLIENT of a SERVER.

RESOURCEs have been described above. RESOURCEs are located in REPOSITORIEs. If a RESOURCE takes the form of downloadable data, then such a RESOURCE will most likely be stored in mass storage (eg, disc drives or tape systems) of a SERVER.

However, it is not required that this mass storage be directly "on-line." That is, for example, a given RESOURCE may be stored on magnetic media, such as magnetic tape or floppy diskettes, which are kept on storage racks. While the media are located on the racks, they cannot be read by a computer, and are not considered "on-line." To obtain access to the data, the tapes or discs must be loaded onto appropriate drives.

If a RESOURCE takes the form of a physical object, then the RESOURCE is stored in the same manner as others of its type, as in a warehouse.

PROFILEs are collections of information which describe RESOURCEs.

Numerous substitutions and modifications can be undertaken without departing from the true spirit and scope of the invention. What is desired to be secured by Letters Patent is the invention as defined in the following claims.

I claim:

1. A system for managing RESOURCEs, comprising:

(a) multiple SERVERs the SERVERs being grouped into LOCAL SERVERs and REGIONAL SERVERs, wherein:

(i) one or more PCs are coupled to one or more of the SERVERs;

(ii) each of the LOCAL SERVERs comprising means for storing RESOURCEs therein;

(iii) each of the REGIONAL SERVERs comprising means for storing PROFILEs therein, each of the PROFILEs containing descriptive information about one or more of the RESOURCEs stored on the LOCAL SERVERs; and

(iv) the LOCAL and REGIONAL SERVERs being linked together for electronically transferring PROFILEs and RESOURCEs therebetween;

(b) means for allowing a PC coupled to a SERVER to view PROFILEs stored in the REGIONAL SERVERs; and

(c) means for allowing the PC coupled to the SERVER to electronically order delivery of any RESOURCE described in a PROFILE viewed by the PC.

2. A system for storing information, comprising:

(a) multiple SERVERs serving one or more PCs, the SERVERs being grouped into LOCAL SERVERs and REGIONAL, SERVERs, each of the LOCAL SERVERs comprising means for storing RESOURCEs therein, and each of the REGIONAL SERVERs comprising means for storing PROFILEs about RESOURCEs associated with one or more of the

5,699,526

25

LOCAL SERVERs therein, some of which RESOURCEs take the form of downloadable data, and others of the RESOURCEs take the form of tangible items, wherein the LOCAL and REGIONAL SERV-ERs are linked together for electronically transferring PROFILEs and RESOURCEs therebetween; and

(b) means for allowing the user of any PC to:
  (i) examine any PROFILE stored in any of the REGIONAL SERVERs; and
  (ii) order delivery of any RESOURCE listed in said PROFILE from a LOCAL SERVER.

3. A method of managing RESOURCEs, which take the form of downloadable data and physical objects, comprising:

(a) storing the RESOURCEs on LOCAL SERVERs, wherein the LOCAL SERVERs are placed at different geographic locations;

(b) storing PROFILEs which contain descriptive information about the RESOURCEs on REGIONAL SERV-ERs coupled to the LOCAL SERVERs;

(c) allowing a user, at one location, to view PROFILEs located on REGIONAL SERVERs at other locations via a coupled PC; and

(d) allowing said user to order delivery of any RESOURCE described on a PROFILE which the user can view from a LOCAL SERVER via a coupled PC.

4. A method according to claim 3, further comprising the step of notifying a transport agent, if the user orders delivery of a physical object.

5. An inventory management system, comprising:

(a) means for storing RESOURCEs on LOCAL SERV-ERs at different locations, under the control of respec-tive CUSTODIANs;

(b) a plurality of REGIONAL SERVERs coupled to the LOCAL SERVERs which store PROFILEs which con-tain descriptive information about RESOURCEs;

(c) means for allowing a user of any of said LOCAL SERVERs to obtain access to PROFILEs stored in other REGIONAL SERVERs; and

(d) means for:

26

(i) allowing a user to order delivery of a selected RESOURCE described in a PROFILE accessed in paragraph (c); and in response,
  (ii) notifying the respective CUSTODIAN of the order.

6. A system according to claim 5, in which a new RESOURCE can be added to a LOCAL SERVER at a particular location, and further comprising:

(e) means for allowing a user of any LOCAL SERVER to add a PROFILE to a REGIONAL SERVER, which PROFILE contains descriptive information of the added RESOURCE.

7. A system according to claim 5, in which:

(e) the RESOURCEs include both:
  (i) downloadable data;
  (ii) physical objects; and

(f) the means of paragraph (c) allows a user of any SERVER to obtain access to PROFILEs stored in all other REGIONAL SERVERs, subject to confidentiality rules imposed by Administrators.

8. An inventory management system, comprising:

(a) means for storing RESOURCEs, which include both downloadable data and physical objects, at different locations, on one or more LOCAL SERVERs under the control of respective CUSTODIANs;

(b) a plurality of REGIONAL SERVERs coupled to the LOCAL SERVERs which store PROFILEs containing descriptive information about RESOURCEs;

(c) means for allowing a user of any SERVER to obtain access to PROFILEs stored in any of the REGIONAL SERVERs, subject to confidentiality rules imposed by Administrators, and to retrieve a selected PROFILE, to the exclusion of other PROFILEs; and

(d) means for:
  (i) allowing a user to order delivery of a selected RESOURCE; and, in response,
  (ii) informing the respective CUSTODIAN of the order, if the RESOURCE is a physical object; and
  (iii) transmitting the RESOURCE by a data link, if the RESOURCE is downloadable data.

* * * * *

US006253203B1

(12) **United States Patent**     (10) Patent No.:    **US 6,253,203 B1**

O'Flaherty et al.       (45) Date of Patent:     **Jun. 26, 2001**

(54) **PRIVACY-ENHANCED DATABASE**

(75) Inventors: **Kenneth W. O'Flaherty**, San Diego; **Richard G. Stellwagen, Jr.; Todd A. Walter; Reid M. Watts; David A. Ramsey**, both of Lexington, SC (US); **Adriaan W. Veldhuisen**, San Marcos; **Renda K. Ozden**, San Diego, both of CA (US)

(73) Assignee: **NCR Corporation**, Dayton, OH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/165,784**

(22) Filed: **Oct. 2, 1998**

(51) Int. Cl.[7] ................................................. **G06F 17/30**

(52) U.S. Cl. .................... 707/9; 707/2; 707/3; 707/10; 707/102; 713/200

(58) Field of Search ................................ 707/9, 10, 1–4, 707/100–102; 709/217–219; 705/35–38; 713/200–202

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,319,777 | * | 6/1994 | Perez ........................... 707/1 |
| 5,809,483 | * | 9/1998 | Broka et al. ..................... 705/37 |
| 5,855,008 | * | 12/1998 | Goldhaber et al. ................ 705/14 |
| 6,085,191 | * | 7/2000 | Fisher et al. ..................... 707/9 |
| 6,141,658 | * | 10/2000 | Mehr et al. ...................... 707/7 |
| 6,195,657 | * | 2/2001 | Rucker et al. .................... 707/5 |

OTHER PUBLICATIONS

President William J. Clinton, Vice President Albert Gore Jr., "A Framework For Global Electronic Commerce," Jul. 1997, at http://www.iitf.nist.gov/eleccomm/ecomm.htm, pp. 1–22.

Markoff, John, "U.S. and Europe Clash Over Internet Consumer Privacy," Jul. 1, 1998 at http://search.nytimes.com/search/daily/b . . . astweb?getdoc+site+site+35855+0+wAAA+P, pp. 1–3.

"OECD Guidelines on the Protection of Privacy and Transborder Flows of Personal Data," Oct. 1, 1997 at http://www.oecd.org/dsti/sti/it/secur/prod/PRIV–EN.HTM, pp. 1–23.

(List continued on next page.)

*Primary Examiner*—Hosain T. Alam
(74) *Attorney, Agent, or Firm*—Gates & Cooper

(57) **ABSTRACT**

A method, apparatus, article of manufacture, and a memory structure for storing and retrieving data in a database implementing privacy control is disclosed. The apparatus comprises a data storage device, storing a database table comprising a plurality of data columns an at least one data control column for storing data control information reflecting consumer privacy parameters, wherein the database table comprises an identity segment for storing identity information and a personal information segment for storing personal information, and a processor, operatively coupled to the data storage device, the processor implementing a dataview suite for presenting data retrieved from the database table in accordance with the data control information. The method comprises the steps of extending a database table comprising a plurality of data columns to include at least one data control column for storing data control information reflecting at least one consumer privacy parameter, string identity information about the consumer in an identity segment of the database table and personal information about the consumer in a personal information segment of the database table, receiving a data request from a requesting entity having data privileges, and providing the data to the requesting entity via a dataview selected in accordance with the requesting entity's data privileges, the dataview masking the data in accordance with the consumer privacy parameter. The program storage device comprises a medium for storing instructions performing the method steps outlined above.

**21 Claims, 12 Drawing Sheets**



US 6,253,203 B1

Page 2

OTHER PUBLICATIONS

"FTC Releases Report on Consumer' Online Privacy", Report to Congress on Privacy Online, Jun. 4, 1998, at http://www.ftc.gov/opa/9806/privacy2.htm, pp. 1–4.

"High Tech Industry Leaders Announce Self–Regulatory Plan to Ensure Online Privacy," Online Privacy Alliance Letter to President William J. Clinton, Jun. 3, 1998 (8 pages).

"Privacy and the National Information Infrastructure: Principles for Providing and Using Personal Information," Privacy Working Group, Information Policy Committee, Information Infrastructure Task Force, Jun. 6, 1995, at http://

www.iitf.nist.gov/ipc/ipc/ipc-pubs/niiprivprin_final.htm, pp. 1–10.

"Directive 95/46/EC of the European Parliament and of the Council," Oct. 24, 1995, Official Journal of the European Communities, p. Nos. L281/31–L281/50.

"Directive 97/66/EC of the European Parliament and of the Council," Dec. 15, 1997, Official Journal of the European Communities, Jan. 30, 1998, p. Nos. L24/1–L24/8.

* cited by examiner

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 482 of 655



**FIG. 1**

## FIG. 2A



CUSTOMER TABLE

| OPT | 1 | 2 | 3 | 4 | 5 | ACCT NO. | NAME | ADDRESS | PHONE |
|-----|---|---|---|---|---|----------|------|---------|-------|
| – | | | | | | | IDENTITY INFORMATION | | |
| 0 | 1 | 1 | 1 | 1 | A | 90003 | BILL K. JONES | 230 ELM ST. | (451) 342 – 9167 |
| 1 | – | – | – | – | – | 90004 | JOAN PETERS | 300 SOUTH ST. | (340) 456 – 8976 |
| 0 | 1 | 1 | 0 | 0 | B | 90005 | PAT DUMONT | 100 MAIN ST. | (312) 786 – 9873 |
| 0 | 1 | 0 | 0 | 1 | D | 90006 | SALLY ABEL | 110 PORT ST | (562) 451 – 7846 |
| 0 | 0 | 1 | 0 | 0 | G | 90007 | SAM BISHOP | 56 OAK ST. | (876) 567 – 9128 |

PERSONAL FIELDS        IDENTITY FIELDS

STANDARD VIEW — 260        PRIVILEGED VIEW — 262        264 — ANONYMIZING VIEW

108

ROUTINE DSS APPLICATIONS —110A        110B — PRIVILEGED APPLICATIONS        ANALYTIC APPLICATIONS —110C

• BASE TABLE NAMES RETAINED

• ADMINISTRATION
• MAINTENANCE
  – INSERT NEW CUSTOMERS
  – DELETE OLD CUSTOMERS
• HANDLE PRIVACY FUNCTIONS

• DATA MINING
• AD HOC QUERY

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 484 of 655

### FIG. 2B



| PERSONAL INFORMATION | | | | |
|------|-----|---------|-------|--------|
| AGE | SEX | MARITAL | CHILD | INCOME |
| 32 | M | S | 0 | 81,000 |
| 24 | F | S | 0 | 34,000 |
| 34 | F | S | 0 | 23,987 |
| 43 | F | S | 2 | 90,000 |
| 41 | M | M | 4 | 76,335 |

| SECURITY INFORMATION | | |
|------|------|------|
| CAT1 | CAT2 | CAT3 |
| | | |
| | | |
| | | |
| | | |
| | | |

FIELDS
WITH ACTIVE
OPT – OUT

266 — OPT – OUT VIEW

112 — THIRD PARTY APPLICATIONS

110D — ACTION APPLICATIONS

• PHONE SOLITICATION
• MAIL SOLITICATION

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 485 of 655

## FIG. 3A



| OPT | ACCT NO. | 1 | 2 | 3 | 4 | 5 | NAME | 1 | 2 | 3 | 4 | 5 | ADDRESS |
|-----|----------|---|---|---|---|---|------|---|---|---|---|---|---------|
| –   |          |   |   |   |   |   | IDENTITY INFORMATION | | | | | | |
| 0   | 90003    | 1 | 1 | 1 | 1 | A | BILL K. JONES | 1 | 0 | 0 | 0 | 1 | 230 ELM ST. |
| 1   | 90004    | – | – | – | – | ~ | JOAN PETERS | – | – | – | – | – | 300 SOUTH ST. |
| 0   | 90005    | 1 | 1 | 0 | 0 | B | PAT DUMONT | 1 | 0 | 0 | 0 | 1 | 100 MAIN ST. |
| 0   | 90006    | 1 | 0 | 0 | 1 | D | SALLY ABEL | 0 | 0 | 0 | 0 | 1 | 110 PORT ST |
| 0   | 90007    | 0 | 1 | 0 | 0 | G | SAM BISHOP | 1 | 0 | 0 | 0 | 1 | 56 OAK ST. |

204

CUSTOMER TABLE

PERSONAL FIELDS

IDENTITY FIELDS

STANDARD VIEW — 260

PRIVILEGED VIEW 262

264 — ANONYMIZING VIEW

108

ROUTINE DSS APPLICATIONS — 110A

110B — PRIVILEGED APPLICATIONS

ANALYTIC APPLICATIONS — 110C

• BASE TABLE NAMES RETAINED

• ADMINISTRATION
• MAINTENANCE
  – INSERT NEW CUSTOMERS
  – DELETE OLD CUSTOMERS
• HANDLE PRIVACY FUNCTIONS

• DATA MINING
• AD HOC QUERY

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 486 of 655

## FIG. 3B



| AGE | 1 | 2 | 3 | 4 | 5 | SEX | 1 | 2 | 3 | 4 | 5 | MARITAL | 1 | 2 |
|-----|---|---|---|---|---|-----|---|---|---|---|---|---------|---|---|
| 32 | 0 | 0 | 0 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | S | 0 | 0 |
| 24 | – | – | – | – | – | F | – | – | – | – | – | S | – | – |
| 34 | 0 | 1 | 0 | 0 | 0 | F | 0 | 1 | 0 | 0 | 0 | S | 0 | 1 |
| 43 | 0 | 0 | 1 | 1 | 0 | F | 0 | 0 | 1 | 1 | 0 | S | 0 | 0 |
| 41 | 0 | 0 | 0 | 0 | 1 | M | 0 | 0 | 0 | 0 | 1 | M | 0 | 0 |

PERSONAL INFORMATION

250

252

248

206

THIRD PARTY APPLICATIONS

112

## FIG. 3C

| EU SECURITY INFORMATION | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CAT1 | 1 | 2 | 3 | 4 | 5 | CAT2 | 1 | 2 | 3 | 4 |
|  | N/A | N/A | N/A | N/A | N/A |  | N/A | N/A | N/A | N/A |
|  | – | – | – | – | – |  | – | – | – | – |
|  | N/A | N/A | N/A | N/A | N/A |  | N/A | N/A | N/A | N/A |
|  | N/A | N/A | N/A | N/A | N/A |  | N/A | N/A | N/A | N/A |
|  | N/A | N/A | N/A | N/A | N/A |  | N/A | N/A | N/A | N/A |

208

FIELDS
WITH ACTIVE
OPT – OUT

266 — OPT – OUT
VIEW

## FIG. 3

110D — ACTION
APPLICATIONS

• PHONE SOLITICATION
• MAIL SOLITICATION

| FIG. 3A | FIG. 3B | FIG. 3C |
|---|---|---|

EXHIBIT E
Page 480

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 488 of 655



FIG. 4

## FIG. 5



BEGIN

EXTENDED A DATABASE TABLE COMPRISING A PLURALITY OF DATA COLUMNS TO INCLUDE AT LEAST ONE DATA CONTROL COLUMN FOR STORING DATA CONTROL INFORMATION REFLECTING AT LEAST ONE CONSUMER PRIVACY PARAMETER — 502

STORE IDENTITY INFORMATION ABOUT THE CONSUMER IN AN IDENTITY SEGMENT OF THE DATABASE TABLE AND PERSONAL INFORMATION ABOUT THE CONSUMER IN A PERSONAL INFORMATION SEGMENT OF THE DATABASE TABLE — 504

RECEIVE A DATA REQUEST FROM A REQUESTING ENTITY HAVING DATA PRIVILEGES — 506

PROVIDE THE DATA TO THE REQUESTING ENTITY VIA A DATAVIEW SELECTED IN ACCORDANCE WITH THE REQUESTING ENTITY'S DATA PRIVILEGES, THE DATAVIEW MASKING THE DATA IN ACCORDANCE WITH THE CONSUMER PRIVACY PARAMETER — 508

END

Case 3:04-cv-02292-H-WMC    Document 1    Filed 11/15/04    Page 490 of 655

# FIG. 6



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 491 of 655

**FIG. 7**





FIG. 8

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 493 of 655



**FIG. 9**

US 6,253,203 B1

<table>
<tr><td>

1

**PRIVACY-ENHANCED DATABASE**

**CROSS-REFERENCE TO RELATED
APPLICATIONS**

This application is related to the following co-pending and commonly assigned applications, each of which is hereby incorporated by reference herein:

U.S. Provisional Patent Application Serial No., 60/102, 832, entitled "SYSTEM AND METHOD FOR PRIVACY-ENHANCED DATA WAREHOUSING," by Kenneth W. O'Flaherty, Reid M. Watts, David A. Ramsey, Adriaan W. Veldhuisen, Richard G. Stellwagen, Jr., Todd A. Walter, and Patric B. Dempster, filed on same date herewith;

application Ser. No. 09/165,777, entitled "SYSTEM AND METHOD FOR MANAGING DATA PRIVACY IN A DATABASE MANAGEMENT SYSTEM," by Kenneth W. O'Flaherty, Reid M. Watts, and David A. Ramsey, Adriaan W. Veldhuisen, Richard G. Stellwagen, Jr., and Todd A. Walter, filed on same date herewith; and

application Ser. No. 09/165,457, entitled "PRIVACY-ENABLED LOYALTY CARD SYSTEM AND METHOD," by Kenneth W. O° Flaherty, Reid M. Watts, and David A. Ramsey, filed on same date herewith.

**BACKGROUND OF THE INVENTION**

1. Field of the Invention

The present invention relates to systems and methods of data warehousing and analysis, and in particular to a system and method for enforcing privacy constraints on a database management system.

2. Description of the Related Art

Database management systems are used to collect, store, disseminate, and analyze data. These large-scale integrated database management systems provide an efficient, consistent, and secure data warehousing capability for storing, retrieving, and analyzing vast amounts of data. This ability to collect, analyze, and manage massive amounts of information has become a virtual necessity in business today.

The information stored by these data warehouses can come from a variety of sources. One important data warehousing application involves the collection and analysis of information collected in the course of commercial transactions between businesses and consumers. For example, when an individual uses a credit card to purchase an item at a retail store, the identity of the customer, the item purchased, the purchase amount and other related information are collected. Traditionally, this information is used by the retailer to determine if the transaction should be completed, and to control product inventory. Such data can also be used to determine temporal and geographical purchasing trends.

Similar uses of personal data occur in other industries. For example, in banking, the buying patterns of consumers can be divined by analyzing their credit card transaction profile or their checking/savings account activity, and consumers with certain profiles can be identified as potential customers for new services, such as mortgages or individual retirement accounts. Further, in the telecommunications industry, consumer telephone calling patterns can be analyzed from call-detail records, and individuals with certain profiles can be identified for selling additional services, such as a second phone line or call waiting.

</td><td>

2

Additionally, data warehouse owners typically purchase data from third parties, to enrich transactional data. This enrichment process adds demographic data such as household membership, income, employer, and other personal data.

The data collected during such transactions is also useful in other applications. For example, information regarding a particular transaction can be correlated to personal information about the consumer (age, occupation, residential area, income, etc.) to generate statistical information. In some cases, this personal information can be broadly classified into two groups: information that reveals the identity of the consumer, and information that does not. Information that does not reveal the identity of the consumer is useful because it can be used to generate information about the purchasing proclivities of consumers with similar personal characteristics. Personal information that reveals the identity of the consumer can be used for a more focused and personalized marketing approach in which the purchasing habits of each individual consumer are analyzed to identify candidates for additional or tailored marketing.

Another example of an increase in the collection of personal data is evidenced by the recent proliferation of "membership" or "loyalty" cards. These cards provide the consumer with reduced prices for certain products, but each time the consumer uses the card with the purchase, information about the consumer's buying habits is collected. The same information can be obtained in an on-line environment, or purchases with smart cards, telephone cards, and debit or credit cards.

Unfortunately, while the collection and analysis of such data can be of great public benefit, it can also be the subject of considerable abuse. In the case of loyalty programs, the potential for such abuse can prevent many otherwise cooperative consumers from signing up for membership awards or other programs. It can also discourage the use of emerging technology, such as cash cards, and foster continuation of more conservative payment methods such as cash and checks. In fact, public concern over privacy is believed to be a factor holding back the anticipated explosive growth in web commerce.

For all of these reasons, as well as regulatory constraints, when personal information is stored in data warehouses, it is incumbent on those that control this data to protect the data from such abuse. As more and more data is collected in this, the computer age, the rights of individuals regarding the use of data pertaining to them have become of greater importance. What is needed is a system and method which provides all the advantages of a complete data warehousing system, while addressing the privacy concerns of the consumer.

**SUMMARY OF THE INVENTION**

To address the requirements described above, the present invention discloses a method, apparatus, article of manufacture, and a memory structure for storing and retrieving data in a database implementing privacy control.

The apparatus comprises a data storage device, storing a database table comprising a plurality of data columns an at least one data control column for storing data control information reflecting consumer privacy parameters, wherein the database table comprises an identity segment for storing identity information and a personal information segment for storing personal information, and a processor, operatively coupled to the data storage device, the processor implementing a dataview suite for presenting data retrieved from the database table in accordance with the data control information.

</td></tr>
</table>

US 6,253,203 B1

3

The method comprises the steps of extending a database table comprising a plurality of data columns to include at least one data control column for storing data control information reflecting at least one consumer privacy parameter, string identity information about the consumer in an identity segment of the database table and personal information about the consumer in a personal information segment of the database table, receiving a data request from a requesting entity having data privileges, and providing the data to the requesting entity via a dataview selected in accordance with the requesting entity's data privileges, the dataview masking the data in accordance with the consumer privacy parameter. The program storage device comprises a medium for storing instructions performing the method steps outlined above.

One embodiment of the present invention also utilizes a privacy metadata system that administers and records all data, users, and usage of data that is registered as containing privacy elements. This metadata service provides for locating, consolidating, managing, and navigating warehouse metadata. It also allows for setting aside an area from which all system aspects of privacy are registered, administered, and logged in an auditable format.

BRIEF DESCRIPTION OF THE DRAWINGS

Referring now to the drawings in which like reference numbers represent corresponding parts throughout:

FIG. 1 is a system block diagram of an exemplary embodiment of a data warehousing system;

FIG. 2 is a block diagram presenting an illustrative example of the structure of customer tables stored in the privacy-extended customer tables and the database views;

FIG. 3 is a block diagram presenting another illustrative example of the customer tables; and

FIG. 4 is a block diagram presenting an overview of the operation of a privacy auditing features of the present invention;

FIG. 5 is a flow chart illustrating exemplary operations used to practice one embodiment of the present invention;

FIG. 6 is a flow chart illustrating exemplary operations used to provide data to a requesting user via a dataview;

FIG. 7 is a diagram showing an alternative embodiment of the privacy data warehouse with a separately deployed trusted database;

FIG. 8 is a diagram showing an alternative embodiment of the privacy data warehouse with a privacy metadata services interface interposed to manage and log all data access; and

FIG. 9 is a diagram showing an exemplary implementation of dataviews with an interposed privacy metadata services interface.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

In the following description, reference is made to the accompanying drawings which form a part hereof, and which is shown, by way of illustration, several embodiments of the present invention. It is understood that other embodiments may be utilized and structural changes may be made without departing from the scope of the present invention.

Overview

FIG. 1 is a system block diagram presenting an overview of a data warehousing system 100. The system comprises secure data warehouse 102 having a database management system 104 storing one or more extended databases 106 therein.

4

One important capability of a database management system is the ability to define a virtual table and save that definition in the database as metadata with a user-defined name. The object formed by this operation is known as a View or a database view (the particular database views used in the present invention are hereinafter referred to as "dataviews"). As a virtual table, a dataview is not physically materialized anywhere in the database until it is needed. All accesses to data, (with the possible exception of data access for administrative purposes) is accomplished through dataviews. To implement a variety of privacy rules, a suite of a plurality of dataviews is provided. Metadata about the privacy dataviews (including the dataview name, names and data types of the dataview columns, and the method by which the rows are to be derived) is stored persistently in the databases metadata, but the actual data presented by the view is not physically stored anywhere in association with the derived table. Instead, the data itself is stored in a persistent base table, and the view's rows are derived from that base table. Although the dataview is a virtual table, operations can be performed against dataviews just as they can be performed against the base tables.

The secure data warehouse 102 further comprises a suite of privacy metadata dataviews 108 through which all data in the extended database 106 are presented. Data within the extended database 106 can be viewed, processed, or altered only through the dataviews in this suite. The schema and logical model of the extended database and dataviews is set forth more fully herein with respect to FIG. 2.

Virtually all access to the data stored in the extended database 106 is provided solely through the dataview suite 108. Thus, business applications 110 and third party applications 112 have access only to such data as permitted by the database view provided. In one embodiment, provision is made to permit override of the customer's privacy preferences. However, in such circumstances, data describing the nature of the override is written to the database for retrieval by the audit module 118, so that the override cannot occur surreptitiously. Further, overrides may be monitored by the privacy metadata monitoring extensions 114 to provide an alert to the consumer when such overrides occur.

The limiting access to the data stored in the extended database 106 to access provided by the privacy dataview suite 108 for purposes of (1) implementing privacy rules provides the capability to make the personal data anonymous (through the anonymizing view described herein), (2) to restrict access to opted-out columns, which can apply to all personal data, separate categories of personal data, or individual data columns, and (3) to exclude entire rows (customer records) for opt-out purposes based on customer opt-outs (excluding a row if any of the applicable opt-out flags has been set for the customer in question, thus preventing any direct marketing or disclosure to third parties).

Using a client interface module 122 that communicates with the dataviews 108, a client 124 can access, control, and manage the data collected from the client 124. This data control and management can be accomplished using a wide variety of communication media 140, including the Internet 126 (via a suitable browser plug-in 128, a modem 130, voice telephone communications 132, or a kiosk 134 or other device at the point of sale. To facilitate such communications, the client or other device at the point of sale, can issue a smartcard 136 or a loyalty card 138. The kiosk/pos device 134 can accept consumer input regarding privacy preferences, and issue a smartcard 136 or loyalty card 138 storing information regarding these preferences. Similarly, the using the kiosk/pos device 134 and the smart-

US 6,253,203 B1

| 5 | 6 |

card 136 or loyalty card 138, the consumer may update or change preferences as desired. In cases where the loyalty card 138 is a simple read only device (such as a bar-coded attachment to a key ring), the kiosk/pos device 134 can issue replacement cards with the updated information as necessary. Transactions using the loyalty card 138 or smartcard 136 are selectably encrypted and anonymous. Either card may interact directly with the server or through a plug-in to implement the security rules selected.

Through this interface, the consumer can specify data sharing and retention preferences. These preferences include data retention preferences, and data sharing preferences. These allow the consumer to specify when and under what circumstances personal information may be retained or shared with or sold to others. For example, the consumer may permit such data retention as a part of a loyalty card program, or if the use of the data is limited to particular uses. Further, the consumer may specify under what circumstances the data may be sold outright, used for statistical analysis purposes, or used for third party elective marketing programs.

The data warehousing system 100 also permits anonymous communication between the client and the secure data warehouse 102 via a privacy service 150. When the user desires an anonymous transaction, the transaction is routed to the privacy service 150. The privacy service 150 accesses a privacy rule database 152 and other security information 154 and uses the privacy rule and security information to remove all information from which the identity of the consumer can be determined. The cleansed transaction information is then forwarded to the anonymity protection interface module 160 in the secure data warehouse. Communications with the secure data warehouse 102 use a proxy user identification, which is created by the privacy service 150 from the customer's username or other identifying information. If the customer does not require an anonymous transaction, the transaction is provided directly to the retailer who may store the transaction information in the extended database.

Since it alone provides access to data within the extended database, the dataview suite 108 also provides a convenient and comprehensive means for auditing the security of the secure data warehouse 102.

The secure data warehouse 102 also comprises metadata monitoring extension 114. This extension 114 allows the customer to generate a rule to monitor the use of personal data, and to transmit an alert 116 or callback if a metadata definition change occurs. The consumer can control the metadata monitoring extension 114 to trigger an alert when the customer's personal information is read from the extended database 106, is written to the extended database 106, if the opt-out delimiters stored in the extended database are changed, or when a table or a dataview is accessed. Alternatively, triggered alerts can be logged for later access by the consumer.

The metadata monitoring extension 114 also records data source information, so customers can determine the source of the data stored in the secure data warehouse 102. The data source may be the customer, or may be a third party intermediary source. This feature is particularly useful when the consumer would like to not only correct erroneous information, but to determine the source of the erroneous information so the error will not be replicated in the same database or elsewhere.

Source data may also be stored in the data table for each column or set of columns so that the source of the data can be ascertained directly from table data. In this embodiment, the source identification is generalized so that each customer can have a different source of information without the need to replicate information source information in the metadata for all customers.

Similarly, the metadata monitoring extension 114 also records data target information, so that customers can determine who has been a recipient of their personal information. This feature is also useful for correcting replicated errors, as well as for monitoring disclosure activity relative to a consumer's personal information.

The metadata monitoring extension 114 can also be used to support auditing functions by tracking reads or writes from the extended database 106 as well as the changes to the dataview suite 108.

The present invention can be implemented in a computer comprising a processor and a memory, such as a random access memory (RAM). Such computer is typically operatively coupled to a display, which presents images such as windows to the user on a graphical user interface. The computer may be coupled to other devices, such as a keyboard, a mouse device, a printer, etc. Of course, those skilled in the art will recognize that any combination of the above components, or any number of different components, peripherals, and other devices, may be used with the computer.

Generally, the computer operates under control of an operating system stored in the memory, and interfaces with the user to accept inputs and commands and to present results through a graphical user interface (GUI) module. Although the GUI module is typically a separate module, the instructions performing the GUI functions can be resident or distributed in the operating system, an application program, or implemented with special purpose memory and processors. The computer may also implement a compiler that allows an application program written in a programming language such as COBOL, C++, FORTRAN, or other language to be translated into processor-readable code. After completion, the application program accesses and manipulates data stored in the memory of the computer using the relationships and logic that was generated using the compiler.

In one embodiment, instructions implementing the operating system, the computer program, and the compiler are tangibly embodied in a computer-readable medium, e.g., data storage device 170, which could include one or more fixed or removable data storage devices, such as a zip drive, floppy disc drive, hard drive, CD-ROM drive, tape drive, etc. Further, the operating system and the computer program are comprised of instructions which, when read and executed by the computer, causes the computer to perform the steps necessary to implement and/or use the present invention. Computer program and/or operating instructions may also be tangibly embodied in memory and/or data communications devices, thereby making a computer program product or article of manufacture according to the invention. As such, the terms "program storage device," "article of manufacture" and "computer program product" as used herein are intended to encompass a computer program accessible from any computer readable device or media.

Those skilled in the art will recognize many modifications may be made to this configuration without departing from the scope of the present invention. For example, those skilled in the art will recognize that any combination of the above components, or any number of different components, peripherals, and other devices, may be used with the present invention.

US 6,253,203 B1

7
Logical Model

FIG. 2 is a diagram showing an exemplary logical model of the secure data warehouse 102 and the dataview suite 108 in greater detail. The extended database 106 comprises a customer table 202, which is segmented into three portions: an identity information portion 204, a personal information portion 206, and a sensitive information portion 208. The identity information portion 206 comprises data columns 220, 232, 244, and 246, which store information that reveals the identity of the consumer. These columns include a consumer account number column 220, name column 232, an address column 244, and a telephone number column 246. The identity portion 204 of the customer table 202 also comprises one or more data control columns 212, which specify data reflecting the privacy preferences, or "opt-outs" for the accompanying data. In the illustrated embodiment, columns 222–230 stores one or more characters ("A"or "D") or flags (represented by "1s" and "0s") which specify privacy preferences for the consumer's data records. In the disclosed embodiment, these privacy preferences include "opt-outs" for (1) direct marketing, (2) disclosure of personal data along with information identifying the consumer, (3) anonymous disclosure of personal data, (4) disclosure of personal data for purposes of making automated decisions, and (5) disclosure or use of sensitive data. The customer table 202 also comprises a global data control column 210. This column can be used to indicate that the consumer wants maximum privacy.

In the exemplary embodiment illustrated, a consumer named Bill K. Jones has permitted some data collection, analysis, or dissemination by selecting a "0" in the global data control column 210. He has further indicated that his consumer information can be used in direct marketing and can be disclosed to third parties, both with his identity, and anonymously. He has allowed the data to be used to perform automated processing, and will permit the dissemination of sensitive data.

In one embodiment, a TERADATA database management system is utilized to implement the foregoing logical model. This implementation has several advantages.

First, TERADATA's ability to store and handle large amounts of data eases the construction of the many different views and allows the secure data warehousing system 100 to utilize a logical data model in or close to the third normal form.

Second, unlike systems which execute SQL queries as a series of selections to narrow the data down to the dataview subset, the TERADATA database management system rewrites dataview-based queries to generate the SQL that selects the necessary columns directly from the appropriate base tables. While other views materialize entire tables before narrowing down the data to the view subset, TERADATA generates SQL that selectively pulls appropriate columns and rows into the result table. This method is a particularly advantageous in implementing the foregoing logical model.

Third, the foregoing logical model generally results in dataviews, which include complex queries and wide SQL expressions. The TERADATA database management system is particularly effective at optimizing such queries and SQL expressions.

Using the foregoing teaching, alternative logical models having alternatively defined data control column structures can be implemented to meet the particular privacy granularity and control needs of each database application.

Dataviews

A number of dataviews are provided in the dataview suite 108. These dataviews include a standard view 260, a privi-

8
leged view 262, an anonymizing view 264, and an opt-out view 266. These views limit visibility into the data in the customer table 202 in accordance with the values placed in the data control columns 212.

The standard view 260 will not present personal data unless either the flag in column 224 (indicating that the personal information and identifying information can be disseminated) or 226 (indicating that personal information can only be disseminated anonymously) is activated. Hence, the standard view 260 selectively masks personal data from view unless the consumer has had the appropriate flags set to the proper value.

Scaleable data warehouse (SDW) customer database administrators (DBAs) set up views into customer tables (any tables containing personal information about their customers), such that, for routine users, all columns of personal information are hidden. This allows all routine decision support (DSS) applications and tools with query access to the warehoused data to be precluded from viewing personal information and consequently, all end-users of these applications and tools are also precluded from viewing personal information as well.

To minimize disruption to existing SDW customers, dataviews are established using the same names that are used for base tables in any existing applications that access private data, and corresponding base table names can be renamed to some other value. Thus, whenever an existing application attempts to access private data (now via a dataview), the private data can be screened out by the dataview, depending on user privileges. Using this approach, there is no need to modify existing applications. Instead, the logical data model and database schema would be modified, and additional naming conventions would be introduced.

The privileged view 262 permits viewing, analysis, and alteration of all information. The privileged view 262 will be supplied only to privileged (Class "A" applications 110B, such as those required for administration and/or maintenance of the database (e.g. for inserting new customers, deleting ex-customers, handling address changes), and to those applications which handle privacy related functions (such as informing customers about personal information collected about them, changing/updating personal information, and applying "Opt-in/Opt-out" controls). For example, the client interface module 212, which is used to view, specify, and change consumer privacy preferences, is a privileged application. Appropriate security measures are undertaken to assure that the privileged applications are suitably identified as such, and to prevent privileged view 262 access by any entity that is not so authorized.

Certain SDW applications ("Class B") may perform analysis on personal data, in order to gain insight into customer behavior, e.g. to identify trends or patterns. Such applications may be driven by end-users (knowledge workers or "power analysts") performing "ad hoc" queries, typically using either custom-built software or standard query or OLAP Tools, where the end-user spots the patterns. They may also involve the use of data mining tools, where statistical or machine learning algorithms, in conjunction with the analyst, discover patterns and from them build predictive models.

To derive the greatest value, analytic applications must have access to all available forms of personal information. In order to enable such access, while at the same time respecting personal privacy requirements, special "anonymizing" dataviews are used. These dataviews are designed to provide access to personal data fields, but to screen out all

US 6,253,203 B1

9

fields containing information that can identify the owner of the data (e.g. name, address, phone number, social security number, account numbers).

The anonymizing view 264 permits the viewing and analysis of personal information, but screens the information stored in the identity information portion 204 from view or analysis unless the flag in the column 224 (permitting disclosure of personal data along with information identifying the consumer) is selected. This data can be provided to analytic applications 110C, which permit data mining and ad-hoc queries. If the consumer permits, this information may also be provided to third party applications 112.

A further class of privileged applications ("Class C") includes applications that use personal information to take some form of action, such as marketing applications (e.g. to create mail or phone solicitations). These marketing applications are subject to the "Opt-in/Opt-out" controls set for each customer, and access customer information through a special dataview that removes or masks all records associated with an activated "Opt-out" indicator. Thus, for example, any customer who has opted out from receiving marketing solicitations would be omitted from any contact list created by the marketing application.

The "Opt out" indicator is a new column added to customer tables, or joined to existing customer tables in dataviews (which is an additional change to the logical data model). In one embodiment, the value of this column for each customer row is initially be set to "Opt Out" (or "Opt in" if permitted by law), and can be modified via the client interface module 122, which handles customer requests regarding privacy controls.

Multiple "Opt Out" indicators may be set up for each customer record. At a minimum, five opt-outs are implemented: for "direct marketing", "third-party disclosure of identifiable data", "third-party disclosure of anonymous data", "automated decisions", and "use of sensitive data". However, a scheme of more fine-grained opt-outs could be designed, based on more detailed customer preferences. For example, "direct marketing" could be broken out into separate opt-outs for contact by telephone, direct mail, and electronic mail, and a catchall for "other" action. This would yield eight separate opt-outs.

Opt-out view 266 permits the use of information for purposes of making automated decisions with action applications 110D, such as those which implement phone or mail solicitation. Views into this information are controlled by the flag in column 228. Alternatively, the value stored in column 228 may comprise a character with sufficient range to permit the single character to not only define that solicitation is permitted, but to indicate what kind and scope of permitted solicitation.

Applications or queries that disclose personal data to third parties (e.g. for marketing or analytic purposes) are subject to both the Class C ("Opt Out") and Class B ("anonymizing") Views. If the customer has opted out of third-party use of their data, then the "Opt Out" dataview applies, and their row (record) is excluded from the output. Other customers may have opted in to third-party disclosure of their data provided it is anonymous; in these cases, the customer data is made anonymous via the "anonymizing" dataview before being output. In all other cases, the customer has opted in to disclosure of their personal data in identifiable form; here the personal data is output along with identifying data columns.

A more fine-grained approach to opting in or out may be implemented. Specific opt-ins or opt-outs could be agreed

10

with each customer for a variety of permissions and protections. For example, disclosure to third parties could be based on specific data fields, relating both to personal characteristics and to personal identifications: a customer might agree to their address and interest profile being provided, but not their financial information and their phone number.

Opt-in/opt-out could also be further extended to gain a more detailed profile of each customer and their interests. For example, each class of opt-out (e.g. the eight opt-outs identified in section 4) could be applied separately to each category of personal data (e.g. demographic data; preference data), or down to each specific data item of personal data (e.g. age, gender; hiking interest, shoe brand preference). In this manner, customers could opt out of certain actions relating to certain interest areas, but could opt in to others (e.g. to receive direct mail marketing for running shoes).

FIG. 3 is a diagram showing an alternative logical model of the secure data warehouse 102 with more fine-grained opt-ins and opt-outs. In this embodiment, each class of privacy preference is applied separately to each category of data (e.g. demographics), or down to each specific data item of personal data (e.g. age, gender, hiking interest, or shoe brand preference). For example, consumer Bill K. Jones may elect to allow his name to be accessible for some purposes, but not others. These limitations can be selected by entering the proper combination of flags for the entries in columns 302–310. Similarly, columns 312–320 can be used to specify the privacy preferences with regard to the storage and/or use of Mr. Jones' name. The preferences defined in columns 312–320 may be different or the same as those described in columns 302–310. The present invention also permits the expansion of the foregoing security preference paradigm to a system of multiple fine-grain preferences, based upon more detailed customer preferences. For example, direct marketing could be broken into separate privacy preferences for contact by telephone, direct mail, electronic mail, and a catchall for "other" action. Further, the scope of the direct marketing could be specified so as to permit only a single contact.

In an alternate embodiment, the security and privacy protection features of the extended database 106 and dataview suite 108 are further enhanced with the use of data encryption. This may be performed by encrypting the data in a given row with an encryption code, or by providing each data field with a unique encryption number. Alternatively, the data may be encrypted at different hierarchical levels of security so as to enforce the privacy preferences of the consumer.

In one embodiment, encryption techniques are used on any identifying field, and selectively applicable on a row basis. This technique allows customers to remain anonymous (e.g. for data mining purposes), but could allow for positive identification for those applications or data requesters that have data encryption rights.

## Operation of Dataviews

The dataviews in the dataview suite 108 of the present invention selectively generate SQL statements that selectively pull appropriate columns and rows from the base tables into the result table. Compared to conventional techniques (which materialize entire tables before narrowing the data down to a view subset), this technique reduces the processing required to present the data to the data requestor.

## Audit Interface

The owner of the database or an independent auditing service such as BBB ONLINE, TRUSTE, PRICE-

US 6,253,203 B1

11

WATERHOUSE, TRW, DMA, or CPA WEBTRUST, or NCR may inexpensively run periodic or complaint-driven reviews of the installation. These reviews examine the logical data model and database schema, applications and users that exist for the system, and a TERADATA access log.

The logical data model review examines the dataview structure to confirm the existence of "Standard" Views for Normal users (restricting access to personal information), "Anonymizing" Views for analytic applications, and "Opt Out" Views for other applications.

The applications and user review examines applications and users and the access rights that have been granted to them. This review confirms that "Class A" privileged applications/users have access rights to the "Persona Data" dataview, that "Class B" analytic applications/users have access rights to "anonymizing" dataviews, that "Class C" action-taking applications/users have access rights to "Opt-out" views, that applications that create output tables or files of personal data have access rights to the "Opt Out" and "Anonymizing" Views, and that other applications use the "Standard" View.

Finally, the TERADATA access log or similar log from another database management system is reviewed to assure that the access activity that has occurred complies with the privacy parameters set forth by the data source.

FIG. 4 is a diagram presenting an overview of the operation of a privacy auditing features of the present invention. Whenever a data requesting entity desires access to data in the extended database 106, a request is made to the database management system interface 109 which controls access to the data within the database tables in accordance with privacy parameters. Using a dataview provided from the dataview suite 108 to the requesting entity in accordance with the requesting entity's status as described herein, extended database 106 table is accessed, and the data is provided. At the same time, the database access (or attempted access, if the access is unsuccessful) is logged in an access log 402. Access log 402 includes information regarding the type of access or attempt, the text (SQL) of the request resulting in the access, the frequency of access, the action requested, the name or identification of the requesting entity or application, and the referenced objects (tables, dataviews, and/or macros). The access log 402 permits all accesses to the dataviews in the dataview suite 108, macros in the macro suite 111, or to base tables in the extended database 106 can be audited. All activities granting or revoking access privileges can be audited as well. This is made possible because the access log 402 contents and the table/dataview/macro definitions allow a determination of whether the privacey rules have been enforced or broken.

Privacy audit module 118 is provided to perform a privacy analysis of the data in the access log 402 to validate enforcement of the privacy parameters. The privacy audit module 118 traces all events related to privacy, summarizes activity relating to the access to personal data, and flags any suspected breaches of privacy rules. Privacy test suite 404 comprises programs and other procedures that attempt to "break" the privacy rules, and then examine the access log 402 to determine if privacy rules were enforced or breached. The privacy audit module 118 can be tailored for use by third party auditors who coduct an independent assessment of the enforcement of customer privacy preferences, or by for use by the data warehouse manager.

### Metadata Services

Metadata services include a privacy metadata subsystem (PMDS) extension 114. The PMDS extension 114 stores and

12

tracks a number of parameters, and uses these parameters to track activity relating to privacy. Tracked parameters include: (1) data descriptions of all data elements currently in the system (including databases, users, tables, views and macros); (2) data desciptions of internal elements that were source to the system; (3) data descriptions of external elements that were source to the system; (4) data desciptions of internal elements that were target of the system; (5) data descriptions of data elements that were exported from the system; (6) profiles of all users, groups and applications and their access rights to the data; (7) logging of events relating to data access/updata, creation of tables/views/macros, granting/revoking of privileges, changes in user profiles, and triggers.

The PMDS extension 114 also stores and manages executable business rules that govern the data controller's adherence to privacy and the logging of events relating to manipulation of the TERADATA logs (e.g. BEGIN/END LOGGING) or similar logs in another DBMS.

The PMDS extension 114 also provides a high-level GUI 406 to for the privacy administrator to review and manage privacy-related metadata. This will include a graphical representation of the databases and their table/view macro structure for all customer (consumer or data subject) information, and of the associated user/user group privileges. The GUI 406 also provides a parameter-driven means of setting up privacy rules and generating consequent dataviews, macros, or access rights, based on definitions provided by the privacy administrator through the GUI 406. The GUI 406 also provides a facility to guide an outside auditor through a review of the site's privacy implementation.

The PMDS extension 114 also provides a reporting facility, which analyzes the contents of the various database and PMDS logs to report on privacy-related activity. The privacy administrator may review such privacy reports via an interactive interface or printed report. Independent auditors, in conjunction with the privacy administrator, may perform their audits with the assistance of such reports.

The PMDS extension 114 also provides a separate GUI application/utility to support consumers in access, review and correction of their personal data and related privacy rules, and may also provide additional logging facilities to provide more details pertaining to privacy related events.

### Macros

Either alone or in combination with the dataviews described herein, macros 111 or stored procedures in the database management system interface can be used to control and log accesses to data. Where macros are used to enforce data privacy parameters, users are not given "select" access rights. Instead, users are given the right to access a macro in the macro suite 111 that performs the actual data access and logs the event in the access log 402 for future auditing purposes. Even so, the macros execute against the data through the same views that restrict access to opted-out rows and columns. Such macros are especially appropriate for recording single-row accesses.

### Data Dictionary

The data dictionary 408 stores information about the database schema, including all tables, dataviews and macros in the system, all macros in the system, all users and their privileges (including the privileges of users owning macros).

### Process

FIG. 5 is a flow chart illustrating exemplary operations used to practice one embodiment of the present invention.

EXHIBIT E
Page 492

US 6,253,203 B1

13

The process begins by extending a database table to store and retrieve privacy preferences in one or more columns associated with the data in the table, as shown in block 502. The database table comprises a plurality of data columns including at least one data control column storing data control information reflecting at least one consumer privacy parameter. This extended database 106 forms the logical model for storing data (personal and non-personal) and privacy parameters. Typically, the database is initially populated with privacy parameters selecting maximum privacy protection (opting out of all data collection, analysis, and dissemination). Where permitted, the database may be initially populated with privacy parameters selecting lower, even minimum privacy protection.

Privacy parameters can then be accepted from the data source. In this context, the data source is typically the ultimate source of the data (that is, the consumer). However, in other embodiments, the data source may be an intermediary third party that that has been provided with the data with instructions on how the data may be used or shared, and which now must assure that the data is used or disseminated in accordance with these instructions. The accepting of the privacy parameters can be accomplished via the client interface module 122, and a client communication device such as a computer running an internet browser 126 and a browser plug-in 128, a simple modem with a telephonic connection, by speaking to a service representative (actual or computer-implemented) via a telephone, or through a kiosk, automatic teller machine (ATM), or other device capable of accepting data source preferences and transmitting them to the client interface module 122. In any of these cases, the data source can view personal data and select privacy parameters consistent with the data source's requirements. Where access is provided through the Internet browser 126, modem, kiosk, or ATM, a privacy wizard can be implemented to guide the user through the process. The data source may decide to opt-in some of the data collection, analysis, or dissemination activities in exchange for a loyalty program. Once the data source's privacy parameters are obtained, they are stored in the columns associated with the data that is the subject of the privacy parameters.

Identity information about the consumer (provided by the consumer or collected as a part of transactions with the consumer) is stored in an identity segment or portion 204 of the customer table 202, and personal information about the consumer is stored in a personal information segment or portion 206 of the database table 202. This is depicted in block 504.

When a requesting entity requests access to the data, access is provided solely through the database management system interface 109 via the dataview suite 108, the macro suite 111, or both, thus assuring that the data is provided in accordance with the data source's personal privacy parameters.

Next, a data request is received and accepted 506 from a requesting entity having some privileges to access, use, or disseminate the data in the customer table 202. This is shown in block 506. The requesting entity's privileges may entitle it to data via a privileged view (giving it access to virtually all the data in the customer records) a restricted (opt-out) view. In contrast, the requesting entity's privileges may be so limited as to disallow viewing of any of the data.

Then, the data is provided to the requesting entity via a dataview that is selected in accordance with the requesting entity's data privileges, as depicted in block 508. The dataview masks the data in accordance with the privacy

14

parameters supplied by the customer before presenting it to the requesting entity.

The requesting entity can use the dataview to access the database to obtain the data. In one embodiment, dataviews are be provided to the requesting entity in advance, and the requesting entity need only use them to access the data as desired. In another embodiment, the dataviews are provided to requesting entity in response to a data request, and the dataview is tailored according to the data request, the privacy parameters associated with the data, and the identity of the requesting entity.

FIG. 6. is a flow chart showing additional detail regarding how the data is provided to the requesting entity via the dataview. First, the dataview is provided to the requesting entity in accordance with the requesting entity's data privileges. This is depicted in block 602. As described earlier, the dataview can be provided in advance or in response to the data request. Next, data is retrieved according to the provided dataview. This is depicted in block 604. The data is retrieved by translating the data request into a database query that selectively pulls columns and rows of data from a base table to a result table. Finally, the result table is provided to the requesting entity, as shown in block 606.

## Alternative Embodiments

FIG. 7 is a block diagram showing an alternative embodiment of the present invention. In this embodiment, two databases are used. The first is an anonymized database 708, storing anonymized data and pseudonyms associated with the data in tables 706 stored therein. The second database is a trusted database 704, storing tables 702 relating the pseudonyms with customer identification information. In this approach, the customer's name is stored separately in trusted database 704. This database is used by the data management system interface 109 to bind the identity of the customer to the pseudonym, and hence to the data stored in the anonymized database 708. The trusted database also stores the individual's privacy parameters.

Client pseudonyms can be provided to the client by the issuance of a loyalty card 138 or smart card 136, by Internet 126 or on-line communications with a client computer, or by other means. The pseudonym can then be used as a proxy for consumer transactions (thus keeping any data thus collected anonymous). If desired, different pseudonyms can be used for different merchants, or different stores to prevent data mining to ascertain the identity of the customer.

The customer may elect to allow the collection, use, or dissemination of non-anonymous data by selecting data privacy preferences. These preferences are enforced by the data management system interface 109, and are provided by the client using the loyalty card 138, smart card 136, Internet 136, or other communication/data storage method. In one embodiment, an intelligent software agent performs data mining functions to examine customer patterns and to make data privacy parameter suggestions based on the mining results.

In another embodiment, the separate trusted database 704 and anonymized database 708 are used in a multi level security privacy system, where the encryption, macros, dataviews, and/ or separate database techniques disclosed herein combined to meet the privacy requirements of different jurisdictions, for different retail outlets, or to accommodate different individual preferences.

FIG. 8 is a diagram showing another alternative embodiment of the privacy data warehouse. As with the other embodiments previously described, access to the data in the

US 6,253,203 B1

15

database management system 104 is again accomplished via a dataview in the dataview suite 108, or a macro in the macro suite 111. In this embodiment, a privacy metadata services interface 802 comprising the privacy service 150, the client interface module 122, metadata monitoring extensions 114, and the audit interface 118 is also interposed between all accesses to the database management system 104. The privacy metadata services interface 802 can therefore log and control all access to the database management system 104, the dataviews in the dataview suite 108, and macros in the macro suite 111.

FIG. 9 is a diagram showing an exemplary implementation of dataviews with an interposed privacy metadata services interface. Visibility and access to the data in the customer base tables in the database management system 104 is provided by dataviews and macros 111. The views into the data are represented by the concentric squares shown in FIG. 9. A consumer access macro or consumer view provides the user/consumer with access to a single row of the customer database table containing data about that consumer or data subject. A system assistant 902 supports the definition and maintenance of the database infrastructure, while a privacy assistant 904 supports the definition and maintenance of the tables, dataviews, macros, user profiles, logs, and audit reports. As before, routine applications 110A have access to the customer base tables via a standard view 260, analytic applications 110C have access via an anonymized view in which data that renders the customer identifiable is masked, action (marketing) applications 110D have access via an opt-out view in which entire rows of customer data are omitted, and third party disclosure applications 112 are provided with a dataview which presents only customers who have opted-in, but does not allow access to identifying data. The opt-out/ anonymizing dataview can be a separately implemented dataview, or can be implemented applying both the opt-out and anonymizing dataviews.

## Conclusion

A method, apparatus, article of manufacture, and a memory structure for storing and retrieving data in a database implementing privacy control has been disclosed.

The apparatus comprises a data storage device, storing a database table comprising a plurality of data columns an at least one data control column for storing data control information reflecting consumer privacy parameters, wherein the database table comprises an identity segment for storing identity information and a personal information segment for storing personal information, and a processor, operatively coupled to the data storage device, the processor implementing a dataview suite for presenting data retrieved from the database table in accordance with the data control information.

The method comprises the steps of extending a database table comprising a plurality of data columns to include at least one data control column for storing data control information reflecting at least one consumer privacy parameter, string identity information about the consumer in an identity segment of the database table and personal information about the consumer in a personal information segment of the database table, receiving a data request from a requesting entity having data privileges, and providing the data to the requesting entity via a dataview selected in accordance with the requesting entity's data privileges, the dataview masking the data in accordance with the consumer privacy parameter. The program storage device comprises a

16

medium for storing instructions performing the method steps outlined above.

The foregoing description of the preferred embodiment of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching. It is intended that the scope of the invention be limited not by this detailed description, but rather by the claims appended hereto. The above specification, examples and data provide a complete description of the manufacture and use of the composition of the invention. Since many embodiments of the invention can be made without departing from the spirit and scope of the invention, the invention resides in the claims hereinafter appended.

What is claimed is:

1. A data warehousing, management, and privacy control system, comprising:

a data storage device, storing a database table comprising a plurality of data columns and at least one data control column, the data control column for storing data control information reflecting consumer privacy parameters;

wherein the database table comprises an identity segment for storing identity information and a personal information segment for storing personal information; and

a processor, operatively coupled to the data storage device, the processor implementing a dataview suite for presenting data retrieved from the database table in accordance with the data control information, wherein the dataview suite comprises an anonymizing dataview masking identity information.

2. The apparatus of claim 1, wherein the dataview suite further comprises a privileged view permitting access to all data in the data base table.

3. The apparatus of claim 2, wherein the privileged view further permits alteration of data in the data control columns.

4. The apparatus of claim 1, wherein the dataview suite comprises a view masking personal information.

5. The apparatus of claim 1, further comprising a customer interface module providing access to the database table via the privileged view and to permit specification of the consumer privacy parameters.

6. The apparatus of claim 5, wherein the communications between the customer and the client interface module are implemented through a privacy data card.

7. The apparatus of claim 1, further comprising an audit interface module for logging all accesses to the database table.

8. The apparatus of claim 1, wherein the audit interface module logs all access to dataviews in the dataview suite.

9. The apparatus of claim 1, wherein the database table comprises a plurality of data columns for storing personal data and a data control column for each data column storing personal data.

10. A method of retrieving data in a database implementing privacy control, comprising the steps of:

extending a database table comprising a plurality of data columns to include at least one data control column for storing data control information reflecting at least one consumer privacy parameter;

storing identity information about the consumer in an identity segment of the database table and personal information about the consumer in a personal information segment of the database table;

receiving a data request from a requesting entity having data privileges; and

US 6,253,203 B1

17

providing the data to the requesting entity via a dataview selected in accordance with the requesting entity's data privileges, the dataview masking the data in accordance with the consumer privacy parameter.

**11.** The method of claim 10, wherein the step of providing the data to the requesting entity via a dataview comprises the steps of:

providing a dataview to the requesting entity in accordance with the requesting entity's data privileges;

retrieving the data according to the dataview provided to the requesting entity by translating the data request into an database query that selectively pulls columns and rows directly from a base table into a result table; and

providing the result table to the requesting entity.

**12.** The method of claim 10, wherein the dataview is an anonymizing view masking identity information.

**13.** The method of claim 10, wherein the dataview is a view masking personal information.

**14.** The method of claim 10, wherein the dataview is a privileged view permitting access to all data in the database table.

**15.** The method of claim 10, wherein the dataview is established using unextended database table names.

**16.** A program storage device, readable by a computer, embodying one or more instructions executable by the computer to perform method steps for retrieving data in a database implementing privacy control, the method steps comprising the steps of:

extending a database table comprising a plurality of data columns to include at least one data control column for storing data control information reflecting at least one consumer privacy parameter;

18

storing identity information about the consumer in an identity segment of the database table and personal information about the consumer in a personal information segment of the database table;

receiving a data request from a requesting entity having data privileges; and

providing the data to the requesting entity via a dataview selected in accordance with the requesting entity's data privileges, the dataview masking the data in accordance with the consumer privacy parameter.

**17.** The program storage device of claim 16, wherein the method step of providing the data to the requesting entity via a dataview comprises the method steps of:

providing a dataview to the requesting entity in accordance with the requesting entity's data privileges;

retrieving the data according to the dataview provided to the requesting entity by translating the data request into an database query that selectively pulls columns and rows directly from a base table into a result table; and

providing the result table to the requesting entity.

**18.** The program storage device of claim 16, wherein the dataview is an anonymizing view masking identity information.

**19.** The program storage device of claim 16, wherein the dataview is a view masking personal information.

**20.** The program storage device of claim 16, wherein the dataview is a privileged view permitting access to all data in the database table.

**21.** The program storage device of claim 10, wherein the dataview is established using unextended database table names.

* * * * *



US006151601A

# United States Patent [19]

**Papierniak et al.**

[11] **Patent Number:** 6,151,601

[45] **Date of Patent:** Nov. 21, 2000

[54] **COMPUTER ARCHITECTURE AND METHOD FOR COLLECTING, ANALYZING AND/OR TRANSFORMING INTERNET AND/OR ELECTRONIC COMMERCE DATA FOR STORAGE INTO A DATA STORAGE AREA**

[75] Inventors: Karen A. Papierniak, Fenton, Minn.; James E. Thaisz, Lincroft, N.J.; Anjali M. Diwekar, Matawan, N.J.; Luo-Jen Chiang, Freehold, N.J.

[73] Assignee: **NCR Corporation**, Dayton, Ohio

[21] Appl. No.: **08/968,728**

[22] Filed: **Nov. 12, 1997**

[51] Int. Cl.⁷ ............................................ G06F 17/30

[52] U.S. Cl. ............................................ 707/10; 707/1

[58] Field of Search ........................... 707/1, 2, 8, 9, 707/10, 102, 104

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,668,988 | 9/1997 | Chen et al. | 707/101 |
| 5,752,246 | 5/1998 | Rogers et al. | 707/10 |
| 5,802,511 | 9/1998 | Kouchi et al. | 707/2 |
| 5,825,751 | 10/1998 | Papierniak et al. | 370/248 |
| 5,867,799 | 2/1999 | Lang et al. | 707/1 |

Primary Examiner—Thomas G. Black
Assistant Examiner—Sanjiv Shah

[57] **ABSTRACT**

A computer system collects, analyzes and/or transforms Internet and/or electronic commerce data of service providers. The Internet and/or electronic commerce data includes one or more of business operational data and network operational data. The mapping system includes a database storing the Internet and/or electronic commerce data for interrogation by the CSP, and at least one computer station including data transformation and database load utilities. The computer station performs one or more of the functions: of transforming and organizing the business operational data; analyzing, and organizing the web server operational data pertaining to web page requests, accesses, and browsing into the format suitable to be loaded into said database; analyzing and organizing the Internet operational data pertaining to network sessions and accesses; correlating the network sessions, and authorization and application access data to customers; creating directories of applications; translating raw system data pertaining to Internet and/or electronic commerce applications into a business context; and correlating the business operational data and the network operational data into one or more datasets.

**31 Claims, 23 Drawing Sheets**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 505 of 655

# FIG. 1



WORLD WIDE WEB SERVER SALES FORECAST

EXHIBIT F
Page 497



# FIG. 2

**WEB USERS**
(ESTIMATED GROWTH IN MILLIONS)

Legend:
- USERS OF PCs
- E-MAIL
- NET/WEB
- ON-LINE/HYBRID

Years: 1995, 1996, 1997, 1998, 1999, 2000

Scale: 0, 50, 100, 150, 200, 250



FIG. 3

EXHIBIT F
Page 499



**FIG. 4**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 509 of 655



FIG. 5



FIG. 6

# FIG. 7





**FIG. 8**

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 513 of 655



**FIG. 9**

# FIG. 10



# FIG. 11



## FIG. 12

| Category | Description |
|---|---|
| **Hardware Options** (minimum) | WM UNIX Platform - 2 Pentiums 166MHz CPUs, 128MB of base memory plus 32MB per user up to 5 users.<br>WM NT Server Platform - 2 Pentiums 166MHz CPUs, 128MB base memory plus 32MB per user up to 5 users.<br>Browser, DSS, Data Mining Client Platform - Any PC, Laptop, Server connected to the WM UNIX or NT server. Data Mining client hardware must have 1024x768 256 color graphics capability. |
| **Software Base Options** (minimum) | UNIX Server - UNIX SVR4 MP-RAS v3.0 or greater.<br>NT Server - Microsoft NT v4.0.<br>Browser, DSS and Data Mining Client - Windows 95, NT v4.0, Netscape 3.0 or Internet Explorer 3.0, ODBC, and Xvision. |
| **Database Software Options** (minimum) | Teradata V2 R1.1.1 or greater for NCR UNIX SVR4 MP-RAS<br>Oracle for Microsoft NT<br>Microsoft SQL Server on Microsoft NT |
| **Database Connectivity Software** (minimum) | Teradata CLI R4.0 for NCR UNIX SVR5 MP-RAS<br>Teradata ODBC R2.02 for Microsoft NT<br>ODBC included in Oracle for NT<br>ODBC included in MS SQL Server<br>Both 16 and 32 bit ODBC drivers for Windows 95 and NT 4.0 clients |
| **Information Access or Decision Support and Data Mining Software** | Info Access/DSS - Platinum Technology, Inc. InfoBeacon, MicroStrategy DSS Agent, Server, Web; Information Advantage Inc. Decision Suite<br>Data Mining - Angoss Software International KnowledgeSEEKER,<br>NCR Knowledge Discovery Workbench, SABRE Decision Technologies Datawise |
| **WebMining Tools** | Examples of Data Source descriptions, business rules, and reports, Logical Data Models Utilities for Extraction Utilities and Data Transformation Base Structures and schema for each DB supported. |

# FIG. 13





FIG. 14



FIG. 15

# FIG. 16

Matrix of management functions versus data sources.

**Functions (columns):**

SERVICES PORTFOLIO MANAGEMENT
- ACCESS SERVICES
  - SESSION MANAGEMENT (C1)
  - REVENUE MANAGEMENT (C2)
  - SUBSCRIBER MANAGEMENT (C3)
  - SERVICES DEMOGRAPHICS (C4)
- HOSTING/CONSULTING SERVICES
  - REVENUE MANAGEMENT (C5)
  - BUSINESS CLIENT MANAGEMENT (C6)

SUBSCRIBER BASE MANAGEMENT
- SUBSCRIBER VALUE
  - SUBSCRIBER PROFITABILITY MANAGEMENT (C7)
  - SUBSCRIBER VALUE-BASED MARKETING (C8)
- SUBSCRIBER PROFILE
  - SESSION PROFILE MANAGEMENT (C9)
  - PREFERENCES/INTERESTS-BASED MARKETING (C10)
  - DEMOGRAPHICS-BASED MARKETING (C11)

APPLICATION MANAGEMENT
- ON-LINE CONTENT EFFECTIVENESS
  - CONTENT ACTIVITY MANAGEMENT (C12)
  - WEB PROGRAMMING MANAGEMENT (C13)

**Data sources (rows) and marked functions:**

| Data Source | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 | C12 | C13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REFERENCE SYSTEMS** | | | | | | | | | | | | | |
| PREFERENCE/INTEREST TAXONOMY | | | | | | | | X | | X | | | |
| WEBSITE CONTENT TAXONOMY | | | | | | | | X | | X | | X | X |
| INDIVIDUAL SUBSCRIBER DEMOGRAPHICS | | | | | | | | | | | X | X | |
| SUBSCRIBER BASE DEMOGRAPHICS | | | | X | | | | | | | | | |
| **INTERNET/WEB SYSTEMS** | | | | | | | | | | | | | |
| WEB APPLICATION DESCRIPTIONS | | | | | | | | X | | X | | X | X |
| SERVER ACCESS LOGS | | | | | | | X | X | | X | | X | X |
| REMOTE ACCESS SERVER LOGS | X | | | | | | X | X | X | | | X | X |
| REMOTE ACCESS SERVER PROFILES | | | | | | | | | X | | | | |
| POP PROFILES | X | | | | | | X | X | X | X | | X | |
| **CUSTOMER BUSINESS SYSTEMS** | | | | | | | | | | | | | |
| INVOICES | | | | | X | | X | X | | | | | |
| HOSTING/CONSULTING SERVICE DESCRIPTION | | | | | | | | | | | | | |
| ACCESS SERVICES DESCRIPTION | | X | X | | | | | | | | | | |
| BUSINESS CLIENT INFORMATION | | | | | X | X | | | | | | | |
| SUBSCRIBER INFORMATION | X | X | X | | | | X | X | X | X | X | | |
| BILLING SYSTEM | X | X | X | | X | | X | | | | | | |

# FIG. 17



# FIG. 18

| TABLE TYPE | DEFINITION |
|---|---|
| FACT | A RELATIONSHIP TABLE THAT LINKS TWO OR MORE ENTITIES INTO A MANY-TO- MANY RELATIONSHIP. |
| DIMENSION | A DATA TABLE THAT DESCRIBES EACH ENTITY. |
| LOOKUP | AN EXTENSION TO A DIMENSION TABLE USED TO EXPEDITE INDEXING ON ALTERNATE KEYS. |
| SUBSET | AN EXTENSION TO A DIMENSION TABLE USED TO STORE OPTIONAL DATA THAT MAY NOT PERTAIN TO EVERY OCCURRENCE OF THE RELATED ENTITY. |

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 523 of 655

# FIG. 19



## FIG. 20

| Business Operation Management - Subscriber Services Metrics | | |
|---|---|---|
| **Table Name** | **Table Type** | **Description** |
| Service_Subscriber | Fact | Facilitates tracking the number of subscribers for each dial-up or dedicated line service over a range of time periods. Enables management to track trends in the customer base as a result of business practices or competitive influences. |
| Service_Rate | Fact | Facilitates tracking billing rates for each dial-up or dedicated line service over a range of time periods. Enables billed revenue to be calculated based on rates effective at the given time. Important for comparing revenue over various periods of time. |
| Billed_Revenue | Fact | Tracks individual billing transactions for each subscriber at the time of billing. Used to calculate total billed revenue on a per subscriber basis for any point in time for calculating profitability indices. E.g. Most/least profitable customers. |
| Subscriber_Status | Fact | Indicates the subscriber's status (e.g. active, terminated) over the time dimension. |
| Subscriber_Addr_Status | Subset | Used for subscriber address changes over time. The subscriber record contains the current address. This record indicates past addresses. |
| Date_time | Dimension | Allows queries from various perspectives across the time dimension. Currently, the granularity for this feature set is one month. |
| Billing_Master | Dimension | Describes the types of transactions for which bills are rendered. Enables management to track revenue generated for each type of product and service. |
| Service_Description | Dimension | Describes the attributes of each dial-up or dedicated access service. Enables management to track revenue and subscribers for each type of service over time. |
| Subscriber | Dimension | Identifies and describes the person or entity who subscribes to the services offered by the CSP. |
| Subscriber_Services | Subset | Allows for subscribers that have more than one service. |

EXHIBIT F
Page 516

# FIG. 21A



**Demographics**
demographics id

**Subscribers**
subscrb id
service id (FK)
billing id (FK)
demographics id (FK)

**Network Infrastructures**
network id

**Subscrb Profitabilities**
date_time_id (FK)
subscrb id (FK)

**Subscrb Activities**
date_time_id (FK)
subscrb id (FK)
network id (FK)
web id (FK)
web ad id (FK)

**Web Ads**
web ad id

**Date Times**
date_time_id

**Web Pages**
web id
preference id (FK)

**Subscrb Support**
support id
date_time_id (FK)
subscrb id (FK)
billing id (FK)

**Billing Master**
billing id
date_time_id (FK)

**Business Clients**
bc id
billing id (FK)



FIG. 21B



**FIG. 22**

6,151,601

1

## COMPUTER ARCHITECTURE AND METHOD FOR COLLECTING, ANALYZING AND/OR TRANSFORMING INTERNET AND/ OR ELECTRONIC COMMERCE DATA FOR STORAGE INTO A DATA STORAGE AREA

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is generally related to a computer architecture and method for collecting, analyzing and/or transforming Internet and/or electronic commerce data for storage into a data storage area for subsequent retrieval and analysis, and more particularly, to a computer architecture and method for collecting, analyzing and/or transforming Internet and/or electronic commerce data for storage in a data storage area for subsequent retrieval and analysis to support collection and analysis of Internet and/or electronic commerce data over or from the World Wide Web for Internet Service Providers (ISPs).

2. Background of the Related Art

More and more people are using the Internet as a method of communicating, advertising and shopping for and purchasing goods. The sale of Internet services is growing at an amazing rate. The number of projected users into the year 2000 is dramatically impacting the communications industry both from the standpoint of an opportunity to realize new business and as a concern due to the potential loss of traditional revenue sources. FIG. 1 illustrates this dramatic increase sales in World Wide Web (WWW or web) servers, a summary of which is presented below:

WORLD WIDE WEB SERVER SALES FORECAST

|  | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|
| Intranet | 475 | 2,673 | 5,483 | 9,210 | 13,133 |
| Internet | 621 | 979 | 1,410 | 1,777 | 2,159 |
| Total | 1,096 | 3,652 | 6,893 | 10,987 | 15,292 |

The explosive growth in PCs, Servers and Internet related software has cultivated a need for companies to better understand their customer's needs. To better understand these needs, many gigabytes of data must be collected and analyzed to arrive at the best way to service the customer.

Market and industry analysts alike, believe that the Internet will prove to be the most significant innovation in modern history since the light bulb and automobile. The method in which we perform daily business operations will be changed forever due to this new technology. Many technology based companies in the computer industry are scrambling to outline new products and services using and exploiting the Internet as a vehicle to increase market share and revenue, while increasing productivity and cutting operational costs. FIG. 2 is an illustration of the estimated growth in web users over the next several years.

In an effort to meet the above needs of digesting the vast amounts of information on the web, companies have designed many browsers and millions of web pages to access, retrieve and utilize this information. In addition to the Internet, companies have set up local "intranets" for storing and accessing data for running their organizations. However, the sheer amount of available information is posing increasingly more difficult challenges to conventional approaches.

2

A major difficulty to overcome is that information contained on the web or web pages are often dispersed across the network at many sites. It is often time-consuming for a user to visit all these sites. One conventional approach used to access this information more effectively is called a search engine. A search engine is actually a set of programs accessible at a network site within a network, for example a local area network (LAN) at a company or the Internet and World Wide Web. One program, called a "robot" or "spider," pre-traverses a network in search of documents and builds large index files of keywords found in the documents.

A user of the search engine formulates a query comprising one or more keywords and submits the query to another program of the search engine. In response, the search engine inspects its own index files and displays a list of documents that match the search query, typically as hyperlinks. When a user activates one of the hyperlinks to see the information contained in the document, the user exit's the site of the search engine and terminates the search process.

Search engines, however, have their drawbacks. For example, a search engine is oriented to discovering textual information only. In particular, they are not well-suited to indexing information contained in structured databases, e.g. relational databases, voice related information, audio related information, and the like. Moreover, mixing data from incompatible data sources is difficult in conventional search engines.

Another disadvantage with conventional search engines is that irrelevant information is aggregated with relevant information. For example, it is not uncommon for a search engine on the web to locate hundreds of thousands of documents in response to a single query. Many of those documents are found because they coincidentally include the same keyword in the search query. Sifting through search results in the thousands, however, is a daunting task.

Accordingly, we have determined that there is a need to be able to effectively collect, translate, consolidate and/or clean the data and/or provide useful marketing information indicative of events occurring on the web. For example, data which indicates where a user has been in prior sessions may be useful in designing future products accessible via the web. We have also determined that there is a need for an architecture and method used to support and analyze Internet and/or electronic commerce over or from the World Wide Web for ISPs and CSPs.

We have further determined that there is the need for an architecture and method used to correlate user, application, and access functions. We have also determined that there is a need to provide a tool set that can easily communicate with, or become a subset of, an existing scaleable data warehouse to provide Internet marketing decision support. Unfortunately, conventional architectures and/or techniques are unable to organize and present this information in an efficient manner.

### SUMMARY OF THE INVENTION

To overcome the above-detailed disadvantages and shortcomings of the prior art, it is a feature and advantage of the present invention to effectively collect, translate and refine the data and/or provide useful marketing information indicative of events occurring on the web. It is another feature and advantage of the present invention to collect data which indicates where a user has been in prior sessions, and which may be useful in designing future products accessible via and for the web.

It is another feature and advantage of the present invention to provide an architecture and method used to support

6,151,601

**3**

and analyze Internet and/or electronic commerce data over the World Wide Web for ISPs/CSPs.

It is another feature and advantage of the present invention to provide an architecture and method used to correlate user, application, and access functions.

It is another feature and advantage of the present invention to provide an architecture and method used to translate interval naming conventions into general marketing terms or areas.

It is another feature and advantage of the present invention to provide a tool set that can easily communicate with, or become a subset of, an existing scaleable data warehouse to provide Internet marketing decision support.

In the attainment of the same, the present refining invention provides an architecture and method of supporting, collecting, translating and analyzing Internet and/or electronic commerce data over the World Wide Web for ISPs/CSPs. The present invention also includes one or more computer systems employing the method, a computer readable memory storing the medium, and a method for storing the synchronization process in memory and in a storage device.

The present invention combines improved methods of data collection with enhanced analysis techniques to exploit the vast amount of information available through emerging uses of the web, and other Internet-based systems. The results can be used as part of a customer's decision support system to allow better (e.g., more statistically valid) business decisions to be made faster.

The present invention concentrates on opportunities within, for example, the ISP sector of the telecommunications industry, and provides ISPs the insight into their customer's services usage, demographics, and behavior patterns. Through this insight, ISPs should be able to support their decisions in such areas as customer retention, service pricing and profitability, and target marketing campaign using analytical methods based on customer and market data. Furthermore, ISPs can provide the knowledge and capabilities to the hosted business customers in order for those customers to gain similar insight into their users to make effective and customer-driven business decisions.

In addition, the present invention is complementary with the current Internet Services Delivery Platform program. One environment where the present invention operates is on and over where the consumer or business customer is able to utilize the ISP's web-based resources through a combination of access and backbone networks which, in turn, are connected to, for example, the global Internet to interface with the rest of the Internet resources. The access networks consist of many Point of Presences (POPs) which provide dial-up (e.g., analog/digital, ISDN) access service or dedicated digital (e.g., Frame Relay, ISDN) access service using either modem pool technologies and/or access server/router for the customers.

The access networks also provide Dynamic Host Communication Protocol (DHCP) services, a Proxy Cache Server, and a firewall to facilitate the service administration, address translation, security authentication and/or authorization, and web operation efficiency. The backbone networks, consisting of switches and routers, optimize the transport between the access networks and the Internet Service Center. Internet Service Centers may provide Web Hosting Service and Electronic Commerce Applications.

The present invention provides an architecture supporting value-added services to improve the operation and services of ISPs. The present invention leverages data warehouse and

**4**

data mining techniques augmented with networking elements and web technologies. The goal of the present invention is to provide the customers with dynamic, flexible, and adaptable interfaces and systems to fully utilize and track the interactivity of the new Web medium. As a result, decision makers will be able to access decision support information via secure network a simple (ease of use), timely (fast enough), usable (valuable) and personalized (customized) fashion. Furthermore, this information will allow the customers to make intelligence decisions and take timely actions to achieve their business goals.

The present invention also is a decision support solution targeted at a Commerce Service Provider (CSP) and Internet Service Provider (ISP). A CSP/ISP is a service provider who offers a full range of value-added services such as electronic commerce applications. Its purpose is to help CSPs/ISPs to better manage their business, customer base, and services by leveraging areas of expertise in data warehousing, data retrieval and data transformation.

The present invention was designed in view of the following goals which we have determined:
1. Understand a user's behavior over the Internet.
2. Understand electronic commerce over the Internet.
3. Understand the dynamics of the ISP/CSP business.
4. Determine the type of decision support needed to effectively run an Internet-based service business.
5. Understand how to leverage data warehouse and data retrieval assets into this environment.

The present invention further includes a data warehouse—data retrieval solution that is tailored to Internet-based applications and services. One of its primary purposes is to allow ISP/CSP decision-makers to exploit the intelligence contained in datasets derived from the following environments:

ISP/CSP business operations.
Internet or Web-based applications.
Web-based commerce applications.

Additionally, the decision-support information derived for specific applications can be provided by ISPs/CSPs to their electronic commerce clients as a service. The "discovery" of knowledge from each dataset is beneficial to ISPs/CSPs and their customers for the deep insights that it provides into business dynamics and customer behavior.

The scope of WebMining includes a data warehouse that extracts data from web logs as well as various business operational data bases. The warehouse, in turn, sources three datamarts: one focused on business operations, one on the CSPs customers and one on e-commerce applications and on-line content. On-line content, in this context means, applications provided by the CSP as a service to his/her subscribers. The integration of web data to business data is key.

Web warehouse and datamarts provide information in a business context, not a web site context. This is an important distinction. Although the system logs from one source of input to the warehouse, the data extracted from them is refined and translated into a business context before it is correlated with other operational data (customer, billing, product, etc.) and put into the warehouse. In other words, the warehoused data is refined to represent products being sold through e-commerce applications, advertisements being seen by customers, specific content being viewed by customers, etc., not URLs. The extraction utilities and translation libraries that provide content for the warehouse will be as important to our offering as the decision-support functions at the back end.

6,151,601

5

The systems elements of the present invention include:

1. tracking module: systems to collect, interpret, analyze, translate, refine and correlate customer Internet usage, Web/Internet application data, e-commerce application data and other operational data.

2. storage module: Scaleable Data Warehouse to structure, organize, store and manage the data.

3. data visualization: business decision-support solutions based on knowledge analysis and discovery of the data contained in the storage module.

The benefits of the present invention include:

1. providing decision support and operational information for the ISP/CSP to enable new/improved value-added services, allow the implementation of equitable and value-based pricing, achieve better quality of service, manage capacity, and add bill-back capabilities for charge back scenarios.

2. providing to the ISP's/CSP's customers valuable information such as decision support for proactive, targeted marketing, usage and customer preferences feedback on the web applications, usage information for business access, direct decision support access for specific ISP/CSP customers' applications.

The WebWarehouse designer of the present invention provides a core design that is tailored for the decision-support functions. Extensions to this design, however, may be optionally required to accommodate the ISP's/CSP's operational data and, perhaps, any additional decision-support requirements that surfaced during the data discovery phase. WebWarehouse designer contains two main components: a logical data model and a formatted library. The logical data model provides overall descriptions of the WebWarehouse. This description determines how well the WebWarehouse can integrate additional dataset, how effective the access of WebWarehouse will be for query and report. The Formatted File Library provides the intermediate classifications such as process characterizations, customer descriptions, preference determination, and behavior patterns. These classifications can beneficially be reused in different technical process and different customer problems.

The tracking module or WebTrack (WebMap) of the present invention is a process and set of tools that transforms and refines data from the customer's data sources into the WebWarehouse. WebTrack (WebMap) leverages existing standard RDBMS tools whenever possible. WebTrack (WebMap) uses standard utilities and data transformation utilities to extract, scrub and transform operational data into a dataset suitable for loading into WebWarehouse. WebTrack (WebMap) parses, analyzes, validates and/or organizes Internet/Web data prior to correlating it to operational data. WebTrack (WebMap) leverages many customer application parameters that are identified during the data discovery process, such as directories of on-line or e-commerce content.

In accordance with one embodiment of the invention, a computer system collects, analyzes and/or transforms Internet and/or electronic commerce data of Commerce Service Providers (CSPs) and Internet Service Providers (ISPs) for storage into a data storage area for subsequent retrieval and analysis. The electronic commerce data includes one or more of business operational data, network operational data, and Internet and/or electronic commerce server data. The system includes a database storing the Internet and/or electronic commerce data for interrogation by the ISP/CSP, and at least one computer station including data transformation and database load utilities. The computer station performs

6

one or more of the functions: of transforming and organizing the business operational data; analyzing and organizing the network operational data pertaining to network sessions and accesses; correlating the network sessions, and authorization and Internet server access data to customers; creating directories of categories; translating raw system data pertaining to Internet and/or electronic commerce applications into a business context; and correlating the Internet data, business operational data, and the network operational data into one or more datasets.

One or more computer memory products are also provided. One or more computers memory stores, and one or more computers executes a program including the above process steps.

There has thus been outlined, rather broadly, the more important features of the invention in order that the detailed description thereof that follows may be better understood, and in order that the present contribution to the art may be better appreciated. There are, of course, additional features of the invention that will be described hereinafter and which will form the subject matter of the claims appended hereto.

In this respect, before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and to the arrangements of the components set forth in the following description or illustrated in the drawings. The invention is capable of other embodiments and of being practiced and carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein are for the purpose of description and should not be regarded as limiting.

As such, those skilled in the art will appreciate that the conception, upon which this disclosure is based, may readily be utilized as a basis for the designing of other structures, methods and systems for carrying out the several purposes of the present invention. It is important, therefore, that the claims be regarded as including such equivalent constructions insofar as they do not depart from the spirit and scope of the present invention.

Further, the purpose of the foregoing abstract is to enable the U.S. Patent and Trademark Office and the public generally, and especially the scientists, engineers and practitioners in the art who are not familiar with patent or legal terms or phraseology, to determine quickly from a cursory inspection the nature and essence of the technical disclosure of the application. The abstract is neither intended to define the invention of the application, which is measured by the claims, nor is it intended to be limiting as to the scope of the invention in any way.

The above objects of the invention, together with other apparent objects of the invention, along with the various features of novelty which characterize the invention, are pointed out with particularity in the claims annexed to and forming a part of this disclosure. For a better understanding of the invention, its operating advantages and the specific objects attained by its uses, reference should be had to the accompanying drawings and descriptive matter in which there is illustrated preferred embodiments of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention and the advantages thereof, reference is now made to the following descriptions taken in conjunction with the accompanying drawings in which like numbers designate like parts, and in which:

FIG. 1 is an illustration of the dramatic increase sales in World Wide Web servers;

6,151,601

**7**

FIG. 2 is an illustration of the estimated growth in web users;

FIG. 3 is an illustration of an Internet Services Delivery Platform program indicative of one environment where the present invention operates;

FIG. 4 is a high-level block diagram of a computer system with which the present invention can be implemented;

FIG. 5 is a diagram of a network in which the present invention can be implemented;

FIG. 6 is a flow chart of the framework of the decision analysis process of the present invention;

FIG. 7 provides a functional view of the system's elements in an Internet environment;

FIG. 8 provides an expanded view of the architecture of the present invention;

FIG. 9 is an illustration of the various data sources and outputs for the present invention;

FIG. 10 is a detailed illustration of how the components interact with each other and the customer environment in the present invention;

FIG. 11 provides an overview of the architectural components in various configurations of the present invention;

FIG. 12 is a table providing additional hardware, software, database, and information tool options that may be used in conjunction with the present invention;

FIG. 13 is a detailed illustration of the data discoverer architecture in accordance with the present invention;

FIG. 14 is an illustration of a functional architecture of the data discoverer in accordance with the present invention;

FIG. 15 is an illustration of the architecture of the WebWarehouse designer of the present invention;

FIG. 16 is an illustration of the WebWarehouse data sources for the services portfolio management, subscriber base management, and application management;

FIG. 17 is a table key indicating relationships and table types;

FIG. 18 is a table key indicating different types of tables;

FIG. 19 is an exemplary data structure indicating subscriber service metrics data stored by the WebWarehouse designer and received from the data discoverer process;

FIG. 20 is an exemplary table indicating subscriber service metrics data stored by the WebWarehouse designer and received from the data discoverer process;

FIGS. 21A or 21B is a diagram describing the high level design or WebWarehouse indicating the various environmental and business data administered and/or collected by the data discoverer process; and

FIG. 22 is an illustration of the architecture of the mapping module of the present invention.

## NOTATIONS AND NOMENCLATURE

The detailed descriptions which follow may be presented in terms of program procedures executed on a computer or network of computers. These procedural descriptions and representations are the means used by those skilled in the art to most effectively convey the substance of their work to others skilled in the art.

A procedure is here, and generally, conceived to be a self-consistent sequence of steps leading to a desired result. These steps are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared

**8**

and otherwise manipulated. It proves convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like. It should be noted, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities.

Further, the manipulations performed are often referred to in terms, such as adding or comparing, which are commonly associated with mental operations performed by a human operator. No such capability of a human operator is necessary, or desirable in most cases, in any of the operations described herein which form part of the present invention; the operations are machine operations. Useful machines for performing the operation of the present invention include general purpose digital computers or similar devices.

The present invention also relates to apparatus for performing these operations. This apparatus may be specially constructed for the required purpose or it may comprise a general purpose computer as selectively activated or reconfigured by a computer program stored in the computer. The procedures presented herein are not inherently related to a particular computer or other apparatus. Various general purpose machines may be used with programs written in accordance with the teachings herein, or it may prove more convenient to construct more specialized apparatus to perform the required method steps. The required structure for a variety of these machines will appear from the description given.

## BEST MODE FOR CARRYING OUT THE INVENTION

The present invention provides an architecture and method of supporting, collecting, refining, and analyzing Internet and/or electronic commerce/transactions over or from (hereinafter "over" or "from" are interchangeable) the World Wide Web for ISPs and/or CSPs. The present invention also includes a computer system employing the method, one or more computer readable memory storing the medium, and a method for storing the synchronization process in a memory and in a storage device. The present invention provides tools that provide the necessary collection and analytical capabilities to derive knowledge from raw data collected from the web. In addition, the present invention provides scalability of storage capacity, to meet a customer's growing client needs.

In the following description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent, however, that the present invention may be practiced without these specific details. In other instances, well-known structures and devices are shown in block diagram form in order to avoid unnecessarily obscuring the present invention.

The present invention combines improved methods of data collection with enhanced analysis techniques to exploit the vast amount of information available through emerging uses of the web, and other Internet-based systems. The results can be used as part of a customer's decision support system to allow better (e.g., more statistically valid) business decisions to be made faster.

The present invention concentrates on opportunities within, for example, the ISP sector of the telecommunications industry, and provides ISPs the insight into their customer's services usage, demographics, and behavior pat-

6,151,601

| 9 | 10 |

terns Through this insight, ISPs should be able to support their decisions in such areas as customer retention, service pricing and profitability, and target marketing campaign using analytical methods based on customer and market data. Furthermore, ISPs can provide the knowledge and capabilities to the hosted business customers in order for those customers to gain similar insight into their users to make effective and customer-driven business decisions.

The present invention provides a complete data warehouse/data mining solution for Internet/Electronic commerce-based applications and services. Its features include:

A modular design that scales in size as well as functionality.

It runs on a series of platforms ranging from single processors to massively parallel systems.

A full range of design and implementation tools.

Extraction and transformation programs tailored for the Internet and electronic commerce operating environment.

A choice of relational database management systems that includes MS SQL Server, Oracle, and Teradata.

A comprehensive selection of decision-support capabilities.

The present invention's modular design, hardware platforms and tools enable customers to select a decision-support system that is consistent with the financial maturity of their business. As the business grows and decision-support needs become more complex, the platforms described herein can be upgraded in size as well as functionality.

The present invention provides decision-support capabilities to help ISP's/CSP's manage their business from several perspectives:

Providing high quality Internet Service and Electronic Commerce to subscribers as a foundation for higher value, more profitable services.

Managing the customer base to optimize profits and value.

Providing on-line content and services as a value-added incentive to attract and retain communities of subscribers, provide sources of advertising revenue, and potentially, to attract commerce clients.

Providing decision-support information, as a potential fee-based service, to business clients to help them manage their Internet, web or electronic commerce applications that are being hosted by the ISP/CSP.

Since a specific ISP/CSP may not be involved in every aspect of the business described above, the present invention's decision-support capability is modularized to allow a ISP/CSP to select the functionality that make sense for his/her business.

The present invention's modular structure allows Internet and/or electronic commerce-based applications and services to be managed from three perspectives:

1. Business Operations Management to monitor and understand:
   Key business metrics (revenue, expenses, profitability, subscriber base).
   Factors that impact quality of service.
   The impact of marketing initiatives or competitive influences.

2. Customer-Base Management to understand the relative value, behavioral characteristics, and preferences of individual subscribers or customers.

3. E-Commerce Management to measure the success of:
   E-Commerce Applications—applications provided by the ISP/CSP's or their business clients to conduct commerce over the Internet.
   On-line content and other applications provided by the ISP/CSP to add value to the service offering.

In addition, the present invention is complementary with the current Internet Services Delivery Platform program. One environment where the present invention operates is illustrated in FIG. 3. Within this environment, the consumer or business customer 4, 6, 8 is able to utilize the ISP's/CSP's web-based resources through a combination of different access and backbone networks such as ISDN digital access, analog dial-up access, and/or dedicated access lines described below. These networks are, in turn, are connected to the Global Internet 2 via, for example, an Internet Service Center 10 to interface with the rest of the Internet resources.

The access networks consist of many Point of Presences (POPs) 12, 14, 16 which provide dial-up (analog/digital, ISDN) access service or dedicated digital (Frame Relay, ISDN) access service using either modem pool technologies and/or access server/router for the customers. The access networks also provide Dynamic Host Communication Protocol (DHCP) services, a Proxy Cache Server, and a firewall to facilitate the service administration, address translation, security authentication and/or authorization, and web operation efficiency. The backbone networks, consisting of switches and routers, optimize the transport between the access networks and the Internet Service Center 10.

Internet Service Centers 10 may also provide Web Hosting Service and Electronic Commerce Applications. One implementation of Internet Service Centers for ISPs/CSPs is a single site with multiple servers 18 (Web Server Cluster) interconnected through a campus network 20. In addition, Internet Service Centers optionally provide Authentication Service, Domain Name Service, Mail Service, News Service, Provisioning Service, and Network Management Service.

The present invention provides value-added services to improve the operation and services of ISPs/CSPs. The present invention leverages data warehouse and data mining techniques augmented with networking elements and web technologies. The goal of the present invention is to provide the customers with dynamic, flexible, and adaptable interfaces and systems to fully utilize the interactivity of the new Web medium. As a result, decision makers will be able to access decision support information through a secure network in a simple (ease of use), timely (fast enough), usable (valuable) and personalized (customized) fashion. Furthermore, this information will allow the customers to make intelligence decisions and take timely actions to achieve their business goals.

The benefits of the present invention include:

1. providing decision support and operational information for the ISP/CSP to enable new/improved value-added services, allow the implementation of equitable and value-based pricing, achieve better quality of service, manage capacity, and add bill-back capabilities for charge back scenarios.

2. providing to the ISP/CSP customers valuable information such as decision support for proactive, targeted marketing, usage and customer preferences feedback on the web applications, usage information for business access, direct decision support access for specific ISP/CSP customers' applications.

FIG. 4 is a high-level block diagram of a computer system with which the present invention can be implemented. FIG.

6,151,601

**11**

4 is a block diagram which illustrates a computer system **100** upon which an embodiment of the invention may be implemented. Computer system **100** includes a bus **102** or other communication mechanism for communicating information, and a processor **104** coupled with bus **102** for processing information. Computer system **100** also includes a main memory **106**, such as a random access memory (RAM) or other dynamic storage device, coupled to bus **102** for storing information and instructions to be executed by processor **104**.

Main memory **106** also may be used for storing temporary variables or other intermediate information during execution of instructions to be executed by processor **104**. Computer system **100** further includes a read only memory (ROM) **108** or other static storage device coupled to bus **102** for storing static information and instructions for processor **104**. A storage device **110**, such as a magnetic disk or optical disk, is provided and coupled to bus **102** for storing information and instructions.

Computer system **100** may be coupled via bus **102** to a display **112**, such as a cathode ray tube (CRT), for displaying information to a computer user. An input device **114**, including alphanumeric and other keys, is coupled to bus **102** for communicating information and command selections to processor **104**. Another type of user input device is cursor control **116**, such as a mouse, a trackball, or cursor direction keys for communicating direction information and command selections to processor **104** and for controlling cursor movement on display **112**. This input device typically has two degrees of freedom in two axes, a first axis (e.g., x) and a second axis (e.g., y), which allows the device to specify positions in a plane.

The invention is related to the use of one or more computer systems **100** for supporting, collecting, and analyzing Internet and/or electronic commerce over and/or from the World Wide Web for ISPs/CSPs. According to one embodiment of the invention, computer system **100** performs the synchronization in response to processor **104** executing sequences of instructions contained in main memory **106**. Such instructions may be read into main memory **106** from another computer-readable medium, such as storage device **110**.

However, the computer-readable medium is not limited to devices such as storage device **110**. For example, the computer-readable medium may include a floppy disk, a flexible disk, hard disk, magnetic tape, or any other magnetic medium, a CD-ROM, any other optical medium, punch cards, paper tape, any other physical medium with patterns of holes, a RAM, a PROM, an EPROM, a FLASH-EPROM, any other memory chip or cartridge, a carrier wave embodied in an electrical, electromagnetic, infrared, or optical signal, or any medium from which a computer can read.

Execution of the sequences of instructions contained in main memory **106** causes processor **104** to perform the process steps previously described. In alternative embodiments, hard-wired circuitry may be used in place of or in combination with software instructions to implement the invention. Thus, embodiments of the invention are not limited to any specific combination of hardware circuitry and software.

Computer system **100** also includes a communication interface **118** coupled to bus **102**. Communication interface **108** provides a two-way data communication coupling to a network link **120** that is connected to a local network **122**. For example, communication interface **118** may be an integrated services digital network (ISDN) card or a modem to

**12**

provide a data communication connection to a corresponding type of telephone line. As another example, communication interface **118** may be a local area network (LAN) card to provide a data communication connection to a compatible LAN. Wireless links may also be implemented. In any such implementation, communication interface **118** sends and receives electrical, electromagnetic or optical signals which carry digital data streams representing various types of information.

Network link **120** typically provides data communication through one or more networks to other data devices. For example, network link **120** may provide a connection through local network **122** to a host computer **124** or to data equipment operated by an ISP or CSP **126**. ISP or CSP **126** in turn provides data communication services through the world wide packet data communication network now commonly referred to as the "Internet" **128**. Server **132**, web server or proxy server, is used by ISP **126** for data collection purposes. Local network **122** and Internet **128** both use electrical, electromagnetic or optical signals which carry digital data streams. The signals through the various networks and the signals on network link **120** and through communication interface **118**, which carry the digital data to and from computer system **100**, are exemplary forms of carrier waves transporting the information.

Computer system **100** can send messages and receive data, including program code, through the network(s), network link **120** and communication interface **118**. In the Internet example, a server **140** might transmit a requested code for an application program through Internet **128**, ISP **126**, local network **122** and communication interface **118**. In accordance with the invention, one such downloaded application provides for the synchronization method as described herein. Of course, the present invention may also be implemented on multiple computer systems.

The received code may be executed by processor **104** as it is received, and/or stored in storage device **110**, or other non-volatile storage for later execution. In this manner, computer system **100** may obtain application code in the form of a carrier wave.

FIG. 5 is a diagram of a network in which the present invention can be implemented. Referring to FIG. 5, depicted is a network **200** within which the present invention may be implemented. SmartEC server, according to one embodiment of the present invention, gathers information dynamically from one or more data sources, which may be located at different servers and may have incompatible formats, and outputs the information for the user according to predetermined criteria discussed below. A SmartEC Server **240** takes the information from Web Server **240** and translates and puts it into the WebWarehouse.

The predetermined criteria may be defined by human operators according to their own needs, purposes, and preferences as part of the configuration of the server. Alternatively, the predetermined criteria may be determined based on system-defined user privileges. For example, users with a higher clearance, and/or security level may be able to obtain more information than users with a lower clearance, security level. Multiple information models and visual representations may be defined for any server.

A user may access the web server **220** by executing a web browser at client **210**. Web browsers are well-known in the art, and are readily available from such corporations as Netscape Communications Corp. and Microsoft Corp. In order to access the web server **220**, the user at client browser **210** activates a hyperlink having a URL (Uniform Resource Locator).

6,151,601

13

In the exemplary URL, the network address of the web server 220 is specified as "www.server.com" and the optional portion of the URL after the question mark (?) hold user specified parameters. When the hyperlink is activated, the web server 220 receives a request to initiate an session, specified by parameters embedded in the URL. In response, the web server 220 gathers information from one or more data sources.

The data or information sources can have incompatible formats, e.g. web page, relational database, spreadsheet, text file, etc. The data sources can be stored at a plurality of sites, for example, locally with respect to the web server 220, such as a hard disk at local storage 222, or externally at another site in the network, e.g. at mainframe 230. In fact, the data source can even be another, remote information web server 240.

The decision analysis process shown in FIG. 6 describes a framework of what is required to provide the business solution set. The architecture and process of the present invention includes the necessary data to solve specific business problems. As opposed to many traditional methods of collection and storage for data warehouse and mining, the present invention focuses on data collection of Web/Internet information and data storage methods using Web technologies in distributed environments.

As a result, data collection and data storage processes S2, S4 are focused and continuous efforts, instead of general and discrete approaches. The present invention also allows the proper archive of the collected information for statistic and analytic manipulation. The present invention effectively and interactively presents the resulting business solutions.

Specifically, three aspects of the processes are provided by the present invention business solution set:

1. Find and collect: this process S6 must determine what data elements are required. It is also necessary to know whether the data is available in open, closed, or registered environments. In order to execute the capture and collection of the data, the ability to set policy and operation parameters must be provided to the user to allow options for data searching and collection based upon their dynamic and changing business needs. Furthermore, this process should also deal with when and how the data collection should be executed.

The whereabouts of the required data, sometimes, can be known or unknown, internal or external. The ability to locate the data and synthesize the multiple sources of data into useful information is important as the technology evolves and matures. The following data collection options are also provided:

   real-time: the time between locating the data and collecting the data is negligible or about at the same time. These two activities are closely related and the actions are closely coordinated.

   on-line: the time between locating the data and collecting the data is short because either (1) the data requires a certain duration to accumulate meaningful volume, or (2) the importance of the data collection is not imminent. These two activities are loosely related and actions are loosely coordinated.

   off-line: the time between locating the data and collecting the data is long and these two activities are separate and can be unrelated events, and actions need not be coordinated at all.

2. Structure and store: this process S8 involves parsing, categorizing, indexing, and formatting of the collected data. The processed data must be organized in a structured way (i.e., the data layout and segmentation). The intent of this

14

process is to arrange the data and/or information in a form where useful long term and policy-related knowledge can be easily used and derived.

3. Analysis and discovery: this process S10 recognizes the patterns, trends, and exceptions of the data and/or information based on statistic and analytic manipulation techniques such as clustering, artificial intelligence, etc. The goal is to provide the customers with recommended actions for their decision making S12.

All these three processes are iterative in nature. The feedback process S14 among the processes, and also from the users and customers, will establish the foundation of the continuing improvement. In addition, all three processes require user-friendly interfaces to facilitate information exchange. These user interfaces are important parts of the present invention to allow solution navigation, iterative learning, and decision guidance.

The following outlines the system elements and preliminary data required for the present invention. The present invention intends to complement the Internet service delivery platform and provide the differentiation for our complete suite of Internet solutions for Internet Service Providers and/or Commerce Service Providers in the communication industry. The assumptions of the configuration are:

   all systems are interconnected,

   all systems (users, servers) can be Web-accessible.

The approach we take in the present invention is to establish a generic solution framework, but with specific focus, at least initially, on the vertical industry (ISPs in the communication industry) and functionally on customer retention and profitability. The potential applicability for horizontal platform functionality requires further investigation.

Each of the processes (find and collect, structure and store, analysis and discovery) corresponds to a system component in this section. FIG. 7 provides a functional view of the system's elements in an Internet environment. The system's elements of the architecture of the present invention are:

1. tracking module (WebMap or WebTrack) 300: systems to find, collect, refine, and translate detailed customer Web/Internet and/or electronic commerce usage and demographics data.

2. storage module (Web Warehouse) 302: Scaleable Data Warehouse to structure, organize, storage and manage detailed customer Internet and/or electronic commerce data.

3. intelligent decision support tool (WebSmart) 304: business solutions based on knowledge analysis and discovery of detailed customer Internet and/or electronic commerce data.

In addition, a general data warehouse 306 is also provided for storage of non-web specific data, as well as possibly some web specific data based on user preferences.

In addition, the presentation of the information is also important to the decision support process. It is a delivery media to distribute the information and intelligence to the decision maker in a timely fashion. Therefore, all these systems provide consistent, personalized, and easy to use customer interfaces. These user interfaces may also have the capabilities to operate in real-time, on-line, and/or off-line.

FIG. 8 provides an expanded view of the architecture of the present invention. In FIG. 8, the users define and formulate the business questions and determine the queries of the data collected. Three major decision support user categories of the present invention are:

6,151,601

15

1. CSP/ISP business managers: the present invention allows them to better understand their customers' needs and conduct effective marketing and sales support to achieve their business objectives.
2. ISP/CSP IT (Information Technology) Managers: the present invention enables them to obtain insight into the ISP's IT operations and provide ways to improve the ISP's services.
3. ISP/CSP business clients: For the ISP's hosted business clients, the present invention enables ISPs to provide their business clients with detailed understanding about the clients' business needs.

These users should be able to use the present invention through any Web client or networked client with properly defined access privileges and procedures. The interface must allow dynamic interaction between the users and the systems to accommodate the new queries and questions resulting from the changing business needs. This user input is handled according to the current Web and user interface technologies such as HTML forms and Common Gateway Interface (CGI) interacting with the other elements (WebSmart, WebWarehouse) of the WebMining systems.

WebSmart 304 provides the mathematical Engine to perform the statistic and analytical manipulation of the data and obtain the knowledge and intelligence for business decisions by the SmartEC client 314.

WebWarehouse 302 is separated from the operational Web-accessible systems such as Web servers and Web-Based databases, but is populated by data from these systems. It exists to make the data available for interrogation by the business users from the perspectives of an enterprise interest and associated business benefits. The data in the WebWarehouse is preferably time-stamped and associated with a defined period of time, and is usually subject-oriented such as customer, product, activity.

The change of this data in the WebWarehouse occurs as a result of decision support requirements, and update from one of the data sources 316. Therefore, the Administrator 312 must have the capabilities to determine and control the search request and information flow between the operational databases and the WebWarehouse. The Administrator must also have the ability to initiate the structural change, addition, and deletion of data in the WebWarehouse in an appropriate time based on the decision support user's needs.

WebTrack or WebMap 300 is the vehicle to search and transform the information from the data sources 316, and deliver the information to the WebWarehouse for storage using a network. The data sources preferably includes the system logs (access logs, agent logs, mail logs, communication server logs, accounting logs and referer logs) on the Web server, proxy server or mail server, and the user profiles (ISP/CSP customers, visitors, and transient travelers (pass-throughs)).

From the Web operational perspectives, four major sets of information for Web applications and Web access must be also considered to determine the collection of useful data: (1) who is visiting, (2) what they are looking at, (3) what resources they are using, and (4) what action are they taking. There are other data sources available related to DNS, DHCP, and the Network Management Systems (NMS) which facilitate Web operations. In addition, the data sources should also consider third party analysis applications (based on the Web data).

The data required for the WebWarehouse depends heavily on the scope and objectives of the business problems to be solved. A preliminary and generic example of the WebWare-house intended for solving the problems an ISP/CSP may face is described as follows:

16

From the user perspective, there are, at least, two types of users: visitors and the ISP's/CSP's customers. The ISP's/CSP's customers are those who subscribe to the ISP/CSP services by paying fees to the ISP/CSP. The visitors are those who access the services via other Web servers without payment to the particular ISP/CSP. The profile data related to the ISP/CSP customers should include, for example:

company name

company administrator name

user name

address including city, state, zip code

phone number including day, night and fax

user login name and/or IP address

email address

chosen Point of Presences

credit card information including card type, number, name on the card

domain name

billing contact

user selection of ISP's/CSP's services including dial-up service, business ISDN service, corporate email service, server hosting, corporate web services.

user chosen service plans and associated pricing information.

The visitor profile data, in addition to the domain name and IP addresses, depends on how much information the visited applications can entice the visitors to provide and what the visitors are willing to share with the ISP/CSP.

From the Web operational service perspective, three activities are correlated: user, application (including hosting and commerce services), and access. Web servers contain minimal information about access from the networking point of view. The capture of Web access activity requires interfaces to other network accessible systems such as modem pools and routers. The user activity provides, for example, the following data;

domain names and IP addresses of the systems/users making the requests

login names and IP addresses of the client systems accessing the site

referer lists from where users are accessing the server

most common visitor domains

most common external references

first time visitors

returning visitors

most frequent visitors

visitors per visitor category

visits per visitor category

user demographics including geography, age, income, professional.

where do people come from when accessing this page.

where users or subscribers/visitors go from this page.

The activity provides, for example, the following data:

hits to the site

new contents for the site

number of files sent

hot hits (most frequent accessed files)

most popular pages

types of transactions

date and time of transactions

time spent on a particular page

6,151,601

<table>
<tr><td>

17

average time spent on a page

how many leave before the first page arrives

details of most popular objects

details of most popular pages

least popular objects

eleast popular pages

most popular entrance pages

most popular content categories

next click analysis

visits per content category

visits to content combinations

In order to understand the efficiency of the ISP/CSP operation, it requires an underlying resource characterization to inter-relate the above activities. There are three aspects of this characterization: what the structure is (necessary Web site application/service structure, and the relationships—one-to-one, many-to-one, many-to-many), what actually happens (logs), and how well the systems are performing (performance). This characterization (please note that this remains to be defined) is important in setting up a useful WebWarehouse and provide adaptable services for the present invention. Sample data related to resource utilization includes, for example:

protocol used

file sizes transferred

response time

peak traffic periods

update interval

most common browser types

retrieval method

error activities

accounting information including billing records.

The present invention can be standalone or co-exist with the web server, data bases, and data warehouse. The present invention accommodates both NT and UNIX with appropriate systems tools and capacity to enable access to other web servers and other web-accessible systems and Internet-based systems or networked such as NMS and special application servers. The present invention operates, for example, in a pure ISP environment initially. The capabilities of the present invention are also extendable to the Mixed ISP/CSP and SmartEC (or ISP decision support) systems provider environment (such that SmartEC systems providers can offer professional services), the Intranet environment for business customers, and provide business customers using ISP/CSP hosting and Internet and/or electronic commerce services a logical perspective of how they are operating.

As depicted in FIG. 9, the data to populate WebWarehouse 302 originates from many sources. The value of the present invention lies in its ability to integrate business operational data with web-specific and Internet and/or electronic commerce data to provide decision-support information about Internet/Web applications in a business, rather than a technical context.

WebMap or WebTrack 300 consists of the programs and database structures designed to:

Collect data from the appropriate sources.

Interpret, analyze, translate, and refine the source data in order to extract the required data sets to implement decision-support functions.

Correlate disparate data sets prior to populating WebWarehouse 302.

WebWarehouse 302 furnishes the information necessary to manage an Internet Service or an E-Commerce business

</td><td>

18

from the perspectives outlined above. Different WebWarehouse views can be extracted to provide an information framework to drive specific decision-support efforts. WebWarehouse also includes tools that provide the appropriate logical design, physical design and documentation. Design templates are available to identify the required data elements from the customer's operational databases. There are also processes and tools to integrate customer-specific elements into WebWarehouse's core design. This architecture described herein may also be implemented as a datamart. A datamart is structured to support specific decision-support needs, typically at a departmental level.

WebSmart 304 provides decision-support modules with feature sets that vary in the sophistication of the business information being provided. In this context, there are several levels of decision-support provided by WebSmart.

functionality that provides a basic level of decision-support functionality

functionality that can be addressed by standard OLAP decision-support software. At this level, WebSmart provides a set of pre-formatted report templates, filters and metrics for each decision-support feature set. There are tool sets for each DSS software package supported by WebMining.

functionality used to detect previously unknown, but potentially useful relationships between different types of data. Here, WebSmart provides a set of templates oriented to help solve specific business problems such as customer retention, market basket analysis, etc.

Additionally, Metadata is provided for each of the supported OLAP, On-Line Analitical Processing, or Knowledge Discovery (KD) tools, as appropriate. Metadata defines the data views necessary to produce the outputs required for each decision-support feature set. Each metadata package also includes templates to integrate customer-specific data into the standard design.

FIG. 10 is a detailed illustration of how the components interact with each other and the customer environment. The present invention works under three environmental factors. Customer engagement 320 provides key information on customer needs. These needs are influenced by how well customer operational systems 322 are running and how customer business actions 324 are executed. The customer engagement process has a major influence on the design. The components must interact with customer operational systems to determine the proper model for WebWarehouse 302 and how the information can be collected and extracted for WebMap or WebTrack 300. Finally, the customer business actions depend heavily on what knowledge customers can get from the products and solutions.

WebSmart 304 is intended to provide the best possible knowledge for customers to conduct their business given a specific business problem. There are six key components in the present architecture:

WebMining Front-end 326 (Data Discoverer 328 and Offer/System Configurator 334 and Migration Planner 336)

WebWarehouse Designer 330

WebMap or WebTrack 300

WebWarehouse 302

WebSmart 304

WebMining Metadata Management Utilities 332

The WebMining Front-end facilitates the interaction between WebMining solutions and customers. Data Discoverer automates the discovery process to enable service practitioners to systematically find the necessary informa-

</td></tr>
</table>

6,151,601

19

tion for defining customer problems via customer engagement. The output of the Data Discoverer will impact the WebWarehouse design and determine the effectiveness of the collection and extraction utilities of WebTrack or WebMap.

The offer/systems configurator and migration planner function (WebMining Platform Selector) will help both customers and WebMining sales and service personnel to determine, depending on customer needs, what hardware, software and associated applications are required and how customers can move from one set of platforms to another based on the changing customer requirements.

WebWarehouse Designer contains two main components: logical data model 338 and formatted library 340. The logical data model provides overall descriptions of what the WebWarehouse is. This description will determine how well the WebWarehouse can integrate additional datasets and how effective the access of WebWarehouse will be for queries and reports. Formatted File Library is a by-product of conducting standard Collection/Extraction Utilities 342 and Tracking Utilities 344. The Formatted File Library provides the intermediate classifications such as process characterizations, customer descriptions, preference determination, and behavior patterns. These classifications can be reused in different technical process and different customer problems.

WebTrack or WebMap collects and extracts information from customer operational systems. The collected and extracted information will be further manipulated to determine the identity and characterization of the users via Mapping utilities. Data Transformation Tools 346 load the data into the WebWarehouse based on the principles of the WebWarehouse Designer and the information discovered during the execution of Collection/Extraction Utilities and Mapping Utilities.

WebWarehouse is the physical repository of SmartEC or WebMining information.

WebSmart provides the intelligence of the present invention. Decision Support Systems (DSS) tools 348 provide the access, query, and report capabilities using WebWarehouse. Mining tools 350 enable the present invention to discover hidden knowledge from existing data and information. Furthermore, Mining tools could establish systems model such that Prediction/Forecasting 352 capabilities can be realized. All these intelligence can be formulated such that the business impact can be clearly crystallized via Business Impact Report 354.

Since there are multiple systems and databases involved in providing WebMining solutions, it is important to properly manage, coordinate, and reconcile the different sets of metadata. Metadata Management Utilities serve as a control center of these different metadata for the present invention.

The above architecture is mainly examined from input and output process perspectives among physical components. The physical platforms required for the architecture described herein are described in FIG. 11. The present invention is capable of running on, for example, an NT or UNIX server and can be accessed by users through a browser or DSS/Data Mining Tools GUI interface via a network connection.

The system environment in FIG. 11 provides an overview of the architectural components in various configurations. DSS/Data Mining can run locally on the database platform or remotely on an NT or UNIX server attached to the database server via a network connection. FIG. 12 is a table providing additional hardware, software, database, and information tool options that may be used in conjunction with the present invention.

20

FIG. 13 is a detailed illustration of the data discoverer architecture in accordance with the present invention. The data discoverer 360 is a front-end tool used to automate as much as possible the discovery process on customer information and business rules. The data discoverer determines or protects the structure of the data stored in the WebWarehouse. Data Discoverer provides the following functions:

deletes, adds, updates information stored in the webwarehouse

reports information to the customer to allow customer to review the information and provide feedback (e.g., which information customer wants to, or more interested in receiving, customized reporting)

provides a user interface for setting up new customers to collect information to begin webmining operation

WebWarehouse 302 is populated with data extracted from two primary sources: the ISP's/CSP's business operational databases 364, 366 and various Internet or Web-based system files 368. The Internet/web data is relatively consistent from implementation to implementation. Minor variances will exist depending on whether the customer is running on UNIX or NT, the logging options selected by the CSP's/ISP;s and, in some cases, by the access hardware. These variances will impact the utilities that load the warehouse, but not its overall structure. The business operational data, on the other hand, may be unique for each CSP/ISP. WebWarehouse design templates take this into consideration by providing a fixed design for the consistent data and indicating, specifically, the type of data that must be extracted from the ISP's/CSP's operational systems to provide the functionality provided by WebSmart. User interface 372 interfaces or interacts with process controller 374 to store the data in reference database 376. User interface receives the data from the external sources via a data entry module for input into the various areas of the reference database, including schema, decision support taxonomy, data collection controller, or application reference library.

Each of these various database areas are organized to maintain the discovered data in accordance with a predetermined format. Accordingly, at the end of this phase, the structure and location of all source data required for the warehouse is defined via the reference database. During the data discovery phase, specific decision-support objectives are also established and calibrated against the mission statement of the business. The results of the data discovery phase are then used to determine what extensions are needed to the WebWarehouse and WebSmart core designs.

FIG. 14 is an illustration of a functional architecture of the Data Discoverer in accordance with the present invention. The goal of the data discoverer 360 is to collect operational and business data, and then store the collected data in a well defined structure. The completed structure, also known as metadata, will provide the necessary input to WebWarehouse Designer, described above.

In FIG. 14, the service practitioner 380 starts the data discovery with an interview questionnaire 382. The questionnaire provides a structure to collect:

the data or location of the data

a description of the data

the environmental information about the data (e.g., how long user keep files on server without deleting, how current is data refreshed, how user updates information, how user manipulates data over time period, user POP or physical location)

volatility of the data

The data received via the questionnaire is then parsed, manually or automatically, into environmental

6,151,601

| 21 | 22 |

characterization/related data 386 described above, and business related data 384. Examples of business related data include, e.g., pre-paid user, how user purchases services and products, discounts, billing rates, free subscriptions, free areas/information on web page.

Information source requirements 388 are determined from, or considers, at least one of the environmental characterization 386 or business characterization 384 when determining or populating the appropriate core business rules 392 and the appropriate core data sources 394 that fulfill the information source requirements. Information source requirements comprise, for example, identifies where, physical/logical location, the information, business/environment is located in a database.

Core business rules 392 comprise a minimum or predetermined set of rules used to administer the subscriber account, e.g., predefined rules for the customer to perform operations, discounts, rebates, use of subscriber information involving logon id per user, account id group of users, subscriber id internal database id, and the like. Core data sources 394 comprise the minimum data set which customer is required to supply to the webmining use data, e.g., users need logon id, valid account, and the like.

Decision support requirements 390 utilize the business characterization when parsing into incremental data sources 396 and incremental business rules 398. The decision support requirements customized support requirements, information needed by customer beyond the core set of report functionality, e.g., county of residence which is not normally collected. Core data sources 394 and incremental data sources 396 are then parsed into or pointed to the appropriate Internet/web source related information 400 and operational sources 402.

Internet/web source related information 400 and operational sources 402 are subsequently stored in WebWarehouse Designer 330, along with one or more core business rules 392 and incremental business rules 398. In this phase, the data discoverer will obtain the core data set 394. The core data set includes, but is not limited to, files, schema, tables, report, data elements and relationships.

The results of the data discovery process is highly iterative and highly dependent on the customers' needs. The purpose of data discovery is to achieve a starting point for a systematic way of discovering customer information. Interview templates are provided to guide the user through the process of identifying and recording information pertinent to WebWarehouse that describes the customers' information systems.

Business Operational Systems
  Database or file
  Location of database or file
  Business rational for each database or file
  Database table descriptions and relationships
  Data element descriptions for database tables or files
  Business rules that dictate database or file data integrity
  Update policies and frequency
  Data volumes
  Data volatility
Internet system logs
  The data discoverer also collects the following type of information:
    Locations of data collection points
    Data volumes
    Operating system type and version
    File formats
. . . about the following server logs:
  Radius or accounting log—records information about access server sessions

Access log—records information about requests to local web applications
Proxy log—records information about requests to remote web applications
Referer log—records information about hyperlinks between applications. In context of an application, log indicates who is linking to it
Mail log

The Data Discoverer is a self-contained Windows-based application that is capable of being run on a laptop computer. Data discovery occurs on the customer's premises. Data collection templates and processes are provided to inventory or store:

The types of services provided by the ISP/CSP
Billing codes
Service codes
Subscriber identification codes
On-line content
Electronic commerce applications. With these types of applications, each one has a mutually exclusive business operations environment, customer base and business rules.

Data collection templates and processes are provided to collect data pertinent to the customer's Internet service environment. Included are:
  Location and attributes of POPs (Point of Presence)
  Topology and capacity of access facilities
  Topology and capacity of Internet facilities
  Types, names and locations of servers

Data collection templates and processes are provided for the function of:
  Validating the appropriateness of WebMining (SmartEC Decisions) provided decision-support functionality for the customer's specific business needs.
  Identifying and describing any additional business needs and/or decisional support functionality that will require extending WebMining's (SmartEC Decisions) core design and decision-support templates.

Information collected about the customer's operational environment, information systems, and business needs is formatted into readable data files that can be integrated into WebWarehouse metadata.

FIG. 15 is an illustration of the architecture of the WebWarehouse designer of the present invention. WebWarehouse designer 330 provides a core design that is tailored for the decision-support functions provided by WebSmart 304. Extensions to this design, however, are required to accommodate the CSP's/ISP's operational data and, perhaps, any additional decision-support requirements that surfaced during the data discovery phase. WebWarehouse designer 330 contains two main components: logical data model and formatted library. The logical data model provides overall descriptions of what the structure of the WebWarehouse is. This description determines how well the WebWarehouse can integrate additional datasets, how effective the access of WebWarehouse will be for query and report. Formatted File Library is a by-product of conducting Collection/Extraction Utilities and Mapping Utilities. The Formatted File Library provides the intermediate classifications such as process characterizations, customer descriptions, preference determination, and behavior patterns. These classifications can be reused in different technical process and different customer problems.

Tables, relationships, keys and data elements are integrated in the WebWarehouse metadata database 406. Also

6,151,601

23

integrated are the locations and descriptions of the source data described during data discovery, business rules, database integrity conventions and decision support views. The result is metadata of WebWarehouse that is administered by the implementation of WebWarehouse. Metadata is data about data. Metadata keeps track of and defines what is in the data warehouse, as well as the sources of data feeding the warehouse.

WebWarehouse Designer is optionally a Windows-based design tool that provides the appropriate logical, physical design and documentation for each WebMining datamart or data warehouse. Also provided are the design templates required to integrate the data elements from the CSP's/ISP's operational databases into the appropriate datamart. These tools are intended to be used by either services practitioners or the customer's information systems staff. The metadata is implemented, for example, in a standard RDBMS format that is compatible with the RDBMS used to implement WebWarehouse. Other data formats may also be used so long as a similar format is used or compatible between the WebWarehouse Designer and the WebWarehouse.

WebWarehouse Designer is capable of reading a dataset and integrating the data into the WebWarehouse metadata. The location and format of customer-provided data is recorded during the data discovery process. The Data Discoverer 360 tool produces an output dataset filtered via the delta dataset module 414 used to only transmit data that has been altered to the WebWarehouse designer, that describes this information in a predetermined format.

The data discovery dataset is integrated into the core design by the integration function 412. Admin/Management in user interface 404 provides for Database Administrator (DBA) control and status, as required, during the integration process. Provisions are provided to allow a database administrator or decision support specialist to interact with the system. Change Control function in the user interface 404 manually allows elements to be added to the metadata 406 manually by a database designer. This allows changes and enhancements to be made. Query Control in the user interface 404 established. This will provide the WebWarehouse documentation and will provide a reference for the decision-support analyst when designing new queries, reports or models.

The translator 408 provides a standard function for access to metadata 406 by either WebSmart 304 or WebTrack or WebMap 300. WebTrack or WebMap 300 requires definitions of customer-provided and Internet/Web elements in order to manipulate datasets during the WebWarehouse load process. Query/report generator 410 interfaces with user interface to output reports in paper or electronic form.

The metadata is extensible. The metadata contains a description of each warehouse element that is included in the WebWarehouse core design. The core design provides the information structure that supports WebSmart's pre-defined decision-support functionality, i.e., information source requirements described above. The core design provided with the system can be extended to implement any additional functions desired by the customer, i.e., decision support requirements described above in connection with the Data Discoverer. Also, data elements required from the customer's files or databases must also be identified and included.

Metadata will provide a comprehensive description of each WebWarehouse component and the sources of data used to populate Webwarehouse. The metadata comprises the following information:

24

Schema for Internet/Web data sources
Type of system logs
Description of each log
Location of each log
Data format for each log entry
Operational considerations (e.g., frequency of data collection)
Schema for operational data sources
Required data sources
Schema describes the table, files and/or data elements that must be added to WebWarehouse to enable the decision-support functionality provided by, for example, WebSmart
Table/file location
Table/file responsible party
Table/file description
Table relationships (if database)
Data element descriptions (describes the data sources necessary to implement customer desired extensions to WebWarehouse functionality).
Table descriptions including Table type, Table name, Table description, Primary Key, Alternate key, Foreign key(s),
Data Element Descriptions including Field Name, Label, Description, Parent Table, Shared by Alias, Data type, Length, Decimal places, Input mask, Display format, Legal characters, Key type, Uniqueness, Required value, Null support, Edit rules, Comparison boundaries, Operations allowed, Values entered by, Default value, Range of values
Values entered Descriptions
Table Relationship Descriptions
Business Rules
Decision Support Views

The core design of WebWarehouse includes data structures, tables and the core data elements required for each table. The material is organized by datamart. FIG. 16 is an illustration of the WebWarehouse data sources for the services portfolio management, subscriber base management, and application management.

FIG. 19 is an exemplary data structure indicating subscriber service metrics data stored by the WebWarehouse designer and received from the data discoverer process. The data structure section illustrates the tables used in a given datamart or data warehouse, the connections between tables that are related to one another and the types of relationships between them. Also shown are the primary and foreign keys. A primary key uniquely identifies the record in which it exists. A foreign key in one table is an attribute whose values are the values of a primary key in another table. The foreign key establishes a link between the two tables.

FIG. 20 is an exemplary table indicating subscriber service metrics data stored by the WebWarehouse designer and received from the data discovery process. The table section describes why each table is important to the functionality of the datamart. This core design reflects the set of business requirements that is expected to be substantially common from customer to customer. This core design is extensible to accommodate differences in customers' operational environments and business needs. Because of this and the broad scope of any data warehouse data mining effort, it is expected that the designs shown in this section will be modified and refined throughout the customer trial process.

FIG. 21 is an exemplary table indicating the various environmental and business data administered and/or collected by the data discoverer process.

FIG. 22 is an illustration of the architecture of the present invention. The mapping module of the present invention. The mapping

6,151,601

25

module or WebMap is a process and set of tools that transforms data from the customer's data sources into the WebWarehouse. The WebMap system collects, interprets, analyzes, translates, refines and correlates customer Internet usage, Web/Internet application data, e-commerce application data and other operational data. WebMap performs the following functions:

Transforms and organizes business operational data into a format suitable to be loaded into WebWarehouse.

Analyzes, organizes and scrubs raw data pertaining to Internet sessions and accesses into a format suitable to be loaded into WebWarehouse.

Correlates Internet session, authorization and application access data to individual subscribers.

Creates directories of web categories to expedite the loading and access of information pertaining to on-line content or e-commerce applications.

Translates raw system data pertaining to electronic commerce applications into a business context.

These tools are intended to be used by either services practitioners or the customer's information service (IS) staff.

WebMap leverages existing standard RDBMS tools whenever possible. WebMap uses standard utilities and data transformation utilities to extract, scrub and transform operational data into a dataset suitable for loading into WebWarehouse. WebMap parses, analyzes, validates and/or organizes Internet/Web data prior to correlating it to operational data. WebMap leverages many customer application parameters that are identified during the data discovery process, such as directories of on-line or e-commerce content.

Configuration parameters, such as the locations of POPs (Point of Presence), servers, etc., identified during the data discovery process are also be leveraged to organize the intermediate data set. The data set produced by this process is stored in, for example, an RDBMS structure. Other standard structures may also be used. A join function correlates the Internet and operational data into one or more datasets prior to loading WebWarehouse.

Standard RDBMS technology is used, for example, to join the datasets. Other standard technology providing similar features may also be used. Information on the location (e.g. file, table or database names) and structure of the source data is provided by the metadata in WebWarehouse Designer. WebMap also provides the tools to create reference directories for on-line content and/or Internet and/or electronic commerce applications. These reference directories form the basis of lookup tables in WebWarehouse.

Standard tools, such as CyberPilot, are evaluated to create application directories and, if suitable, are integrated into WebMap. WebMap also provides utilities to parse the application directories as a basis to create lookup tables for subscriber-customer preferences. Standard load utilities provided by the RDBMS vendor, or other similar utilities, may be used in the final stage to load WebWarehouse (e.g., Oracle, MS SQL Server and Teradata).

As illustrated in FIG. 22, the WebMap system 300 collects, interprets, analyzes, translates, refines and correlates the business operational data 416 and the Internet/Web (or World Wide Web "WWW") operational data 426. Data Discoverer 360 provides WebMap 300 with application parameters 428 and configuration parameters 430. WebMap then parses, analyzes, validates and organizes in module 432 the Internet operational data 426 into data sets 434, responsive to the application parameters 428 and configuration parameters 430.

26

WebMap 300 receives business operational data 416 and transforms and organizes the business operational data into data sets 420 via standard data transformation utilities 418. WebWarehouse designer 330 provides the necessary metadata to data transformation utilities 418 and to load utilities 440 discussed below in more detail. Join function 424 correlates the Internet operational data sets 434 and business operational data sets 420 into one or more datasets 436, responsive to rules 422 provided via WebWarehouse designer 330, prior to loading into WebWarehouse 302.

WebMap 300 creates categories 438 of web categories responsive to data sets 434 to expedite the loading and access of information pertaining to on-line content or e-commerce applications. The categories are parsed as a basis to create lookup tables for subscriber-customer preferences. Load utilities 440 utilize the data sets 436 and application directories 438 to load WebWarehouse database 302 with data in a suitable format.

Accordingly, as described above, the present invention combines improved methods of data collection and translation with enhanced analysis techniques to exploit the vast amount of information available through emerging uses of the web, and other Internet-based systems. The results can be used as part of a customer's decision support system to allow better (e.g., more statistically valid) business decisions to be made faster.

The many features and advantages of the invention are apparent from the detailed specification, and thus, it is intended by the appended claims to cover all such features and advantages of the invention which fall within the true spirit and scope of the invention. Further, since numerous modifications and variations will readily occur to those skilled in the art, it is not desired to limit the invention to the exact construction and operation illustrated and described, and accordingly, all suitable modifications and equivalents may be resorted to, falling within the scope of the invention.

What is claimed is:

1. In a computer system for supporting and analyzing Internet and/or electronic commerce data over the world wide web for service providers including at least one of commerce service providers and Internet service providers received from one or more sources, the computer system including at least one user user station transmitting a user request, at least one server, connectable to said at least one user station, said at least one server providing said at least one user user station access to one or more external data sources, and at least one data collection and analysis system, a mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of the service providers for storage into a data storage area for subsequent retrieval and analysis, the Internet and/or electronic commerce data including at least one of business operational data and network operational data, said mapping system comprising:

a database storing the Internet and/or electronic commerce data for interrogation by the service provider; and

at least one computer station, responsively connectable to said database and including data transformation and database load utilities, said at least one computer station performing at least one of the functions of:

transforming and organizing the business operational data into a format suitable to be loaded into said database;

analyzing, and organizing the network operational data pertaining to network sessions and accesses into the format suitable to be loaded into said database;

6,151,601

27

analyzing, and organizing the web server operational data pertaining to web page requests, accesses, and browsing into the format suitable to be loaded into said database;

correlating the network sessions, accounting data, authorization data and web access data to at customers including at least one of individuals and groups;

creating categories to facilitate the loading and access of information pertaining to on-line content or Internet and/or electronic commerce applications;

translating raw system data pertaining to Internet and/or electronic commerce applications into at least one of a business and marketing context; and

at least one of correlating the business operational data and the network operational data into one or more datasets prior to loading into said database, and referencing the one or more datasets in other databases.

2. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 1, wherein the network operational data includes at least one of how long a user keeps files on a server without deleting, how current is user data refreshed, how the user updates the user data, how the user manipulates the user data over time, and user physical location.

3. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 1, wherein the business operational data includes business data, and the business data includes at least one of pre-paid user data, how the user purchases services and products, user discounts, billing rates, and user free subscriptions.

4. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 1, wherein the Internet and/or electronic commerce data information is retrieved from a distributed on-line, and interactive environment including multiple client browsers.

5. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 4, wherein the multiple client browsers are capable of accessing a web server storing information.

6. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 5, wherein the multiple client browsers are capable of accessing a web server or server storing information including customer support material and sales campaign schedules.

7. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 1, wherein said database stores metadata, and the metadata is used to track and define the Internet and/or electronic commerce data and operational data stored in said database and sources of the Internet and/or electronic commerce data and the operational data feeding said database.

8. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for

28

subsequent retrieval and analysis according to claim 1, wherein said database stores metadata, and the metadata provides a comprehensive description of each component and source of the Internet and/or electronic commerce data and operational data used to populate said database.

9. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 1, wherein said database stores metadata, and the metadata comprises schema for Internet data sources, and schema for business data sources.

10. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 9, wherein the schema for Internet data sources includes type of system logs, description of each log, location of each log, data format for each log entry, and operational considerations.

11. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 9, wherein the schema for business data sources includes tables, files and/or data elements that must be added to said database to enable decision-support functionality.

12. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 1, wherein the one or more datasets are stored in an RDBMS structure.

13. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 1, wherein said at least one computer station joins the one or more datasets using RDBMS technology.

14. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 1, wherein said at least one computer station generates one or more categories for at least one of on-line content and Internet and/or electronic commerce applications, and the categories form the basis of lookup tables in said database.

15. A mapping system for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 14, wherein said at least one computer station parses the categories as a basis to generate one or more lookup tables indicative of subscriber-customer preferences.

16. A method of collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers including at least one of commerce service providers and Internet service providers received from one or more sources, for storage into a data storage area for subsequent retrieval and analysis, the Internet and/or electronic commerce data including at least one of business operational data and Internet operational data, said method comprising the steps of:

(a) storing in a database the Internet and/or electronic commerce data for interrogation by the service provider;

(b) performing by at least one computer station at least one of the functions of:

6,151,601

29

(1) transforming and organizing the business operational data into a format suitable to be loaded into the database;

(2) analyzing, and organizing the web server operational data pertaining to web page requests, accesses, and browsing into the format suitable to be loaded into said database;

(3) analyzing, and organizing the Internet operational data pertaining to Internet sessions and accesses into the format suitable to be loaded into the database;

(4) correlating the Internet sessions, and authorization and web server access data to customers including at least one of individuals and groups;

(5) creating directories of applications to facilitate the loading and access of information pertaining to on-line content or Internet and/or electronic commerce applications;

(6) translating raw system data pertaining to Internet and/or electronic commerce applications into a business context; and

(7) correlating the business operational data and the Internet operational data into one or more datasets prior to loading into said database.

17. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 16, wherein the Internet operational data includes at least one of how long a user keeps files on a server without deleting, how current is user data refreshed, how the user updates the user data, how the user manipulates the user data over time, and user physical location.

18. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 16, wherein the business operational data includes business data, and the business data includes at least one of pre-paid user data, how the user purchases services and products, user discounts, billing rates, and user free subscriptions.

19. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 16, wherein the Internet and/or electronic commerce data information is retrieved from a distributed on-line, and interactive environment.

20. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 19, wherein the multiple client browsers are capable of accessing a web server storing information.

21. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 20, wherein the multiple client browsers are capable of accessing a web server or server storing information including customer support material and sales campaign schedules.

22. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 16, wherein said database stores metadata, and the metadata is used to track and define the Internet and/or electronic commerce data stored in said database and sources of the Internet and/or electronic commerce data feeding said database.

30

23. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 16, wherein said database stores metadata, and the metadata provides a comprehensive description of each component and source of the electronic commerce data used to populate said database.

24. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 16, wherein said database stores metadata, and the metadata comprises schema for Internet data sources, and schema for business data sources.

25. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 24, wherein the schema for Internet data sources includes type of system logs, description of each log, location of each log, data format for each log entry, and operational considerations.

26. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 24, wherein the schema for business data sources includes tables, files and/or data elements that may be added to said database to enable decision-support functionality.

27. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 16, wherein the one or more datasets are stored in an RDBMS structure.

28. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 16, wherein said at least one computer station joins the one or more datasets using RDBMS technology.

29. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 16, wherein said at least one computer station generates one or more reference directories for at least one of on-line content and Internet and/or electronic commerce applications, and the reference directories form the basis of lookup tables in said database.

30. A method for collecting, analyzing and/or transforming the Internet and/or electronic commerce data of service providers for storage into a data storage area for subsequent retrieval and analysis according to claim 16, wherein said at least one computer station parses the categories as a basis to generate one or more lookup tables indicative of subscriber-customer preferences.

31. A computer program memory, storing computer instructions to collect, analyze and/or transform Internet and/or electronic commerce data of service providers including at least one of Internet service providers and commerce service providers received from one or more sources for storage into a data storage area for subsequent retrieval and analysis over one or more networks, the computer instructions including:

(a) storing in a database the Internet and/or electronic commerce data for interrogation by the CSP;

(b) performing by at least one computer station at least one of the functions of:

(1) transforming and organizing the business operational data into a format suitable to be loaded into the database;

6,151,601

**31**

(2) analyzing, and organizing the web server operational data pertaining to web page requests, accesses, and browsing into the format suitable to be loaded into said database;

(3) analyzing, and organizing the network operational data pertaining to network sessions and accesses into the format suitable to be loaded into the database;

(4) correlating the network sessions, and authorization and application access data to customers;

(5) creating directories of applications to facilitate the loading and access of information pertaining to

**32**

on-line content or Internet and/or electronic commerce applications;

(6) translating raw system data pertaining to Internet and/or electronic commerce applications into a business context; and

(7) correlating the business operational data and the network operational data into one or more datasets prior to loading into said database.

\* \* \* \* \*

US006169997B1

(12) **United States Patent**       (10) Patent No.:     **US 6,169,997 B1**

Papierniak et al.                   (45) Date of Patent:        **Jan. 2, 2001**

(54) **METHOD AND APPARATUS FOR FORMING SUBJECT (CONTEXT) MAP AND PRESENTING INTERNET DATA ACCORDING TO THE SUBJECT MAP**

(75) Inventors: **Karen A. Papierniak**, St. Paul, MN (US); **James E. Thaisz**, Lincroft, NJ (US); **Luo-Jen Chiang**, Freehold, NJ (US); **Paresh B. Shah**, North Plainfield, NJ (US)

(73) Assignee: **NCR Corporation**, Dayton, OH (US)

( * ) Notice:   Under 35 U.S.C. 154(b), the term of this patent shall be extended for 0 days.

(21) Appl. No.: **09/067,804**

(22) Filed:     **Apr. 29, 1998**

(51) Int. Cl.[7] .................................................. G06F 17/30

(52) U.S. Cl. ................................................. **707/501**

(58) Field of Search ......................... 707/1, 2, 3, 501, 707/100

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,544,302 | * 8/1996 | Nguyen | 395/155 |
| 5,649,218 | * 7/1997 | Satio | 395/774 |
| 5,682,540 | * 10/1997 | Klotz, Jr. et al. | 395/144 |
| 5,819,258 | * 10/1998 | Vaithyanthan et al. | 707/2 |
| 5,864,856 | * 1/1999 | Young | 707/100 |
| 5,892,917 | * 4/1999 | Myerson | 395/200.4 |
| 5,913,208 | * 6/1999 | Brown et al. | 707/3 |
| 5,913,215 | * 6/1999 | Rubinstein et al. | 707/10 |
| 5,963,969 | * 10/1999 | Tidwll | 707/531 |
| 5,968,125 | * 10/1999 | Garrick et al. | 709/224 |

OTHER PUBLICATIONS

Glenn Fleishman Web Log Analysis Who's Doing What, When?, Web Developer vol. 2 No. 2, May 1996.*

Mark R. Brown Special Edition USING Netscape 2 Second Edition QUE, 1995.*

* cited by examiner

*Primary Examiner*—Joseph H. Feild
*Assistant Examiner*—Robert D Bourque
(74) *Attorney, Agent, or Firm*—Ying Tuo

(57)            **ABSTRACT**

Currently, a web site stores Internet data indicating file access status for the files that have been accessed in response to requests from web browsers. Unfortunately, the Internet data are kept as a set of separate and non-correlated data records that are chronologically arranged according to the times at which the requests have been received and processed. Consequently, the Internet data are not arranged meaningful to management and business operation. The present invention correlates web page files (HTML, SHTML, DHTML, or CGI files) with subject areas (such as sports, news, entertainment, restaurant, shopping, computing, business, health, family, travel and weather). In this way, the Internet data are presented in a format meaningful to management and business operation.

**14 Claims, 12 Drawing Sheets**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 546 of 655



**FIG. 1**

EXHIBIT G
Page 537

## FIG. 2



# FIG. 3

104

RECORD J₁ : .......   (FOR WEB PAGE FILE)

RECORD J₂ : .......   (FOR GIF FILE)

RECORD J₃ : .......   (FOR JPEG FILE)

RECORD J₄ : .......   (FOR AVI FILE)

**U.S. Patent**     Jan. 2, 2001     **Sheet 4 of 12**     **US 6,169,997 B1**

# FIG. 4



# FIG. 5

502.1

WEB PAGE FILE: .........          URL, LENGTH
OTHER TYPE FILE 1: .........     TIME STAMP
OTHER TYPE FILE 2: .........
⋮

502.2

WEB PAGE FILE: .........          URL, LENGTH
OTHER TYPE FILE 1: .........     TIME STAMP
OTHER TYPE FILE 2: .........
⋮

502.i

WEB PAGE FILE: .........          URL, LENGTH
OTHER TYPE FILE 1: .........     TIME STAMP
OTHER TYPE FILE 2: .........
⋮



FIG. 6

(a) http://www.xyz.com

(b) http://www.xyz.com/sports/(sports type).html

(c) http://www.xyz.com/sports/(sports type)/(team).html

(d) http://www.xyz.com/sports/(sports type)/search.cgi?team=tigers

EXHIBIT G
Page 542

**U.S. Patent**     Jan. 2, 2001     Sheet 7 of 12     US 6,169,997 B1

# FIG. 7



# FIG. 8



**U.S. Patent**     Jan. 2, 2001     Sheet 9 of 12     US 6,169,997 B1

# FIG. 9



DEFINE SUBJECT AREAS AND SUB SUBJECT AREAS — 902

DEFINE MAPPING RULES AND SUB MAPPING RULES — 904

STORE SUBJECT AREAS, SUB SUBJECT AREAS, MAPPING RULES AND SUB MAPPING RULES — 906

COLLECT DATA RECORDS — 908

FORM PAGE MAP — 910

MAP WEB PAGE FILES INTO THE SUBJECT AREAS, SUB SUBJECT AREAS IN ACCORDANCE WITH THE MAPPING RULES AND SUB MAPPING RULES — 912

STORE THE MAPPED PAGE FILES INTO CONTEXT PAGE MAP — 914

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 555 of 655



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 556 of 655



# FIG. 12



TO INTERNET 105

EXHIBIT G
Page 548

US 6,169,997 B1

**1**

# METHOD AND APPARATUS FOR FORMING SUBJECT (CONTEXT) MAP AND PRESENTING INTERNET DATA ACCORDING TO THE SUBJECT MAP

## BACKGROUND OF THE INVENTION

The present invention relates generally to a method and apparatus for presenting Internet data in a format meaningful to management and business operation.

With the development in information technology and networking infrastructure, more and more business transactions are being conducted electronically over the Internet. Using the Internet to conduct business transactions are now getting so popular that it is currently well known as electronic commerce (or Internet commerce) by the industries and public. It is fair to predict that electronic commerce is having an enormous impact on the way businesses will be conducted and managed in the future. Thus, there is a great interest in studying and understanding consumers' behavior and decision process in electronic commerce environment.

Traditionally, business transactions have been conducted at business premises, and there exist methods and techniques to study consumers behavior and decision process for traditional business environment. For example, a retailer can display its goods in store shelves arranged in accordance with the changes of the four seasons. By observing consumers' reactions to the arrangement, the retailer can adjust the layout of the shelves to facilitate sales of its goods.

In electronic commerce environment, a retailer or service provider typically displays information about its goods or services in a web site (which includes at least one server) via the Internet. Specifically, the server for the web site stores the information in a set of web page files, such as HTML (Hypertext Markup Language) files. In addition to contain-ing text content, an HTML file may also contain links to other type files, such as graphic or audio files, for displaying pictures and icons and playing audio message. An HTML file may further contain links to other web page files. By using a web browser, a customer (or a potential customer) can remotely navigate through the web site, gaining the information about the goods and services, or ordering selected goods or services. Unfortunately, unlike in traditional busi-ness environment, there is no reliable method in electronic commerce environment at the present time to measure the effectiveness of the layout of a web site. This is due to the difficulties in observing consumers' behavior and analyzing consumers' decision process over the Internet.

Historically, the Internet was designed as an open struc-ture in which the main purpose is to exchange information freely without restriction. To obtain a web page file (such as an HTML file) from a web site, a web browser first sends a request to the server for that web site. Upon receiving the request, the server retrieves the HTML file requested and send it to the web browser. Upon receiving the HTML file, the web browser displays the HTML file as a web page. If the HTML file also contains links to other type files (such as graphic or audio files), the browser subsequently sends requests to the server for these files. Upon receiving the requests, the server retrievers theses files, and send them to the web browser. Upon receiving theses files, the browser displays pictures and icons on the web page, or executes an application to play audio files embedded in the web page. If the HTML file further contains a link to another HTML file, the browser sends a upon clicking (or activating) the link, the browser sends a further request to the server for the HTML file. Upon

**2**

receiving the further request, the server retrievers the HTML files and sends it to the web browser. It should be noticed that browsers interact with web sites in a stateless fashion. On the Internet, a particular web site can be accessed by thousands of browsers in a random fashion. While a browser is sending a sequence of requests to a web site, it does not maintain a constant connection to that web site between any two consecutive requests. To a server, it has no control over the sequences of requests; a subsequent request may not have any logical relationship with the previous one; a sequence of requests may come from different web brows-ers; a request may be generated from a link embedded in an HTML file. Consequently, it is difficult to consecutively observe customers' activities and behavior in electronic commerce environment over the Internet.

Current technology provides mechanisms to record access status data (or Internet data) for web page and other type files while a sequence of requests are being received and processed by a server. However, the current technology does not provide mechanisms to organize and present Internet data in accordance with subject areas (such as business, education, news, . . .), because Internet data are kept as a set of separate and non-correlated data records that are chrono-logically arranged according to the times at which the requests were received and processed.

Therefore, there is a need for a method and apparatus to present Internet data in a format meaningful to management and business operation.

There is another need for a method and apparatus to define rules to map web page files to subject areas that are meaningful to management and business operation.

There is yet another need for a method and apparatus to present Internet data in accordance with the subject areas.

The present invention meets these needs.

## SUMMARY OF THE INVENTION

The present invention provides a novel method and asso-ciated apparatus for processing Internet data.

Currently, a web site is able to store Internet data indi-cating file access status for the files that have been accessed in response to requests from web browsers. Unfortunately, the Internet data are kept as a set of separate and non-correlated data records that are chronologically arranged according to the times at which the requests have been received and processed. Typically, a web page is associated with a web page file, which can further embed other type files. However, the data records indicating access status for a web page file and other type files embedded in the web page file can be scattered among multiple data records. Consequently, the Internet data are not arranged meaningful to management and business operation.

The present invention presents the Internet data into a format meaningful to management and business operation. More specifically, the present invention can correlate the data records for web page files with subject areas, such as business, education, news, health, computing, travel, weather, entertainment, hobbies, and sports, in accordance with a set of mapping rules. The mapping rules can be defined or modified by users via a user interface.

In a broad aspect, the invention provides a method used with a set of logs containing data records indicating access status for a plurality of web page files. The method com-prises the steps of:

(a) storing a plurality of subject areas for classifying the web page files;

US 6,169,997 B1

| 3 | 4 |

(b) storing a plurality of mapping rules to map the data records into the subject areas;

(c) collecting data records from the logs; and

(d) correlating the data records with the subject areas based on the mapping rules.

These and other features and advantages of the present invention will become apparent from the following description and accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The purpose and advantages of the present invention will be apparent to those skilled in the art from the following detailed description in conjunction with the appended drawing, in which:

FIG. 1 shows an exemplary network system, including a novel Internet data processing computer, in accordance with the present invention;

FIG. 2 shows an exemplary web page associated with a web page file;

FIG. 3 shows exemplary data records in server logs;

FIG. 4 shows a flowchart illustrating the operation of forming a page map, in accordance with the present invention;

FIG. 5 shows exemplary data records stored in the page map shown in FIG. 1, in accordance with the present invention;

FIG. 6 shows exemplary URLs illustrating a hierarchical structure of web page files in a web site;

FIG. 7 shows exemplary mapping rules of mapping web page files into subject areas, in accordance with the present invention;

FIG. 8 shows exemplary sub mapping rules of mapping web page files into sub subject areas, in accordance with the present invention;

FIG. 9 shows a flowchart illustrating the operation of mapping web page files into subject areas and sub subject areas based on the mapping rules and sub mapping rules, in accordance with the present invention;

FIG. 10 shows subject (context) map including a plurality of exemplary web page files mapped into subject areas based on the mapping rules, in accordance with the present invention;

FIG. 11 shows subject (context) map including a plurality of exemplary web page files mapped into sub subject areas based on the sub mapping rules, in accordance with the present invention; and

FIG. 12 shows an exemplary computer system that can run the utility application, in accordance with the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention comprises a novel method and an associated apparatus for presenting Internet data. The following description is presented to enable any person skilled in the art to make and use the invention, and is provided in the context of a particular application and its requirements. Various modifications to the preferred embodiments will be readily apparent to those skilled in the art, and the principles defined herein may be applied to other embodiments and applications without departing from the spirit and scope of the invention. Thus, the present invention is not intended to be limited to the embodiments shown, but is to be accorded with the broadest scope consistent with the principles and features disclosed herein.

Referring to FIG. 1, there is shown an exemplary network system 100 including Internet 105 and Intranet (or LAN—Local Area Network) 107, in accordance with the present invention.

Connected to Internet 105 are four servers ($102_{.1}$, $102_{.2}$, $102_{.3}$, and $102_{.4}$) for four respective web sites and four user terminals or computers ($106_{.1}$, $106_{.2}$, $106_{.3}$, and $106_{.4}$). Connected to Intranet 106 are four servers ($102_{.1}$, $102_{.2}$, $102_{.3}$, and $102_{.4}$) and a data processing computer 108. Connected to data processing computer 108 is a data warehouse 118.

It should be noted that, in describing the present invention, FIG. 1 shows that only four servers and four user computers are connected to Internet 105. In reality, Internet 105 connects thousands of servers and user computers.

Each of the four servers ($102_{.1}$, $102_{.2}$, $102_{.3}$, or $102_{.4}$) includes a respective web page repository ($103_{.1}$, $103_{.2}$, $103_{.3}$, or $103_{.4}$) and a respective set of server logs ($104_{.1}$, $104_{.2}$, $104_{.3}$, or $104_{.4}$). Each of the four web page repositories ($103_{.1}$, $103_{.2}$, $103_{.3}$, or $103_{.4}$) stores a plurality of web page files (such as HTML, SHTML, DHTML, or CGI files). A web page file may contain links to other type files (such as AVI, GIF, JPEG, and PNG files). (Note: HTML stands for Hypertext Markup Language, SHTML for Secure HTML, DHTML for Dynamic HTML, CGI for Common Gateway Interface, GIF for Graphics Interchange Format, JPEG for Joint Photographic Expert Group, AVI for Audio Video Interleave, and PNG for Portable Network Graphic). The other type files are also stored in one of the four servers. Each of the four set of server logs ($104_{.1}$, $104_{.2}$, $104_{.3}$, or $104_{.4}$) contains access status data (or Internet data) indicating access status for the files that have been accessed, or attempted to be accessed.

Each of the four user computers ($106_{.1}$, $106_{.2}$, $106_{.3}$, or $106_{.4}$) runs a respective web browser ($108_{.1}$, $108_{.2}$, $108_{.3}$, or $108_{.4}$), each of which is able to obtain files from any one of the four servers via Internet 105, and displays these files in a web page format. To obtain a web page file from a server, a web browser sends an Get request to that server. A Get request contains the IP address identifying the user computer on which the browser is being run and a URL (Uniform Resource Locator). The URL contains the name of and path to the web page file. Upon receiving the Get request, the server retrieves the web page file according to the URL in the Get request and sends the web page file to the user computer (on which the browser is being run) identified by the IP address in the Get request. The server then records access status data for the web page file in a server log. Upon receiving the web page file, the web browser displays it as a web page. If the web page file also contains links to other type files, the browser further sends Get requests to the server, so that these files can be obtained and displayed together with the web page file. The links embedded in the web page file contain the names of and paths to these files. After sending these files to the browser, the server records access status data for these files in the server log. If the web page file further contains a link to another web page file, in response to clicking (activating) the link, the browser sends a Get request to the server, so that the web page file can be obtained and a new web page can be displayed. This link contains the name of and path to the web page file. After sending this web page file to the user computer (on which the browser is being run), the server records access status data for the web page file in the server logs.

It should be noted that in FIG. 1 browsers ($108_{.1}$, $108_{.2}$, $108_{.3}$, and $108_{.4}$) interact with servers ($102_{1}$, $102_{.2}$, $102_{.3}$,

US 6,169,997 B1

5

and 102.₄) in a stateless fashion. The web browsers (108.₁, 108.₂, 108.₃, and 108.₄) send requests to servers (102.₁, 102.₂, 102.₃, and 102.₄) in a random manner. While a browser (108.₁, 108.₂, 108.₃, or 108.₄) is sending a sequence of requests to a server (102.₁, 102.₂, 102.₃, or 102.₄), it does not maintain a constant connection to that server between any two consecutive requests. To a server, it has no control over the sequences of requests; a subsequent request may not have any logical relationship with the previous one; a sequence of requests may come from different web browsers; a request may be generated from a link embedded in an web page file. Consequently, the Internet data are kept as a set of separate and non-correlated data records that are chronologically generated according to the times at which the requests were received and processed. Thus, the Internet data stored in the four sets of server logs (104.₁, 104.₂, 104.₃, and 104.₄), without further processing, are not meaningful to management and business operation.

As shown in FIG. 1, data processing computer 108 contains a utility application 112, a page map 113, a subject (context) map 114, a subject (context) page map 115, and a loading utility 116. Via Intranet 107, utility application 112 is able to get access to the four sets of server logs (104.₁, 104.₂, 104.₃, and 104.₄), to collect data from them, to process the data collected, and to store the processed data in page map 113, subject map 114, and subject page map 115. Loading utility 116 is able to load the data from page map 113, context map 114 and context page map 115 to data warehouse 118 for further processing.

Referring to FIG. 2, there is shown a portion of a web page 200, which is associated with a web page file (HTML, SHTML, DHTML, or CGI file) 201.

As shown in FIG. 2, the portion of web page 200 contains six regions, including: a text region 202; a graphic region 204, which is associates with a link 205 to a GIF file; a graphic region 206, which is associated with a link 207 to a JPEG file; a multimedia region 208, which is associated with a link 209 to an AVI file; a region 214, which is associated with link 215 to other portions of web page 200; and a region 216, which is associated with a link 217 to another web page file. Links 205, 207, 209, 215 and 217 are embedded in web page file 201.

Referring to FIG. 3, there is shown a plurality of exemplary data records in server logs (104.₁, 104.₂, 104.₃, or 104.₄) in some detail.

As shown in FIG. 3, four records J₁₋₄ indicate the access status for web page file 201 and the other type files (GIF, JPEG and AVI files) that are linked in web page file 201. To better describe the process of generating the four records (J₁₋₄), it is assumed that: (1) web page file 201 is stored in page repository 104.₁, (2) web page file 201 has been accessed by browser 108.₁, (3) server 102.₁ generates records J₁₋₄ in server logs 104.₁, and (4) the four browsers (102.₁, 102.₂, 102.₃, and 102.₄) are all sending Get requests to server 102.₁.

To obtain web page file 201, browser 108.₁ sends a Get request to server 102.₁ via Internet 105. The Get request contains the IP address assigned to user computer 106.₁ and an URL indicating the name of and path to web page file 201. Upon receiving the Get request, server 102.₁ retrieves web page file 201 from web page repository 104.₁ and sends it, via Internet 105, to user computer 106.₁, according to the IP address contained in the Get request. In the meantime, server 102.₁ stores information indicating access status for web page file 201 into record J₁. Since links 205, 207, and 209 are embedded in web page file 201 to link GIF, JPEG

6

and AVI files respectively, web browser 108.₁ further sends three Get requests to server 102.₁. Links 205, 207 and 209 contains the file names of and paths to GIF, JPEG, and AVI files, respectively. In addition to containing the IP address assigned to user computer 106.₁, the three Get requests contain the file names of and paths to the GIF, JPEG, and AVI files, respectively. Upon receiving the three Get requests, server 102.₁ retrieves the GIF, JPEG and AVI files from web page repository 104.₁ and sends them, via Internet 105, to user computer 106.1 according to the IP address contained in the Get request. In the meantime, server 102.₁ stores information indicating access status for the GIF, JPEG, and AVI files into records J₂, J₃, and J₄, respectively. As shown in FIG. 2, data records J₁₋₄ are scattered among the other records in the server logs 104.₁, because the four browsers (102.₁, 102.₂, 102.₃, and 102.₄) are all sending Get requests to server 102.₁, and data records in server logs 104.₁ are chronologically generated according to the times when Get requests have been received and processed by server 102.₁. It should be noted that, even though FIG. 3 depicts a process of generating access status data records for web page file 210 having a particular web page layout, the principle illustrated in FIG. 3 applies to any web page files having any web page layouts.

Typically, each of the records in server logs (104.₁, 104.₂, 104.₃, and 104.₄) contains the following fields:

IP address assigned to the user or user's domain name, name of the request (such as Get),

time stamp on which the request was received,

URL (including access path to the file and parameters passed), server name,

IP address of the server or server's domain name,

bytes received from the browser,

bytes sent to the browser, and

status code indicating operational status of processing the request.

Referring to FIG. 4, there is shown a flowchart illustrating the operation of forming page map 114 by utility application 112 shown in FIG. 1, in accordance with the present invention.

In step 402, utility application 112 collects Internet data stored in server logs (104.₁, 104.₂, 104.₃, and 104.₄) via Intranet 107.

In step 404, utility application 112 identifies what types of servers that have generated the Internet data, because the four sets of server logs (104.₁, 104.₂, 104.₃, and 104.₄) can be generated by different types of servers. For example, the four servers (102.₁, 102.₂, 102.₃, and 102.₄) shown in FIG. 1 can be a web server, hosting web server with virtual domains, commerce server, and proxy server, respectively. Since different types of servers may generate Internet data with different formats, the data format and content in one set of server logs (104.₁, 104.₂, 104.₃, or 104.₄) may be different from those in the other three sets of server logs. By identifying server type, utility application 112 can process the Internet data in a way that is suitable to the data format and content in the identified server logs. In doing so, utility application 112 can process and combine Internet data generated by different types of servers. In the present invention, the server type can be identified by the fields included and orders of the fields in the server logs.

In step 406, utility application 112 removes non-useful data from the data collected in step 402. By way of example, a backspace in a URL is non-useful character; one of the two "//" in a URL is a non-useful character because two "//" have the same meaning as one "/" to a server. Thus, the backspace

EXHIBIT G
Page 551

US 6,169,997 B1

7

and one "/" can be removed. By way of another example, the data in a record for retrieving a file associated to a unrecognizable URL is not useful, because no file can be found in response to the URL. Thus, the whole record can be removed. Typically, status code field in a data record indicates whether a request has been successfully processed or not. This step is advantageous because server logs may contain huge volume of data. Keeping non-useful data in applications, such data warehouse applications, not only is wasteful of storage space, it may also cause errors in the reports and during analysis.

In step 408, utility application 112 identifies records that store data indicating file access status for web page files (HTML, STHML, DHTML, or CGI files). In the example shown in FIG. 3, record J₋₁ for web page file 201 shown in FIG. 2 will be identified in step 408.

In step 410, utility application 112 identifies records that store data indicating file access status for other type files (such as GIF, JPEG and AVI files) that are linked into respective web page files. In the example shown FIG. 3, records J₂₋₃ can be identified to be linked to web page file 201 shown in FIG. 2.

In step 412, utility application 112 correlates the records for the identified other type files with their respective identified web page files by using the IP address (assigned to the user computer running the browser) and time stamp fields in the these records. As described above, if any other type files are linked into a web page file after a browser has received the web page file, the browser immediately sends requests out to retrieve the other type files. Hence, the IP address in the request for retrieving the web page file is the same IP address in the requests for retrieving the other type files. Also the time at which the request for retrieving the web page file was received should be close to those at which the requests for retrieving the other type files were received. Therefore, utility application 112 correlates the following records together:

(1) a particular record for a particular web page file, which contains an IP address and time stamp, and

(2) a set of records for the other type files, which contain the same IP address with that in the particular record; and contain the time stamps close to (within one or two seconds, for example) that in the particular record.

In the example shown in FIG. 3, records J₂₋₄ can be correlated with record J₁.

In step 414, for each of the web page files, utility application 112 calculates a length by combining the bytes sent for the one web page file with the bytes sent for the other type files linked in the one web page file. In the example shown in FIG. 2, the bytes sent for web page file 201 will be combined with the bytes sent for GIF, JPEG and AVI files. The length is useful for an Internet Service Provider to manage its operation, because it can provide the information to determine the bandwidth used and the cost to send these files.

In step 416, utility application 112 stores the data processed in the steps (406, 408, 410, 412, and 414) in page map 113 shown in FIG. 1.

Referring to FIG. 5, there is shown a plurality of exemplary data records in page map 113, in accordance with the present invention.

As shown in FIG. 5, page map 114 contains a plurality of data records 502₋₁, 502₋₂, . . . , 502₋ᵢ, . . . Each of the records may include several physical or logical storage units. Each of the records stores the IP address used by a browser to retrieve a web page file, the correlated information indicating the access status for the web page file and other type files

8

linked to the web page file, and a time stamp. Each of the records also stores a combined length for all the bytes sent for the web page file and the other type files.

Referring to FIG. 6, there is shown a plurality of exemplary URLs, illustrating a hierarchical structure of the web pages in a web site.

As shown in FIG. 6, item (a), http://www.xyz.com, is a URL linking to the web site or home page file (level 1 web page file) of XYZ company. The home page file may contain the links, as shown in item (b), to a set of web page files (level 2 web page files) with each of which containing the information about a type of sport.

As shown in item (b), http://www.xyz.com/sports/(sport type).html is a URL link to a web page file containing the information about a type of sport. URL http://www.xyz.com/sport/(sport type).html contains three sections divided by two single slashes (/). Specifically, section (1) "xyz.com" indicates the domain name or IP address of xyz company's web site, section (2) "sports" indicates the name of and path to xyz company's web page directory "sports", and section (3) "(sports type)" indicates the name of and path to a file (sports_type).html. In section (3), the names of sports type can be: football, baseball, basketball, hockey, tennis, table tennis, . . . A level 2 web page file may contain links (shown in items (c) and (d)) to a set of web page files (level 3 web pages), or contain a search form which allows user to enter search key word(s). For example, in a web page file containing the information about baseball, a user can search baseball team by enter a search key word "tigers" into the search form contained in the web page file.

As shown in item (c), http://www.xyz.com/sports/(sport type)/(team).html is a URL link to a web page file containing the information about a team in a type of sport. URL http://www.xyz.com/sports/(sports type)/(team).html contains four sections divided by three single slashes (/). Specifically, section (1) "xyz.com" indicates the domain name or the IP address of xyz company's web site, section (2) "sports" indicates the name of and path to xyz company's web page directory "sports", section (3) (sports type) indicates xyz company's web page sub directory "sports-type", and section (4) "team" indicates the name of and path of a web page file (team).html.

In describing item (d), it is assumed that a user has entered a search key word "tigers" into the search form in a level 3 web page file. As shown in item (d), http://www.xyz.com/sports/(sports type)/search.cgi? team=tigers is a URL link to web page files based on the search command "team =tigers" in the URL. URL http://www.xyz.com/sports/(sports type)/search.cgi? team=tigers contains four sections divided by three single slashes (/). Specifically, section (1) "xyz.com" indicates the domain name or the IP address of xyz company's web site, section (2) "sports" indicates the name of and path to xyz company's web page directory "sports", section (3) "(sports type)" indicates xyz company's web page sub directory "sports_type", and section (4) "search.cgi?team= tigers" indicates the name of and path of the web page files based on the search performed by a cgi (Common Gateway Interface) program.

Referring to FIG. 7, there is shown exemplary mapping rules (stored in subject or context map 114) of mapping web page files into subject areas, in accordance with the present invention.

As shown in FIG. 7, the subject areas can be divided into: business, education, sports, news, health, computing, travel, weather, entertainment, and hobbies.

In mapping web page files into a subject area, more than one key word can be mapped into a subject area, because in

US 6,169,997 B1

<table>
<tr><td>9</td><td>10</td></tr>
</table>

reality the web page files and file systems in web sites may not use the same terminology as used the subject areas shown in FIG. 7. For example, in FIG. 7, key words sports, sport, sporting and sabc are all mapped into sports subject area. Thus, *all the URLs containing key words sports, sport, sporting, or sabc, which are located between the first and second signal slashes ("/"), are mapped into sports subject area.* The mapping rules do not relay on the key words at certain levels in the URLs, and the mapping rules can be modified by users via a user interface.

Referring to FIG. 8, there is shown exemplary sub mapping rules (stored in subject or context map) of mapping web page files into sub subject areas, in accordance with the present invention.

As shown in FIG. 8, sport subject area can be further divided into sub subject areas including: baseball, basketball, hockey, tennis, table tennis, . . .

In mapping web page files into a sub subject area, more than one key word can be mapped into a subject area. For example, in FIG. 8, the key words table tennis, ping pong, table ball, txy are all mapped into table tennis sub subject area. Thus, all the URLs containing table tennis, ping pong, table ball, or txy, that are located between the second and third single slashes ("/") or after the second slash ("/"), are mapped into table tennis sub subject area.

Referring to FIG. 9, there is shown a flowchart illustrating the operation of mapping web page files into subject areas and sub subject areas (shown in FIGS. 7 and 8) based on mapping rules and sub mapping rules, in accordance with the present invention.

In step 902, utility application 112 defines subject areas and sub subject areas based on either classifications predetermined or entered by a user via a graphic user interface.

In step 904, utility application 112 defines mapping rules and sub mapping rules (shown in FIGS. 7 and 8) based on either rules predetermined or entered by a user via the graphic user interface.

In step 906, utility application 112 stores the subject areas, sub subject areas, mapping rules, and sub mapping rules into subject map 114.

In step 908, utility application 112 collects data records from logs (104.₁, 104.₂, 104.₃ and 104.₄).

In step 910, utility application 112 forms page map 113 by performing the steps shown in FIG. 4.

In step 912, utility application 112 maps the web page files in page map 113 into the subject areas and sub subject areas based on the mapping rules and sub mapping rules stored in subject (or context) map 114.

According to one method, utility application 112 parses URLs into sections (divided by single slashes). The utility application then uses the information contained between the first and second single slashes of the URLs to map the respective web page files (stored in page map 113) into the subject areas, and the information contained between the second and third single slashes (or after second single slash) of the URLs to map the respective web page files into the sub subject areas, in accordance with the mapping rules and sub mapping rules stored in subject (or context) map 114.

According to another method, utility application 112 parses the data records in the server logs to collect the parameters that were passed with URLs and then given to an application running the servers. For example as shown in FIG. 6, a parameter is tigers in the "leam=tigers" string passed with the URL (d). Utility application 112 then maps *the respective web page files into subject areas and sub subject areas, in accordance with the parameters and parameter-mapping rules and parameter-sub-mapping rules* (stored in subject map 114).

According to still another method, utility application 112 searches a set of key words in the contents of the web page files (stored in web page file repository 103.₁, 103.₂, 103.₃, and 103.₄). For example, the primary key works can be *sports, sport, sporting; and the secondary key words can be* table tennis, ping pong, and table ball. Utility application 112 then maps the web page files (stored in page map 113) into the subject areas and sub subject areas; in accordance with the key works and the mapping rules and sub mapping rules stored in subject (or context) map 114.

According to yet another method, utility application 112 searches a set of tags in the web page files and other type files (stored in web page file repository 103.₁, 103.₂, 103.₃, and 103.₄). Typically, a tag is contained in a web page file or an other type file and invisible to users. And it indicates classifications of the web page files or the other type files. For example, the primary tags can be business, education, sports, . . . , hobbies; and the secondary tags can be basketball, baseball, hockey, . . . Utility application 112 then maps the web page files (stored in page map 113) into the subject areas and sub subject areas; in accordance with the tags and the mapping rules and sub mapping rules stored in subject (or context) map 114.

In step 914, utility application 112 stores the mapped files into subject (context) page map 115.

Referring to FIG. 10, there is shown a plurality of exemplary record units in subject page map 115, in accordance with the present invention.

As shown in FIG. 10, subject page map 115 includes a plurality of record units (1006.₁, 1006.₂, . . . , 1006.ᵢ, . . . ) for subject areas business, education, . . . , travel, . . . , respectively. Each of the record units contains a plurality of page files that are mapped into a subject area.

Referring to FIG. 11, there are shown a plurality of exemplary record units in subject page map 115, in accordance with the present invention.

As shown in FIG. 11, subject page map 115 includes a plurality of record units (1106.₁, 1106.₂, . . . , 1106.ₚ, . . . ) for sub subject areas baseball, basketball, . . . , table tennis, . . . , respectively. Each of the record units contains a plurality of page files that are mapped into sports subject area.

Referring to FIG. 12, there is shown an exemplary computer system 1200 used as data processing computer to run utility application 112, in accordance with the preset invention.

As shown in FIG. 12, computer system 1200 comprises a processing unit 1202, a memory device 1204, a hard disk 1206, a disk drive interface 1208, a display monitor 1210, and display interface 1212, a bus interface 1224, a mouse 1225, a keyboard 1226, a network communication interface 1234, and a system bus 1214.

Hard disk 1206 is coupled to disk drive interface 1208, display monitor 1210 is coupled to display interface 1212, and mouse 1225 and keyboard 1226 are coupled to bus interface 1224. Coupled to system bus 1214 are: processing unit 1202, memory device 1204, disk drive interface 1208, display interface 1212, bus interface 1224, and network communication interface 1234.

Memory device 1204 is able to store programs (including instructions and data). Operating together with disk drive interface 1208, hard disk 1206 is also able to store programs. However, memory device 1204 has faster access speed than hard disk 1206, while hard disk 606 has higher capacity than memory device 1204.

Operating together with display interface 1212, display monitor 1210 is able to provide visual difference between programs being executed and a user.

US 6,169,997 B1

11

Operating together with bus interface 1224, mouse 1225 and keyboard 1226 are able to provide inputs to computer system 1200.

Network communication interface 1234 is able to provide an interface between computer system 1200 and Intranet 107.

Processing unit 1202, which may include one or more processors, has access to memory device 1204 and hard disk 1206, and is able to control operations of the computer by executing programs stored in memory device 1204 or hard disk 1206. Processing unit 1202 is also able to control the transmissions of programs and data between memory device 1204 and hard disk 1206.

In the present invention, utility application 112, page map 113, subject map 114, and subject page map 115 can be stored in either memory device 1204 or hard disk 1206. Utility application 112 can be executed by processing unit 1202.

While the invention has been illustrated and described in detail in the drawing and foregoing description, it should be understood that the invention may be implemented through alternative embodiments within the spirit of the present invention. Thus, the scope of the invention is not intended to be limited to the illustration and description in this specification, but is to be defined by the appended claims.

What is claimed is:

1. In using with a set of logs containing data records indicating access status for a plurality of web page files, a method comprising the steps of:

  (a) storing a plurality of subject areas for classifying the web page files;

  (b) storing a plurality of mapping rules to map the data records into the subject areas;

  (c) collecting data records from the logs; and

  (d) correlating the data records with the subject areas based on the mapping rules.

. 2. The method of claim 1, the subject areas including any two or more of following subject areas: business, education, news, health, computing, travel, weather, entertainment, hobbies, and sports.

3. The method of claim 1, further comprising the steps of:

  analyzing the data records correlated in step (d) to generate information based on the subject areas; and

  generating a report arranging the information in accordance to the subject areas.

4. The method of claim 1, the data records containing Universal Resource Locators (URLs) for linking respective web page files, wherein:

  step (b) stores the mapping rules that are able to map the data records into the subject areas based on information contained in the URLs; and

  step (e) correlates the data records with the subject areas based on the information contained in the URLs.

5. The method of claim 1, wherein:

  step (b) stores mapping rules that are able to map the data records into the subject areas based on parameters for retrieving at least one of the web page files; and

12

  step (e) correlates the data records with the subject areas based on the parameters.

6. The method of claim 5, wherein the parameters are provided by users who have accessed at least one of the web page files.

7. The method of claim 5, the data records containing Universal Resource Locators (URLs) for linking respective web page files, and the parameters being contained in the URLs.

8. The method of claim 1, further comprising the steps of:

  storing a plurality of sub subject areas for each of the context areas;

  storing plurality of sub mapping rules to map the data records to the sub subject areas; and

  correlating the data records with the subject areas and sub subject areas bases on the mapping rules and sub mapping rules.

9. The method of claim 1, wherein:

  step (b) stores mapping rules that are able to map the data records into the subject areas based on one or more key words contained in the web page files; and

  step (e) correlates the data records with the subject areas based on the one ore more key words.

10. The method of claim 1, wherein:

  step (b) stores mapping rules that are able to map the data records into the subject areas based on one or more tags contained in the web page files; and

  step (e) correlates the data records with the subject areas based on the one or more tags.

11. In using with a server containing a plurality of web page files, a method comprising the steps of:

  (a) storing a plurality of subject areas for classifying the web page files;

  (b) storing a plurality of mapping rules to map the data records into the subject areas;

  (c) searching key words from the web page files; and

  (d) correlating the data records with the subject areas based on the mapping rules and key words.

12. The method of claim 11, the subject areas including any two or more of following subject areas: business, education, news, health, computing, travel, weather, entertainment, hobbies, and sports.

13. In using with a server containing a plurality of web page files, a method comprising the steps of:

  (a) storing a plurality of subject areas for classifying the web page files;

  (b) storing a plurality of mapping rules to map the data records into the subject areas;

  (c) searching tags from the web page files; and

  (d) correlating the data records with the subject areas based on the mapping rules and tags.

14. The method of claim 13, the subject areas including any two or more of following subject areas: business, education, news, health, computing, travel, weather, entertainment, hobbies, and sports.

* * * * *

US005951643A

# United States Patent [19]

## Shelton et al.

[11]  Patent Number:  **5,951,643**

[45]  Date of Patent:  **Sep. 14, 1999**

[54]  **MECHANISM FOR DEPENDABLY ORGANIZING AND MANAGING INFORMATION FOR WEB SYNCHRONIZATION AND TRACKING AMONG MULTIPLE BROWSERS**

[75]  Inventors: **James A. Shelton**, Holmdel; **Michael I. Ingrassia, Jr.**, Edison; **Thomas M. Rowland**, Fair Haven, all of N.J.

[73]  Assignee: **NCR Corporation**, Dayton, Ohio

[21]  Appl. No.: **08/944,124**

[22]  Filed: **Oct. 6, 1997**

[51]  Int. Cl.$^6$ ............................. **G06F 13/00; G06F 13/14**

[52]  U.S. Cl. ....................... **709/227; 709/224; 709/223; 709/248**

[58]  Field of Search .................................... 707/104, 500; 395/200.33, 200.57, 200.54, 200.48; 709/227, 224, 223, 248

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,260,878 | 11/1993 | Luppy . |
| 5,535,256 | 7/1996 | Maloney et al. . |
| 5,544,649 | 8/1996 | David et al. . |
| 5,715,453 | 2/1998 | Stewart .................... 707/104 |
| 5,727,129 | 3/1998 | Barrett et al. ................ 706/10 |
| 5,734,835 | 3/1998 | Selker ..................... 709/249 |
| 5,737,619 | 4/1998 | Judson ..................... 707/500 |
| 5,742,768 | 4/1998 | Gennaro et al. ............. 395/200.33 |
| 5,774,660 | 6/1998 | Brendel et al. ............. 395/200.31 |
| 5,774,670 | 6/1998 | Montulli ................... 709/227 |
| 5,784,058 | 7/1998 | LaStrange et al. ........... 345/340 |
| 5,793,972 | 8/1998 | Shane ..................... 709/219 |
| 5,796,952 | 8/1998 | Davis et al. ............... 395/200.54 |
| 5,802,299 | 9/1998 | Logan et al. .............. 395/200.48 |
| 5,809,250 | 9/1998 | Kisor ..................... 709/227 |
| 5,862,330 | 1/1999 | Anupam et al. ............. 709/204 |
| 5,887,143 | 3/1999 | Saito et al. ............... 709/248 |

*Primary Examiner*—Krisna Lim
*Attorney, Agent, or Firm*—Ying Tuo; Kenneth M. Berner

[57]  **ABSTRACT**

Described is a mechanism for dependably organizing and managing information for web synchronization and tracking among multiple consumer browsers. A session is created for each one of the consumer browsers when an individual consumer downloads an initial web page from an HTTP server. A unique ID is assigned to that session. After the session has been created for an individual browser, the information about the all activities from that consumer browser will be recorded into the session. Such a mechanism overcomes the difficulty to organize and manage the activities from the multiple consumer browsers that are in stateless nature.

**23 Claims, 22 Drawing Sheets**



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 566 of 655

# FIG. 1



EXHIBIT H
Page 556



FIG. 2

**U.S. Patent**    Sep. 14, 1999    Sheet 3 of 22    **5,951,643**

# FIG. 3



# FIG. 4





**FIG. 5**



FIG. 6

# FIG. 7



# FIG. 8A



# FIG. 8B



# FIG. 8C



# FIG. 9



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 577 of 655

FIG. 10



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 578 of 655

# FIG. 11



START

LOAD A WEB PAGE — 1104

INITIALIZE AND INVOKE MASTER APPLET — 1106

ESTABLISH A SOCKET CONNECTION TO WTS GATEWAY AND SEND A COMMAND TO WTS SERVER — 1108

IDENTIFY SESSION — 1110

SEND A COMMAND (TOGETHER WITH THE URL) TO ALL THE PARTICIPANT TERMINALS — 1112

PASS URL TO RESPECTIVE BROWSERS — 1114

DOWNLOAD AND DISPLAY WEB PAGE ACCORDING TO URL — 1116

END

# FIG. 12A



TELEPHONE BILL

1200

Name  Susan King  — 1202

Time Period  07/01/95 - 08/01/95  — 1204

Account Balance  $100.00  — 1206

Payment  — 1208

Comments  — 1210

SessionID  1234567  — 1212

Call Center Number  1-800-456-7777  — 1214

## FIG. 12B



# FIG. 13



START

CHANGE NAME IN NAME FIELD
FROM SUSAN KING TO SUE GRANT ⌐1304

DETECT CHANGE AND PASS
CHANGE TO MASTER APPLET ⌐1306

SEND A COMMAND
(TOGETHER WITH CHANGE)
TO WTS SERVER ⌐1308

IDENTIFY SESSION ⌐1310

SEND A COMMAND
(TOGETHER WITH THE CHANGE)
TO MASTER APPLETS IN
PARTICIPANT TERMINALS ⌐1312

PASS CHANGE TO
RESPECTIVE DTS APPLETS ⌐1314

DISPLAY CHANGE ⌐1316

END

# FIG. 14



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 583 of 655

# FIG. 15



# FIG. 16



Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 585 of 655



**FIG. 17**

# FIG. 18



START

REVIEW URLs FOR WEB PAGES
PREVIOUSLY BROWSED — 1802

SELECT URL — 1804

SEND A COMMAND
(TOGETHER WITH THE SELECTED URL)
TO WTS SERVER — 1806

SEND COMMAND
(TOGETHER URL AND TIME INFORMATION)
TO MASTER APPLETS — 1808

CHECK WHETHER BROWSER PREVIOUSLY
PERFORMED ANY ACTIVITIES TO DATA
FIELDS ON WEB PAGE IDENTIFIED BY URL — 1810

IF BROWSER PREVIOUSLY PERFORMED
ANY ACTIVITIES, SEND A COMMAND
(TOGETHER WITH DATA FIELD NAMES,
VALUES OF DATA FIELDS, AND TIME
INFORMATION) TO MASTER APPLETS — 1812

PASS COMMAND, DATA FIELD NAMES,
AND DATA FIELD VALUES TO DST APPLETS — 1814

END

# FIG. 19



5,951,643

MECHANISM FOR DEPENDABLY
ORGANIZING AND MANAGING
INFORMATION FOR WEB
SYNCHRONIZATION AND TRACKING
AMONG MULTIPLE BROWSERS

RELATED APPLICATIONS

This application relates to five other applications: (1) U.S. Ser. No. 08/944,757 filed Oct. 6, 1997, entitled "DEPEND-ABLE DATA ELEMENT SYNCHRONIZATION MECHA-NISM"; (2) U.S. Ser. No. 08/944,951 filed Oct. 6, 1997, entitled "DEPENDABLE DATA ELEMENT TRACKING MECHANISM"; (3) U.S. Ser. No. 08/944,759 filed Oct. 6, 1997, entitled "DEPENDABLE WEB PAGE TRACKING SYSTEM"; (4) U.S. Ser. No. 08/944,121 filed Oct. 6, 1997, entitled "DEPENDABLE WEB PAGE SYNCHRONIZA-TION MECHANISM"; and (5) U.S. Ser. No. 08/944,125 filed Oct. 6, 1997, entitled "MECHANISM FOR DEPEND-ABLY WEB SYNCHRONIZATION AND TRACKING OPERATIONS AMONG MULTIPLE BROWSERS".

BACKGROUND OF THE INVENTION

The present invention relates generally to a method and system for getting access to Internet web sites by a group of web browsers that are being run at a group of user terminals.

It is known that users can retrieve information from web sites (network sites) via the Internet. The basic model for retrieving information from web sites is user initiated infor-mation searching. Specifically, a user interacts with (via a terminal) a web browser to send a request to a web site. In response to the request, the web server for the web site retrieves the information requested and sends the web browser the information arranged in so called Web page (HTML) format. One of the unique features of this model is the feature of "hyper-text links" embedded in web pages that have been retrieved. This feature enables a user searching for information to "navigate" from one web page to another.

In order to provide services (or assistance) to users (or consumers) via the Internet, it is desirable to provide fea-tures to: (1) synchronize web pages that are being browsed among a group of web browsers, (2) track activities per-formed to the web pages, and (3) synchronize activities performed to data elements on a web page that is being displayed at a group of user terminals, and (4) track activi-ties performed to data elements on a web page that is being displayed at a group of user terminals.

One difficulty in achieving such features is that individual browsers do not report all the activities performed to a web server. For example, when a browser loads web pages from its browser cache space or from a proxy server, it does not send requests to any web servers. This increases the diffi-culty to synchronize and track the activities from the browser.

Another difficulty in achieving such features is to design application programs portable to different web browsers. Application programs designed to perform the feature for one web browser are typically not portable to another web browser manufactured by another vendor because browser interface mechanisms are proprietary.

Still another difficulty in achieving such features is that individual browsers send their requests to web servers in a stateless manner. To a web server, a preceding request has no relation with a subsequent request. In processing of requests, a web site has no control over the sequences of the requests.

Therefore, there is a need for an improved method to dependably organize and manage information for web syn-chronization and tracking.

There is another need for an improved method to depend-ably organize and manage information for web synchroni-zation and tracking without requiring knowledge of the details about the web navigation software.

There is yet another need for an improved method to design applications for dependably organizing and manag-ing information for web synchronization and tracking that are portable to different software environments.

The present invention meets these needs.

SUMMARY OF THE INVENTION

In one aspect, the invention provides a method for estab-lishing a session to manage activities being performed to pages at a first terminal. The method comprises the steps of:

(a) receiving an initial request from said first terminal for retrieving an initial page;

(b) creating a session for said first terminal in response to said initial request;

(c) receiving subsequent requests from said first terminal for retrieving subsequent pages;

(d) monitoring activities performed to any of said initial and subsequent pages at said first terminal;

(f) storing information about said activities performed to any of said initial and subsequent pages at said first terminal into said session created for said first terminal.

In another aspect, the invention provides a method for establishing sessions to manage activities being performed to pages at a plurality of user terminals. The method comprises the steps of:

(a) receiving an initial request from each one of said user terminals for retrieving an initial page for said each one of said user terminals;

(b) creating a session for each one of said user terminals in response to initial requests sent from said user terminals;

(c) receiving subsequent requests from each one of said user terminals for retrieving subsequent pages for each one of said user terminals;

(d) monitoring activities performed to any of said initial and subsequent pages at each one of said user termi-nals;

(e) storing information about the activities performed to any of said initial and subsequent pages at each one of said user terminals into sessions created for each one of said user terminals.

The present invention also provides corresponding system for the respective aspects mentioned above.

BRIEF DESCRIPTION OF THE DRAWINGS

The purpose and advantages of the present invention will be apparent to those skilled in the art from the following detailed description in conjunction with the appended drawing, in which:

FIG. 1 shows a system includes N terminals, a network, and a web site, in accordance with the present invention;

FIG. 2 shows a situation where each of the N terminals has downloaded its respective Master Applets, DTS Applets, and SessionID Applet, in accordance with the present inven-tion;

FIG. 3 shows the process the (consumer) Master Applet, DTS Applets, and SessionID Applet being downloaded into a terminal, in accordance with the present invention;

FIG. 4 shows the process the (consumer) Master Applet, DTS Applets, and SessionID Applet being invoked, in

3

5,951,643

4

response to loading a subsequent web page, to perform the operations in accordance with the present invention, when these Applets have been previously downloaded and cached in a terminal;

FIG. 5 shows the process of the (consumer) Master Applet, DTS Applets, and SessionID Applet being invoked, in response to loading a subsequent web page, to perform the operations in accordance with the present invention, when both these Applets and the web page have been previously downloaded and cached in a terminal;

FIG. 6 shows a session table in greater detail, in accordance with the present invention;

FIG. 7 shows how an agent (or supervisor) can create a session interface by downloading an agent page (or a supervisor page) from administration page repository 149, in accordance with the present invention.

FIG. 8A shows an agent session interface, in accordance with the present invention;

FIG. 8B shows a browser supervisor session interface, in accordance with the current invention;

FIG. 8C shows a supervisor agent session interface, in accordance with the present invention;

FIG. 9 shows a flowchart illustrating the operation of joining a session by an agent, in accordance with the present invention;

FIG. 10 shows a screen display containing two browse instances, in accordance with the present invention;

FIG. 11 shows a flowchart illustrating the operation of web page synchronization, in accordance with the present invention;

FIG. 12A shows a web page containing five data fields, in accordance with the present invention.

FIG. 12B shows a web page that is similar to that of FIG. 12A, except that the data in one of the five data fields is changed, in accordance with the present invention;

FIG. 13 shows a flowchart illustrating the operation of data synchronization, in accordance with the present invention;

FIG. 14 shows a flowchart illustrating the operation of web page tracking, in accordance with the present invention;

FIG. 15 shows a flowchart illustrating the operation of data tracking, in accordance with the present invention;

FIG. 16 shows a flowchart illustrating the operation of joining a session by a supervisor, in accordance with the present invention.

FIG. 17, there shows three browser instances for a supervisor, in accordance with the present invention;

FIG. 18 shows a flowchart illustrating the operation of re-browsing a web page previously viewed in a session, in accordance with the present invention; and

FIG. 19 shows a flowchart illustrating the operation of re-browsing all web pages previously viewed in a session, in accordance with the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description is presented to enable any person skilled in the art to make and use the invention, and is provided in the context of a particular application and its requirements. Various modifications to the preferred embodiment(s) will be readily apparent to those skilled in the art, and the principles defined herein may be applied to other embodiments and applications without departing from

the spirit and scope of the invention. Thus, the present invention is not intended to be limited to the embodiment(s) shown, but is to be accorded with the broadest scope consistent with the principles and features disclosed herein.

Referring to FIG. 1, there is shown an exemplary web page synchronization system 100, in accordance with the present invention.

As shown in FIG. 1, the system includes N terminals (104A, . . . , 104K, . . . , and 104N), a network 129 (the Internet, or a combination of the Internet and an Intranet), and a web site 134. Each of the terminals has a telephone set (102A, . . . , 102K, . . . , or 102N) installed in its vicinity. Each of the terminals can be a PC computer, a workstation, a Java station, or even a web TV system.

Web site 134 includes a WTS (Web Tracking and Synching) gateway 142, a WTS server 144 containing a session table 145 and a user class table 147, a database processing application 148, an HTTP (Hyper Text Transfer Protocol) server 152, and a hard disk unit 154 for storing consumer page repository 146, administration page repository 149, and database 156. All the components in web site 134 can be installed in one or more computer systems. Each of the computer systems includes a processing unit (which may include a plurality of processors), a memory device, and a disk unit (which may include a plurality of disk sets).

Each of the terminals (104A, . . . , 104K, . . . , or 104N) includes a processor unit (not shown) and a memory (115A, . . . , 115K, . . . , 115N), and runs a Java enabled web browser (114A, . . . , 114K, . . . , or 114N). Each of the memory area (115A, . . . , 115K, . . . , or 115N) is maintained by its respective browser (114A, . . . , 114K, . . . , or 114N). Via network 129, each of the browsers (114A, . . . , 114K, . . . , or 114N) is able to send requests to and receive web pages from HTTP server 152, and to display the web pages received at its respective terminal. Each of the browsers (114A, . . . , 114K, . . . , or 114N) is able to run a Master Applet (124A, . . . , 124K, . . . , or 124N), a set of DTS (Data Tracking and Synching) Applets, a SessionID Applet, and an Agent Applet. As shown in FIG. 1, these Applets are stored in consumer page repository 146 and can be downloaded from consumer page repository 146 and stored in the memory areas of the terminals (104A, . . . , 104K, . . . , 104N).

Referring to FIG. 2, there is shown the situation where each of the terminals (104A, . . . , 104K, . . . , or 104N) has downloaded its respective Master Applets (124A, . . . , 124K, . . . , or 124N), DTS Applets (124A, . . . , 126K, . . . , or 128N), and SessionID Applet (128A, . . . , 126K, . . . , 128N), in accordance with the present invention.

In FIG. 2, each of the (consumer) Master Applet (124A, . . . , 124K, . . . , or 124N) is primarily responsible for: (1) in response to loading each web page at its respective browser, opening a dedicated socket, and establishing a socket connection to WTS gateway 142 via network 129 for its respective browser (114A, . . . , 114K, . . . , 114N), (2) communicating with WTS server 144 via the socket connection, from which WTS server 144 is able identify the origin (i.e. which browser, which web page, etc.) of the commands and information that are being delivered through, (3) monitoring the information about its respective browser's activities to WTS server 144, (5) receiving and processing the information about other browsers' activities, (6) via the socket connection, providing a single communication path to WTS server 144 for DTS Applets (126A, . . . , 126K, . . . , or 126N), SessionID Applets (128A, . . . , 128K, . . . , or

5,951,643

| 5 | 6 |

128N), or any other consumer Applets embedded on the same page with the Master Applet, (7) sending commands to WTS server 144 to request services, for itself and for DTS Applets (126A, 126K, . . . , or 126N), SessionID Applets (128A, . . . , 128K, . . . , or 128N), or any other consumer Applets embedded on the same page with the Master Applet, and (8) sending user class information together with the commands, to indicate that its respective browser is a consumer user.

Each set of DTS Applets (126A, . . . , 126K, . . . , or 126N) contains one or more individual DTS Applets, which are primarily responsible for: (1) displaying and monitoring the data activities (data inputs or data updates of data fields) on web pages that are being displayed by its respective browser, (2) sending the data activities to WTS server 144 via its respective Master Applet, (3) receiving the data activities from other browsers via its respective Master Applet, and (4) processing the data activities from other browsers for the web pages that are being displayed by its respective browser.

Each of the SessionID Applets (128A, . . . , 128K, . . . , or 128N) is responsible for retrieving, and for displaying on a web page the current SessionID.

As shown in administration page repository 149, Agent Applet (or Supervisor Applet) is responsible for creating a session interface, joining, monitoring, and controlling a session through the session interface. The(administration) Master Applet is primarily responsible for: (1) opening a dedicated socket, and establishing a socket connection to WTS gateway 142 via network 129 for the session interface created by Agent Applet, Supervisor Applet, or any other administration Applets embedded on the same web page with the Master Applet, (2) communicating with WTS server 144 via the socket connection, from which WTS server 144 is able identify the origin (i.e. from which session interface) of the commands and information that are being delivered through, (3) via the socket connection, providing a single communication path to WTS server 144 for Agent Applet, Supervisor Applet, or any other administration Applets embedded on the same web page with the Master Applet, and (4) sending user class information together with the commands, to indicate that its respective browser is an administration user.

WTS gateway 142 is responsible for maintaining all socket connections between Master Applets and WTS server 144. The connections between Master Applets and WTS gateway 142 take place using standard sockets. The connection between WTS gateway 142 and WTS server 144 takes place using RMI (Remote Method Invocation).

WTS server 144 is responsible for: (1) managing and tracking the activities of all browsers participating in active sessions, exemplary activities including: loading of, interacting with, and unloading of web pages, (2) recording the information about the activities, (3) managing the synchronization of the activities for all browsers participating in the active sessions, (4) creating a session when a consumer user (via a browser) sends a request to web site 134 for the first time, (5) defining the session length intervals, (6) purging sessions that have been inactive for more than the specified session length intervals, (7) adding and deleting participants to a session, and (8) providing services to all commands from consumer Applets, such as: (consumer) Master Applet, DTS Applets, SessionID Applets, and administration Applets, such as: (administration) Master Applet, Agent Applets, and Supervisor Applet.

Consumer page repository 146 stores the web pages and Applets for consumers. Consumer Applets can be selectively embedded into consumer web pages. Exemplary consumer Applets include: (consumer) Master Applet, DTS Applets, SessionID Applet, etc.

Administration page repository 149 stores the web pages and Applets for call center administration users, including: administrator, supervisor, agent, etc. Administration Applets can be selectively embedded into administration web pages. Exemplary administration Applets include: (administration) Master Applet, Agent Applet, Supervisor Applet, etc.

To better describe the present invention, the Applets stored in (or downloaded from) repository 146 can be referred to as consumer Applets, and the Applets stored in (or downloaded from) repository 149 can be referred to as administration Applets. For example, the Master Applet stored in (or downloaded from) repository 146 can be referred to as consumer Master Applet, and the Master Applet stored in (or downloaded from) repository 149 can be referred to as administration Master Applets. HTTP server 152 contains a security application that allows consumer users to get access only to the web pages stored in consumer page repository 146, and allows administration users (such as administrator, supervisor, agent, etc.) to get access to the web pages stored in both consumer page repository 146 and administration page repository 149.

Session table 145 is responsible for maintaining the information for all active sessions.

Class table 147 is responsible for keeping records of user classes assigned to different users. Listed are exemplary user classes: administrator, supervisor, agent, and consumer.

Based on user classes (administrator, supervisor, agent, and consumer), WTS server 144 provides the following services:

(1) creating a session (consumer);
(2) storing data received from a session participant (supervisor, agent, and consumer);
(3) listing active sessions (administrator and supervisor);
(4) listing the information associated with active sessions (administrator, and supervisor);
(5) listing current users (administrator);
(6) joining a session (supervisor and agent);
(7) terminating a session (supervisor);
(8) monitoring a session (supervisor and agent);
(9) configuring a session parameters (administrator); and
(10) sending commands and information to a consumer Master Applet or an administration Master Applet in a participating browser (supervisor, agent, and consumer).

Database 156 is responsible for storing data collected in session table 145.

HTTP server 152 is responsible for processing the requests issued by one of the web browsers, retrieving the web pages from either consumer page repository 146 or administration page repository 149, and sending the web pages to the browsers that have generated these requests.

Database processing application 148 is responsible for writing the data collected in session table 145 into database 156.

Referring to FIG. 3, there is shown the process of how the (consumer) Master Applet, DTS Applets, and SessionID Applet being downloaded into terminal 104A from HTTP server 152 in response to loading an initial web page, and then being invoked to perform the operations in accordance with the present invention.

As shown in FIG. 3, a (consumer) Master Applet, a set of DTS Applets, and a SessionID Applet are embedded into

5,951,643

7

web page 204 by using a set of applet tags 208. Web page 204 is associated with a specific URL indicating the location of web page 204 in HTTP server 152.

As indicated by dotted line (1), web browser 114A sends a request including the URL of web page 204 to HTTP server 152 via network 129. As indicated by dotted line (2), in response to the request, HTTP server 152 retrieves web page 204 from consumer page repository 146 and sends it to web browser 114A via network 129. Web page 204 contains a set of applet tags 208, which indicate the location of Master Applet, DTS Applets, and SessionID Applet in HTTP server 152. As indicated by dotted line (3), web browser 114A loads web page 204. As indicated by dotted line (4), since Master Applet, DTS Applets, and SessionID Applet have not been downloaded, web browser 114A sends requests via network 129, to download these Applets based on applet tags 208. As indicated by dotted line (5), HTTP server 152 sends Master Applet, DTS Applets, and SessionID Applet to browser 114A via network 129. As indicated by dotted line (6), browser 114A stores Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A into memory area 115A of terminal 104A, and initializes and invokes these Applets. After being invoked, these Applets are running together with web browser 114A, to monitor and process the activities for which they are assigned to be responsible. As indicated by line (7), Master Applet 124A opens a dedicated socket and establishes a socket connection to WTS gateway 142 for browser 114A and web page 204. Via the socket connection, Master Applet 126 sends WTS server 144 a command, together with an ID unique to browser 114A. In response to the command from Master Applet 126, WTS server 144 creates a session for browser 114A based on the unique ID, and issues a time stamp (loading time) indicating the time at which the command was received, and stores the URL and time stamp of web page 204 into the session created for browser 114. As will see in the description in connection with FIG. 6 following, the URL, command, and loading time are stored in a URL history list and a command list created for the session.

Referring to FIG. 4, there is shown the process of the (consumer) Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A being invoked, in response to loading a subsequent web page 214 (subsequent to web page 204), to perform the operations in accordance with the present invention, when these Applets have been previously downloaded and cached in terminal 104A.

As indicated by dotted line (1), to download web page 214, web browser 114A sends a request including the URL of web page 214 to HTTP server 152 via network 129. Before loading web page 214, the following events occur: (a) browser 114A instructs Master Applet 124A to run a stop routine, (b) via the socket connection established for browser 114A and web page 204, Master Applet 124 sends a command to inform WTS server 144 that web page 204 has been unloaded, and disconnects the socket connection established for browser 114A and web page 204, (c) WTS server 144 issues a time stamp (unloading time) indicating the time the command was received, and (d) records the URL and the time stamp of web page 204 into the session created for browser 114A. As will be seen in the description in connection with FIG. 6, following, URL, command, and unloading time are stored in a URL history list and a command list created for the session. As indicated by dotted line (2), HTTP server 152 retrieves web page 214 from consumer page repository 146 and sends it to browser 114A. Like web page 204, web page 214 contains a set of applet tags 208 for indicating the location of Master Applet 124A, DTS Applets

8

126A, and SessionID Applet 128A. As indicated by dotted line (3), web browser 114A loads web page 214. As indicated by dotted line (4), in response to the loading of web page 214, web browser 114A locates Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A (based on the indication of applet tags 208) that are cached by browser 114A in memory area 115A, and initializes these Applets and then invokes them. As indicated by line (5), Master Applet 124A opens a dedicated socket and establishes a socket connection to WTS gateway 142 for browser 114A and web page 214. Via the socket connection established for browser 114A and web page 214, Master Applet 126A sends a command, together with the ID unique to browser 114A and the URL of web page 214, to inform WTS server 144 that web page 214 has been loaded. WTS server 144 issues a time stamp (loading time) indicating the time the command was received and stores the URL and time stamp of web page into the session created for browser 114A. As will be seen in the description in connection with FIG. 6, following, URL, command, and loading time are stored in a URL history list and a command list created for the session.

Referring to FIG. 5, there is shown the process of the (consumer) Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A being invoked, in response to loading a subsequent web page 224 (subsequent to web page 214), to perform the operations in accordance with the present invention, when both these Applets and web page 224 have been previously downloaded and cached by browser 114A in terminal 104A.

As indicated by dotted line (1), web browser 114A loads web page 224 cached in memory area 115A maintained by browser 114A. Like web pages 204 and 214, web page 224 contains a set of applet tags 208 indicating the location of Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A. Before loading web page 224, the following events occur: (a) browser 114A instructs Master Applet 124A to run a stop routine, (b) via the socket connection established for browser 114A and web page 214A, Master Applet 124A sends a command to inform WTS server 144 that web page 214 has been unloaded, and disconnects the socket connection established for browser 114A and web page 214, (c) WTS server 144 issues a time stamp (unloading time) indicating the time the command was received, and (d) WTS server 144 records the URL and time stamp of web page 214 into the session created for browser 114A. As will be seen in the description in connection with FIG. 6, following, the URL, command, and unloading time are stored in a URL history list and a command list created for the session. As indicated by dotted line (2), in response to the loading of web page 224, browser 114A locates Master Applet 124A, DTS Applets 126A, SessionID Applet 128A that have been cached by browser 114A in memory area 115A in terminal 104A, and initializes and invokes these Applets. As indicated by line (3), Master Applet 124A opens a dedicated socket and establishes a socket connection to WTS gateway 142 for browser 114A and web page 224. Via the socket connection established for browser 114A and web page 224, Master Applet 126A sends a command, together with the ID unique to browser 114A and the URL of web page 224, to inform WTS server 144 that web page 224 has been loaded. WTS server 144 issues a time stamp (loading time) indicating the time the command was received and stores the URL and time stamp into the session created for browser 114. As will be seen in the description in connection with FIG. 6, following, the URL, command, and loading time are stored in a URL history list and a command list created for the session.

5,951,643

9

In the example shown in FIG. 5, it should be appreciated that even through no request arrives at HTTP server 144 when web page 224 is loaded from cached memory in terminal 104A, Master Applet 124A still sends browsing activities to WTS server 144.

It should be noted that the processes shown in FIGS. 3–5 of loading and invoking Master Applet, DTS Applets, and SessionID Applet for terminal 104A can also be used for terminals 104K, . . . , 104N.

In FIGS. 3–5, Master Applet, DTS Applets, and SessionID Applet are all embedded into web pages 204, 214, and 224. However, it should be noted that not all the Applets are required to be embedded into a web page. Depending on the desired functions to be performed, respective Applets can be selectively embedded into a web page by selectively setting applet tags in the web page. For example, if data synchronization and tracking of individual elements are not needed, the applet tags for linking DTS Applets can be eliminated from the web page. By the same token, if additional functions are needed, additional applet tags can be added into the web page to link additional Applets.

Referring to FIG. 6, there is shown session table 145 (see FIG. 1) in greater detail, in accordance with the present invention.

While browsers at their respective terminals are browsing through the web pages in web site 134, WTS server 144 collects and analyzes the information about the interactions between all browsers and the web pages that have been downloaded to the browsers from web site 134. One difficulty in collecting and analyzing such information is that browsing individual web pages in web site 134 is a stateless process. More specifically, web site 134 receives a sequence of requests from different browsers, and sends the respective web pages to the respective browsers in response to the sequence requests. Since in processing the requests from an individual browser, web site 134 does maintain a constant connection to the same browser to keep an one-to-one relationship, web site 134 has no control over, or maintain data on, the sequences of the requests from the browsers.

To meaningfully collect and analyze the information about the interactions between the browsers and web pages, a session is defined as a collection of web page interactions that occur over a given period of time from a specific browser. A session is created when a browser first hits web site 134, and a session window (or session length interval) is defined for the session. If activities from a specific browser (identified by an ID unique to the browser, issued by a respective Master Applet) does not occur within the session window, the session is terminated and cleaned up by WTS server 144. A session window is refreshed (reset to time zero) each time the information about the associated browser is sent to WTS server 144. For example, if a session window is defined as 15 minutes, as long as the associated terminal has some activity every 15 minutes, the session will remain open. After 15 minutes of inactivity, the session is terminated and purged. A subsequent request from the same terminal will cause a new session to be created. After a session has been created for a terminal, one or more other terminals can join the session.

As shown in FIG. 6, session table 145 includes M Session IDs created for M sessions respectively. Each of the session ID is associated with: (1) a session list for maintaining information about a session, (2) a participant list for maintaining information about all participant browsers in a session (note: when a session is first created, it only contains one participant), (3) a URL history list for maintaining information about all web pages visited by all participants in

10

a session, (4) a data list for maintaining information about the data fields on the web pages visited by all participants in a session, and (5) a command list for maintaining information about all commands issued to WTS server 144 by the various participants in a session.

Typical items in a session list are: (1) SessionID for identifying a session, (2) UserName for indicating the actual name for whom the session is created, (3) StartTime for indicating the time of starting the session, (4) StopTime for indicating the time of stopping the session, and (5) SessionNotes for recording the notes of the session.

Typical fields contained in a participant list are: (1) SessionID for linking the participant list to a session, (2) ParticipantID for identifying a participant, (3) ParticipantAddresses for indicating a participant's IP address, (4) Class for indicating the user class of the participant (customer, agent, supervisor, administrator, etc.) and (5) Direction for indicating the synchronization direction for the participant browser.

Typical fields contained in a URL history list are: (1) SessionID for linking the URL history list to a session, (2) PageURL for indicating the URL of a web page visited, (3) ParticipantID for identifying a participant who visited the web page, (4) LoadingTime for indicating the loading time of the web page, and (4) UnloadingTime for indicating the unloading time of the web page.

Typical fields contained in a data list are: (1) SessionID for linking the data list to a session, (2) WasRelayed for indicating if this data field has been broadcasted, (2) FieldName for indicating the actual name of the data field, (3) DataName for indicating the name of the data field displayed on a web page, (4) DataValue for indicating the value of the data field, (5) TimeStamp for indicating the time at which this data field is updated, (6) URL for indicating the web page on which the data field was displayed, and (7) ParticipantID for indicating the participant browser who updated this data field.

Typical fields contained in a command list are: (1) SessionID for linking the data list to a session, (2) Command for indicating the specific command executed (loading a page, unloading a page, changing a data field, etc.), (3) URL for indicating the web page to which the command operated, (4) FieldPoint for indicating the data field to which the command operated, and (5) TimeStamp for indicating the time at which command was executed.

Before a session is purged from session table 145, database processing application 147 stores the associated session list, URL history list, and command list to database 156. The data contained in these three lists can be late used by data warehouse integration applications.

Referring to FIG. 7, there is shown an operation for creating a session interface for an agent (or a supervisor) by downloading an agent page (or a supervisor page) from administration page repository 149, in accordance with the present invention. In the example shown in FIG. 7, it is assumed that administration user class (either agent user class or supervisor user class) is assigned to terminal 104N, so that the security application in HTTP server 152 grants the access to the web page stored in both consumer page repository 146 and administration page repository 149.

At step 702, an agent at terminal 144N types in an agent URL at terminal 104N, and browser 114N sends the URL to HTTP server 152, to retrieve an agent page, in which an (administration) Master Applet and an Agent Applet are embedded. For a supervisor, he/she types in a supervisor URL at terminal 104N, and browser 114N sends the URL to HTTP server 152, to retrieve a supervisor page, in which an (administration) Master Applet and a Supervisor Applet are embedded.

5,951,643

11

At step 704, HTTP server 152 retrieves the agent page (or a supervisor page) from administration page repository 149 and sends it to browser 114N.

At step 706, browser 114N downloads the agent page, in which a Master Applet (administration Master Applet) and an Agent Applet are embedded; or downloads the supervisor page, in which a Master Applet (administration Master Applet) and a Supervisor Applet are embedded.

At step 708, browser 114N downloads the Master Applet and Agent Applet from HTTP server 152, initializes and invokes these Applets; or downloads the Master Applet and Supervisor Applet from HTTP server 152, initializes and invokes these Applets.

At step 710, Master Applet opens a dedicated socket, establishes a socket connection to WTS gateway 142, and sends an ID to browser 114N to WTS server 144. WTS server 144 is able to identify browser 114N based on the unique ID.

At step 712, Agent Applet creates an agent session interface 800A shown in figure 8A for the agent user; or Supervisor Applet creates a supervisor session interface 800B shown in FIG. 8B for the supervisor agent.

Referring to FIG. 8A, there is shown an agent session interface 800A created for an agent at step 712, in accordance with the present invention.

As shown in FIG. 8A, the session interface contains a text box 804 for entering a session ID, a Join session button 806 for joining a session identified by the session ID, a drop button 808 for leaving a session, a leader check box 810 (selecting of which designates a browser as a leading browser in synchronization), a follower check box 812 (selecting of which designates a browser as a following browser in synchronization), a scrollable list box 816 for displaying the information contained in the participant list associated with a selected session, a scrollable list box 818 for displaying the information in an identified URL history list, and a text box 820 for displaying the information in an identified data list. If both the leader and follower check boxes 810 and 812 are selected in the agent session interface, browser 114A acts as both leading and following browser in synchronization.

Referring to FIG. 8B, there is shown a browser supervisor session interface 800B created for a supervisor at step 712, in accordance with the present invention.

As shown in FIG. 8B, the session interface contains a scrollable list box 832 for displaying session IDs of all active sessions in session table 145 and for selecting one of the session IDs, a text box 834 for displaying relevant statistics of WTS server 144, a multi column scrollable list box 836 for displaying details about the session selected in scrollable list box 832, a select session button 838 for selecting a session from scrollable list box 832. By using the information in scrollable list box 832, a supervisor agent can monitor all active sessions. By using the information in multi column scrollable list box 836, a supervisor can monitor operational status of a session selected from scrollable list box 832, including: (1) whether this session is being helped by an agent, (2) user name, and (3) agent ID. By selecting select session button 838, a supervisor can create an agent session interface as shown in FIG. 8C.

Referring to FIG. 8C, there is shown a supervisor agent session interface 800C, in accordance with the present invention.

Referring to FIG. 9, there is shown a flowchart illustrating the operation of joining a session by an agent, in accordance with the present invention.

In the example shown in FIG. 9, it is assumed that: (1) a consumer at terminal 104A is browsing web pages from

12

consumer page repository 146 via browser 114A, (2) session list 1 shown in FIG. 6 has been created for browser 114A, (3) an agent class has been assigned to browser 114N, (4) agent session interface 800A shown in FIG. 8A has been displayed on terminal 104N; (5) a (administration) Master Applet and Agent Applet have been previously downloaded into browser 114N, (6) a dedicated socket connection has been established for session interface 800A displayed at terminal 104N by the (administration) Master Applet, and (7) the agent at terminal 104A is on duty at a call center.

As shown in FIG. 9, at step 902, the consumer is browsing a web page at terminal 104A. On the web page, SessionID Applet 128A displays the current session ID. A call center telephone number the consumer can call is also displayed on the web page.

At step 904, the consumer is connected to the call center by dialing the telephone number via telephone 102A (see FIG. 1), and the call is directed by the call center to the agent.

At step 906, the consumer tells, via telephone 102A (see FIG. 1), the agent the current session ID displayed. It should be noted that, instead of using the telephone, the agent can be informed of the current session ID by alternative methods. For example, the consumer can enter his/her telephone number into a special web page that contains the caller ID of the consumer along with the current session ID. This information can be stored into a special lookup table that can be used by the agent to lookup the current session ID.

At step 908, at terminal 104N, the agent types the current session ID into text box 804 (see FIG. 8A).

At step 910, in response to a loss of focus or a pressing of the Enter key, through the socket connection established for agent session interface 800A displayed on terminal 104N, the (administration) Master Applet at terminal 104N sends a command to WTS server 144, to retrieve the information in participant list 1, URL history list 1, and data list 1 (see FIG. 6) for the Agent Applet.

At step 912, WTS server 144 sends the information requested to the Agent Applet (via the Master Applet).

At step 914, the Agent Applet at terminal 104N displays some information from participant list 1 and URL history list 1 in (participant) scrollable list box 816 and (URL history) scrollable list box 818, respectively.

At step 916, the agent selects join button 806 in agent session interface 800A displayed on terminal 104N.

At step 918, in response to the selection at step 916, through the socket connection which has been established for agent session interface displayed on terminal 104N, the (administration) Master Applet sends WTS server 144 a command to join the selected session. Based on the identification associated with the socket connection, WTS server is able to generate a ParticipantID for browser 114N and to find the ParticipantAddress for terminal 104N.

At step 920, WTS server 144 stores the ParticipantID and ParticipantAddress into participant list 1. At this step, participant list 1 includes two participant records (two rows) containing the ParticipantIDs for browsers 114A and 114N respectively.

At step 922, at terminal 104N, the agent selects: leading check box 810 or following check box 812, or both of them. By only selecting leader check box 810, the activities at terminal 104N are synchronized at terminal 104A, but not other way around. By only selecting follower check box 812, the activities at terminal 104A are synchronized at terminal 104N, but not other way around. By selecting both leader and follower check boxes 810 and 812, the activities at terminals 104A and 104N are synchronized with each

5,951,643

13

other (bi-directional synchronization). In response to the selection(s), through the socket connection which has been established for agent session interface 800A, the (administration) Master Applet sends WTS server 144 a command designating the synchronization direction. WTS server 144 stores the synchronization direction information into the Direction fields of the two records in participation list 1. In this example, it is assumed that for terminals 104A and 104N, the bi-directional synchronization has been selected for terminals 104A and 104N.

At step 924, WTS server 144 sends the (administration) Master Applet the URL of the web page being currently browsed at terminal 104A.

At step 926, the Agent Applet at terminal 104N opens a browser window 1004 (a second browser instance) as shown in FIG. 10.

At step 928, browser 114N downloads the web page identified by the URL from consumer page repository 146, and displays it in browser window 1004. A (consumer) Master Applet, a set of DTS Applets, and a SessionID Applet are embedded in the web page downloaded.

At step 930, browser 114N downloads (consumer) Master Applet 124N, set of DTS Applets 126N, and SessionID Applet 128N.

At step 932, the web pages displayed in second browser window 1004 at terminal 104N are being synchronized with the web pages being displayed at terminal 104A.

After step 932, if the agent (the first agent) at terminal 104A needs assistance from another agent (the second agent) at terminal 104K, the first agent can call the second agent and tell him/her the current session ID. The second agent can then join the current session using an agent session interface as shown in FIG. 8A displayed at terminal 104K.

Referring to FIG. 10, there is shown a screen display containing two browser instances (800A and 1004) at terminal 104N, in accordance with the present invention.

As shown in FIG. 10, at terminal 104N, the first browser instance provides an agent session interface 800A to control and monitor the current session, and the (administration) Master Applet for agent session interface 800A establishes and maintains a socket connection for agent session interface 800A. The second browser instance provides a browser window 1004 to display the web pages being synchronized. (Consumer) Master Applet 124N establishes and maintains a socket connection for each web page displayed in browser window 1004.

Referring to FIG. 11, there is shown a flowchart illustrating the operation of web page synchronization, in accordance with the present invention.

In the example shown in FIG. 11, it is assumed that: (1) a consumer at terminal 104A is browsing web pages from a consumer page repository 146 via browser 114A, (2) a session has been created for browser 114A, (3) session list 1 and participant list 1 shown in FIG. 6 have been created for the session, (4) bi-directional synchronization has been selected for terminal 104A and all participant terminals, and (5) the (consumer) Master Applet, DTS Applets, and SessionID Applet have been downloaded into browser 104A and all participant browsers.

As shown in FIG. 11, at step 1104, browser 114A loads a web page either from consumer page repository 146 or from memory area 115A in terminal 104A. If Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A had not been download to browser 114A, browser 114A would download these Applets from consumer page repository 146. However, in this example, these Applets are assumed to be downloaded.

14

At step 1106, in response to the loading of the web page, browser 114A initializes and invokes Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A.

At step 1108, Master Applet 124A: (1) opens a dedicated socket, and establishes a socket connection to WTS gateway 142 for browser 114A and the web page loaded, and (2) via the socket connection, sends WTS server 144 a command together with an ID unique to browser 114A and the URL of the web page loaded. Based on the unique ID, WTS server is able to identify the session created for browser 114A.

At step 1110, WTS server 144 identifies the session for browser 114A.

At step 1112, WTS server 144 locates all IP addresses assigned to participant terminals in participant list 1 (shown in FIG. 6), and sends a command, together with the URL, to all the participant terminals (except that WTS server 144 does not sent the URL to terminal 104A, because the URL is originated from terminal 104A).

At step 1114, upon receiving the command, the (consumer) Master Applets in the participant terminals initialize themselves and pass the URL to their respective browsers.

At step 1116, the respective browsers in the participant terminals download and display the web page according to the URL.

It should be noted that, like terminal 104A, each of the participant terminals (at which agent session interface is displayed) can lead the page synchronization using the operation shown in FIG. 11.

Referring to FIG. 12A, there is shown a web page containing five data fields, specifically: name 1202, time period 1204, account balance 1206, payment 1208, comments 1210, a text box 1212 for displaying the current session ID, and a text box for displaying the call center number the consumer can call, in accordance with the present invention.

Referring to FIG. 12B, there is shown a web page that is similar to that of FIG. 12A, except that the data in the field of name 202 is changed from Susan King to Sue Grant and the changes are synchronized at a participant terminal, in accordance with the present invention.

Referring to FIG. 13, there is shown a flowchart illustrating the operation of data synchronization, in accordance with the present invention.

In the example shown in FIG. 13, it is assumed that: (1) a customer at terminal 104A is browsing web pages via browser 114A, (2) a session has been created for terminal 104A, (3) session list 1 and participant list 1 shown in FIG. 6 has been created for the session, (4) terminal 104N is one of the participants, (5) web page 1200 containing five data fields shown in FIG. 12A is displayed on terminals 104A and all participant terminals, (6) a bi-directional synchronization has been selected for terminal 104A and all participant terminals, (7) the (consumer) Master Applet, DTS Applets, and SessionID Applet have been downloaded to browser 114A and the browsers at all participant terminals, (8) the DTS Applets contains five individual Applets: DTS Applet₁, DTS Applet₂, DTS Applet₃, DTS Applet₄, and DTS Applet₅, (9) these five individual DTS Applets are respectively responsible for monitoring and processing the events occurred on the five data fields of web page 1200 shown in FIG. 12A, (10) (consumer) Master Applet 124A has established a dedicated socket connection to WTS gateway 142 for web page 12A displayed at terminal 104A, and (11) the customer at terminal 104A wants to make changes to name field 1202 from Susan King to Sue Grant.

As shown in FIG. 13, at step 1304, the customer changes the name in name field 1202 from Susan King to Sue Grant.

5,951,643

15                                                    16

At step 1306, in response to a loss of focus on name field 1202 or pressing the Enter key, DTS Applet, detects the change and passes the change to Master Applet 124A.

At step 1308, via the dedicated socket connection, Master Applet 124A sends WTS server 144 a command together with the change of name field 1202. Since this change is passed to WTS server 144 via the dedicated socket connection established for web page 1200, WTS server 144 is able to recognize the origin of the command, web page 1200, and the name field upon which the change was made.

At step 1310, WTS server 144 identifies the session created for terminal 114A.

At step 1312, WTS server 144 locates the IP addresses assigned to participant browsers in participant list 1 and sends a command (together with the change of name field 1202) to the Master Applets in all participant terminals (except that WTS server 144 does not send the command and change to browser 114A, since this change originated from browser 114A).

At step 1314, upon receiving the command, the (consumer) Master Applets (including Master Applets 124N) pass the change of name field 1200 to their respective DTS Applets, including the DTS Applet, at browser 114N.

At step 1316, the DTS Applet, display the update "Susan Grant" into the name fields on respective web page 1200 displayed on the respective terminals, including terminal 104N.

It should be noted that the operation shown in FIG. 13 can be used to perform data synchronization for the other four data fields on web page 1200 shown in FIG. 12A.

It should also be noted that the data field synchronization can also be performed at terminal 104N. For example, as shown in FIG. 12B, when the agent at terminal 104N enters comments of "Account's name had been changed" to comments field 1210' on web page 1200', this updates will be displayed in comments field 1210 at terminal 104A, by using the operation shown in FIG. 13.

Referring to FIG. 14, there is shown a flowchart illustrating the operation of web page tracking, in accordance with the present invention.

In the example shown in FIG. 14, it is assumed that: (1) a customer at terminal 104A is browsing web pages via browser 114A, (2) a session has been created for terminal 104A and all participant terminals, (3) session list 1, participant list 1, and URL history list 1 shown in FIG. 6 have been created for the session, (4) bi-directional synchronization has been selected for terminal 104A and all participant terminals, and (5) the (consumer) Master Applet, DTS Applets, and SessionID Applet have been downloaded into terminals 104A and all participant terminals.

As shown in FIG. 14, at step 1404, browser 114A downloads a web page from either the consumer page repository 146 or memory area 115A of terminal 104A. If Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A had not been download to terminal 104A, browser 114A would download them from HTTP server 152. However, in this example, these Applets have been downloaded.

At step 1406, web browser 114A initializes and invokes Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A.

At step 1408, Master Applet 124A opens a dedicated socket and establishes a socket connection to WTS gateway 142 for web browser 114A and the web page loaded. Master Applet 124A then sends WTS server 144 a command, together with: (1) an ID unique to browser 114A, and (2) the URL of the web page loaded. When commands and URL are

delivered through this socket connection, WTS server 144 is able to recognize the origin of the commands and URL.

At step 1410, WTS server 144 identifies the session ID for browser 114A.

At step 1412, WTS server 144 locates the session list 1 and URL history list 1.

At step 1414, WTS server 144 issues a time stamp (loading time) for indicating the time at which the command was received, and stores the URL and time stamp to URL history list 1.

At step 1416, browser 114A sends WTS server 144 a request to load a subsequent web page.

At step 1418, before loading the subsequent web page, via the socket connection, Master Applet 124A sends WTS server 144 a command, together with the URL, to inform WTS server 144 that the current web page has been unloaded.

At step 1420, WTS server 144 identifies the session for terminal 104A.

At step 1422, WTS server 144 locates the session list 1 and URL history list 1.

At step 1424, WTS server 144 issues a time stamp (unloading time) for indicating the time at which the command was received, and stores the URL and time stamp to URL history list 1.

At step 1426, Master Applet 124A disconnects the socket connection for the web page that has been unloaded.

Referring to FIG. 15, there is shown a flowchart illustrating the operation of data tracking, in accordance with the present invention.

In the example shown in FIG. 15, it is assumed that: (1) a customer at terminal 104A is browsing web pages via browser 114A, (2) a session has been created for terminal 104A, (3) session list 1 and participant list 1 shown in FIG. 6 has been created for the session, (4) terminal 104N is one of the participants, (5) web page 1200 containing five data fields shown in FIG. 12A is displayed on terminals 104A and all participant terminals, (6) a bi-directional synchronization has been selected for terminal 104A and all participant terminals, (7) the (consumer) Master Applet, DTS Applets, and SessionID Applet are downloaded to terminal 104A and all participant terminals, (8) the DTS Applets contains five individual Applets: DTS Applet[1], DTS Applet[2], DTS Applet[3], DTS Applet[4], and DTS Applet[5], (9) these five individual DTS Applets are respectively responsible for displaying, monitoring and processing the events occurred on the five data fields of web page 1200 shown in FIG. 12A, (10) Master Applet 124A has established a dedicated socket connection to WTS server 144 for web page 1200 displayed on terminal 104A, and (11) the customer at terminal 104A wants to make changes to name field 1202 from Susan King to Sue Grant.

As shown in FIG. 15, at step 1504, the customer changes the name in name field 1502 from Susan King to Sue Grant.

At step 1506, in response to a loss of focus on name field 1202 or pressing the Enter key, DTS Applet, detects the change and passes the change to Master Applet 124A.

At step 1508, via the dedicated socket connection, Master Applet 124A sends WTS server 144 a command together with the change of name field 1202. Since this change is passed to WTS server 144 via the dedicated socket connection established for web page 1200, WTS server 144 is able to recognize the origin of the command, web page 1200, and the name field upon which the change was made.

At step 1510, WTS server 144 identifies the session created for terminal 104A.

At step 1512, WTS server 144 stores the URL and update of name field 1202 into data list 1.

EXHIBIT H
Page 585

17

5,951,643

18

It should be noted that the operation shown in FIG. 15 can be used to perform data tracking for the other four data fields on web page 1200, and to perform data tracking for all participant terminals.

Referring to FIG. 16, there is shown a flowchart illustrating the operation of joining a session by a supervisor, in accordance with the present invention. In the example shown in FIG. 16, it is assumed that the supervisor is on duty at terminal 104K in a call center.

As shown in FIG. 16, at step 1604, the supervisor performs the steps shown in FIG. 7, where the supervisor downloads a supervisor page on which a (administration) Master Applet (referred as Master-Applet¹) and a Supervisor Applet are embedded. The Supervisor Applet displays a supervisor session interface (see 800B in FIG. 8B) in a first browser instance (see 800B in FIG. 17) on terminal 104K. Master-Applet₁ maintains a dedicated socket connection to WTS gateway 142 for the first browser instance (see 800B shown in FIG. 17).

At step 1606, from the first browser instance (see 800B shown in FIG. 17), the supervisor selects a session (see 800B in text box 832) and then select session button 838.

At step 1608, in response to the selection of the select session button 838, browser 114K downloads a supervisor agent page, on which a (administration) Master Applet (referred as Master-Applet₂) and an Agent Applet are embedded. The Agent Applet creates a supervisor agent it in a second browser instance (see 800C in FIG. 8C) in terminal 104K. Master-Applet₂ opens and maintains a dedicated socket connection to WTS gateway 142 for the second browser instance (see supervisor agent session interface 800C shown in FIG. 17).

At step 1610, there can be two possible scenarios. A first scenario is that: an agent has joined the selected session to help the consumer, and the supervisor wants to join the selected session as a participant. Under this scenario, the supervisor simply selects join button 846, and leader and follower buttons 850 and 852 are both selected automatically. A second scenario is that: no agent has joined the session and the supervisor wants to join the session. Under this scenario, the supervisor joins the session just like an agent, by first selecting leader button 850 and/or follower button 852, and then join session button 846. In this example, it is assumed that a consumer at terminal 104A and an agent at terminal 104N have joined the session, and the supervisor wants to join the selected session.

At step 1612, the supervisor selects join session button 846.

At step 1614, via the socket connection for the second browser instance (see supervisor agent session interface 800C shown in FIG. 17), the Master-Applet₂ sends WTS server 144 a command together with the selected session ID for the selected session.

At step 1615, WTS server 144 locates the session indicated by the selected session ID, and sends information stored in participant list 1 and URL history list 1 (see FIG. 6) to Master-Applet₂.

At step 1616, WTS server 144 stores ParticipantID and ParticipantAddress into participant list 1 for browser 114K. At this step, participant list 1 includes three participant records (three rows) for browsers 114A, 114K, and 114N respectively.

At step 1618, Agent Applet at terminal 104K displays the information stored in participant list 1, and URL history list 1 in participant text box 856, and URL history text box 858 (see FIG. 8C) respectively.

At step 1620, WTS server 144 sends Master-Applet₂ the URL of the web page being currently displayed at terminals 104A and 104N.

At step 1622, the Agent Applet at terminal 104K opens a third browser instance (see 1704 in FIG. 17).

At step 1624, browser 114K downloads the web page identified by the URL from consumer page repository 146 (or loads the web page from memory area 115K in terminal 104K if it is cached there), and displays it in the third browser instance (see 1704 in FIG. 17).

At step 1626, browser 114K downloads (consumer) Master Applet 124K, DTS Applets 126K, and SessionID Applet 128 from consumer page repository 146 according to the Applets tags in the current web page (assuming that these Applets have not previously downloaded).

At step 1628, Master Applet 124K opens a dedicated socket and establishes a socket connection to WTS gateway 142 for the third browser instance 1704 shown in FIG. 17.

After step 1630, the web pages displayed in third browser instance 1704 at terminal 104K are being synchronized with the web pages being displayed at terminals 104A and 104N in response to the steps shown in FIG. 16, in accordance with the present invention.

Referring to FIG. 17, there is shown the three browser instances (800B, 800C, and 1704) for the supervisor in the present invention.

Referring to FIG. 18, there is shown a flowchart illustrating the operation of re-browsing a web page previously reviewed in a session, in accordance with the present invention.

In the example shown in FIG. 18, it is assumed that: (1) a consumer at terminal 104A is browsing web pages from consumer page repository 146 via browser 114A, (2) a session list 1 shown in FIG. 6 has been created for browser 114A, (3) an agent (or a supervisor) is on duty at terminal 104N in a call center, and agent class (or supervisor class) has been assigned to browser 104N, (4) at browser 114N, the first and second browser instances for the agent as shown in FIG. 10 (or the first, second and third browser instances for the supervisor as shown in FIG. 17) have been displayed, (5) via their respective socket connections established by their Master Applets, the first and second browser instances for the agent as shown in FIG. 10 (or the first, second and third browser instances for the supervisor as shown in FIG. 17) have been connected to WTS gateway 142, (6) Master Applets (124A and 124N), DTS Applets (126A and 126N) and SessionID Applets (128A and 128N) have been loaded into terminals 104A and 104N respectively, (7) the agent (or supervisor) has selected and joined the session created for browser 114A, (8) at browser 114N, the second browser instance for the agent as shown in FIG. 10 (or the third browser instance for the supervisor as shown in FIG. 17) is being synchronized with browser 114A, and (9) bi-direction synchronization has been selected for browsers 114A and 114N.

At step 1802, for an agent user, via scrollable list box 818 on agent session interface shown in FIG. 10, he/she reviews the URLs for all the web pages previously browsed by browser 114A in the selected session. For a supervisor, via scrollable list box 858 on supervisor session interface shown in FIG. 10, he/she reviews the URLs for all the web pages previously browsed by browser 114A in the selected session.

At step 1804, to display an individual web page previously browsed by browser 114A, the agent (or supervisor) selects a URL from scrollable list box 818 (or scrollable list box 858) and double-clicks on it.

At step 1806, for the agent, the (agent) Master Applet or (the supervisor Master Applet) sends WTS server 144 a

5,951,643

19

command together with the selected URL, via its respective socket connection.

At 1808, WTS server 144 sends a command together with the URL and the time information (loading and unloading) to Master Applets 124A and 124N, so that Master Applets 124A and 124N can inform their respective browsers 114A and 114N to load and display the web page based on the URL.

At 1810, WTS server 144 checks whether browser 114A previously performed any activities to data fields on the web page identified by the URL, based on the information stored in URL history list 1 and data list 1. As shown in FIG. 6, URL history 1 contains the information about: (a) participant ID of browser 114A, (b) the URL, and (c) the loading and unloading time of the web page identified by the URL. Data list 1 contains the information about: (a) data field names for data fields, (b) value of the data fields, and (c) the times at which values of the data fields were changed.

At step 1812, if browser 114 previously performed any activities to the data fields on the web page identified by the URL, WTS server 144 sends a command (together with the data field names, values of the data fields, and time information) to Master Applet 124A (at browser 114A) and Master Applet 124N (at browser 114N).

At step 1814, at browser 114A, Master Applet 124A passes the command, data field names, and data field values to DST Applets 126A, so that DTS Applets 124A can display the data field values into respective data fields on the web page being displayed. At browser 114N, Master Applet 124N passes the command, data field names, and data field values to DST Applets 126N, so that DTS Applets 124N can display the data field values into respective data fields on the web page being displayed.

Since the loading time and unloading time of the URL and the setting time for a data field are recorded in URL history list 1 and data list 1, if desired, the web page identified by the URL and the activities performed to the data fields can be duplicated (loading the web page, setting data fields on the web page, and unloading the web page) according to the time information.

Referring to FIG. 19, there is shown a flowchart illustrating the operation of re-browsing all web pages previously reviewed in a session, in accordance with the present invention.

In the example shown in FIG. 19, it is assumed that: (1) a consumer at terminal 104A is browsing web pages from consumer page repository 146 via browser 114A, (2) a session list 1 shown in FIG. 6 has been created for browser 114A, (3) an agent (or a supervisor) is on duty at terminal 104N in a call center, and agent class (or supervisor class) has been assigned to browser 104N, (4) at browser 114N, the first and second browser instances for the agent as shown in FIG. 10 (or the first, second and third browser instances for the supervisor as shown in FIG. 17) have been displayed, (5) via their respective socket connections established by their respective Master Applets, the first and second browser instances for the agent as shown in FIG. 10 (or the first, second and third browser instances for the supervisor as shown in FIG. 17) have been connected to WTS gateway 142, (6) Master Applets (124A and 124N), DTS Applets (126A and 126N) and SessionID Applets (128A and 128N) have been downloaded into terminals 104A and 104N respectively, (7) the agent (or supervisor) has selected and joined the session created for browser 114A, (8) at browser 114N, the second browser instance for the agent as shown in FIG. 10 (or the third browser instance for the supervisor as shown in FIG. 17) is being synchronized with browser

20

114A, and (9) bi-direction synchronization has been selected for browsers 114A and 114N.

At step 1902, for an agent user, via scrollable list box 818 on agent session interface shown in FIG. 10, he/she reviews the URLs for all the web pages previously browsed by browser 114A in the selected session. For a supervisor, via scrollable list box 858 on supervisor session interface shown in FIG. 17, he/she reviews the URLs for all the web pages previously browsed by browser 114A in the selected session.

At step 1904, to display all web pages previously browsed by browser 114A, the agent (or supervisor) selects Go to URLs button 820 in the agent session interface as shown in FIG. 10 (or Go to URLs button 860 in the supervisor session interface as shown in FIG. 17.

At step 1906, the (agent) Master Applet, or the (supervisor) Master Applet, sends a command to WTS server 144.

At step 1908, WTS server 144 sequentially sends commands, together with the URLs and time information, to Master Applets 124A and 124N, so that Master Applets 124A and 124N can inform their respective browsers 114A and 114N to load and display the web pages based on the URLs.

At 1910, for each one of URLs that are sent together with the commands, WTS server 144 checks whether browser 114A previously performed any activities to data fields on a web page identified by a respective URL, based on the information stored in URL history list 1 and data list 1.

At step 1912, if browser 114 previously performed any activities to the data fields on the web page identified by a respective URL, WTS server 144 sends a command (together with the data field names and values of the data fields) to Master Applets 124A (at browser 114A) and Master Applet 124N (at browser 114N).

At step 1914, at browser 114A, Master Applet 124A passes the command, data field names, and data field values to DST Applets 126A, so that DTS Applets 124A can display the data field values into respective data fields on the web page being currently displayed. At browser 114N, Master Applet 124N passes the command, data field names, and data field values to DST Applets 126N, so that DTS Applets 124N can display the data field values into respective data fields on the web page being currently displayed.

Since the loading time and unloading time of the URLs and the setting time for data fields are recorded in URL history list 1 and data list 1, if desired, all the web pages identified by the URLs and the activities performed to the data fields can be duplicated (loading the web page, setting data fields on the web page, and unloading the web page) according to the timing information.

It should be noted that, in the above-described embodiments, all the Applets (Master Applets, DTS Applets, SessionID Applets, and Agent Applet) embedded into web pages are written using Java. However, some or all of these Applets can be written using a browser script language, such as Java Script. More specifically, the codes for these Applets can be selectively written into web pages using the browser script language, instead of using applet tags to link these Applets. When a web browser downloads a web page containing the Applets written in browser script language, it stores these Applets into the memory area of the terminal on which the web browser is running, and then initializes and invokes them.

The present invention has the following advantages:

Dependable web page tracking and synchronizing—It tracks and synchronizes all user activities, even if web pages come from cached pages stored in browser cache or proxy servers.

5,951,643

21

Ease of use—It eliminates the current manual process of multiple users separately re-creating the web navigation.

Ease of execution (from users' point of view)—It does not require additional software to support the present invention. No software needs to be installed, configured, or run by a user.

Portability—It works across different operating systems at both client and server sides. On the client side, the requirement is that there be a web browser that supports Java Applets. On the server side, the requirement is that there be a Java Virtual Machine (JVM) on the same server that provides the HTTP service. Since there are JVMs practically for very operating system, the server components of the present invention have the potential to run on all the operating systems.

Compatibility—It works together with any HTTP servers from different vendors because the server components of the present invention requires no processing by HTTP servers, and thus are independent from HTTP servers.

Flexibility—Web page synchronization can be used independently in conjunction with web page tracking. Web page synchronization does not require persistent storage of any of the data tracked.

User privacy—It ensures a reasonable level of user privacy, since tracking and synchronization is limited to pages served by a web site that the information provider has control over.

Multiple HTTP server supported—It can handle the situation where a company has multiple physical servers running its web site, since the separation of the WTS gateway and server components enables a gateway to be placed on each HTTP server—each communicating with a common WTS server.

While the invention has been illustrated and described in detail in the drawing and foregoing description, it should be understood that the invention may be implemented through alternative embodiments within the spirit of the present invention. Thus, the scope of the invention is not intended to be limited to the illustration and description in this specification, but is to be defined by the appended claims.

What is claimed is:

1. A method of establishing a session to manage activities being performed to pages at a first terminal, comprising the steps of:

(a) receiving an initial request from said first terminal for retrieving an initial page;

(b) creating a session for said first terminal in response to said initial request;

(c) receiving subsequent requests from said first terminal for retrieving subsequent pages;

(d) monitoring activities performed to any of said initial and subsequent pages at said first terminal;

(f) storing information about said activities performed to any of said initial and subsequent pages at said first terminal into said session created for said first terminal.

2. The method of claim 1, further comprising the steps of:

sending said initial page to said first terminal in response to said initial request; and

sending subsequent pages to said first terminal in response to said subsequent requests.

3. The method of claim 2, further comprising the step of:

setting a session interval for said session created for said first terminal;

maintaining said session created for said first terminal, if within said session interval: (i) at least one activity at said first terminal is performed to said initial page and

22

subsequent pages, or (ii) a new request from said first terminal is received for retrieving a new page; and

purging said session created for said first terminal, if within said session interval created for said first terminal: (i) no activities are performed to said initial page and subsequent pages at said first terminal, and (ii) no new requests from said first terminal are received for retrieving new pages.

4. The method of claim 2, further comprising the step of:

receiving a request from a second terminal to join said session created for the first terminal;

displaying said activities that are stored at step (g) at the second terminal; and

synchronizing subsequent activities between said first and second terminals.

5. The method of claim 4, further comprising the step of:

storing said subsequent activities into said session created for said first terminal.

6. The method of claim 1, wherein the activities include: loading a page, unloading a page, and changing a data field on a page.

7. The method of claim 1, comprising maintaining a participant list of each of the users browser participating in a session wherein a session is a collection of web page interactions that occur over a given period of time from a specific browser.

8. The method of claim 7, comprising assigning a session ID to each of the plurality of user browsers.

9. The method of claim 8, comprising maintaining a session list including information about a session, a URL history list for maintaining information about all web pages visited by all participants in a session, a data list for maintaining information about the data fields visited by all participants in a session and a command list for maintaining all commands issued to the administrative server during a session.

10. The method of claim 1, comprising bi-directionally synchronizing the administrative browser and each of the user browsers.

11. The method of claim 1, comprising loading a master applet, a DTS applet and a session ID applet on to a computer on which each of the user browsers reside.

12. The method of claim 1, comprising detecting that a change has been made to a web page and forwarding such change to the administrative browser.

13. The method of claim 1, comprising establishing a dedicated socket connection between each of the user browsers and the administrative browser.

14. The method of claim 13, comprising recognizing, at the administrative browser, which of the user browsers made a change to the web page.

15. The method of claim 1, comprising recording the URL and an update of a data field into a data list.

16. The method of claim 1, comprising assigning a session ID to each of the plurality of user browsers.

17. The method of claim 15, comprising maintaining a session list including information about a session, a URL history list for maintaining information about all web pages visited by all participants in a session, a data list for maintaining information about the data fields visited by all participants in a session and a command list for maintaining all commands issued to the administrative server during a session.

18. The method of claim 16, comprising bi-directionally synchronizing the administrative browser and each of the user browsers.

5,951,643

23

19. A method of establishing sessions to manage activities being performed to pages at a plurality of user terminals, comprising the steps of:

   (a) receiving an initial request from each one of said user terminals for retrieving an initial page for said each one of said user terminals;

   (b) creating a session for each one of said user terminals in response to initial requests sent from said user terminals;

   (c) receiving subsequent requests from each one of said user terminals for retrieving subsequent pages for each one of said user terminals;

   (d) monitoring activities performed to any of said initial and subsequent pages at each one of said user terminals;

   (e) storing information about the activities performed to any of said initial and subsequent pages at each one of said user terminals into sessions created for each one of said user terminals.

20. The method of claim 19, further comprising the steps of:

   (c) sending an initial page to each one of said user terminals in response to said initial request; and

   (e) sending subsequent pages to each one of said user terminals in response to said subsequent requests.

21. The method of claim 19, further comprising the step of:

   setting a session interval for each one of said sessions created for said user terminals;

24

maintaining sessions created for each one of said one of said user terminals, if within a session interval created for one of said user terminals: (i) at least one activity is performed to said initial page and subsequent pages at said user terminal, or (ii) a new request is received for a new page from said one user terminal; and

purging the session created for said one user terminal, if within the session interval created for said one user terminal: (i) no activities are performed to said initial page and subsequent pages at said one user terminal, and (ii) no new requests from said one user terminal are received for new pages.

22. The method of claim 19, further comprising the step of:

receiving a request from an administrative terminal to select one of the sessions for a selected one of said user terminals;

displaying the activities of said selected session created for said selected terminal that are stored at step (g); and

synchronizing subsequent activities between the administrative terminal and said selected one user terminal.

23. The method of claim 22, further comprising the step of:

storing said subsequent activities into said session created for said first terminal.

* * * * *

US005954798A

# United States Patent [19]

## Shelton et al.

[11] **Patent Number:** **5,954,798**

[45] **Date of Patent:** **Sep. 21, 1999**

[54] **MECHANISM FOR DEPENDABLY MANAGING WEB SYNCHRONIZATION AND TRACKING OPERATIONS AMONG MULTIPLE BROWSERS**

[75] Inventors: **James A. Shelton**, Holmdel; **Michael I. Ingrassia, Jr.**, Edison; **Thomas M. Rowland**, Fair Haven, all of N.J.

[73] Assignee: **NCR Corporation**, Dayton, Ohio

[21] Appl. No.: **08/944,125**

[22] Filed: **Oct. 6, 1997**

[51] Int. Cl.⁶ ............................ G06F 13/00; G06F 13/14

[52] U.S. Cl. .......................... 709/224; 709/223; 709/227; 709/248

[58] Field of Search ........................ 364/474.16; 379/34; 600/301; 706/10; 395/200.33, 200.48, 200.49, 200.57; 709/224, 223, 227, 248

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,260,878 | 11/1993 | Luppy | 364/474.16 |
| 5,535,256 | 7/1996 | Maloney et al. | 379/34 |
| 5,544,649 | 8/1996 | David et al. | 600/301 |
| 5,715,453 | 2/1998 | Stewart | 707/104 |
| 5,727,129 | 3/1998 | Barrett et al. | 706/10 |
| 5,734,835 | 3/1998 | Selker | 709/249 |
| 5,737,619 | 4/1998 | Judson | 707/500 |
| 5,742,768 | 4/1998 | Gennaro et al. | 395/200.33 |
| 5,774,660 | 6/1998 | Brendel et al. | 704/201 |
| 5,774,664 | 6/1998 | Hidary et al. | 395/200.48 |
| 5,774,670 | 6/1998 | Montulli | 709/227 |
| 5,784,058 | 7/1998 | LaStrange et al. | 345/340 |
| 5,793,972 | 8/1998 | Shane | 395/200.49 |
| 5,796,952 | 8/1998 | Davis et al. | 709/224 |
| 5,802,299 | 9/1998 | Logan et al. | 709/218 |
| 5,809,250 | 9/1998 | Kisor | 395/200.57 |
| 5,862,330 | 1/1999 | Anupam et al. | 709/204 |
| 5,887,143 | 3/1999 | Saito et al. | 709/248 |

*Primary Examiner*—Krisna Lim
*Attorney, Agent, or Firm*—Ying Tuo; Kenneth M. Berner

[57] **ABSTRACT**

Described is a mechanism for dependably managing web synchronization and tracking operations among multiple consumer browsers. A session is created for each of one of the consumer browsers when an individual consumer downloads an initial web page from an HTTP server. A unique ID is assigned to that session. After the session has been created for an individual browser, the information about all activities from that consumer browser will be recorded into the session. Such a mechanism overcomes the difficulty to organize and manage the activities from the multiple consumer browsers that are stateless in nature. An administration browser can select any one of the sessions created, display the activities previously performed in that session, and conduct bi-direction synchronization with the consumer browser associated with the selected session.

**29 Claims, 22 Drawing Sheets**



EXHIBIT I
Page 590

**U.S. Patent**     Sep. 21, 1999     Sheet 1 of 22     **5,954,798**

## FIG. 1



EXHIBIT I
Page 591

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 603 of 655



**FIG. 2**

EXHIBIT I
Page 592

**FIG. 3**



EXHIBIT I
Page 593

# FIG. 4



EXHIBIT I
Page 594



**FIG. 5**

EXHIBIT I
Page 595



**FIG. 6**

EXHIBIT I
Page 596

# FIG. 7



EXHIBIT I
Page 597

# FIG. 8A



EXHIBIT I
Page 598

# FIG. 8B



EXHIBIT I
Page 599

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 611 of 655



FIG. 8C

EXHIBIT I
Page 600

# FIG. 9



EXHIBIT I
Page 601

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 613 of 655

**FIG. 10**



EXHIBIT I
Page 602

# FIG. 11



EXHIBIT I
Page 603

Case 3:04-cv-02292-H-WMC    Document 1    Filed 11/15/04    Page 615 of 655

# FIG. 12A



```
                                                    ┌ 1200
                                                    ┘
┌──────────────────────────────────────────────────┐
│              TELEPHONE BILL                        │
│                                                    │
│                                          ┌ 1202    │
│  Name          │Susan King            │            │
│                                          ┌ 1204    │
│  Time Period   │07/01/95 - 08/01/95   │            │
│                                          ┌ 1206    │
│  Account Balance │$100.00             │            │
│                                          ┌ 1208    │
│  Payment       │                      │            │
│                                          ┌ 1210    │
│  Comments      │                      │            │
│                                          ┌ 1212    │
│        SessionID │1234567             │            │
│                                          ┌ 1214    │
│  Call Center Number │1-800-456-7777   │            │
│                                                    │
└──────────────────────────────────────────────────┘
```

EXHIBIT I
Page 604

**U.S. Patent**          Sep. 21, 1999          Sheet 15 of 22          **5,954,798**



## FIG. 12B

EXHIBIT I
Page 605

# FIG. 13



START

1304
CHANGE NAME IN NAME FIELD
FROM SUSAN KING TO SUE GRANT

1306
DETECT CHANGE AND PASS
CHANGE TO MASTER APPLET

1308
SEND A COMMAND
(TOGETHER WITH CHANGE)
TO WTS SERVER

1310
IDENTIFY SESSION

1312
SEND A COMMAND
(TOGETHER WITH THE CHANGE)
TO MASTER APPLETS IN
PARTICIPANT TERMINALS

1314
PASS CHANGE TO
RESPECTIVE DTS APPLETS

1316
DISPLAY CHANGE

END

EXHIBIT I
Page 606

# FIG. 14



EXHIBIT I
Page 607

# FIG. 15



EXHIBIT I
Page 608

# FIG. 16



EXHIBIT I
Page 609

Case 3:04-cv-02292-H-WMC   Document 1   Filed 11/15/04   Page 621 of 655

**FIG. 17**



EXHIBIT I
Page 610

# FIG. 18



EXHIBIT I
Page 611

# FIG. 19



START

1902
REVIEW THE URLs FOR ALL
WEB PAGES PREVIOUSLY BROWSED

1904
SELECT GO TO URLs BUTTON

1906
SEND COMMAND TO WTS SERVER

1908
SEQUENTIALLY SEND COMMANDS
(TOGETHER URLs AND TIME INFORMATION)
TO MASTER APPLETS

1910
CHECK WHETHER BROWSER PREVIOUSLY
PERFORMED ANY ACTIVITIES TO DATA
FIELDS ON EACH OF THE WEB PAGES
IDENTIFIED BY URLs

1912
IF BROWSER PREVIOUSLY PERFORMED
ANY ACTIVITIES, SEND COMMAND
(TOGETHER WITH THE DATA FIELD NAMES
AND VALUES OF THE DATA FIELDS)
TO MASTER APPLETS

1914
PASS COMMAND, DATA FIELD NAMES,
AND DATA FIELD VALUES TO DST APPLETS

END

STEPS 1910,
1912 & 1914
ARE
PERFORMED
FOR EACH
OF THE URLs

EXHIBIT I
Page 612

5,954,798

| 1 | 2 |

MECHANISM FOR DEPENDABLY
MANAGING WEB SYNCHRONIZATION AND
TRACKING OPERATIONS AMONG
MULTIPLE BROWSERS

RELATED APPLICATIONS

This application relates to five other applications: (1) U.S. Ser. No. 08/944,757 filed Oct. 6, 1997, entitled "DEPENDABLE DATA ELEMENT SYNCHRONIZATION MECHANISM"; (2) U.S. Ser. No. 08/944,951 filed Oct. 6, 1997, entitled "DEPENDABLE DATA ELEMENT TRACKING MECHANISM"; (3) U.S. Ser. No. 08/944,759 filed Oct. 6, 1997, entitled "DEPENDABLE WEB PAGE TRACKING SYSTEM"; (4) U.S. Ser. No. 08/944,121 filed Oct. 6, 1997, entitled "DEPENDABLE WEB PAGE SYNCHRONIZATION MECHANISM"; and (5) U.S. Ser. No. 08/944,124 filed Oct. 6, 1997, entitled "MECHANISM FOR DEPENDABLY ORGANIZING AND MANAGING INFORMATION FOR WEB SYNCHRONIZATION AND TRACKING AMONG MULTIPLE BROWSERS".

BACKGROUND OF THE INVENTION

The present invention relates generally to a method and system for coordinating access to Internet web sites by a group of web browsers that are being run at a group of user terminals.

It is known that users can retrieve information from web sites (network sites) via the Internet. The basic model for retrieving information from web sites is user initiated information searching. Specifically, a user interacts with (via a terminal) a web browser to send a request to a web site. In response to the request, the web server for the web site retrieves the information requested and sends the web browser the information arranged in so called web page (HTML) format. One of the unique features of this model is the feature of "hyper-text links" embedded in web pages that have been retrieved. This feature enables a user searching for information to "navigate" from one web page to another.

In order to provide services (or assistance) to users (or consumers) via the Internet, it is desirable to provide features to: (1) synchronize web pages that are being browsed among a group of web browsers, (2) track activities performed to the web pages, and (3) synchronize activities performed to data elements on a web page that is being displayed at a group of user terminals, and (4) track activities performed to data elements on a web page that is being displayed at a group of user terminals. As such, it is also desirable to provide a mechanism for dependably managing web synchronization and tracking operations among multiple browsers.

One difficulty in designing such a mechanism is that individual browsers do not report all the activities performed to a web server. For example, when a browser loads web pages from its browser cache space or from a proxy server, it does not send requests to any web servers. This increases the difficulty to synchronize and track the activities from an individual browser.

Another difficulty in designing such a mechanism is to design application programs portable to different web browsers. Application programs designed for one web browser are typically not portable to another web browser manufactured by another vendor because browser interface mechanisms are proprietary.

Still another difficulty in designing such a mechanism is that individual browsers send their requests to web servers

in a stateless manner. To a web server, a preceding request has no relation with a subsequent request. In processing requests, a web site has no control over the sequences of the requests.

Therefore, there is a need for an improved method to dependably manage web synchronization and tracking operations.

There is another need for an improved method to dependably manage information synchronization and tracking operations without requiring knowledge of the details about the web navigation software.

There is yet another need for an improved method to design applications for dependably managing web synchronization and tracking operations that are portable to different software environments.

The present invention meets these needs.

SUMMARY OF THE INVENTION

In one aspect, the invention provides a method for managing activities performed to pages at a plurality of user browsers and for managing page synchronization between an administrative browser and any one of the user browsers, the pages being retrieved from a network site. The method comprises the steps of:

(a) at each of the user browsers, retrieving pages;

(b) at each of the user browsers, performing activities to said pages retrieved;

(c) at the network site, recording said activities for each of the user browsers;

(d) at the administrative browser, selecting one of the user browsers; and

(e) at the administrative browser, displaying activities recorded for said selected one user browser.

In another aspect, the invention provides a method for managing activities performed to pages at a plurality of user browsers and for managing page synchronization between an administrative browser and any one of the user browsers. The method comprises the steps of:

(a) at each of the user browsers, retrieving pages;

(b) at the network site, creating a plurality of sessions, with each of said sessions being associated with a respective one of the user browsers;

(c) at each of the user browsers, performing activities to said pages retrieved;

(d) at the network site, recording said activities for each of the user browsers into an associated session; and

(e) at the administrative browser, displaying all sessions created for the user browsers.

The present invention also provides corresponding apparatus or system for the respective aspects mentioned above.

BRIEF DESCRIPTION OF THE DRAWINGS

The purpose and advantages of the present invention will be apparent to those skilled in the art from the following detailed description in conjunction with the appended drawing, in which:

FIG. 1 shows a system includes N terminals, a network, and a web site, in accordance with the present invention;

FIG. 2 shows a situation where each of the N terminals has downloaded its respective Master Applets, DTS Applets, and SessionID Applet, in accordance with the present invention;

FIG. 3 shows the process the (consumer) Master Applet, DTS Applets, and SessionID Applet being downloaded into a terminal, in accordance with the present invention;

EXHIBIT I
Page 613

5,954,798

3

FIG. 4 shows the process the (consumer) Master Applet, DTS Applets, and SessionID Applet being invoked, in response to loading a subsequent web page, to perform the operations in accordance with the present invention, when these Applets have been previously downloaded and cached in a terminal;

FIG. 5 shows the process of the (consumer) Master Applet, DTS Applets, and SessionID Applet being invoked, in response to loading a subsequent web page, to perform the operations in accordance with the present invention, when both these Applets and the web page have been previously downloaded and cached in a terminal;

FIG. 6 shows a session table in greater detail, in accordance with the present invention;

FIG. 7 shows how an agent (or supervisor) can create a session interface by downloading an agent page (or a supervisor page) from administration page repository 149, in accordance with the present invention;

FIG. 8A shows an agent session interface, in accordance with the present invention;

FIG. 8B shows a browser supervisor session interface, in accordance with the current invention;

FIG. 8C shows a supervisor agent session interface, in accordance with the present invention;

FIG. 9 shows a flowchart illustrating the operation of joining a session by an agent, in accordance with the present invention;

FIG. 10 shows a screen display containing two browse instances, in accordance with the present invention;

FIG. 11 shows a flowchart illustrating the operation of web page synchronization, in accordance with the present invention;

FIG. 12A shows a web page containing five data fields, in accordance with the present invention;

FIG. 12B shows a web page that is similar to that of FIG. 12A, except that the data in one of the five data fields is changed, in accordance with the present invention;

FIG. 13 shows a flowchart illustrating the operation of data synchronization, in accordance with the present invention;

FIG. 14 shows a flowchart illustrating the operation of web page tracking, in accordance with the present invention;

FIG. 15 shows a flowchart illustrating the operation of data tracking, in accordance with the present invention;

FIG. 16 shows a flowchart illustrating the operation of joining a session by a supervisor, in accordance with the present invention;

FIG. 17, there shows three browser instances for a supervisor, in accordance with the present invention;

FIG. 18 shows a flowchart illustrating the operation of re-browsing a web page previously viewed in a session, in accordance with the present invention; and

FIG. 19 shows a flowchart illustrating the operation of re-browsing all web pages previously viewed in a session, in accordance with the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description is presented to enable any person skilled in the art to make and use the invention, and is provided in the context of a particular application and its requirements. Various modifications to the preferred embodiment(s) will be readily apparent to those skilled in

4

the art, and the principles defined herein may be applied to other embodiments and applications without departing from the spirit and scope of the invention. Thus, the present invention is not intended to be limited to the embodiment(s) shown, but is to be accorded with the broadest scope consistent with the principles and features disclosed herein.

Referring to FIG. 1, there is shown an exemplary web page synchronization system 100, in accordance with the present invention.

As shown in FIG. 1, the system includes N terminals (104A, . . . , 104K, . . . and 104N), a network 129 (the Internet, or a combination of the Internet and an Intranet), and a web site 134. Each of the terminals has a telephone set (102A, . . . , 102K, . . . or 102N) installed in its vicinity. Each of the terminals can be a PC computer, a workstation, a Java station, or even a web TV system.

Web site 134 includes a WTS (Web Tracking and Synching) gateway 142, a WTS server 144 containing a session table 145 and a user class table 147, a database processing application 148, an HTTP (Hyper Text Transfer Protocol) server 152, and a hard disk unit 154 for storing consumer page repository 146, administration page repository 149, and database 156. All the components in web site 134 can be installed in one or more computer systems. Each of the computer systems includes a processing unit (which may include a plurality of processors), a memory device, and a disk unit (which may include a plurality of disk sets).

Each of the terminals (104A, . . . , 104K, . . . , or 104N) includes a processor unit (not shown) and a memory area (115A, . . . , 115K, . . . , 115N), and runs a Java enabled web browser (114A, . . . , 114K, . . . , or 114N). Each of the memory area (115A, . . . , 115K, . . . , or 115N) is maintained by its respective browser (114A, . . . , 114K, . . . , or 114N). Via network 129, each of the browsers (114A, . . . , 114K, . . . or 114N) is able to send requests to and receive web pages from HTTP server 152, and to display the web pages received at its respective terminal. Each of the browsers (114A, . . . , 114K, . . . , or 124N), a set of DTS (Data Tracking and Synching) Applets, a SessionID Applet, and an Agent Applet. As shown in FIG. 1, these Applets are stored in consumer page repository 146 and can be downloaded in consumer page repository 146 and stored in the memory areas of the terminals (104A, . . . , 104K, . . . , 104N).

Referring to FIG. 2, there is shown the situation where each of the terminals (104A, . . . , 104K, . . . , or 104N) has downloaded its respective Master Applets (124A, . . . , 124K, . . . , or 124N), DTS Applets (128A, . . . , 128K, . . . , 128N), and SessionID Applet (128A, . . . , 128K, . . . , 128N), in accordance with the present invention.

In FIG. 2, each of the (consumer) Master Applet (124A, . . . , 124K, . . . , or 124N) is primarily responsible for: (1) in response to loading each web page at its respective browser, opening a dedicated socket, and establishing a socket connection to WTS gateway 142 via network 129 for its respective browser (114A, . . . , 114K, . . . , 114N), (2) communicating with WTS server 144 via the socket connection, from which WTS server 144 is able to identify the origin (i.e. which browser, which web page, etc.) of the commands and information that are being delivered through, (3) monitoring the activities of its respective browser, (4) sending the information about its respective browser's activities to WTS server 144, (5) receiving and processing the information about other browsers' activities, (6) via the socket connection, providing a single communication path

EXHIBIT I

5,954,798

to WTS server 144 for DTS Applets (126A, ..., 126K, ..., or 126N), SessionID Applets (128A, ..., 128K, ..., or 128N), or any other consumer Applets embedded on the same page with the Master Applet, (7) sending commands to WTS server 144 to request services, for itself and for DTS Applets (126A, ..., 126K, ..., or 126N), SessionID Applets (128A, ..., 128K, ..., or 128N), or any other consumer Applets embedded on the same page with the Master Applet, and (8) sending user class information together with the commands, to indicate that its respective browser is a consumer user.

Each set of DTS Applets (126A, ..., 126K, ..., or 126N) contains one or more individual DTS Applets, which are primarily responsible for: (1) displaying and monitoring the data activities (data inputs or data updates of data fields) on web pages that are being displayed by its respective browser, (2) sending the data activities to WTS server 144 via its respective Master Applet, (3) receiving the data activities from other browsers via its respective Master Applet, and (4) processing the data activities from other browsers for the web pages that are being displayed by its respective browser.

Each of the SessionID Applets (128A, ..., 128K, ..., or 128N) is responsible for retrieving, and for displaying on a web page the current SessionID.

As shown in administration page repository 149, Agent Applet (or Supervisor Applet) is responsible for creating a session interface, joining, monitoring, and controlling a session through the session interface. The(administration) Master Applet is primarily responsible for: (1) opening a dedicated socket, and establishing a socket connection to WTS gateway 142 via network 129 for the session interface created by Agent Applet, Supervisor Applet, or any other administration Applets embedded on the same web page with the Master Applet, (2) communicating with WTS server 144 via the socket connection, from which WTS server 144 is able identify the origin (i.e. from which session interface) of the commands and information that are being delivered through, (3) via the socket connection, providing a single communication path to WTS server 144 for Agent Applet, Supervisor Applet, or any other administration Applets embedded on the same web page with the Master Applet, and (4) sending user class information together with the commands, to indicate that its respective browser is an administration user.

WTS gateway 142 is responsible for maintaining all socket connections between Master Applets and WTS server 144. The connections between Master Applets and WTS gateway 142 take place using standard sockets. The connection between WTS gateway 142 and WTS server 144 takes place using RMI (Remote Method Invocation).

WTS server 144 is responsible for: (1) managing and tracking the activities of all browsers participating in active sessions, exemplary activities including: loading of, inter-acting with, and unloading of web pages, (2) recording the information about the activities, (3) managing the synchronization of the activities for all browsers participating in the active sessions, (4) creating a session when a consumer user (via a browser) sends a request to web site 134 for the first time, (5) defining the session length intervals, (6) purging sessions that have been inactive for more than the specified session length intervals, (7) adding and deleting participants to a session, and (8) providing services to all commands from consumer Applets, such as: (consumer) Master Applet, DTS Applets, SessionID Applets, and administration Applets, such as: (administration) Master Applet, Agent Applets, and Supervisor Applet.

Consumer page repository 146 stores the web pages and Applets for consumers. Consumer Applets can be selectively embedded into consumer web pages. Exemplary consumer Applets include: (consumer) Master Applet, DTS Applets, SessionID Applet, etc.

Administration page repository 149 stores the web pages and Applets for call center administration users, including: administrator, supervisor, agent, etc. Administration Applets can be selectively embedded into administration web pages. Exemplary administration Applets include: (administration) Master Applet, Agent Applet, Supervisor Applet, etc.

To better describe the present invention, the Applets stored in (or downloaded from) repository 146 can be referred to as consumer Applets, and the Applets stored in (or downloaded from) repository 149 can be referred to as administration Applets. For example, the Master Applet stored in (or downloaded from) repository 146 can be referred to as consumer Master Applet, and the Master Applet stored in (or downloaded from) repository 149 can be referred to as administration Master Applets. HTTP server 152 contains a security application that allows consumer users to get access only to the web pages stored in consumer page repository 146, and allows administration users (such as administrator, supervisor, agent, etc.) to get access to the web pages stored in both consumer page repository 146 and administration page repository 149.

Session table 145 is responsible for maintaining the information for all active sessions.

Class table 147 is responsible for keeping records of user classes assigned to different users. Listed are exemplary user classes: administrator, supervisor, agent, and consumer.

Based on user classes (administrator, supervisor, agent, and consumer), WTS server 144 provides the following services:

(1) creating a session (consumer);

(2) storing data received from a session participant (supervisor, agent, and consumer);

(3) listing active sessions (administrator and supervisor);

(4) listing the information associated with active sessions (administrator, and supervisor);

(5) listing current users (administrator);

(6) joining a session (supervisor and agent);

(7) terminating a session (supervisor);

(8) monitoring a session (supervisor and agent);

(9) configuring a session parameters (administrator); and

(10) sending commands and information to a consumer Master Applet or an administration Master Applet in a participating browser (supervisor, agent, and consumer).

Database 156 is responsible for storing data collected in session table 145.

HTTP server 152 is responsible for processing the requests issued by one of the web browsers, retrieving the web pages from either consumer page repository 146 or administration page repository 149, and sending the web pages to the browsers that have generated these requests.

Database processing application 148 is responsible for writing the data collected in session table 145 into database 156.

Referring to FIG. 3, there is shown the process of how the (consumer) Master Applet, DTS Applets, and SessionID Applet are downloaded into terminal 104A from HTTP server 152 in response to loading of an initial web page, and then are invoked to perform the operations in accordance with the present invention.

EXHIBIT I
Page 615

7

5,954,798

8

As shown in FIG. 3, a (consumer) Master Applet, a set of DTS Applets, and a SessionID Applet are embedded into web page 204 by using a set of applet tags 208. Web page 204 is associated with a specific URL indicating the location of web page 204 in HTTP server 152.

As indicated by dotted line (1), web browser 114A sends a request including the URL of web page 204 to HTTP server 152 via network 129. As indicated by dotted line (2), in response to the request, HTTP server 152 retrieves web page 204 from consumer page repository 146 and sends it to web browser 114A via network 129. Web page 204 contains a set of applet tags 208, which indicate the location of Master Applet, DTS Applets, and SessionID Applet in HTTP server 152. As indicated by dotted line (3), web browser 114A loads web page 204. As indicated by dotted line (4), since Master Applet, DTS Applets, and SessionID Applet have not been downloaded, web browser 114A sends requests via network 129, to download these Applets based on applet tags 208. As indicated by dotted line (5), HTTP server 152 sends Master Applet, DTS Applets, and SessionID Applet to browser 114A via network 129. As indicated by dotted line (6), browser 114A stores Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A into memory area 115A of terminal 104A, and initializes and invokes these Applets. After being invoked, these Applets are running together with web browser 114A, to monitor and process the activities for which they are assigned to be responsible. As indicated by line (7), Master Applet 124A opens a dedicated socket and establishes a socket connection to WTS gateway 142 for browser 114A. Via the socket connection, Master Applet 126 sends WTS server 144 a command, together with an ID unique to browser 114A. In response to the command from Master Applet 126, WTS server 144 creates a session for browser 114A based on the unique ID, and issues a time stamp (loading time) indicating the time at which the command was received, and stores the URL and time stamp of web page 204 into the session created for browser 114A. As will be seen in the description in connection with FIG. 6, following, the URL, command, and loading time are stored in a URL history list and a command list created for the session.

Referring to FIG. 4, there is shown the process of the (consumer) Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A being invoked, in response to loading a subsequent web page 214 (subsequent to web page 204), to perform the operations in accordance with the present invention, when these Applets have been previously downloaded and cached in terminal 104A.

As indicated by dotted line (1), to download web page 214, web browser 114A sends a request including the URL of web page 214 to HTTP server 152 via network 129. Before loading web page 214, the following events occur: (a) browser 114A instructs Master Applet 124A to run a stop routine, (b) via the socket connection established for browser 114A and web page 204, Master Applet 124 sends a command to inform WTS server 144 that web page 204 has been unloaded, and disconnects the socket connection established for browser 114A and web page 204, (c) WTS server 144 issues a time stamp (unloading time) indicating the time the command was received, and (d) records the URL and the time stamp of web page 204 into the session created for browser 114A. As will be seen in the description in connection with FIG. 6, following, URL, command, and unloading time are stored in a URL history list and a command list created for the session. As indicated by dotted line (2), HTTP server 152 retrieves web page 214 from consumer page repository 146 and sends it to browser 114A. Like web

page 204, web page 214 contains a set of applet tags 208 for indicating the location of Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A. As indicated by dotted line (3), web browser 114A loads web page 214. As indicated by dotted line (4), in response to the loading of web page 214, web browser 114A locates Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A (based on the indication of applet tags 208) that are cached by browser 114A in memory area 115A, and initializes them. Master Applet 124A then invokes them. As indicated by line (5), Master Applet 124A opens a dedicated socket and establishes a socket connection to WTS gateway 142 for browser 114A and web page 214. Via the socket connection established for browser 114A and web page 214, Master Applet 126A sends the URL of web page 214, to inform WTS server 144 and web page 214 has been loaded. WTS server 144 issues a time stamp (loading time) indicating the time the command was received and stores the URL and time stamp of web page 214 into the session created for browser 114A. As will be seen in the description in connection with FIG. 6, following, URL, command, and loading time are stored in a URL history list and a command list created for the session.

Referring to FIG. 5, there is shown the process of the (consumer) Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A being invoked, in response to loading a subsequent web page 224 (subsequent to web page 214), to perform the operations in accordance with the present invention, when both these Applets and web page 224 have been previously downloaded and cached by browser 114A in terminal 104A.

As indicated by dotted line (1), web browser 114A loads web page 224 cached in memory area 115A maintained by browser 114A. Like web pages 204 and 214, web page 224 contains a set of applet tags 208 indicating the location of Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A. Before loading web page 224, the following events occur: (a) browser 114A to run a stop routine, (b) browser 114A instructs Master Applet 124A to inform WTS server 144 established for browser 114A and web page 214A, Master Applet 124A sends a command to inform WTS server 144 that web page 214 has been unloaded, and disconnects the socket connection established for browser 114A and web page 214, (c) WTS server 144 issues a time stamp (unloading time) indicating the time the command was received, and (d) WTS server 144 records the URL and time stamp of web page 214 into the session created for browser 114A. As will be seen in the description in connection with FIG. 6, following, the URL, command, and unloading time are stored in a URL history list and a command list created for the session. As indicated by dotted line (2), in response to the loading of web page 224, browser 114A locates Master Applet 124A, DTS Applets 126A, SessionID Applet 128A that have been cached by browser 114A in memory area 115A in terminal 104A, and initializes and invokes these Applets. As indicated by line (3), Master Applet 124A opens a dedicated socket and establishes a socket connection to WTS gateway 142 for browser 114A and web page 224. Via the socket connection established for browser 114A and web page 224, Master Applet 126A sends a command, together with the ID unique to browser 114A and the URL of web page 224, to inform WTS server 144 that web page 224 has been loaded. WTS server 144 issues a time stamp (loading time) indicating the time the command was received and stores the URL and time stamp into the session created for browser 114. As will be seen in the description in connection with FIG. 6, following, the URL, command,

EXHIBIT I
Page 616

5,954,798

| 9 | 10 |

and loading time are stored in a URL history list and a command list created for the session.

In the example shown in FIG. 5, it should be appreciated that even through no request arrives at HTTP server 144 when web page 224 is loaded from cached memory in terminal 104A, Master Applet 124A still sends browsing activities to WTS server 144.

It should be noted that the processes shown in FIGS. 3–5 of loading and invoking Master Applet, DTS Applets, and SessionID Applet for terminal 104A can also be used for terminals 104K, . . . , 104N.

In FIGS. 3–5, Master Applet, DTS Applets, and SessionID Applet are all embedded into web pages 204, 214, and 224. However, it should be noted that not all the Applets are required to be embedded into a web page. Depending on the desired functions to be performed, respective Applets can be selectively embedded into a web page by selectively setting applet tags in the web page. For example, if data synchronization and tracking of individual elements are not needed, the applet tags for linking DTS Applets can be eliminated from the web page. By the same token, if additional functions are needed, additional applet tags can be added into the web page to link additional Applets.

Referring to FIG. 6, there is shown session table 145 (see FIG. 1) in greater detail, in accordance with the present invention.

While browsers at their respective terminals are browsing through the web pages in web site 134, WTS server 144 collects and analyzes the information about the interactions between all browsers and the web pages that have been downloaded to the browsers from web site 134. One difficulty in collecting and analyzing such information is that browsing individual web pages in web site 134 is a stateless process. More specifically, web site 134 receives a sequence of requests from different browsers, and sends the respective web pages to the respective browsers in response to the sequence requests. Since in processing the requests from an individual browser, web site 134 does maintain a constant connection to the same browser to keep an one-to-one relationship, web site 134 has no control over, or maintain data on, the sequences of the requests from the browsers.

To meaningfully collect and analyze the information about the interactions between the browsers and web pages, a session is defined as a collection of web page interactions that occur over a given period of time from a specific browser. A session is created when a browser first hits web site 134, and a session window (or session length interval) is defined for the session. If activities from a specific browser (identified by an ID unique to the browser, issued by a respective Master Applet) does not occur within the session window, the session is terminated and cleaned up by WTS server 144. A session window is refreshed (reset to time zero) each time the information about the associated browser is sent to WTS server 144. For example, if a session window is defined as 15 minutes, as long as the associated terminal has some activity every 15 minutes, the session will remain open. After 15 minutes of inactivity, the session is terminated and purged. A subsequent request from the same terminal will cause a new session to be created. After a session has been created for a terminal, one or more other terminals can join the session.

As shown in FIG. 6, session table 145 includes M Session IDs created for M sessions respectively. Each of the session ID is associated with: (1) a session list for maintaining information about a session, (2) a participant list for maintaining information about all participant browsers in a

session (note: when a session is first created, it only contains one participant), (3) a URL history list for maintaining information about all web pages visited by all participants in a session, (4) a data list for maintaining information about the data fields on the web pages visited by all participants in a session, and (5) a command list for maintaining information about all commands issued to WTS server 144 by the various participants in a session.

Typical items in a session list are: (1) SessionID for identifying a session, (2) UserName for indicating the actual name for whom the session is created, (3) StartTime for indicating the time of starting the session, (4) StopTime for indicating the time of stopping the session, and (5) SessionNotes for recording the notes of the session.

Typical fields contained in a participant list are: (1) SessionID for linking the participant list to a session, (2) ParticipantID for identifying a participant, (3) ParticipantIAddresses for indicating a participant's IP address, (4) Class for indicating the user class of the participant (customer, agent, supervisor, administrator, etc.) and (5) Direction for indicating the synchronization direction for the participant browser.

Typical fields contained in a URL history list are: (1) SessionID for linking the URL history list to a session, (2) PageURL for indicating the URL of a web page visited, (3) ParticipantID for identifying a participant who visited the web page, (4) LoadingTime for indicating the loading time of the web page, and (4) UnloadingTime for indicating the unloading time of the web page.

Typical fields contained in a data list are: (1) SessionID for linking the data list to a session, (2) WasRelayed for indicating if this data field has been broadcasted, (2) FieldName for indicating the actual name of the data field, (3) DataName for indicating the name of the data field displayed on a web page, (4) DataValue for indicating the value of the data field, (5) TimeStamp for indicating the time at which this data field is updated, (6) URL for indicating the web page on which the data field was displayed, and (7) ParticipantID for indicating the participant browser who updated this data field.

Typical fields contained in a command list are: (1) SessionID for linking the data list to a session, (2) Command for indicating the specific command executed (loading a page, unloading a page, changing a data field, etc.), (3) URL for indicating the web page to which the command operated, (4) FieldPoint for indicating the data field to which the command operated, and (5) TimeStamp for indicating the time at which command was executed.

Before a session is purged from session table 145, database processing application 147 stores the associated session list, URL history list, and command list to database 156. The data contained in these three lists can be used by data warehouse integration applications.

Referring to FIG. 7, there is shown an operation for creating a session interface for an agent (or a supervisor) by downloading an agent page (or a supervisor page) from administration page repository 149, in accordance with the present invention. In the example shown in FIG. 7, it is assumed that administration user class (either agent user class or supervisor user class) is assigned to terminal 104N, so that the security application in HTTP server 152 grants the access to the web page stored in both consumer page repository 146 and administration page repository 149.

At step 702, an agent at terminal 144N types in an agent URL at terminal 104N, and browser 114N sends the URL to HTTP server 152, to retrieve an agent page, in which an

EXHIBIT I
Page 617

5,954,798

**11**

(administration) Master Applet and an Agent Applet are embedded. For a supervisor, he/she types in a supervisor URL at terminal 104N, and browser 114N sends the URL to HTTP server 152, to retrieve a supervisor page, in which an (administration) Master Applet and a Supervisor Applet are embedded.

At step 704, HTTP server 152 retrieves the agent page (or a supervisor page) from administration page repository 149 and sends it to browser 114N.

At step 706, browser 114N downloads the agent page, in which a Master Applet (administration Master Applet) and an Agent Applet are embedded; or downloads the supervisor page, in which a Master Applet (administration Master Applet) and a Supervisor Applet are embedded.

At step 708, browser 114N downloads the Master Applet and Agent Applet from HTTP server 152, initializes and invokes these Applets; or downloads the Master Applet and Supervisor Applet from HTTP server 152, and initializes and invokes these Applets.

At step 710, Master Applet opens a dedicated socket, establishes a socket connection to WTS gateway 142, and sends an ID unique to browser 114N to WTS server 144. WTS server 144 is able to identify browser 114N based on the unique ID.

At step 712, Agent Applet creates an agent session interface 800A shown in FIG. 8A for the agent user; or Supervisor Applet creates a supervisor session interface 800B shown in FIG. 8B for the supervisor agent.

Referring to FIG. 8A, there is shown an agent session interface 800A created for an agent at step 712, in accordance with the present invention.

As shown in FIG. 8A, the session interface contains a text box 804 for entering a session ID, a Join session button 806 for joining a session identified by the session ID, a drop button 808 for leaving a session, a leader check box 810 (selecting of which designates a browser as a leading browser in synchronization), a follower check box 812 (selecting of which designates a browser as a following browser in synchronization), a scrollable list box 816 for displaying the information contained in the participant list associated with a selected session, a scrollable list box 818 for displaying the information in an identified URL history list, and a text box 820 for displaying the information in an identified data list. If both the leader and follower check boxes 810 and 812 are selected in the agent session interface, browser 114A acts as both leading and following browser in synchronization.

Referring to FIG. 8B, there is shown a browser supervisor session interface 800B created for a supervisor at step 712, in accordance with the current invention.

As shown in FIG. 8B, the session interface contains a scrollable list box 832 for displaying session IDs of all active sessions in session table 145 and for selecting one of the session IDs, a text box 834 for displaying relevant sessions of WTS server 144, a multi column scrollable list box 836 for displaying details about the session selected in scrollable list box 832, a select session button 838 for selecting a session from scrollable list box 832. By using the information in scrollable list box 832, a supervisor agent can monitor all active sessions. By using the information in multi column scrollable list box 836, a supervisor can monitor operational status of a session selected from scrollable list box 832, including: (1) whether this session is being helped by an agent, (2) user name, and (3) agent ID. By selecting select session button 838, a supervisor can create an agent session interface as shown in FIG. 8C.

**12**

Referring to FIG. 8C, there is shown a supervisor agent session interface 800C, in accordance with the present invention.

Referring to FIG. 9, there is shown a flowchart illustrating the operation of joining a session by an agent, in accordance with the present invention.

In the example shown in FIG. 9, it is assumed that: (1) a consumer at terminal 104A is browsing web pages from consumer page repository 146 via browser 114A, (2) session list 1 shown in FIG. 6 has been created for browser 114A, (3) an agent class has been assigned to browser 114N, (4) agent session interface 800A shown in FIG. 8A has been displayed on terminal 104N; (5) a (administration) Master Applet and Agent Applet have been previously downloaded into browser 114N, (6) a dedicated socket connection has been established for session interface 800A displayed at terminal 104N by the (administration) Master Applet, and (7) the agent at terminal 104A is on duty at a call center.

As shown in FIG. 9, at step 902, the consumer is browsing a web page at terminal 104A. On the web page, SessionID Applet 128A displays the current session ID. A call center telephone number the consumer can call is also displayed on the web page.

At step 904, the consumer is connected to the call center by dialing the telephone number via telephone 102A (see FIG. 1), and the call is directed by the call center to the agent.

At step 906, the consumer tells, via telephone 102A (see FIG. 1), the agent the current session ID displayed. It should be noted that, instead of using the telephone, the agent can be informed of the current session ID by alternative methods. For example, the consumer can enter his/her telephone number into a special web page that contains the caller ID of the consumer along with the current session ID. This information can be stored into a special lookup table that can be used by the agent to lookup the current session ID.

At step 908, at terminal 104N, the agent types the current session ID into text box 804 (see FIG. 8A).

At step 910, in response to a loss of focus or a pressing of the Enter key, through the socket connection established for agent session interface 800A displayed on terminal 104N, the (administration) Master Applet at terminal 104N sends a command to WTS server 144, to retrieve the information in participant list 1, URL history list 1, and data list 1 (see FIG. 6) for the Agent Applet.

At step 912, WTS server 144 sends the information requested to the Agent Applet (via the Master Applet).

At step 914, the Agent Applet at terminal 104N displays some information from participant list 1 and URL history list 1 in (participant) scrollable list box 816 and (URL history) scrollable list box 818, respectively.

At step 916, the agent selects join button 806 in agent session interface 800A displayed on terminal 104N.

At step 918, in response to the selection at step 916, through the socket connection which has been established for agent session interface displayed on terminal 104N, the (administration) Master Applet sends WTS server 144 a command to join the selected session. Based on the identification associated with the socket connection, WTS server is able to generate a ParticipantID for browser 114N and to find the ParticipantAddress for terminal 104N.

At step 920, WTS server 144 stores the ParticipantID and ParticipantAddress into participant list 1. At this step, participant list 1 includes two participant records (two rows) containing the PaticipantIDs for browsers 114A and 114N respectively.

EXHIBIT I
Page 618

5,954,798

13

At step 922, at terminal 104N, the agent selects: leading check box 810 or following check box 812, or both of them. By only selecting leader check box 810, the activities at terminal 104N are synchronized at terminal 104A, but not other way around. By only selecting follower check box 812, the activities at terminal 104A are synchronized at terminal 104N, but not other way around. By selecting both leader and follower check boxes 810 and 812, the activities at terminals 104A and 104N are synchronized with each other (bi-directional synchronization). In response to the selection(s), through the socket connection which has been established for agent session interface 800A, the (administration) Master Applet sends WTS server 144 a command designating the synchronization direction. WTS server 144 stores the synchronization direction information into the Direction fields of the two records in participation list 1. In this example, it is assumed that the bi-directional synchronization has been selected for terminals 104A and 104N.

At step 924, WTS server 144 sends the (administration) Master Applet the URL of the web page being currently browsed at terminal 104A.

At step 926, the Agent Applet at terminal 104N opens a browser window 1004 (a second browser instance) as shown in FIG. 10.

At step 928, browser 114N downloads the web page identified by the URL from consumer page repository 146, and displays it in browser window 1004. A (consumer) Master Applet, a set of DTS Applets, and a SessionID Applet are embedded in the web page downloaded.

At step 930, browser 114N downloads (consumer) Master Applet 124N, set of DTS Applets 126N, and SessionID Applet 128N.

At step 932, the web pages displayed in second browser window 1004 at terminal 104N are being synchronized with the web pages being displayed at terminal 104A.

After step 932, if the agent (the first agent) at terminal 104A needs assistance from another agent (the second agent) at terminal 104K, the first agent can call the second agent and tell him/her the current session ID. The second agent can then join the current session using an agent session interface as shown in FIG. 8A displayed at terminal 104K.

Referring to FIG. 10, there is shown a screen display containing two browser instances (800A and 1004) at terminal 104N, in accordance with the present invention.

As shown in FIG. 10, at terminal 104N, the first browser instance provides an agent session interface 800A to control and monitor the current session, and the (administration) Master Applet for agent session interface 800A establishes and maintains a socket connection for agent session interface 800A. The second browser instance provides a browser window 1004 to display the web pages being synchronized. (Consumer) Master Applet 124N establishes and maintains a socket connection for each web page displayed in browser window 1004.

Referring to FIG. 11, there is shown a flowchart illustrating the operation of web page synchronization, in accordance with the present invention.

In the example shown in FIG. 11, it is assumed that: (1) a consumer at terminal 104A is browsing web pages from consumer page repository 146 via browser 114A, (2) a session has been created for browser 114A, (3) session list 1 and participant list 1 shown in FIG. 6 have been created for the session, (4) bi-directional synchronization has been selected for terminal 104A and all participant terminals, and

14

(5) the (consumer) Master Applet, DTS Applets, and SessionID Applet have been downloaded into browser 104A and all participant browsers.

As shown in FIG. 11, at step 1104, browser 114A loads a web page either from consumer page repository 146 or from memory area 115A in terminal 104A. If Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A had not been download to browser 114A, browser 114A would download these Applets from consumer page repository 146. However, in this example, these Applets are assumed to be downloaded.

At step 1106, in response to the loading of the web page, browser 114A initializes and invokes Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A.

At step 1108, Master Applet 124A: (1) opens a dedicated socket, and establishes a socket connection to WTS gateway 142 for browser 114A and the web page loaded, and (2) via the socket connection, sends WTS server 144 a command together with an ID unique to browser 114A and the URL of the web page loaded. Based on the unique ID, WTS server is able to identify the session created for browser 114A.

At step 1110, WTS server 144 identifies the session for browser 114A.

At step 1112, WTS server 144 locates all IP addresses assigned to participant terminals in participant list 1 (shown in FIG. 6), and sends a command, together with the URL, to all the participant terminals (except that WTS server 144 does not send the URL to terminal 104A, because the URL is originated from terminal 104A).

At step 1114, upon receiving the command, the (consumer) Master Applets in the participant terminals initialize themselves and pass the URL to their respective browsers.

At step 1116, the respective browsers in the participant terminals download and display the web page according to the URL.

It should be noted that, like terminal 104A, each of the participant terminals (at which agent session interface is displayed) can lead the page synchronization using the operation shown in FIG. 11.

Referring to FIG. 12A, there is shown a web page containing five data fields, specifically: name 1202, time period 1204, account balance 1206, payment 1208, comments 1210, a text box 1212 for displaying the current session ID, and a text box for displaying the call center number the consumer can call, in accordance with the present invention.

Referring to FIG. 12B, there is shown a web page that is similar to that of FIG. 12A, except that the data in the field of name 202 is changed from Susan King to Sue Grant and the changes are synchronized at a participant terminal, in accordance with the present invention.

Referring to FIG. 13, there is shown a flowchart illustrating the operation of data synchronization, in accordance with the present invention.

In the example shown in FIG. 13, it is assumed that: (1) a customer at terminal 104A is browsing web pages via browser 114A, (2) a session has been created for terminal 104A, (3) session list 1 and participant list 1 shown in FIG. 6 has been created for the session, (4) terminal 104N is one of the participants, (5) web page 1200 containing five data fields shown in FIG. 12A is displayed on terminals 104A and all participant terminals, (6) a bi-directional synchronization has been selected for terminal 104A and all participant terminals, (7) the (consumer) Master Applet, DTS Applets,

EXHIBIT I
Page 619

15
5,954,798
16

114A and the browsers have been downloaded to browser 114A and the browsers at all participant terminals, (8) the DTS Applets contains five individual Applets: DTS Applet₁, DTS Applet₂, (9) these five individual DTS Applets are respectively responsible for monitoring and processing the events occurred on the five data fields of web page 1200 shown in FIG. 12A, (10) (consumer) Master Applet 124A has established a dedicated socket connection to WTS gateway 142 for web page 12A displayed at terminal 104A, and (11) the customer at terminal 104A wants to make changes to name field 1202 from Susan King to Sue Grant.

As shown in FIG. 13, at step 1304, the customer changes the name in name field 1202 from Susan King to Sue Grant.

At step 1306, in response to a loss of focus on name field 1202 or pressing the Enter key, DTS Applet₁ detects the change and passes the change to Master Applet 124A.

At step 1308, via the dedicated socket connection, Master Applet 124A sends WTS server 144 a command together with the change of name field 1202. Since this command together passed to WTS server 144 via the dedicated socket connection established for web page 1200, WTS server 144 is able to recognize the origin of the command, web page 1200, and the name field upon which the change was made.

At step 1310, WTS server 144 identifies the session created for browser 114A.

At step 1312, WTS server 144 locates the IP addresses assigned to participant browsers in participant list 1 and sends a command (together with the change of name field 1202) to the Master Applets in all participant terminals (except that WTS server 144 does not send the command and change to browser 114A, since this change originated from browser 114A).

At step 1314, upon receiving the command, the (consumer) Master Applets (including Master Applets 124N) pass the change of name field 1200 to their respective DTS Applets, including the DTS Applet, at browser 114N.

At step 1316, the DTS Applet₁ display the update "Susan Grant" into the name fields on respective web page 1200 displayed on the respective terminals, including terminal 104N.

It should be noted that the operation shown in FIG. 13 can be used to perform data synchronization for the other four data fields on web page 1200 shown in FIG. 12A.

It should also be noted that the data field synchronization can also be performed at terminal 104N. For example, as shown in FIG. 12B, when the agent at terminal 104N enters comments of "Account's name had been changed" to comments field 1210 on web page 1200', this updates will be displayed in comments field 1210 at terminal 104A, by using the operation shown in FIG. 13.

Referring to FIG. 14, there is shown a flowchart illustrating the operation of web page tracking, in accordance with the present invention.

In the example shown in FIG. 14, it is assumed that: (1) a customer at terminal 104A is browsing web pages via browser 114A, (2) a session has been created for terminal 104A and all participant terminals, (3) session list 1 shown in FIG. 6 have been created for the session, (4) bi-directional synchronization has been selected for terminal 104A and all participant terminals, and (5) the (consumer) Master Applet, DTS Applets, and SessionID Applet have been downloaded into terminals 104A and all participant terminals.

As shown in FIG. 14, at step 1404, browser 114A downloads a web page from either the consumer page repository

146 or memory area 115A of terminal 104A. If Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A had not been download to terminal 104A, browser 114A would download them from HTTP server 152. However, in this example, these Applets have been downloaded.

At step 1406, web browser 114A initializes and invokes Master Applet 124A, DTS Applets 126A, and SessionID Applet 128A.

At step 1408, Master Applet 124A opens a dedicated socket and establishes a socket connection to WTS gateway 142 for web browser 114A and the web page loaded. Master Applet 124A then sends WTS server 144 a command, together with: (1) an ID unique to browser 114A, and (2) the URL of the web page loaded. When commands and URL are delivered through this socket connection, WTS server 144 is able to recognize the origin of the commands and URL.

At step 1410, WTS server 144 identifies the session ID for browser 114A.

At step 1412, WTS server 144 locates the session list 1 and URL history list 1.

At step 1414, WTS server 144 issues a time stamp (loading time) for indicating the time at which the command was received, and stores the URL and time stamp to URL history list 1.

At step 1416, browser 114A sends WTS server 144 a request to load a subsequent web page.

At step 1418, before loading the subsequent web page, via the socket connection, Master Applet 124A sends WTS server 144 a command, together with the URL, to inform WTS server 144 that the current web page has been unloaded.

At step 1420, WTS server 144 identifies the session for terminal 104A.

At step 1422, WTS server 144 locates the session list 1 and URL history list 1.

At step 1424, WTS server 144 issues a time stamp (unloading time) for indicating the time at which the command was received, and stores the URL and time stamp to URL history list 1.

At step 1426, Master Applet 124A disconnects the socket connection for the web page that has been unloaded.

Referring to FIG. 15, there is shown a flowchart illustrating the operation of data tracking, in accordance with the present invention.

In the example shown in FIG. 15, it is assumed that: (1) a customer at terminal 104A is browsing web pages via browser 114A, (2) a session has been created for terminal 104A, (3) session list 1 and participant list 1 shown in FIG. 6 has been created for the session, (4) terminal 104N is one of the participants, (5) web page 1200 containing five data fields shown in FIG. 12A is displayed on terminals 104A and all participant terminals, (6) a bi-directional synchronization has been selected for terminal 104A and all participant terminals, (7) the (consumer) Master Applet, DTS Applets, and SessionID Applet are downloaded to terminal 104A and all participant terminals, (8) the DTS Applets contains five individual Applets: DTS Applet₁, DTS Applet₂, (9) these five individual DTS Applets are respectively responsible for displaying, monitoring and processing the events occurred on the five data fields of web page 1200 shown in FIG. 12A, (10) Master Applet 124A has established a dedicated socket connection to WTS server 144 for web page 1200 displayed on terminal 104A, and (11) the customer at terminal 104A wants to make changes to name field 1202 from Susan King to Sue Grant.

EXHIBIT I
Page 620

5,954,798

**17**

As shown in FIG. 15, at step 1504, the customer changes the name in name field 1502 from Susan King to Sue Grant.

At step 1506, in response to a loss of focus on name field 1202 or pressing the Enter key, DTS Applet₁, detects the change and passes the change to Master Applet 124A.

At step 1508, via the dedicated socket connection, Master Applet 124A sends WTS server 144 a command together with the change of name field 1202. Since this change is passed to WTS server 144 via the dedicated socket connection established for web page 1200, WTS server 144 is able to recognize the origin of the command, web page 1200, and the name field upon which the change was made.

At step 1510, WTS server 144 identifies the session created for terminal 104A.

At step 1512, WTS server 144 stores the URL and update of name field 1202 into data list 1.

It should be noted that the operation shown in FIG. 15 can be used to perform data tracking for the other four data fields on web page 1200, and to perform data tracking for all participant terminals.

Referring to FIG. 16, there is shown a flowchart illustrating the operation of joining a session by a supervisor, in accordance with the present invention. In the example shown in FIG. 16, it is assumed that the supervisor is on duty at terminal 104K in a call center.

As shown in FIG. 16, at step 1604, the supervisor performs the steps shown in FIG. 7, where the supervisor downloads a supervisor page on which a (administration) Master Applet (referred as Master-Applet₂) and a Supervisor Applet are imbedded. The Supervisor Applet displays a supervisor session interface (as shown in FIG. 8B) in a first browser instance (see 800B in FIG. 17) on terminal 104K. Master-Applet₂ maintains a dedicated socket connection to WTS gateway 142 for the first browser instance (see 800B shown in FIG. 17).

At step 1606, from the first browser instance (see 800B shown in FIG. 17), the supervisor selects a session ID (listed in text box 832) and then select session button 838.

At step 1608, in response to the selection of the select session button 838, browser 114K downloads a supervisor agent page, on which a (administration) Master Applet (referred as Master-Applet₂) and an Agent Applet are embedded. The Agent Applet creates a supervisor agent session interface 800C (as shown in FIG. 8C) and displays it in a second browser instance (see 800C in FIG. 17) on terminal 104K. Master-Applet₂ opens and maintains a dedicated socket connection to WTS gateway 142 for the second browser instance (see supervisor agent session interface 800C shown in FIG. 17).

At step 1610, there can be two possible scenarios. A first scenario is that: an agent has joined the selected session to help the consumer, and the supervisor wants to join the selected session as a participant. Under this scenario, the supervisor simply selects join button 846, and leader and follower buttons 850 and 852 are both selected automatically. A second scenario is that: no agent has joined the session and the supervisor wants to join the session. Under this scenario, the supervisor joins the session just like an agent, by first selecting leader button 850 and/or follower button 852, and then join session button 846. In this example, it is assumed that a consumer at terminal 104A and an agent at terminal 104N have joined the session, and the supervisor wants to join the selected session.

At step 1612, the supervisor selects join session button 846.

**18**

At step 1614, via the socket connection for the second browser instance (see supervisor agent session interface 800C shown in FIG. 17), the Master-Applet₂ sends WTS server 144 a command together with the selected session ID for the selected session.

At step 1615, WTS server 144 locates the session indicated by the selected session ID, and sends information stored in participant list 1 and URL history list 1 (see FIG. 6) to Master-Applet₂.

At step 1616, WTS server 144 stores ParticipantID and ParticipantAddress into participant list 1 for browser 114K. At this step, participant list 1 includes three participant records (three rows) for browsers 114A, 114K, and 114N respectively.

At step 1618, Agent Applet at terminal 104K displays the information stored in participant list 1, and URL history list 1 in participant text box 856, and URL history text box 858 (see FIG. 8C) respectively.

At step 1620, WTS server 144 sends Master-Applet₂ the URL of the web page being currently displayed at terminals 104A and 104N.

At step 1622, the Agent Applet at terminal 104K opens a third browser instance (see 1704 in FIG. 17).

At step 1624, browser 114K downloads the web page identified by the URL from consumer page repository 146 (or loads the web page from memory area 115K in terminal 104K if it is cached there), and displays it in the third browser instance (see 1704 in FIG. 17).

At step 1626, browser 114K downloads (consumer) Master Applet 124K, DTS Applets 126K, and SessionID Applet 128 from consumer page repository 146 according to the applet tags in the current web page (assuming that these Applets have not previously downloaded).

At step 1628, Master Applet 124K opens a dedicated socket and establishes a socket connection to WTS gateway 142 for the third browser instance 1704 shown in FIG. 17.

After step 1630, the web pages displayed in third browser instance 1704 at terminal 104K are being synchronized with the web pages being displayed at terminals 104A and 104N.

Referring to FIG. 17, there is shown three browser instances (800B, 800C, and 1704) for the supervisor in response to the steps shown in FIG. 16, in accordance with the present invention.

Referring to FIG. 18, there is shown a flowchart illustrating the operation of re-browsing a web page previously reviewed in a session, in accordance with the present invention.

In the example shown in FIG. 18, it is assumed that: (1) a consumer at terminal 104A is browsing web pages from consumer page repository 146 via browser 114A, (2) a session list 1 shown in FIG. 6 has been created for browser 114A, (3) an agent (or a supervisor) is on duty at terminal 104N in a call center, and agent class (or supervisor class) has been assigned to browser 104N, (4) at browser 114N, the first and second browser instances for the agent as shown in FIG. 10 (or the first, second and third browser instances for the supervisor as shown in FIG. 17) have been displayed, (5) via their respective socket connections established by their Master Applets, the first and second browser instances for the agent as shown in FIG. 10 (or the first, second and third browser instances for the supervisor as shown in FIG. 17) have been connected to WTS gateway 142, (6) Master Applets (124A and 124N), DTS Applets (126A and 126N) and SessionID Applets (128A and 128N) have been downloaded into terminals 104A and 104N respectively, (7) the

EXHIBIT I
Page 621

5,954,798

19

agent (or supervisor) has selected and joined the session created for browser 114A, (8) at browser 114N, the second browser instance for the agent as shown in FIG. 10 (or the third browser instance for the supervisor as shown in FIG. 17) is being synchronized with browser 114A, and (9) bi-direction synchronization has been selected for browsers 114A and 114N.

At step 1802, for an agent user, via scrollable list box 818 on agent session interface shown in FIG. 10, he/she reviews the URLs for all the web pages previously browsed by browser 114A in the selected session. For a supervisor, via scrollable list box 858 on supervisor session interface shown in FIG. 17, he/she reviews the URLs for all the web pages previously browsed by browser 114A in the selected session.

At step 1804, to display an individual web page previously browsed by browser 114A, the agent (or supervisor) selects a URL from scrollable list box 818 (or scrollable list box 858) and double-clicks on it.

At step 1806, for the agent, the (agent) Master Applet or (the supervisor Master Applet) sends WTS server 144 a command together with the selected URL, via its respective socket connection.

At 1808, WTS server 144 sends a command together with the URL and the time information (loading and unloading) to Master Applets 124A and 124N, so that Master Applets 124A and 124N can inform their respective browsers 114A and 114N to load and display the web page based on the URL.

At 1810, WTS server 144 checks whether browser 114A previously performed any activities to data fields on the web page identified by the URL, based on the information stored in URL history list 1 and data list 1. As shown in FIG. 6, URL history 1 contains the information about: (a) participant ID of browser 114A, (b) the URL, and (c) the loading and unloading time of the web page identified by the URL. Data list 1 contains the information about: (a) data field names for data fields, (b) value of the data fields, and (c) the times at which values of the data fields were changed.

At step 1812, if browser 114 previously performed any activities to the data fields on the web page identified by the URL, WTS server 144 sends a command (together with the data field names, values of the data fields, and time information) to Master Applet 124A (at browser 114A) and Master Applet 124N (at browser 114N).

At step 1814, at browser 114A, Master Applet 124A passes the command, data field names, and data field values to DST Applets 126A, so that DTS Applets 124A can display the data field values into respective data fields on the web page being displayed. At browser 114N, Master Applet 124N passes the command, data field names, and data field values to DST Applets 126N, so that DTS Applets 124N can display the data field values into respective data fields on the web page being displayed.

Since the loading and unloading time of the URL and the setting time for a data field are recorded in URL history list 1 and data list 1, if desired, the web page identified by the URL and the activities performed to the data fields can be duplicated (loading the web page, setting data fields on the web page, and unloading the web page) according to the time information.

Referring to FIG. 19, there is shown a flowchart illustrating the operation of re-browsing all web pages previously reviewed in a session, in accordance with the present invention.

In the example shown in FIG. 19, it is assumed that: (1) a consumer at terminal 104A is browsing web pages from

20

consumer page repository 146 via browser 114A, (2) a session list 1 shown in FIG. 6 has been created for browser 114A, (3) an agent (or a supervisor) is on duty at terminal 104N in a call center, and agent class (or supervisor class) has been assigned to browser 104N, (4) at browser 114N, the first and second browser instances for the agent as shown in FIG. 10 (or the first, second and third browser instances for the supervisor as shown in FIG. 17) have been displayed, (5) via their respective socket connections established by their respective Master Applets, the first and second browser instances for the agent as shown in FIG. 10 (or the first, second and third browser instances for the supervisor as shown in FIG. 17) have been connected to WTS gateway 142, (6) Master Applets (124A and 124N), DTS Applets (126A and 126N) and SessionID Applets (128A and 128N) have been downloaded into terminals 104A and 104N respectively, (7) the agent (or supervisor) has selected and joined the session created for browser 114A, (8) at browser 114N, the second browser instance for the agent as shown in FIG. 10 (or the third browser instance for the supervisor as shown in FIG. 17) is being synchronized with browser 114A, and (9) bi-direction synchronization has been selected for browsers 114A and 114N.

At step 1902, for an agent user, via scrollable list box 818 on agent session interface shown in FIG. 10, he/she reviews the URLs for all the web pages previously browsed by browser 114A in the selected session. For a supervisor, via scrollable list box 858 on supervisor session interface shown in FIG. 17, he/she reviews the URLs for all the web pages previously browsed by browser 114A in the selected session.

At step 1904, to display all web pages previously browsed by browser 114A, the agent (or supervisor) selects Go to URLs button 820 in the agent session interface as shown in FIG. 10 (or Go to URLs button 860 in the supervisor session interface as shown in FIG. 17.

At step 1906, the (agent) Master Applet, or the (supervisor) Master Applet, sends a command to WTS server 144.

At step 1908, WTS server 144 sequentially sends commands, together the URLs and time information, to Master Applets 124A and 124N, so that Master Applets 124A and 124N can inform their respective browsers 114A and 114N to load and display the web pages based on the URLs.

At step 1910, for each one of URLs that are sent together with the commands, WTS server 144 checks whether browser 114A previously performed any activities to data fields on a web page identified by a respective URL, based on the information stored in URL history list 1 and data list 1.

At step 1912, if browser 114 previously performed any activities to the data fields on the web page identified by a respective URL, WTS server 144 sends a command (together with the data field names and values of the data fields) to Master Applets 124A (at browser 114A) and Master Applet 124N (at browser 114N).

At step 1914, at browser 114A, Master Applet 124A passes the command, data field names, and data field values to DST Applets 126A, so that DTS Applets 124A can display the data field values into respective data fields on the web page being currently displayed. At browser 114N, Master Applet 124N passes the command, data field names, and data field values to DST Applets 126N, so that DTS Applets 124N can display the data field values into respective data fields on the web page being currently displayed.

Since the loading time and unloading time of the URLs and the setting time for data fields are recorded in URL history list 1 and data list 1, if desired, all the web pages

EXHIBIT I
Page 622

5,954,798

21

identified by the URLs and the activities performed to the data fields can be duplicated (loading the web page, setting data fields on the web page, and unloading the web page) according to the timing information.

It should be noted that, in the above-described embodiments, all the Applets (Master Applets, DTS Applets, SessionID Applets, and Agent Applet) embedded into web pages are written using Java. However, some or all of these Applets can be written using a browser script language, such as Java Script. More specifically, the codes for these Applets can be selectively written into web pages using the browser script language, instead of using applet tags to link these Applets. When a web browser downloads a web page containing the Applets written in browser script language, it stores these Applets into the memory area of the terminal on which the web browser is running, and then initializes and invokes them.

The present invention has the following advantages:

Dependable web page tracking and synchronizing—It tracks and synchronizes all user activities, even if web pages come from cached pages stored in browser cache or proxy servers.

Ease of use—It eliminates the current manual process of multiple users separately re-creating the web navigation.

Ease of execution (from users' point of view)—It does not require additional software to support the present invention. No software needs to be installed, configured, or run by a user.

Portability—It works across different operating systems at both client and server sides. On the client side, the requirement is that there be a web browser that supports Java Applets. On the server side, the requirement is that there be a Java Virtual Machine (JVM) on the same server that provides the HTTP service. Since there are JVMs practically for very operating system, the server components of the present invention have the potential to run on all the operating systems.

Compatibility—It works together with any HTTP servers from different vendors because the server components of the present invention requires no processing by HTTP servers, and thus are independent from HTTP servers.

Flexibility—Web page synchronization can be used independently in conjunction with web page tracking. Web page synchronization does not require persistent storage of any of the data tracked.

User privacy—It ensures a reasonable level of user privacy, since tracking and synchronization is limited to pages served by a web site that the information provider has control over.

Multiple HTTP server supported—It can handle the situation where a company has multiple physical servers running its web site, since the separation of the WTS gateway and server components enables a gateway to be placed on each HTTP server—each communicating with a common WTS server.

While the invention has been illustrated and described in detail in the drawing and foregoing description, it should be understood that the invention may be implemented through alternative embodiments within the spirit of the present invention. Thus, the scope of the invention is not intended to be limited to the illustration and description in this specification, but is to be defined by the appended claims.

What is claimed is:

1. A method of tracking changes at an administrative browser to a web page being displayed at a plurality of user browsers, the method comprising the steps of:

22

(a) retrieving the page at each of the plurality user browsers;

(b) at any one or more of the user browsers making at least one change to the retrieved web page;

(c) at the network site, recording the at least one change made any one or more of the user browsers; and

(d) at the administrative browser, displaying the at least one change recorded for at least one of the user browsers.

2. The method of claim 1, further comprising the step of: between the user browser and the administrative browser, synchronizing browser activities performed either at the user browser or the administrative browser.

3. The method of claim 1, comprising establishing a dedicated socket connection between each of the user browsers and the administrative browser.

4. The method of claim 3, comprising recognizing, at the administrative browser, which of the user browsers made a change to the web page.

5. The method of claim 3, wherein the establishing step is performed by an applet residing with the user browser.

6. The method of claim 1, comprising detecting that a change has been made to a web page and forwarding such change to the administrative browser.

7. The method of claim 1, comprising recording he URL and an update of a data field into a data list.

8. The method of claim 1, comprising maintaining a participant list of each of the users browser participating in a session wherein a session is a collection of web page interactions that occur over a given period of time from a specific browser.

9. The method of claim 8, comprising assigning a session ID to each of the plurality of user browsers.

10. The method of claim 9, comprising maintaining a session list including information about a session, a URL history list for maintaining information about all web pages visited by all participants in a session, a data list for maintaining information about the data fields visited by all participants in a session and a command list for maintaining all commands issued to the administrative server during a session.

11. The method of claim 1, wherein the changes are made to data fields on the web page.

12. The method of claim 1, comprising bi-directionally synchronizing the administrative browser and each of the user browsers.

13. The method of claim 1, comprising loading a master applet, a DTS applet and a session ID applet on to a computer on which each of the user browsers reside.

14. A method of tracking activities performed to web pages at a plurality of user browsers, the method comprising the steps of:

(a) retrieving at least one of the pages at each of the user browsers;

(b) at an administrative site, creating a plurality of sessions, with each of the sessions being associated with a respective one of the user browsers;

(c) at least one of the user browsers, performing activities to the retrieved pages;

(d) at the administrative site, recording the activities for each of the user browsers into an associated session; and

(e) using a web browser, displaying at least one session created for at least one of the user browsers.

15. The method of claim 14, comprising establishing a dedicated socket connection between each of the user browsers and the administrative browser.

EXHIBIT I
Page 623

5,954,798

23

16. The method of claim 15, comprising recognizing, at the administrative browser, which of the user browsers made a change to the web page.

17. The method of claim 16, wherein the establishing step is performed by an applet residing with the user browser.

18. The method of claim 14, comprising recording the URL and an update of a data field into a data list.

19. The method of claim 14, comprising maintaining a participant list of each of the users browser participating in a session wherein a session is a collection of web page interactions that occur over a given period of time from a specific browser.

20. The method of claim 19, comprising assigning a session ID to each of the plurality of user browsers.

21. The method of claim 20, comprising maintaining a session list including information about a session, a URL history list for maintaining information about all web pages visited by all participants in a session, a data list for maintaining information about the data fields visited by all participants in a session and a command list for maintaining all commands issued to the administrative server during a session.

22. The method of claim 14, comprising bi-directionally synchronizing the administrative browser and each of the user browsers.

23. The method of claim 14, comprising loading a master applet, a DTS applet and a session ID applet on to a computer on which each of the user browsers reside.

24

24. The method of claim 14, comprising detecting that a change has been made to a web page and forwarding such change to the administrative browser.

25. The method of claim 14, in step (c) said activities including: loading a page and unloading a page, and changing a data field on a page.

26. The method of claim 14, in step (c) said activities including: changing a data field on a page.

27. A method of synchronizing a plurality of user browsers and an administrative browser to display a web page, comprising:

(a) retrieving the web page at one of the plurality of user browses;

(b) initialize an applet at the one user browser;

(c) establish a socket connection between the one user browser and the administrative browser;

(d) identify a session and forward session information from the one user browser to the administrative browser; and

(e) store session information.

28. The method of claim 27, comprising locating a session list and a URL history list.

29. The method of claim 28, comprising issuing a time stamp and storing the time stamp in the URL history list.

* * * * *

EXHIBIT I
Page 624



US006334110B1

(12) **United States Patent**
Walter et al.

(10) Patent No.: **US 6,334,110 B1**
(45) Date of Patent: **Dec. 25, 2001**

(54) **SYSTEM AND METHOD FOR ANALYZING CUSTOMER TRANSACTIONS AND INTERACTIONS**

(75) Inventors: **Joanne S. Walter**, Alpharetta, GA (US); **David K. Schrader**, Hermosa Beach, CA (US)

(73) Assignee: **NCR Corporation**, Dayton, OH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/265,675

(22) Filed: **Mar. 10, 1999**

(51) Int. Cl.[7] ..................................... G06F 17/60
(52) U.S. Cl. ..................................................... **705/14**
(58) Field of Search ...................... 705/8, 14, 26; 235/380, 493

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,649,481 | 3/1987 | Takahashi | 364/405 |
| 5,305,196 | 4/1994 | Deaton et al. | 364/401 |
| 5,426,282 | 6/1995 | Humble | 235/383 |
| 5,481,094 | 1/1996 | Suda | 235/383 |
| 5,537,314 | 7/1996 | Kanter | 364/406 |
| 5,541,835 | 7/1996 | Dextraze et al. | 364/401 R |
| 5,634,101 | 5/1997 | Blau | 395/210 |
| 5,642,485 | 6/1997 | Deaton et al. | 395/214 |
| 5,687,322 | * 11/1997 | Deaton et al. | 705/14 |

| | | | |
|---|---|---|---|
| 5,933,811 | * 8/1999 | Angles et al. | 705/14 |
| 5,974,396 | * 10/1999 | Anderson et al. | 705/14 X |
| 6,129,274 | * 10/2000 | Suzuki | 235/381 |

FOREIGN PATENT DOCUMENTS

WO 98/56154  * 12/1998  (WO) ....................................... 705/14

OTHER PUBLICATIONS

Smart Marketing by Jennifer deJong, Computerworld, Feb. 7, 1994.*
Database Marketing by Mike Carr, Marketing Intelligence & Planning, 1994.*

* cited by examiner

Primary Examiner—Stephen Gravini
(74) Attorney, Agent, or Firm—Needle & Rosenberg, P.C.

(57) **ABSTRACT**

A system and method is provided for analyzing customer behavior based on the time when those behaviors occur. This invention captures information about customer transactions and interactions over time, classifies customers into one or more clusters based on their time-based interactions and transactions, or both, and uses this classification to perform selected target marketing and cross-selling. This is performed by temporally tagging customer transactions and interactions, analyzing the tagged information to create temporal profiles, creating advertising campaigns aimed at the temporal profiles, triggering an advertising campaign, and analyzing the effectiveness of the advertising campaign.

**12 Claims, 11 Drawing Sheets**





**FIG. 1**



FIG. 2

**U.S. Patent**   Dec. 25, 2001   Sheet 3 of 11   **US 6,334,110 B1**

# FIG. 3





FIG. 4

## Customer Behavior

Customer Name: Willard Wiggens    Customer ID: 34ZU6791

Behavior over Interval: 10/09/97   To   10/09/97   **Very Active**

**Activities, By Date, By Channel:**

| | | | |
|---|---|---|---|
| 10/09/97 05:00 | Web: | Browsed: | Sporting Goods | 21, 22, 59 |
| 10/09/97 05:21 | Web: | Browsed: | Baby Attire | 78, 79 |
| 10/09/97 05:26 | Web: | Bought: | Baby Attire | 78 |
| 10/09/97 18:10 | Store: | Bought: | Sporting Goods | 21 |
| 10/09/97 18:12 | Store: | Bought: | Groceries | 119, 120 |
| 10/09/97 22:10 | CallCtr: | Inquiry: | Sporting Goods | 22 |
| 10/09/97 22:15 | Web: | Bought: | Sporting Goods | 22 |

**FIG. 5**



## Customer Profile

Customer Name: | Willard Wiggens | — 510

Customer ID: | 34ZU6791 | — 520

Profile Based on Behavior over Interval: | 01/01/97 | — 530   To   | 10/10/97 | — 540

**3** **Profiles (click on any underlined word for more detail)**

**Sports Enthusiast** – Skier – Browses New Ski Equipment on the Web in October/November, buys in early December. Cross Sales of Ski Attire most probably in January. Organizes yearly ski trip for group in March. — 550

**Family Food Shopper** – Does weekly replenishment shopping on Wed. evenings; see Market Basket typical purchase set and Replenishment Periodicities. Impulse buyer on wekends. — 560

**New Father** – browses Children's Attire and Children's Toys during early morning hours; buys in Store. — 570

**FIG. 6**

# Profile - Based Segmentation

Customer Name: Willard Wiggens — 610          Customer ID: 34ZU6791 — 620

Top 04 Matches On Weighted Profiles.          Total in Segment: 122

| Customer Name | Score | Sports Enthuasiast | | Family Food Shopper, | | New Father | |
|---|---|---|---|---|---|---|---|
| — 630 | | Sports Enthuasiast, 640 0% | | Family Food Shopper, 650 35% | | New Father 660 | |
| | | 65% | | 0% | | 35% | |
| Terry Ries | 92 | MB: 95 | CH: 22 | MB: 90 | CH: 89 | | |
| Marty Wade | 91 | MB: 92 | CH: 90 | MB: 89 | CH: 02 | | |
| Doug Albert | 89 | MB: 80 | CH: 92 | MB: 99 | CH: 89 | | |
| Joe Swope | 82 | MB: 77 | CH: 92 | MB: 83 | CH: 81 | | |

New Segment Name: Sports - Oriented New Fathers — 670

MB: Market Basket
CH: Channel



FIG. 7



FIG. 8

*Campaign Creation*

Campaign: | 10% off on Skier's Baby Carrier | —810

820

Mode:

| In Store Coupon | Web Applet | End of Aisle |
| Home Mailer | Telemarketing | Catalog Special |

Date: | 07/01/97 | To | 09/30/97 | —840

830

Where: | East Region | —850



FIG. 9

*Campaign Creation/Management*



FIG. 10

## Analyze Campaign Impact

Offer Name:  | 10% Off on Skier's Baby Carrier |——1010

Campaign Ran From:  | 07/01/97 |  To  | 09/30/97 |——1030
1020

Segment:  | Sports – Oriented New Fathers |——1040          Size: 122 ——1045

Total Number of Offer Viewings . . . . . . . . . . . . . . . . . . 51
Total Number of Unique Viewings . . . . . . . . . . . . . . . 36
Number of Wins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
  Sales via Web . . . . . . . . . . . . . . . . . . . . . . . . . . 14
  Sales via Store . . . . . . . . . . . . . . . . . . . . . . . . . 7 !!!
Campaign Effectivness Score . . . . . . . . . . . . . . . . . 231 !!!

1050



**FIG. 11**

*Analyze Campaigns*

Campaign Trial Ran in 3rd Quarter in the East Region for Web Shoppers Fitting Sport – Oriented New Fathers Segment. Campaign Profit Contribution = $23,590. Campaign Cost = $1230. Trial Campaign Score = 231 Points.

US 6,334,110 B1

| 1 | 2 |

# SYSTEM AND METHOD FOR ANALYZING CUSTOMER TRANSACTIONS AND INTERACTIONS

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention generally relates to temporally defining virtual communities, and specifically to a system and method for analyzing customer transactions, such as purchases, in a commercial setting, as well as analyzing customer interactions, such as via browsing on the Internet

2. Description of the Prior Art

Presently, there exist systems that capture purchase transactions about customers. This information may be loaded into a scaleable data warehouse (SDW) for analysis by marketing personnel to determine product correlations, trends in sales, brand and color preferences, and trends in buying behavior based on demographics, psychographics, or geography. These systems may perform market basket analysis (products bought together at the same time), propensity analysis (buying product X predicts a subsequent purchase of product Y), or customer segmentation (defining a set of customers that buy or may buy a certain product or products).

These systems include the Knowledge Discovery Workbench available from NCR, the Management Discovery Tool available from NCR and the software available from Sterling Douglas which is used to create predictions of sales volumes.

## SUMMARY OF THE INVENTION

The present invention addresses the need to temporally analyze customer transactions (i.e., purchases) and customer interactions (i.e., browsing on retail sites of the World Wide Web of the Internet). In other words, this invention analyzes customer behaviors based on the time when those behaviors occur. The invention captures information about customer interactions and transactions over time, classifies customers into one or more clusters based on their time-based interactions and transactions, or both, and uses this classification to perform selected target marketing or cross-selling.

Customer point of sale purchase information may be obtained by capturing point of sale scanner information. With the emergence of electronic commerce, it is also possible to collect customer purchase information and customer interaction behavior. In addition, the marketing analyst can examine differences in transaction behavior across in-store purchases and purchases on the Web (e.g., in-store and Web store "channels"). For example, some segments of customers may browse in the physical store and make a purchase through the Web store. Others may browse the Web store to gather product information, then only buy the product in the physical store. Some customer behavior may be product specific. For example, a customer may buy books through the Web, but purchase food items at a physical store.

The time when an item was purchased or browsed is important. Each purchase and browsed item may be tagged with the time it was bought or accessed. Temporal information on purchases or interactions may be captured when customers use scanners, Web browsers, kiosks, make calls to an inbound customer care center, or react to a call from an outbound customer care center. For Web browsers, by capturing keyclick information, it is possible to know what is browsed but not bought on the Web. This temporal browsing behavior, or interactions, resulting in no transaction is also useful to the marketing analyst because it reveals what customers considered but did not buy. Gathering the time an interaction took place may be useful in segmenting customers, because browsing time may be quite different from transaction time.

In-store temporal transaction information can be merged with Web temporal transaction information to provide a more complete report on customer behavior. Subsequent advertising or "segment-of-one" marketing campaigns can be built to target specific customers. With temporal profiling and temporal campaign management, marketing analysts can identify when people tend to be amenable to advertising. By building a profile of customer roles linked to time-of-day, day-of-week, and/or week-of-year, the marketing analyst can better predict when an advertising message might be most effective.

In summary, the following steps are performed. In step one, sources of information are temporally tagged by the customer "touchpoint", which in the preferred embodiment may be a scanner, a kiosk, a customer care center, or a web browser. However, this invention may use other sources as well and includes any point at which a customer interfaces with a business. This information is kept in a SDW database such as the Teradata database available from NCR.

In step two, temporally tagged transaction or browsing information is analyzed to create temporal profiles. These profiles are created one per customer, and represent a complex time series object that captures the sequence of browsing and buying activity as well as the timestamp of each activity and the product being browsed or bought.

Individual temporal profiles can then be clustered using traditional data mining methods to identify groups, or segments of customers with similar browsing or buying behaviors at particular points in time. These clusters are called "virtual communities of interest".

In step three, the marketing analyst then uses these segments to develop segment-specific advertising campaigns to appeal to these virtual communities of interest. Each temporal campaign involves an offer that will be made through one or more of the channels whenever the customer is identified through those channels and the profile indicates an opportunity for dynamic advertising. In this step, the marketing analyst decides which offers will be made to which communities of interest, through which channels, and when. This information is also kept in a database such as the Teradata database available from NCR.

Step four occurs when a customer who is a member of a particular virtual community of interest browses or buys at a specified time through a channel that can connect to the database. A check is made whether unique targeted advertising or offers are to be made to the customer. If so, the advertising information content is sent to the end user.

Step five involves the gathering of statistics over a period of time to determine the effectiveness of the advertising by channel. Temporal profiles that are successful are highlighted for reuse or further decomposition. Profiles which were not good predictors of subsequent buying behavior are discarded.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram showing the overall building blocks for the invention, in one embodiment.

FIG. 2 is a diagram showing the repository of information kept in a data warehouse.

FIG. 3 is a flowchart depicting the overall process of the invention.

3

FIG. 4 is a diagram illustrating a sample user interface display of customer behavior.

FIG. 5 is a diagram illustrating a sample user interface display of customer profile.

FIG. 6 is a diagram illustrating a sample user interface display of profile-based segmentation.

FIG. 7 is a diagram illustrating a sample user interface display of the creation of a custom offer.

FIG. 8 is a diagram illustrating a sample user interface display of the creation of a campaign.

FIG. 9 is a diagram illustrating a sample user interface display of managing a campaign.

FIG. 10 is a diagram illustrating a sample user interface display of the analysis of the impact of a campaign.

FIG. 11 is a diagram illustrating a sample user interface display of the analysis of the impact of a campaign for profitability.

## DETAILED DESCRIPTION OF THE INVENTION

### A. Gathering Transactions and Interactions

Referring to FIG. 1, time stamped transaction data is generated by a point-of-service device, which can exist in many forms. The traditional point-of-service is the cash register 105 found at a retail location which includes a scanner and a keyboard, etc. Scanners may include hand-held retail scanners such as NCR model numbers 7835, 7836, and 7890. Keyboards may include any retail keyboard. The point-of-service function could also be a kiosk 110.

In addition to these point-of-service locations, non-store retailing has developed other point-of-service devices. With catalog 115 and television 120 based home shopping, the phone 125 is the consumer's interface to the point-of-service call center 130 managed by a retailer. With the advent of commercial online services and the internet, a PC 135 may also serve as the point-of-service while online to the retail service. Other point-of-service connections may be between a PC 135 and cable TV line 136 or between PC 135 and an electric line 137.

In the case of the traditional cash register 105 and the kiosk 110, these systems are generally connected to an in-store processor 140 at the retail location. In the preferred embodiment, each transaction is tagged with the time it was made and the in-store processor 140 sends the information from multiple cash registers 105 to the central office 150. The in-store processor 140 consolidates information from multiple cash registers 105 and/or kiosk 110 and may provide a gateway to a wide area network 145. The key interface for this gateway is the retailer's central office 150. The consumer's interface and record of this transaction is typically the printed receipt from the cash register or kiosk. Consumers are typically not given a record of their interactions with the system, but these interactions are captured by the kiosk 110 and also sent to the in-store processor 140 and ultimately to the central office 150.

In the in-home shopping environment the consumer is provided some mechanism to browse products. Catalog retailing 115 provides the physical catalog that contains product information and pricing. TV based retailing 120 provides a broadcast of product information and pricing on which a consumer can make a purchase decision. In the case of PC based shopping 135 the consumer typically is provided an "electronic" catalog. Interfacing to the retailer is done through the use of an online service provider or through an Internet Service Provider 155.

4

In the case of catalog 115 and TV shopping 120 the consumer places a call most often to the retailer's call center 130. The call center 130 can tag the transaction with the time that it occurred. In the case of PC-based home shopping, both transaction and interaction data may be collected and time-stamped.

Transaction and interaction information may be gathered from several locations. In the preferred embodiment the main repository is the central office 150 with data feeds from the in-store processor 140, the call center 130 or by the internet service provider 155.

FIG. 2 shows the back office repository of information that is kept in a data warehouse 210 at the central office 150. The data warehouse 210 interfaces with customer touch-points 215. The data warehouse also keeps information on advertising offers 218 made to a targeted temporal virtual community 222 and reactions 220 to the offer 218 made by the targeted temporal virtual community 222.

Referring to FIG. 2, the data warehouse 210 stores the database marketer workbench 224. This information aids the analyst to determine which advertising offers to make to a virtual community.

The database marketer workbench 224 may contain three types of information, customer history 226, campaign history 236 and product collateral 240. The customer history 226 is made up of touchpoint data 228, customer profiles 230, customer segments (virtual temporal communities) 222 and a campaign plan 234. The campaign history 236 is made up of customer offers 218. Customer reaction data 220 alters the touchpoint data 228 and the campaign history 236.

### B. Analyzing Temporal Transaction Example

Referring to FIG. 3, in the preferred embodiment the overall invention comprises five steps. In step 310, sources of information are temporally tagged. In step 320, temporal profiles are created using the information gathered in the previous step. Step 320 is further broken down into step 322 where the sequence of behavior is analyzed to create profiles and step 324 where the profiles are analyzed to create temporal profiles. In step 330, segment-specific advertising campaigns are created. In step 340, a customer interacts through one of the channels of trade. In step 350, statistics are gathered and analyzed to determine the effectiveness of the advertising campaign.

To better illustrate the overall invention, an example is presented with a customer Willard and his transactions at the Western Store. Assume the Western Store has a web site (e.g., a web site on a web server connected via the Internet 145) as well as a physical store and a call center. There are three channels for Willard's browsing or shopping behavior gathered from all three channels is assembled. Note that daily interactions through the three channels may be grouped into weekly, monthly, or annual profiles.

A sample temporal browsing or buying behavior report for Willard for a two-day period may be as follows and contain the following records, shown below in Table 1:

TABLE 1

Temporally tagged data for Willard
for time interval 6/9/97 through 6/10/97

| DATE | TIME | CHANNEL | MARKET BASKET PRODUCT ID | MODE |
|------|------|---------|--------------------------|------|
| 6/9/97 | 05:00 | Web Browser Home | Sports Equipment | Browsed |

EXHIBIT J
Page 638

US 6,334,110 B1

5

TABLE 1-continued

Temporally tagged data for Willard
for time interval 6/9/97 through 6/10/97

| DATE | TIME | CHANNEL | MARKET BASKET PRODUCT ID | MODE |
|------|------|---------|--------------------------|------|
| | | | 21, 22, 59 | |
| 6/9/97 | 05:21 | Web Browser Home | Baby Attire 78, 99, 102 | Browsed |
| 6/9/97 | 05:25 | Web Browser Home | Baby Attire 78 | Bought |
| 6/9/97 | 12:15 | Web Browser Work | Sports Equipment 21 | Browsed |
| 6/9/97 | 18:10 | Store #459 | Groceries 29 | Bought with coupon |
| 6/9/97 | 18:10 | Store #459 | Groceries 45, 46, 501. 589, 590, 911, 1000 | Bought |
| 6/9/97 | 18:15 | Store #459 | Sports Equipment 21 | Bought |
| 6/9/97 | 22:10 | Web Browser | Sports Equipment 22 | Browsed |
| 6/9/97 | 22:12 | Call Center Call | Sports Equipment 22 | Asked about larger sizes; gift for father |
| 6/10/97 | 05:27 | Web Browser - Home | Baby Attire 80 | Bought |

The time of day or time of year when these behaviors occur is of interest. In Table 1, the infant shopping occurs only in the morning whereas the sporting goods behavior occurs at two intervals during the day. The present invention can note these trends and use them to infer Willard's future behavior. The present invention performs this by capturing Willard's interactions with each endpoint. In Willard's example, the Web browser notes that Willard entered the sporting goods department at 5:00 a.m., and records what products he browsed. The browser also notes the amount of time he spent in the sporting goods department. Willard then enters the baby attire department, so again the browser notes this fact as well as the time and the products that were browsed and bought. When Willard visits a physical store, the in-store scanners feed the in-store central processor which sends the time of purchase as well as the list of groceries and sporting goods that were bought to the database system. The call center software similarly detects the time of a call to the call center, and the call center agent can capture the essence of the conversation on a screen and send that to the database system. At this point, all of the customer endpoints have captured information which is sent to the database system, which can create a display or database records as shown in Table 1.

FIG. 4 shows how customer behavior may be assembled and displayed on a display associated with any of the computers shown in FIG. 1. The customer name may be entered displayed and is shown at 410. The customer identification may be entered and displayed and is shown at 420. The time interval for the customer 410 is set at 430 and 440. The system responds by presenting all of the customer's behavior during the interval specified. Each behavior is an interaction with the date 460, time of day 470, channel 480, activity 490, type of good 492 and the actual goods browsed or bought 494.

In step 320, the system performs temporal profiling which includes two parts. In the first step, step 322, Willard's

6

sequence of behavior (potentially over a longer period than shown in Table 1) can be analyzed so that his various profiles can be detected. Willard's customer profile is displayed as shown in FIG. 5. Willard's name and customer identification is entered and displayed at 510 and 520. The time interval for his behavior is shown at 530 and 540. The different profiles that Willard fits into are shown at 550, 560 and 570. For example, at 550, Willard is a sports enthusiast that skis and organizes yearly ski trips. For more information on Willard's ski behavior, the user would click any of the underlined words at 550.

In step 324, the profiles gathered at step 322 can be weighed and matched to find other customers who have similar temporal browsing and buying behaviors. Based on the merchandise, it is possible to form some conclusions about Willard from the items Willard buys. For example, from the information in Table 1, Willard is interested in infant toys (perhaps he is a new father) as well as sporting equipment for himself and possibly his father. The present invention would conclude, based on the mix of merchandise and time, that Willard fits into several profiles or clusters. Second, the invention performs a matching/clustering algorithm on Willard's profile to determine if there are other people similar to Willard in their mix of product browsing and buying behaviors. These sets of people with like behaviors are called temporal segments. In this example, suppose the analyst notes a cluster of skiers who browse infantware. The analyst would then create a new virtual community segment called "sports-oriented new fathers". Other segments are also possible.

An example of profile-based segmentation is shown in FIG. 6. Willard's name and customer identification are entered and displayed at 610 and 620. The system responds by presenting profiles of other customers who have similar browsing and purchasing behavior to Willard. These other customers are shown by customer name 630. For each customer shown, there is a score shown at 640 which is the measure of how close the behavior of that particular customer is to Willard's behavior. At 650 and 660 the market basket and channel is shown for behavior that may be characterized as sports enthusiast or new father. At 670 the segment of customer profiles is named "sports-oriented new fathers".

In step 330, the marketing analyst decides what products and offers might be good matches for Willard and like customers in the virtual community of sports-oriented new fathers. In the Willard example, the analyst may decide that a skier's baby carrier might be a good match for this segment, and that a trial offer of 10% off might be used on the web channel the next time that anyone from this segment enters the virtual storefront in the early morning hours. Step 330 may be performed automatically, such as at the central office 150, or manually. The decision by the marketing analyst is entered into the system, and the triggers are set.

FIG. 7 shows an offer created for a temporal profile. The offer identification number is shown at 710. The offer description is shown at 720. How the offer is to be distributed is shown at 730. Whether the offer is to be created in-house or a request is to be made to an ad agency, etc., to create the offer is shown at 740 and 750.

FIG. 8 shows the creation of a campaign aimed at a temporal profile. The campaign identification is shown at

US 6,334,110 B1

**7**

810. The mode that the campaign is to be distributed is shown at 820. The date the campaign is to run is shown at 830 and 840. The region where the campaign is to run is shown at 850.

A campaign may be monitored and managed as shown in FIG. 9. A graph of the number of units sold with the promotion for the trial duration is shown at 910. The campaign effectiveness is monitored weekly at 920. The activity to be performed on the campaign is entered.

In step 340, when Willard or anyone else from his temporally defined community enters the web store at the right time, the system dynamically generates an advertisement about the skiers baby carrier that is showed to the customer. If the customer browses this information, or better yet, buys the product advertised, this is viewed as a successful advertising event, and the information about this is captured in the database and linked to the temporal campaign to record the success of the advertising. After several days of advertising, there will be numerous records in the campaign database.

In step 350, the results of the campaign are scored and the results are displayed so the analyst can decide whether the temporal campaign was successful. A sample display of the impact a campaign may have is shown in FIGS. 10 and 11.

In FIG. 10, a campaign effectiveness score may be calculated. The name of the offer may be entered at 1010. The time interval the campaign was run is shown at 1020 and 1030. The segment name and size is shown at 1020 and 1045. At 1050 the number of offer viewings, unique viewings, number of sales per channel and the unique effectiveness score is shown.

FIG. 11 shows the analysis of a campaign. The campaign is described at 1110 and a graph showing the number of units sold per quarter is shown at 1120.

The example of Willard can be augmented. Additional examples include replenishment shopping or gift shopping. In replenishment shopping, it is determined that every few days Willard probably goes to the store and buys the same rough collection of grocery items. This is called a market basket. The present invention utilizes such tools like NCR's Management Discovery Tool, or Lucent Bell Labs Data Mining Suite to determine the periodicity of particular products in the market basket and uses this for suggestive selling. For example, after a period of data collection and analysis, the invention would reveal that Willard usually comes in after work on Tuesdays to do his weekly shopping. Every Tuesday, Willard picks up bread, milk, Macintosh apples, cereal and his favorite brand of beer. Every third week, he needs toothpaste and about every seventh week, he replenishes toilet paper. In May, he usually buys insect repellent. Using all this information, the system can respond to Willard's login at an online grocery store with a customized home page that contains all of the products for which he is likely to need replenished, given history. For example, if it has been seven weeks since he bought toothpaste, his favorite brand of toothpaste will be suggested on the entry page. In May, for example, insect repellent would appear on the shopping list. The present invention identifies replenishment items by identifying the rates of use of typical pieces of merchandise.

Another category of cyclic behavior is gift buying. There are times of the year when a person buys a gift. Some are

**8**

holidays such as Christmas, Easter, Halloween, and others are unique for each individual such as birthday or anniversary celebrations. The present invention identifies the gift buying patterns of an individual by identifying trends in the browsing and purchasing behavior. For example, if Willard usually browses for sports equipment and men's clothing, but all of a sudden is interested in women's clothing, this probably indicates he has shifted into a gift-buying role. Discontinuities in normal temporal browsing and buying may be indicators for a life event such as marriage. The present invention utilizes tools such as NCR's Management Discovery Tool and Lucent Bell Labs Data Mining Suite to identify cyclic behavior.

The present invention may use this information for suggestive selling. For example, two weeks before gift-buying behavior begins, the system can download applets that might remind Willard that women's clothing of a certain brand is on sale. If Willard's wife is a store member, her past purchases and browsing behavior may be directly of interest and useful to Willard. His query could be: "find a gift that matches something she has already bought, or that I bought her, within the past year." The system would remind Willard, based on the timing of past purchases, and thereby build customer loyalty.

Although the example used to describe the preferred embodiment of the invention is a retail example, the scope of the invention is not limited to retail. For example, this invention may be used in the financial industry to analyze the browsing behavior of customers looking for a car loan. Such information may be used to generate a customer reminder about a car loan that may be displayed at the wait interval at an ATM machine. Of course, other applications of the present invention may also be made.

What is claimed is:

1. A system for performing targeted advertising based upon a customer's prior transactions and interactions, comprising:

(a) input means for receiving transaction data associated with a retail transaction, wherein the transaction data includes customer information, purchasing information and temporal information associated with the transaction;

(b) means for creating a temporal profile for each customer, based upon the transaction data received by the input means for one or more retail transactions;

(c) means for creating a segment of temporal profiles, each segment having a set of temporal profiles with similar temporal information and similar purchasing information; and

(d) means for generating an advertising campaign directed to the segment.

2. The system of claim 1, further comprising:

(e) means for analyzing the advertising campaign to determine its effectiveness.

3. The system of claim 1, wherein the input means comprises a point-of-service terminal.

4. The system of claim 1, wherein the input means comprises a Web server.

5. The system of claim 1, wherein the temporal information comprises the date and time of the retail transaction.

6. The system of claim 1, wherein the temporal profile creating means comprises:

US 6,334,110 B1

9

(i) means for analyzing the transaction data to create a transaction profile for each customer; and

(ii) means for time-wise analyzing the profile to create a temporal profile for each customer.

7. A process for performing targeted advertising based upon a customer's prior transactions and interactions, comprising the steps of:

(a) receiving transaction data associated with a retail transaction, wherein the transaction data includes customer information, purchasing information and temporal information associated with the transaction;

(b) creating a temporal profile for each customer, based upon the transaction data received by the input means for one or more retail transactions;

(c) creating a segment of temporal profiles, each segment having a set of temporal profiles with similar temporal information and similar purchasing information; and

(d) generating an advertising campaign directed to the segment.

10

8. The process of claim 7, further comprising the step of:

(e) analyzing the advertising campaign to determine its effectiveness.

9. The process of claim 7, wherein step (b) comprises the sub-steps of:

(i) analyzing the transaction data to create a transaction profile for each customer; and

(ii) time-wise analyzing the profile to create a temporal profile for each customer.

10. The process of claim 7, wherein the step of receiving transaction data is performed at a point-of-service terminal.

11. The process of claim 7, wherein the step of receiving transaction data is performed at a web server.

12. The process of claim 7, wherein the temporal information comprises the date and time of the retail transaction.

* * * * *

AO 120 (3/85)

| TO: | REPORT ON THE |
|---|---|
| **Commissioner of Patents and Trademarks** | **FILING OR DETERMINATION OF AN** |
| Washington, D.C. 20231 | **ACTION REGARDING A PATENT** |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO. 04cv2292 | DATE FILED 11/15/04 | U.S. DISTRICT COURT United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF NCR Corp. | | DEFENDANT Coldwater Creek, Inc. |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 See enclosed complaint | See complaint | See enclosed complaint |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner  Copy 4 - Case file copy

*FILED*

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

'06 PM 4: 33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| NCR Corporation | Coldwater Creek, Inc. |

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Dayton, OH
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Sandpoint, ID
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Steven O. Kramer
Mayer, Brown, Rowe & Maw LLP
350 South Grand Ave.   25th Floor
Los Angeles, CA 90071   (213) 229-9500

**ATTORNEYS (IF KNOWN)**
Not yet known.

'04 CV 2292 H   (WMc)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

1 U.S. Government Plaintiff

X 3 Federal Question
(U.S. Government Not a Party)

2 U.S. Government Defendant

4 Diversity (Indicate Citizenship of Parties in item III

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | X 5 | X 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

35: 0271 SD

This is an action for patent infringement under 35 U.S.C. §§ 281 et seq.

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reappointment |
| 120 Marine | 310 Airplane | 362 Personal Injury-Medical Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment &Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 640 RR & Truck | X 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 370 Other Fraud | 690 Other | 861 HIA (1395ff) | 850 Securities/Commodities Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | **LABOR** | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 540 Mandamus & Other | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

X 1 Original Proceeding   2 Removal from State Court   3 Remanded from Appellate Court   4 Reinstated or Reopened   5 Transferred from another district (specify)   6 Multidistrict Litigation   7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ Injunctive and Monetary Relief

CHECK YES only if demanded in complaint:
JURY DEMAND X YES   NO

**VIII. RELATED CASE(S) IF ANY (See instructions):**   JUDGE _____   Docket Number _____

DATE November 15, 2004   SIGNATURE OF ATTORNEY OF RECORD   Steven Kramer (RB)

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

RU $150.00   11/15/04   #108708 RB