USDC SCAN INDEX SHEET







AXR   1/19/05   15:09
3:04-CV-02292   NCR CORPORATION V. COLDWATER CREEK INC
*4*
*NTCCSDISM.*

ORIGINAL

VIA FAX

FILED

05 JAN 18 PM 3:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  MAYER, BROWN, ROWE & MAW LLP
   STEVEN O. KRAMER (SBN 079626)
2  GERMAIN D. LABAT (SBN 203907)
   350 South Grand Avenue, 25th Floor
3  Los Angeles, CA  90071-1503
   Telephone:　(213) 229-9500
4  Facsimile:　(213) 625-0248

5  Attorneys for Plaintiff NCR Corporation

6
7
8               UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10
11 NCR CORPORATION,              CASE NO. 04CV2292H (WMc)
12         Plaintiff,            NOTICE OF DISMISSAL
13    vs.
14 COLDWATER CREEK, INC.
15         Defendant.
16
17
18
19
20
21
22
23
24
25                              ENTERED ON  1-19-05
26
27
28

NOTICE OF DISMISSAL: CASE NO. 04CV2292H (WMc)

1 | Pursuant to FRCP 41(a)(1), Plaintiff NCR Corporation, by and through its undersigned
2 | counsel, hereby dismisses all claims in the above-referenced action with prejudice.
3 | Dated:  January 18, 2005

MAYER, BROWN, ROWE & MAW LLP
STEVEN O. KRAMER
GERMAIN D. LABAT

*Steven Kramer* (signature)

By: Steven O. Kramer
Attorneys for Plaintiff NCR Corporation

-1-